IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| JUSTIN MOORE and JUDITH MOORE, | § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 6:19-cv-00038-C |
| vs. | § § | |
| DB INDUSTRIES, LLC d/b/a 3M FALL PROTECTION, CAPITAL SAFETY USA, CAPITAL SAFETY GROUP, and DBI/SALA; | § § § § § | JURY DEMAND |
| SAFEWORDS, LLC d/b/a POWER CLIMBER WIND; | § § § | |
| and | § § | |
| POWER CLIMBER BVBA d/b/a POWER CLIMBER WIND, | § § § § | |
| Defendants. | § | |

## CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel, Defendants DB Industries, LLC, Capital Safety USA, Capital Safety Group, and DBI/SALA's[1] (collectively "Defendants"), who, pursuant to Federal Rule of Civil Procedure 7.1, state that DB Industries, LLC is a limited liability corporation organized under the laws of Minnesota with its principal place of business at 3M Center, Bldg 224-5N-40, St. Paul, MN 55144. DBI is a wholly owned subsidiary of 3M

---

[1] Capital Safety USA, Capital Safety Group, and DBI/SALA are wrongfully designated as manufacturers and sellers of the Lad-Saf sleeve at issue. Capital Safety USA is the former "doing business as" of DB Industries, LLC. It is not a separate legal entity. Capital Safety Group is also not a legal entity. Lastly, DBI/SALA is a brand name and not a legal entity.

Company, a publicly traded company. 3M Company is incorporated in the State of Delaware and its principle place of business is located at 3M Center, Saint Paul, Minnesota 55144.

Dated this 6th day of August, 2018

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By:  *Zandra E. Foley*
Zandra E. Foley
Texas State Bar No. 24032085
One Riverway, Suite 1400
Houston, Texas  77056-1988
(713) 403-8377  Telephone
(713) 403-8299  Telecopier
E-mail: *zfoley@thompsoncoe.com*

**ATTORNEYS FOR DEFENDANTS
D B INDUSTRIES, LLC, CAPITAL SAFETY
USA, CAPITAL SAFETY GROUP AND
DBI/SALA**

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2019, the above and foregoing document was electronically filed with the Clerk of Court using the CM/ECF system. Counsel of record is also being served via the CM/ECF system.

*/s/ Zandra E. Foley*
Zandra E. Foley