IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| JUSTIN MOORE and JUDITH MOORE, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | CIVIL ACTION NO. 6:19-CV-00038-H |
| DB INDUSTRIES, LLC d/b/a 3M FALL | § | |
| PROTECTION, CAPITAL SAFETY USA, | § | |
| CAPITAL SAFETY GROUP, and DBI/SALA; | § | |
| | § | |
| SAFEWORKS, LLC, d/b/a POWER CLIMBER | § | JURY DEMANDED |
| WIND; | § | |
| | § | |
| and | § | |
| | § | |
| POWER CLIMBER BVBA d/b/a POWER | § | |
| CLIMBER WIND, | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFFS' DISCLOSURE OF EXPERT WITNESSES (SECOND)

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COMES NOW Plaintiffs Justin Moore and Judith Moore in compliance with the Federal Rules of Civil Procedure cited below, and subject to the *Stipulation to Continue Expert Designations and Reports* [Doc. 52], hereby disclose the identity of witnesses who the Plaintiffs may use at trial to present evidence under Federal Rule of Evidence 702, 703 or 705.

- *Federal Rule of Civil Procedure 26(a)(1)(A)(i)*: the name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information— that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment; *Federal Rule of Civil Procedure 26(a)(2)(A)*: In addition to the disclosures required by Rule 26(a)(1), a party must disclose to the other parties the identity of any witness it may use at trial to present evidence under Federal Rule of Evidence 702, 703, or 705.

- *Federal Rule of Civil Procedure 26(a)(2)(B)*: Witnesses Who Must Provide a Written Report. Unless otherwise stipulated or ordered by the court, this disclosure must be accompanied by a written report— prepared and signed by the witness—if the witness is one retained or specially employed to provide expert testimony in the case or one whose duties as the party's employee regularly involve giving expert testimony. The report must

contain: (i) a complete statement of all opinions the witness will express and the basis and reasons for them;
(ii) the facts or data considered by the witness in forming them; (iii) any exhibits that will be used to summarize or support them; (iv) the witness's qualifications, including a list of all publications authored in the previous 10 years; (v) a list of all other cases in which, during the previous 4 years, the witness testified as an expert at trial or by deposition; and (vi) a statement of the compensation to be paid for the study and testimony in the case.

- *Federal Rule of Civil Procedure 26(a)(2)(C)*: Witnesses Who Do Not Provide a Written Report. Unless otherwise stipulated or ordered by the court, if the witness is not required to provide a written report, this disclosure must state: (i) the subject matter on which the witness is expected to present evidence under Federal Rule of Evidence 702, 703, or 705; and (ii) a summary of the facts and opinions to which the witness is expected to testify.

**Bastiaan Cornelissen, Ph.D., P.E**
**Spectrum Forensics**
**3773 S. Jason Street #2**
**Englewood, CO 80110**
**(303) 963-9650**

Dr. Cornelissen is an expert forensic engineer who has been asked to review the events surrounding Mr. Moore's fall and determine the cause of Mr. Moore's fall and the cause of the device failures associated with the fall. Dr. Cornelissen is a licensed professional engineer specialized in forensic analysis.

It is believed that Dr. Cornelissen will testify based upon his training and experience, as well as a review of the relevant information outlined in his report and a review of the material generated during the discovery phase of this litigation (including those items described in his report). Further, his opinions are based upon his review of information gathered during multiple joint inspections and investigations and his interview with Mr. Moore and consultation with Mark Russell, P.E., a mechanical engineer within his firm.

The general substance of Dr. Cornelissen's mental impressions and opinions are set forth in his report (attached). Plaintiff incorporates by reference the deposition of Dr. Cornelissen if and when taken, and any additional/supplemental reports he may provide.

Dr. Cornelissen's resumé, fee schedule and list of testimony are provided (attached) and incorporated by reference. Plaintiff incorporates by reference Dr. Cornelissen's report for additional information about his topics and substance of his anticipated testimony and the materials upon which he relied.

**Mark Russell, Pd.D., P.E.**
**Spectrum Forensics**
**3773 S. Jason Street #2**
**Englewood, CO 80110**
**(303) 963-9650**

Dr. Cornelissen is an expert engineer who has been asked to review the events surrounding Mr. Moore's fall and determine the cause of the device failures associated with the fall, and the fall mechanical engineering and manufacturing associated with the Lad Saf X3 and the feasible alternative designs. Dr. Russell is a licensed professional engineer specialized in forensic analysis and mechanical engineering.

It is believed that Dr. Russell will testify based upon his training and experience, as well as a review of the relevant information outlined in his report and a review of the material generated during the discovery phase of this litigation (including those items described in his report). Further, his opinions are based upon his review of information gathered during multiple joint inspections, the mechanical analysis of multiple exemplar devices and consultation with Dr. Cornelissen.

The general substance of Dr. Russell's mental impressions and opinions are set forth in his report (attached). Plaintiff incorporates by reference the deposition of Dr. Russell if and when taken, and any additional/supplemental reports he may provide.

Dr. Russell's resumé, fee schedule and list of testimony are provided (attached) and incorporated by reference. Plaintiff incorporates by reference Dr. Russell's report for additional information about his topics and substance of his anticipated testimony and the materials upon which he relied.


**J. Nigel Ellis, Ph.D., CSP, P.E, CPE**
**Ellis Litigation Support**
**Division of DSC**
**306 Country Club Drive**
**Wilmington  DE  19803**
**(302) 571-8470**

Dr. Ellis earned three degrees at the University of Manchester, including a doctorate in chemistry and he is a Registered Professional Safety Engineer in Massachusetts and California, a Board Certified Safety Professional and a Board Certified Professional Ergonomist, (Human Factors).

Dr. Ellis has more than 40 years of safety engineering experience. He is the CEO and founder of Dynamic Scientific Controls (DSC) and President of its division Ellis Fall Safety Solutions.  Based on this expertise Dr. Ellis has performed fall hazard assessments in hundreds of facilities and construction sites and has been retained as an expert witness in about 1000 fall related cases nationwide.

Dr. Ellis is a founding member on American National Standards Institute ANSI Z359 the former chairperson ANSI Z359.2 committee and is a contributor to other ANSI committees, as well as various ASTM committees. These committees prepare and revise the nation's fall protections standards.  Dr. Ellis is a board member of the International Society for Fall Protection (ISFP) and is a past chairperson of the International Safety Equipment Association Fall Protection Group.

It is believed that Dr. Ellis will testify based upon his training and experience, as well as a review of the relevant information outlined in his report and a review of the material generated during the discovery phase of this litigation (including those items described in his report). Further, his opinions are based upon his review of information gathered during multiple joint inspections and investigations and his interview with Mr. Moore and consultation Dr. Cornelissen.

The general substance of Dr. Ellis's mental impressions and opinions are set forth in his report (attached). Plaintiff incorporates by reference the deposition of Dr. Ellis if and when taken, and any additional/supplemental reports he may provide.

Dr. Ellis's resumé, fee schedule and list of testimony are provided (attached) and incorporated by reference. Plaintiff incorporates by reference Dr. Ellis's report for additional information about his topics and substance of his anticipated testimony and the materials upon which he relied.

DATED:  October 14, 2020

Respectfully submitted,

**THE ROBERT PAHLKE LAW GROUP**

/s/ Kyle J. Long
Robert G. Pahlke, admitted *pro hac vice*
Kyle J. Long, admitted *pro hac vice*
2425 Circle Drive, Suite 200
Scottsbluff, Nebraska 69363-1224
Telephone (308) 633-4444
Facsimile (308) 633-4445
rgp@pahlkelawgroup.com
kyle@pahlkelawgroup.com

and

**SOMMERMAN, MCCAFFITY, QUESADA & GEISLER, LLP**
Sean J. McCaffity
State Bar No. 24013122
3811 Turtle Creek Blvd, Suite 1400
Dallas, TX 75219
Telephone (214) 720-0720
Facsimile (214) 720-0184
smccaffity@textrial.com

and

James E. Wren
State Bar No. 22018200
One Bear Place #97288
Waco, TX 76798-7288
Telephone (254) 710-7670
Facsimile (254) 710-2817
james_wren@baylor.edu

and

**SHANNON, PORTER & JOHNSON**
Brandon S. Archer
State Bar No. 24059392
P.O. Box 1272
San Angelo, TX 76902-1272
Telephone (325) 653-4274
Facsimile (325) 657-0787
archer@shannonporter.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify this 14th day of October 2020 that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5. Therefore, this document was served on all counsel via electronic service. Local Rule CV-5.

/s/ Kyle Long
Kyle J. Long



# Justin Moore
## Fall Incident Investigation

Prepared For

KYLE J. LONG

The Robert Pahlke Law Group



**SPECTRUM FORENSICS**

October 14, 2020                                                      INITIAL REPORT

The Robert Pahlke Law Group
Attn: Kyle J. Long
2425 Circle Drive, Suite 200
Scottsbluff, NE 69361

SUBJECT:       MOORE FALL INCIDENT INVESTIGATION
               SF20-108

Date of Loss:   June 8, 2017
Case No.:       6:19-cv-00038-C
Clients:        Justin and Judith Moore

Dear Mr. Long:

Per your request, Spectrum Forensics, LLC (Spectrum) investigated equipment involved in a June 8, 2017 fall incident at wind turbine tower in Mills County, TX. Justin Moore was injured when he fell while descending a ladder in the interior of the tower.

## Background

The subject June 8, 2017 incident occurred in Tower 41 of a wind turbine park near Goldtwaithe, TX. The wind turbine park is owned and operated by Invenergy, LLC ("Invenergy"). At the time of the incident, Mr. Moore was employed by Invenergy to perform maintenance work at the park.

Tower 41 was equipped with an Ibex Climb Assist 1000 ("Ibex") system that provides up to 125 lbs. of assist to persons climbing or descending the interior ladders. This system was manufactured by Power Climber Wind (a division of SafeWorks, LLC). Mr. Moore was using fall protection equipment that included a LAD-SAF X3 cable clamp manufactured by DBI.

## Incident Description

As Mr. Moore started to descend the interior ladder near the very top of the tower, the polymer belt of the Ibex system broke. The sudden loss of more than 100 lbs. of weight support caused Mr. Moore to lose his grip on the ladder and begin to fall. Mr. Moore fell around 20 feet before the LAD-SAF X3 engaged the wire safety rope and brought him to stop. The abrupt stop after an extended free-fall generated high rates of deceleration and associated high forces on Mr. Moore and reportedly resulted in injuries to his back, shoulder, and brain. Invenergy terminated Mr. Moore when he was unable to return to his regular duties and suitable alternative duties reportedly could not be made available.

MOORE FALL INCIDENT INVESTIGATION
The Robert Pahlke Law Group
October 14, 2020
Project No. SF20-108

## Investigative Approach

Spectrum inspected the loss location and elements of the Ibex and wire safety rope system at the Invenergy wind turbine park near Goldtwaithe, TX on October 6, 2020. Spectrum also participated in joint non-destructive and destructive laboratory examinations at Engineering Systems, Inc. ("ESi") on August 19, 2020 and October 7, 2020. Product literature and other provided materials were reviewed. Spectrum inspected and tested several older and recent-manufacture LAD-SAF X3 devices taken from manufacturer-sealed boxes. Two of these devices was disassembled for inspection and measurement. Although only a selection of photos taken during multiple inspections have been reproduced in this report, and only specific sections of documents have been referenced, all documents and photographs in the Spectrum file for this project have been reviewed and considered in the course of this investigation.

## Documents Reviewed

Documents reviewed in the course of this investigation include:

- Incident Investigation Report Form, GDW Incident 141 6-8-17 JMoore
- Plaintiff's Amended Complaint, Case 6:19-cv-00038-C, June 13, 2019
- Deposition, Justin Moore, September 24, 2020
- LAD-SAF User Instructions, DBI Sala, 2016
- LAD-SAF Failure Modes and Effects Analysis
- Discovery Documents, SafeWorks
- Discovery Documents, DBI
- Ibex Climb Assist Specifications, Power Climber Wind
- Splicing Procedure, Power Climber Wind
- Operators Manual, Ibex 1000 Series Climb Assist System, Power Climber Wind, Revision A, December 20, 2008
- Operators Manual, Ibex 1000 Series Climb Assist System, Power Climber Wind, Revision E, January 26, 2012
- Brochure, Ibex 1000 Series Climb Assist, Power Climber Wind

## Site Inspection

A photograph of the base of the T-41 wind turbine tower involved in the June 8, 2017 incident is shown in Figure 1. The tower was reportedly erected in or around 2013.

2

MOORE FALL INCIDENT INVESTIGATION
The Robert Pahlke Law Group
October 14, 2020
Project No. SF20-108



*Figure 1.     Base of T-41 wind turbine tower involved in June 8, 2017 incident.*

The failed polymer belt from the Ibex climb assist system and the wire safety rope were removed and replaced following the incident. A photograph of the configuration of the replacement components is shown in Figure 2.



*Figure 2.     Replacement polymer belt (blue) of Ibex climb assist system. The wire safety rope is visible immediately adjacent to the polymer belt behind the ladder.*

3

MOORE FALL INCIDENT INVESTIGATION
The Robert Pahlke Law Group
October 14, 2020
Project No. SF20-108

The original polymer belt and the wire safety rope (and associated attaching hardware) were initially retained by Invenergy. Short lengths of the polymer belt were cut off and delivered to ESi for the initial August 19, 2020 laboratory exam. The remainder of the polymer belt and the wire safety rope and attaching hardware (shown in the photograph in Figure 3) were transferred from Invenergy to Spectrum during the October 6, 2020 site inspection and transferred by Spectrum to ESi at the start of the October 7, 2020 laboratory exam.



*Figure 3.    Polymer belt remnants, wire safety rope, and attaching hardware transferred by Invenergy to Spectrum on October 6, 2020.*

A welding rig of the type used to fuse lengths of the polymer belt during installation of the Ibex climb assist system was made available by Invenergy for inspection as shown in the photograph in Figure 4. No records were available to establish whether or not this specific welding rig had been used to fuse the belt in Tower T-41 in 2013.



*Figure 4.    Welding rig of the type used to fuse ends of polymer belt during installation of the Ibex climb assist system in Tower T-41 in 2013.*

4

MOORE FALL INCIDENT INVESTIGATION
The Robert Pahlke Law Group
October 14, 2020
Project No. SF20-108

## LAD-SAF X3 Intended Operation

The subject LAD-SAF X3 cable clamp incorporates a cam that is designed to clamp down on the wire safety rope in the event of a user fall. In routine use, the cam rotates to a disengaged position to allow the cable clamp to freely slide along the wire safety rope as the user climbs or descends. Moving the energy absorber into a raised position relative to the main body of the LAD-SAF X3 allows the cam to fall away from the wire safety rope.  If a fall occurs, the cam is expected to move into a wire safety rope clamping position and arrest the fall whether the energy absorber is in the raised or lowered position. The design envisions that no user action is required to deploy the wire safety rope clamping function of the LAD-SAF X3 in the event of a fall.

## Laboratory Analysis

The fractured ends of the failed polymer belt from the Ibex climb assist system are shown in the photograph in Figure 5. Excess braided core material and remnants of flash that had been partially trimmed away (shown in the photographs in Figure 6) indicated that the belt failed in the region where the free ends had been fused (welded) together during initial installation.



*Figure 5.    Fractured ends of failed polymer belt from Ibex climb assist system.*

MOORE FALL INCIDENT INVESTIGATION
The Robert Pahlke Law Group
October 14, 2020
Project No. SF20-108





*Figure 6.    Fractured ends of failed polymer belt from Ibex climb assist system showing excess braided core material (top) and evidence of flash trimming (bottom) indicative of a welded connection.*

A series of parallel transverse cracks (shown in the photographs in Figures 6 and 7) indicated that the welded region had likely begun to exhibit visible signs of a developing failure weeks or months before the final catastrophic separation of the polymer belt occurred.

MOORE FALL INCIDENT INVESTIGATION
The Robert Pahlke Law Group
October 14, 2020
Project No. SF20-108



*Figure 7.    Parallel transverse cracks in failed polymer belt of Ibex climb assist system indicative of progressive failure development in fused region.*

The wire safety rope that had been in use at the time of the June 8, 2017 incident showed kinking (depicted in the photograph in Figure 8) typical of high-energy clamp activation approximately 25 feet from the top attachment point. This distance is consistent with the fall distance reported by Mr. Moore. The wire rope was approximately 3/8 inch in diameter and although the exact number of wires in the individual strands could not be ascertained, appeared to consist of seven identical braided wire strands in a typical 7x19 configuration.



*Figure 8.    Kinking typical of high-energy cable clamp activation at approximately 25' from top attachment.*

7

MOORE FALL INCIDENT INVESTIGATION
The Robert Pahlke Law Group
October 14, 2020
Project No. SF20-108

The subject LAD-SAF X3 cable clamp (shown in the photographs in Figure 9) was
unremarkable other than for the deployed energy absorber.





*Figure 9.    Subject LAD-SAF X3 showing deployed energy absorber.*

Even it its deployed condition, the subject LAD-SAF X3 passed typical pre-climb inspections
mandated by DBI such as having the cam move into the clamp position with the device laid
flat on the table and shaking the device to confirm that the cam moves freely. It also passed
typical pre-climb inspections such as moving freely up and down the wire safety rope when
moved at a modest speed with the energy absorber in the up position, and having the cam
clamp down when the device was allowed to free-fall along a pretensioned wire safety rope
(albeit at varying distances of up to a foot or so).

8

MOORE FALL INCIDENT INVESTIGATION
The Robert Pahlke Law Group
October 14, 2020
Project No. SF20-108

However, two distinct failure modes were noted during laboratory testing. First, when the device was either allowed to free-fall or manually accelerated as fast as possible down the pretensioned wire safety rope with the energy absorber in the up position, the cam failed to arrest a fall over the approximately five-foot test section of wire safety rope. Second, with the energy absorber facing the user in the up position, exerting a sideload to the user's left on the energy absorber caused the cam to lock in place even when the device was inverted. Releasing the sideload resulted in the cam falling into the clamping position.

Disassembly of the LAD-SAF X3 cable clamp showed that all components were present and in position. No individual component failures were noted. The energy absorber and the cam were separated only by a white polymer washer, and as shown in the photographs in Figure 10, rotated on red polymer bushings around the same stepped shaft. Comparison of the disassembled subject cable clamp with a disassembled contemporaneous exemplar taken from a manufacturer-sealed box showed that the subject cable clamp had not been modified in any way.



*Figure 10.  Disassembly of subject LAD-SAF X3 showing red polymer bushings at center of rotation for energy absorber (top) and cam (bottom); the cam and energy absorber rotate on the machined shaft shown in the middle of the lower left image.*

9

MOORE FALL INCIDENT INVESTIGATION
The Robert Pahlke Law Group
October 14, 2020
Project No. SF20-108

## Engineering Analysis

The June 8, 2017 fall incident that injured Mr. Moore was initiated by the failure of the polymer belt of the Ibex climb assist system. The belt failure occurred at the location where the free ends of the belt were fused together during initial assembly of the system in 2013. The failure of the belt caused a sudden loss of more than 100 lbs. of weight assistance, which in turn caused Mr. Moore to lose his grip on the ladder he was descending. The polymer belt runs the full height of the wind turbine tower and is approximately 600 feet in length.

It is not known where along the height of the T-41 tower the fused region was located at the time of failure. The fractured ends of the failed belt show signs of cracking that had developed over a period of time prior to the final catastrophic failure. Approximately one month after Mr. Moore's fall, SafeWorks issued guidance for users to inspect the welded region before every climb. Realistically, this would require that the welded region be clearly marked so that it could be located in a reasonable amount of time under the existing lighting conditions in the tower.

Welded regions are logical locations for in-service failure. Welds made under field conditions as opposed to laboratory conditions have a foreseeable increased risk of sub-optimal preparation and construction and will therefore be at an increased risk of failure compared to the bulk belt material. Multiple field reports of belt failures at weld locations confirm this hypothesis. SafeWorks' failure to instruct users to perform pre-climb inspections of the weld locations in the polymer belt rendered the Ibex climb assist system defective and unreasonably dangerous. Such instructions would have been feasible when the Ibex system was developed and manufactured and should have been provided in the User Inspections section of the Operators Manual.

Mr. Moore's injuries appear to be consistent with the high deceleration rates and attendant high forces he sustained due to the delayed deployment of the LAD-SAF X3. Mr. Moore fell approximately twenty feet before the cam in the LAD-SAF X3 suddenly engaged the wire safety rope. At the end of a 20-foot free-fall, Mr. Moore was falling at approximately 36 feet per second. If the stopping distance after deployment of the LAD-SAF X3 was approximately one foot, Mr. Moore would have experienced an average whole-body deceleration of approximately 20 G's, which would subject him to forces on the order of twenty times his body weight. Peak deceleration would be approximately twice the average deceleration, and local decelerations due to whipping of the head, neck, and limbs would likely exceed that number.

The LAD-SAF X3 cable clamp incorporates a moving cam that is designed to clamp down on the wire safety rope in the event of a user fall. The cam has to rotate around the machined shaft to clamp the wire safety rope in the event of a fall. A red polymer bushing inserted into the center opening of the cam is intended to facilitate rotation around the machined shaft. An energy absorber attached to the cable clamp is intended to increase the distance over

10

MOORE FALL INCIDENT INVESTIGATION
The Robert Pahlke Law Group
October 14, 2020
Project No. SF20-108

which the user comes to a stop (and thereby reduce deceleration rates and forces) after the LAD-SAF X3 arrests on the safety wire rope.

The cam can move into clamping position either by moving the energy absorber down or by inertial movement of the cam during a fall. In theory, inertial movement during a fall should be sufficient to move the cam into clamping position even if the energy absorber remains in the raised position. A spring is provided between the cam and the cable clamp body to help overcome the weight of the cam and facilitate upward movement during a fall. However, informal laboratory testing showed that the cam does not reliably engage the wire safety rope if it is accelerated downward with the energy absorber in the raised position.

Testing of the cable clamp off the wire safety rope shows that the cam rotates into the clamping position with relative ease even under modest downward acceleration. However, when in position on the wire safety rope, the LAD-SAF X3 did not reliably engage if the downward acceleration occurred while the energy absorber was in the raised position. This observation indicates that when the cam rotates to contact the wire safety rope, the friction between the rope and the gripping surface of the cam is insufficient to pull the cam tighter into the rope. If a lateral force is applied to the energy absorber while it is in the raised position, impingement on the cam can entirely prevent motion of the cam (and therefore, engagement of the cam with the wire safety rope) under fall conditions.

Typical engineering practice during design of components is to perform a Failure Modes and Effects Analysis ("FMEA") to determine how and why a device might malfunction under conditions of normal use and reasonably foreseeable misuse. The FMEA assigns a score to each potential failure mode based on the anticipated frequency of the occurrence, the severity of the likely consequences, and ability to detect the failure mode. Both the cam locking due to side loading of the energy absorber and the inability of the cam to engage the wire safety rope in a free-fall with the energy absorber in the raised position should have been considered and addressed by the manufacturer as part of the FMEA for the LAD-SAF X3 because the occurrences are foreseeable, likely to lead to severe consequences in terms of injury or death, and practically impossible to detect by the user beforehand.

Examination and laboratory testing show that at the time of design and manufacture of the LAD-SAF X3, safer alternative designs were available that improve operational reliability and significantly reduce the risk of injury by reducing the potential of impingement of the energy absorber on the cam. Potential impingement by adjacent components and resulting abnormal functionality is a well-recognized engineering problem.

Specific design modifications that reduce the potential for interference include incorporating a flange in the existing stepped shaft between the energy absorber and cam or reducing lateral motion of the energy absorber by reducing the clearance between the shaft and the bushings and/or replacing the polymeric bushings with either bronze bushings or bearings. Enhancing the ability of the cam to engage the wire safety rope due to inertial movement

11

MOORE FALL INCIDENT INVESTIGATION
The Robert Pahlke Law Group
October 14, 2020
Project No. SF20-108

would require modifying the gripping surface of the cam to enhance the engagement force at the point of initial contact with the wire safety rope.

The failure of the LAD-SAF X3 to reliably engage the wire safety rope in the expected, and therefore foreseeable, event of a fall renders the device defective and unreasonably dangerous. While testing of prototypes is required to fully validate design changes, it was technically and economically feasible at the time of design and manufacture of the LAD-SAF X3 to modify the design to make operation of the cam that is intended to engage the wire safety rope more reliable.

## Summary of Opinions

Based on review of available information to date, we have reached the following conclusions to a reasonable degree of engineering certainty:

1)  The June 8, 2017 fall incident was triggered by the failure of a welded polymer belt in the Ibex climb assist system.

2)  The sudden failure of a welded region of the Ibex polymer belt resulted in a sudden transfer of more than 100 lbs. of weight that caused Mr. Moore to lose his grip on the ladder and begin to fall.

3)  SafeWorks' failure to provide instructions and warnings to inspect belt welds prior to each climb rendered the Ibex climb support system defective and unreasonably dangerous. Providing such instructions was technically and economically feasible as demonstrated by SafeWorks' inclusion of such instructions and warnings in the Operator's Manual more than month after Mr. Moore's injuries occurred.

4)  A malfunction in the LAD-SAF X3 cable clamp worn by Mr. Moore caused it to fail to engage the wire safety rope until Mr. Moore had fallen more than 20 feet.

5)  DBI failed to consider operational conditions that could lead to severe injuries and that could have been reasonably anticipated during the design phase of the LAD-SAF X3 development.

6)  The sudden deceleration caused by the belated deployment of the LAD-SAF X3 cable clamp generated high deceleration rates and associated high forces on Mr. Moore.

7)  Even after the fall and partial deployment of the energy absorber, the subject LAD-SAF X3 cable clamp passed all user tests that are specified by DBI to be performed prior to a climb.

8)  The LAD-SAF X3 is defectively designed in that it can fail to deploy properly under normal and expected conditions of use.

9)  The defective design of the LAD-SAF X3 renders it unreasonably dangerous for its intended users.

12

MOORE FALL INCIDENT INVESTIGATION
The Robert Pahlke Law Group
October 14, 2020
Project No. SF20-108

10) Alternative and safer designs for the LAD-SAF X3 were technically and economically feasible.

The opinions and conclusions expressed in this report are based on the information available to Spectrum as of the date of this report. Review of documents is ongoing. As discovery continues, it may be that additional information will become available which will affect our opinions and conclusions and may require the preparation of an addendum report.

Respectfully submitted,

Bastiaan E. Cornelissen, Ph.D., P.E.

Respectfully submitted,

Mark D. Russell, Ph.D., P.E.

13

**SPECTRUM FORENSICS**

3773 S. Jason St. #2
Englewood, CO 80110
303.963.9650
spectrumllc-co.com

Resume of
# Bastiaan E. Cornelissen, Ph.D., P.E.

**Education:** Ph.D. Materials Science & Metallurgical Engineering, Colorado School of Mines (2000); M.S Materials Science, University of California at Berkeley (1993), B.S. Metallurgical Engineering, South Dakota School of Mines (1987).

**Registration:** Dr. Cornelissen is a Registered Professional Engineer in Colorado, California, and Wyoming.

**Experience:**
Principal, Spectrum Forensics LLC, 2015-Present
Principal, Forensic Consultants Group, 2011-2016
Principal, Event Analysis Group, 2008-2016
Senior Associate, Structural Integrity Associates, 2007-2013
Principal Engineer, Jacobson Forensic Engineering, 2000-2007
Senior Engineer, Ponderosa Associates, 2000
Senior Engineer, Knott Laboratory, 1993-2000
Research Associate, CO School of Mines, 1993-1999
Research Assistant, UC Berkeley, 1990-1993
Metallurgist, Anamet Laboratories, 1987-1990.

**Forensic Engineering:** Dr. Cornelissen has applied a multidisciplinary approach to the investigation of several hundred man/machine interactions and failures of engineered materials and devices. He has analyzed personal injury and property damage cases involving motor vehicles, conveyor systems, agricultural equipment, oil and gas wells, augers, overhead power lines, and automotive components. His expertise encompasses the analysis of failures in automotive, aerospace, utility, marine, electronics, medical, petroleum, and chemical processing industries. Representative cases involved failure analyses of pipelines, fasteners, medical devices, recreational equipment, heavy truck components, power lines, lifting cranes and oilfield equipment. He has applied his firearms experience and training as a firearms instructor to the analysis and reconstruction of firearms failures and shooting incidents.

**Expert Testimony:** As a result of his investigations, Dr. Cornelissen has provided expert testimony in court as well as during arbitration and mediation proceedings. He has testified on behalf of plaintiffs and defendants in cases involving materials engineering, medical devices, firearms, welding, fastening systems, and warnings and instructions.

**SPECTRUM**
**FORENSICS**

3773 S. Jason St. #2
Englewood, CO 80110
303.963.9650
spectrumllc-co.com

Resume of
## Bastiaan E. Cornelissen, Ph.D., P.E.

**Publications:**

1. B.E. Cornelissen, R.H. Dauskardt, R.O. Ritchie, and G. Thomas, Cyclic Fatigue Behavior and Fracture Toughness of Silicon Nitride Ceramics Sintered with Rare- Earth Oxides, Acta Metall. & Mater. Vol. 42, No. 9, 1994.

2. B.E. Cornelissen, D.K. Matlock, G. Krauss, B. Gondesen, and F. T. Hoffmann, Bending Fatigue Performance of Gas- and Plasma-Carburized Steels, Society of Automotive Engineers (SAE) Paper 1999-01-0602, Detroit, Michigan, 1999.

3. D. J. Medlin, B. E. Cornelissen, D. K.  Matlock, G. Krauss, and R. J. Filar, Effect of Thermal Treatments and Carbon Potentials on Bending Fatigue Performance of SAE 4320 Gear Steel, Society of Automotive Engineers (SAE) Paper 1999-01-0603, Detroit, Michigan, 1999.

4. B.E. Cornelissen, J. Kube, G. Marsh, and C. Finocchiaro, Evidence Handling and Preservation in Suspected Arson Cases, International Association of Arson Investigators, July 2001.

5. Bending Fatigue of Carburized Steels, Proc.  5th ASM Heat Treatment and Surface Engineering Conference in Europe, Gothenburg, Sweden, June 7-9, 2000

6. O. Jacobson, B. E. Cornelissen, G. Barbera, C. Thomas and D. Anderson, Motor Vehicle Event Data Recorders, Validation and Use of Data for Admission to the Court, Collision-The International Compendium for Crash Research, Vol. 1, Issue 1, 2006.

7. K. Pagel, B.E. Cornelissen, Applying Scientific Analysis Techniques to the Identification of Unknown Features of .50 BMG Caliber Ammunition, Very High Power Magazine, 2020-2.

**Conferences/Seminars:**

1. "Bending Fatigue Performance of Gas- and Plasma-Carburized Steels", Speaker, Society of Automotive Engineers Annual Convention, Detroit, Michigan, March 2, 1999.

2. "Alloying and Processing Approaches to Improved Bending Fatigue Performance of Carburized Gear Steels", Speaker, Advanced Steel Processing and Products Research Center's Twenty-Ninth Semiannual Technical Program, Colorado School of Mines, Golden, Colorado, September 13, 1999.

3. "Accident Reconstruction Using Conservation of Momentum & Energy", SAE, Troy, Michigan, August 27-28, 2001.

4. PC Crash Training Seminar, MacInnes Engineering, Las Vegas, Nevada, January 11-12, 2002.

5. Laser Survey Equipment Training, Laser Technology, Inc., Englewood, CO, April & July, 2002.

6. PC Crash Advanced Training Seminar, MacInnes Engineering, Las Vegas, Nevada, January 10-11, 2003

7. Motor Vehicle Accident Reconstruction Seminar - SAE 2004 World Congress, Detroit, Michigan, March 8-10, 2004.

3773 S. Jason St. #2
Englewood, CO 80110
303.963.9650
spectrumllc-co.com

8. Welding Training, Auburn Tools, April-May 2003.

9. 2003 International Whiplash Trauma Congress, Spinal Injury Foundation, Denver, Colorado, October 9 10, 2003.

10. 2004 ARC-CSI Crash Conference, Las Vegas, Nevada, June 21-23, 2004.

11. Commercial Vehicle Braking Systems Seminar, Troy, Michigan, August 2-4, 2006.

12. OSHA Health & Safety Training, South Jordan, Utah, February 25, 2008

13. Root Cause Analysis, Structural Integrity Associates, Centennial, Colorado, June 23, 2008

14. Forensic Engineering – The Role of the Engineer in the Legal System, Speaker, Colorado School of Mines, October 2008

15. Certified Fire & Explosion Investigator Seminar, NAFI, Boston, MA, March 8-11, 2010

16. Bolted Connections Course, ASME, Houston, TX, April 26-30, 2010

17. Effective Loss Scene Investigation, CLM, Omaha, NE, June 23, 2016

18. Modular Hip System Failure Analysis, ASM Rocky Mountain Chapter, October 4, 2018

**SPECTRUM**
**FORENSICS**

3773 S. Jason St. #2
Englewood, CO 80110
303.963.9650
spectrumllc-co.com

**Testimony:**

| Date | Client | Case # | Case Name | Location | Trial/Depo |
|---|---|---|---|---|---|
| 02/20/15 | Larson | 2013CV14 | Kelley v. Auk Enterprises et al | District Court, La Plata County, Colorado | Deposition |
| 03/09/15 | Kay | 2013CV30983 | Magna Energy Services v. Industrial Systems, Inc. | District Court, Weld County | Deposition |
| 03/18/15 | McLaughlin | BC475958 | Warner v. Penenberg and Wright Medical Group | Superior Court, Los Angeles County, California | Deposition |
| 03/26/15 | Edwards | DV 09-145C | Chapman v. Harley-Davidson. | District Court, Gallatin County, Wyoming | Deposition |
| 06/02/15 | Cline | No. 45,927 | Lexington v. Simkar | 23rd Judicial District, Wharton County, Texas | Deposition |
| 06/09/15 | Martin | 2014-69 | Stevenson v. Lake | 8th Judicial District, Platte County, Wyoming | Trial |
| 07/07/15 | Cline | No. 45,927 | Lexington v. Simkar | 23rd Judicial District, Wharton County, Texas | Deposition |
| 08/14/15 | Hedberg | 161418610 | American Wholesale v. AllState | Circuit Court, Lane County, Oregon | Trial |
| 02/23/16 | Bristol | 2014CV030245 | 307Inc.  v. Brewer Steel | District Court, Weld County | Deposition |
| 03/29/16 | McLaughlin | 2:14-cv-08278 BRO-MRW | Sukonik v. Wright Medical | District Court, Central District of California, Western Division | Deposition |

**SPECTRUM FORENSICS**

3773 S. Jason St. #2
Englewood, CO 80110
303.963.9650
spectrumllc-co.com

**Testimony, cont.:**

| Date | Client | Case # | Case Name | Location | Trial/Depo |
|------|--------|--------|-----------|----------|------------|
| 04/12/16 | Bristol | 2014CV030245 | 307Inc. v. Brewer Steel | District Court, Weld County | Trial |
| 08/01/16 | Killeen | 1:15-cv-00909-MCA-KBM· | Federal Insurance v. 3M | District Court, New Mexico | Deposition |
| 08/03/16 | Younger | 13-CV-01899-PAB-GPG | Heinrich v. Jeg's Automotive | District Court, District of Colorado | Trial |
| 09/20/16 | Schafer | 1:14-CV-00165 | Robles v. Polar Corp | District Court, North Dakota | Deposition |
| 10/12/16 | McLaughlin | BC552067 | Parks v. Wright Medical Technology | Superior Court, Los Angeles County, California | Deposition |
| 12/13/16 | Turner | 3:14-cv-08115-NVW | TriState v. MHI | United States District Court, District of Arizona | Deposition |
| 12/19/16 | Miller | 2015CV30977 | Clymer v. Texas Farrier Supply | District Court, Boulder County, CO | Deposition |
| 01/26/17 | McLaughlin | CV2014-009277 | Trittler v. Wright Medical Technology | Superior Court of Arizona Maricopa County | Deposition |
| 03/13/17 | Turner | 3:14-cv-08115-NVW | TriState v. MHI | United States District Court, District of Arizona | Deposition |
| 05/30/17 | Breslau | 1:15-cv-01252-RBJ | Wellons v. EVCE | United States District Court, District of Colorado | Trial |
| 06/02/17 | Fannin | 2:15-cv-00294 | Jardanowski v. Portland Orthopaedics | United States District Court, Eastern District of Wisconsin | Deposition |
| 06/05/17 | Sandefer | 1:16-cv-00140-KHR | Case v. SM Energy | United States District Court, District of Wyoming | Deposition |
| 06/08/17 | Berg | 16-cv-00009 | Reynolds v. DoubleTap | United States District Court, District of Colorado | Deposition |
| 07/18/17 | Zukin | CV15-07102 CAS (KSx) | Biorn/Sarafian v. Wright Medical Technology | United States District Court Central District of California | Deposition |
| 08/09/17 | MacArthur | 16CV05612 | National Surety Corporation v. United Heating & Cooling | District Court, Johnson County, KS | Deposition |
| 08/11/17 | Carafelli | DEN2017-01 | Frontier Airlines v. City and County of Denver | CEO of Aviation, City and County of Denver | Hearing |

# SPECTRUM
## FORENSICS

3773 S. Jason St. #2
Englewood, CO 80110
303.963.9650
spectrumllc–co.com

**Testimony, cont.:**

| Date | Client | Case # | Case Name | Location | Trial/Depo |
|------|--------|--------|-----------|----------|------------|
| 08/15/17 | McLaughlin | 10-CI-656 | Spencer v. Wright Medical Technology | Jefferson Circuit Court | Deposition |
| 10/12/17 | McLaughlin | 1:16-cv-02105—msk-mjw | Wollam v. HowMedica | United States District Court, District of Colorado | Deposition |
| 11/13/17 | MacArthur | 16CV05612 | National Surety Corporation v. United Heating & Cooling | District Court, Johnson County, KS | Trial |
| 1/11/18 | Fourez | 16SL-CC00962 | Privilege v. D. Flynn Plumbing | Circuit Court – St. Louis County, MO | Deposition |
| 1/25/18 | McLaughlin | 1:17-cv-10134 | Feld v. Wright Medical Technology | United States District Court, District of Massachusetts | Deposition |
| 2/7/18 | Rardin | 17CV00706 | Pacific Indemnity v. Do-Right | District Court, Johnson County, KS | Deposition |
| 4/20/18 | Sitcoff | D01CI70002616 | Newman v. Sapp Brothers | District Court, Douglas County, NE | Deposition |
| 4/27/18 | Breslau | 15-cv-00091-ABJ | Sinclair WRC v. A&B Builders, LTD | District Court, District of Wyoming | Deposition |
| 6/21/18 | Breslau | 15-cv-00091-ABJ | Sinclair WRC v. A&B Builders, LTD | District Court, District of Wyoming | Deposition |
| 7/19/18 | Pope | 5:17cv062-KGB | Simpson v. Wright Medical Technology | District Court, Eastern District of Arkansas, Pine Bluff Division | Deposition |
| 8/29/18 | O'Connor | C15-02123 | SLO District v. Teichert | Superior Court of California County of Contra Costa | Deposition |
| 8/31/18 | McLaughlin | 1:16-cv-00456-CWD | Connell v. Lima | United States District Court, District of Idaho | Deposition |
| 9/17/18 | Killeen | 1:17cv02196-KLM | Federal (Culp) v. Brasscraft | United States District Court, District of Colorado | Deposition |
| 9/19/18 | McLaughlin | 1:17-cv-01601-CBS-WJM-SKC | Applekamp v. Wright Medical Technology | United States District Court, District of Colorado | Deposition |
| 10/04/18 | Dunford | 2017-CV-001757-TO | Bankers v. OmegaFlex | District Court Sedgwick County, KS | Deposition |

**SPECTRUM FORENSICS**

3773 S. Jason St. #2
Englewood, CO 80110
303.963.9650
spectrumllc-co.com

**Testimony, cont.:**

| Date | Client | Case # | Case Name | Location | Trial/Depo |
|------|--------|--------|-----------|----------|------------|
| 10/18/18 | Wetli | 17CR200003-4G | State of Colorado v. Kelley | District Court<br>City and County of Denver | Trial |
| 10/19/18 | Wetli | 17CR200003-4G | State of Colorado v. Kelley | District Court<br>City and County of Denver | Trial |
| 10/22/18 | MacArthur | 2017-CV-000966 | Great Northern v. Ronnoco | District Court<br>Wyandotte County, KS | Deposition |
| 11/15/18 | Dunford | 36CIV16-23 | Grove v. OmegaFlex | Circuit Court<br>Jerauld County, SD | Deposition |
| 12/05/18 | O'Connor | C15-02123 | SLO District v. Teichert | Superior Court of California<br>County of Contra Costa | Deposition |
| 12/10/18 | Radley | 2018CV030157 | Herrera v. Summit Concrete | District Court<br>Pueblo County, CO | Deposition |
| 04/05/19 | Lee | 2016-CV-30128 | Independence Pass v. Shaw Builders | District Court<br>Pitkin County, CO | Deposition |
| 04/09/19 | Pope | 1:16-CV-00108-RJS | Bradshaw v. WMT | District Court<br>District of Utah | Deposition |
| 04/23/19 | MacArthur | 2017-CV-30168 | American Insurance v. BrassCraft | District Court<br>Eagle County, CO | Deposition |
| 05/02/19 | Rossi | 18-CV-01187-WYD-KLM | Ross v. UPRR | District Court<br>District of Colorado | Deposition |
| 6/6/19 | McLaughlin | 2:17-cv-00092-JNP | Burningham v. WMT | District Court<br>District of Utah | Deposition |
| 5/31/19 | White | 17CR8824 | State of Colorado v. Howard Little | District Court<br>City and County of Denver | Hearing |
| 08/30/19 | Zukin | 2:17-cv-03178-CAS (KSx) | Bower v. WMT | District Court<br>Central District of California | Deposition |
| 08/30/19 | Zukin | 2:17-cv-03196-CAS (KSx) | Prater v. WMT | District Court<br>Central District of California | Deposition |
| 10/22/19 | Leemon | 1:18-cv-01813-RM-MEH | McCauley v. Howmedica | District Court<br>District of Colorado | Deposition |
| 1/27/20 | Wiens | CV-2018-0615 | Basic Energy v. Thunder Basin | Eighth Judicial District<br>Niobrara, WY | Deposition |
| 4/6/20 | Sutton | 1:18-cv-03063-WJM-STV | Macias v. Skyjack | District Court<br>District of Colorado | Deposition |
| 4/25/20 | Dunford | 1:19-cv-01658-SKC | Zavanna v. Warren Alloy | District Court<br>District of Colorado | Deposition |

**SPECTRUM FORENSICS**

3773 S. Jason St. #2
Englewood, CO 80110
303.963.9650
spectrumllc-co.com

**Testimony, cont.:**

| Date | Client | Case # | Case Name | Location | Trial/Depo |
|------|--------|--------|-----------|----------|------------|
| 4/28/20 | Sutton | 1:18-cv-03063-WJM-STV | Macias v. Skyjack | District Court District of Colorado | Deposition |
| 6/19/20 | Rardin | 1:19-cv-02350-KLM | Bankers v. BrassCraft | District Court District of Colorado | Deposition |
| 8/29/20 | Hansen | 4:15-cv-00072-DN-PK | Mickelsen v. Aramark | District Court District of Utah | Deposition |
| 10/1/20 | Vollbrecht | 27-cv-17-16231 | United Healthcare v. Fremont | District Court – State of MN Hennepin County – 4th Judicial District | Deposition |

**MARK D. RUSSELL, Ph.D., P.E., CFEI**
Denver, Colorado 80210
Telephone: (303) 475-9557
mdr@spectrullc-co.com

## EDUCATION:

| | |
|---|---|
| 1993 | Ph.D., Mechanical Engineering<br>University of Missouri, Columbia, Missouri |
| 1989 | M.S., Nuclear Engineering<br>University of Missouri, Columbia, Missouri |
| 1987 | B.S., Mechanical Engineering<br>University of Missouri, Columbia, Missouri |

## EXPERIENCE:

April 2020
to Present

**Spectrum Forensics LLC**
**Englewood, CO**

Principal Engineer.  Comprehensive forensic engineering services including investigation and analysis of the cause of failure, cost and scope of damage associated with failure, and expert witness testimony.  Specialized consulting in the areas of mechanical systems, manufacturing processes, and complex systems.  Fire and explosion investigations.  Analysis and modeling of complex phenomena.

July 2019
to April 2020

**Paladin Consulting Solutions LLC**
**Denver, CO**

Founder and Principal.  Comprehensive forensic engineering services including investigation and analysis of the cause of failure, cost and scope of damage associated with failure, and expert witness testimony.  Specialized consulting in the areas of mechanical systems, manufacturing processes, and complex systems.  Fire and explosion investigations.  Analysis and modeling of complex phenomena. Provide training to forensic consultants in the practice of forensic engineering, cause determination, and report writing.

July 2011
to June 2019

**Engineering Design & Testing Corp.**
**Columbia, SC**

Chief Engineer (January 2014 – June 2019), Associate Chief Engineer (July 2013 – December 2013), Consulting Engineer (July 2011 – July 2013). Specialized consulting in the areas of mechanical systems, manufacturing processes, conveyor systems, acoustical and vibration analysis of machinery. Fire and explosion investigations. Root cause investigation and analysis of mechanical damage to equipment,

components, and materials, including fracture analysis and failure analysis. Preparation of repair and replace cost estimates. Investigation of incidents involving residential, industrial and commercial systems. Damage evaluation and assessment.

| | |
|---|---|
| May 2009 to July 2011 | **Elegant Consulting Solutions**<br>**Goodlettsville, Tennessee** |

Principal and Founder. Projects included design evaluation of and improvement recommendations for an oil well drill bit, evaluation of the feasibility of using various sources of biomass as a feedstock for the production of biodiesel, life cycle analysis of various energy technologies for potential investment and development, evaluation of custom simulation software package for use in the development of continuously variable transmissions.

| | |
|---|---|
| June 2005 to March 2009 | **Span Tech LLC,**<br>**Glasgow, Kentucky** |

Vice President of Research and Development. Managed research and development engineers responsible for new product designs, custom design software development, and new product launch. Researched new technologies for patent applications. Researched the source of a long-standing in-service problem with conveyor cleanliness, and was sole inventor of the technology that eliminated this problem (developed the process, specified the required equipment, and supervised the installation of the required equipment).

| | |
|---|---|
| May 2003 to May 2005 | **Trace Die Cast**<br>**Bowling Green, Kentucky** |

Manufacturing Engineer. Provided production support through process evaluation and improvements for aluminum die-cast production, including quality assessment of parts, root cause analysis of defects, and process change implementation to correct for defects.

Quality Manager. Root cause analysis of various part defects and process improvements and design changes implementation to address these defects.

Program Manager. Resolution of product-quality discrepancies, including root cause analysis of defective parts found at customer sites, corrective action implementation and documentation, and reporting. New product launch management.

| | |
|---|---|
| February 2000 to May 2003 | **Leggett and Platt Aluminum Group**<br>**Monroe City, Missouri** |

October 2020

Quality Engineer/Quality Manager. Quality management for a range of die-cast aluminum products. Developed a die-cast process auditing system to improve conformance to established process parameters.

| | |
|---|---|
| February 1999 to November 1999 | **Russell Brothers Construction Company**<br>**Columbia, Missouri** |

Founder and Co-owner. Managed budgets for construction projects. Supervised construction activities, including coordination of work by subcontractors. Secured investment and financing for initial construction project.

| | |
|---|---|
| August 1994 to February 1999 | **University of Missouri**<br>**Columbia, Missouri** |

Research Assistant Professor/Senior Research Specialist

*Department of Mechanical and Aerospace Engineering* - Conducted research on the ultrasonic nondestructive evaluation of polycrystalline materials; results of research are applicable to any wave scattering medium including atmospheric formations, geologic structures, and the human body.

*Department of Biological and Agricultural Engineering* - Conducted research to improve the detection and characterization of prostate cancer via medical ultrasound. Conducted water quality research related to agricultural applications. Taught introductory physics course for undergraduate students.

*Department of Biological and Agricultural Engineering* - Conducted research on fueling diesel engines with biodiesel. Investigated the impact of biodiesel on the emissions, maintenance, durability, and power performance of diesel engines.

| | |
|---|---|
| June 1993 to May 1994 | **University of Missouri Hospital and Clinics**<br>**Columbia, Missouri** |

Post-Doctoral Fellow, Department of Radiology. Conducted research on the ultrasonic acoustic properties of healthy and cancerous prostate tissue. Investigated correlation between the ultrasonic acoustic parameters and the histopathology of the cancerous prostate.

## CONTINUING EDUCATION:

Die Cast Die Design, Bueler AG, Wil Switzerland, 2003

Die Casting Process Optimization, Bueler AG, Wil Switzerland, 2003

World Tribology Congress III, ASME, Washington, D.C., 2005

Leadership Training Conference, ASME, Dallas, TX, 2010

Leadership Training Conference (Advanced), ASME, Dallas, TX, 2011

ASME District F Sections Seminar, Atlanta, GA, 2011

Full Field Deformation and Strain Measurement, ASME, Atlanta, GA, 2011

A Brief History of Aircraft Engine Development at General Electric, ASME, Atlanta, GA, 2011

Rotating Equipment and Predictive Maintenance, Engineering Design & Testing, Columbia, SC, 2011

Confined Space Entry, South Carolina Chapter National Safety Council (On-Line), 2011

Principles of Failure Analysis, ASM International (On-Line), 2011

Analysis of Plastic Fractures, Engineering Design & Testing, Orlando, FL, 2012

Losses in Renewable and Alternative Energy, Engineering Design & Testing, Orlando, FL, 2012

The Daubert Decision: Where Have We Come Since 1993? (Presenter), Engineering Design & Testing, Orlando, FL, 2012

Ethical Challenges for the ED&T Engineer, Engineering Design & Testing, Orlando, FL, 2012

Quantitative Measurement of LP/Natural Gas Pipe Systems, Engineering Design & Testing, Orlando, FL, 2012

Hot Wheels: Investigating Vehicle Fires, Engineering Design & Testing, Orlando, FL 2012

Advanced Fire, Arson & Explosion Investigation Training Program, National Association of Fire Investigators, Sarasota, FL, 2012

Social Networking and the Consulting Engineer, Engineering Design & Testing, Columbia, SC, 2013

Filing Rules in a Judicial System, Engineering Design & Testing, Columbia, SC, 2013

Salt Spreader Session, Engineering Design & Testing, Columbia, SC, 2013

Fire Session Panel, Engineering Design & Testing, Columbia, SC, 2013

Shaking Things Up a Bit – A Summary of Lessons Learned in the Field of Vibration, Engineering Design & Testing, Salt Lake City, UT, 2014

Products Liability and the Engineer – What Does It Mean to be Strictly Liable, Engineering Design & Testing, Salt Lake City, UT, 2014

Presentation of Credentials in Litigation, Engineering Design & Testing, Salt Lake City, UT, 2014

The Construction Sit and Conflict – Standard of Care, Engineering Design & Testing, Salt Lake City, UT, 2014

Material Science & Technologies Conference, Pittsburgh, PA, 2014

Ways to Increase and Retain Clients, Engineering Design & Testing, Nashville, TN, 2015

Modern Data Management for Engineering Investigations – Acquisition, Storage and Access, Engineering Design & Testing, Nashville, TN, 2015

Federal Rules of Civil Procedure (FRCP) Rule 26 – Expert Reports, Engineering Design & Testing, Nashville, TN, 2015

What to do when you get it WRONG, Engineering Design & Testing, Nashville, TN, 2015

Florida Laws & Rules Online, SunCam, 2015

Material Science & Technologies Conference, Columbus, OH, 2015

Geardrive Fundamentals and Failure Analysis, Engineering Design & Testing, Columbia, SC, 2016

Panel Discussion – Revised NFPA 1033, Engineering Design & Testing, Columbia, SC, 2016

Introduction to Aircraft Systems, Practical Aeronautics, Inc., 2016

Ballast Water Management, Engineering Design & Testing, Columbia, SC, 2016

Variable Frequency Drives, Engineering Design & Testing, Columbia, SC, 2016

Case Studies in Engineering Ethics, Engineering Design & Testing, Albuquerque, NM, 2017

Ballast Water Management: Background, Practice and Legislation, Engineering Design & Testing, Albuquerque, NM, 2017

NFPA 1033 – Questions and Terms to Expect in Testimony, Engineering Design & Testing, Albuquerque, NM, 2017

**PUBLICATIONS**:

Russell, M. D., S. P. Neal, and E. J. Boote. Experimental estimation of the longitudinal-wave backscatter coefficients for ultrasonic interrogation of weak scattering materials. J. Acoust. Soc. Am. 93 (3), 1267-1276 (1993).

Russell, M. D., and S. P. Neal. Experimental estimation of the transverse-wave backscatter coefficients for ultrasonic interrogation of weak scattering materials. J. Acoust. Soc. Am. 94 (4), 2413-2419 (1993).

Boote, E. J., L. J. Anglo, S. P. Neal, H. Sun, M. D. Russell, and T. S. Loy. *In Vitro* measurement of prostate acoustic properties. Radiology 189(P) (1993).

Russell, M. D., and S. P. Neal. Grain noise power spectrum estimation for weak scattering polycrystalline materials using experimentally estimated backscatter coefficients: normal incidence. Ultrasonics 32(3), 163-171 (1994).

Russell, M. D., and S. P. Neal. Grain noise power spectrum estimation for weak scattering polycrystalline materials using experimentally estimated backscatter coefficients: oblique incidence. Ultrasonics 32(3), 173-180 (1994).

Russell, M. D. Telescope performance on the planets. Sky & Telescope, March 1995, pp. 90-93.

Russell, M. D., H. Sun, M. L. Wicks, B. L. Kincaid, S. P. Neal, E. J. Boote, R. J. Churchill, L. J. Anglo, W. R. Holloway, G. Ross, and T. S. Loy. Ultrasonic Nondestructive Evaluation Applied to Prostate Cancer Detection. Nondestructive Testing and Evaluation. Vol 14, 237-256 (1998).

Russell, M. D., and S. P. Neal. 1992. A model-based approach to acoustic noise power spectrum estimation for normal incidence testing. *Review of Progress in Quantitative Nondestructive Evaluation*, edited by D.O. Thompson and D.E. Chimenti (Plenum, New York, 1992), Vol. 11B, pp. 2283-2290.

Russell, M. D., and S. P. Neal. 1992. Acoustic noise power spectrum estimation for normal incidence ultrasonic testing using experimentally determined backscatter coefficient estimates. American Society for Nondestructive Testing 1992 Fall Conference proceedings.

Russell, M. D., and S. P. Neal. 1994. Backscatter Coefficient estimation and grain noise power spectrum modeling for weak scattering polycrystalline materials with depth and angle independent scattering. *Review of Progress in Quantitative Nondestructive Evaluation*, edited by D.O. Thompson and D.E. Chimenti (Plenum, New York, 1994), Vol. 13B, pp. 1705-1712.

Schumacher, L. G., M. D. Russell, S. A. Howell. 1995. Lubricity of Biodiesel/Petroleum Diesel Blends. ASAE Regional Meeting. April 7-8, 1995. St. Joseph, MO.

Schumacher, L. G., M. D. Russell, J. A. Weber, J. G. Krahl. 1995. Maintenance, Repair, Engine Exhaust Emissions Associated with Biodiesel Fueling of Urban Buses. ASAE Annual International Meeting. June 18-23, 1995. Chicago, IL.

Schumacher, L. G., S. C. Borgelt, and M. D. Russell. 1995. Fueling 5.9L and 7.3 L Navistar Engines with Biodiesel-20. ASAE Annual International Meeting. June 18-23, 1995. Chicago, IL.

Schumacher, L. G., S. C. Borgelt, M. D. Russell, and W. G. Hires. 1995. Project Update: Fueling 5.9L Cummins Engines with 100% Biodiesel. ASAE Annual International Meeting. June 18-23, 1995. Chicago, IL.

Russell, M. D., and S. P. Neal. 1997. Experimental evidence of single and multiple scattering in polycrystalline materials, *Review of Progress in Quantitative Nondestructive Evaluation*, edited by D.O. Thompson and D.E. Chimenti (Plenum, New York, 1997), Vol. 16

Russell, M. D., H. Sun, B. L. Kincaid, M. L. Wicks, S. P. Neal, E. J. Boote, R. J. Churchill, L. J. Anglo, W. R. Holloway, G. Ross, T. S. Loy. 1997. In-vitro correlation of acoustic parameters with tissue histopathology for cancer detection in the human prostate, *Review of Progress in Quantitative Nondestructive Evaluation*, edited by D.O. Thompson and D.E. Chimenti (Plenum, New York, 1997), Vol. 16

Wicks, M. L., H. Sun, M. D. Russell, S. P. Neal, E. J. Boote, L. J. Anglo, G. Ross, T. S. Loy. In vitro correlation of echogenicity and differential echogenicity with human prostate cancer grade. In 1997 IEEE Ultrasonics Symposium Proceedings. IEEE, New York, 2:1127, 1997.

Russell, M.D., and Jur, T.A.  Engineering Analysis of Failure: A Determination of Cause Method, *Journal of Failure Analysis and Prevention*, 17(1), 8-14

**PRESENTATIONS**:

Review of Progress in Quantitative Nondestructive Evaluation, Brunswick, ME, 1991

American Society for Nondestructive Testing, 1992 Fall Conference, Chicago, IL

American Society for Nondestructive Testing, 1993 Spring Conference, Nashville, TN

Review of Progress in Quantitative Nondestructive Evaluation, Brunswick, ME, 1993

Astronomical League National Convention, Kansas City, MO, 1994

Workshop on Diesel Engine Warranty Issues, Moscow, ID, 1994

Consortium for Plant Biotechnology Research, Chicago, IL, 1995

Missouri Soybean Merchandising Council Meeting, Lake of the Ozarks, MO, 1995

Review of Progress in Quantitative Nondestructive Evaluation, Brunswick, ME, 1996

ASME Nashville Section, Nashville, TN, 2011

ASME Colorado Section, Denver, CO, 2011

MS&T Conference, Pittsburgh, PA, 2014

MS&T Conference, Columbus, OH, 2015

Engineering Analysis of Failure: Determination of Cause in a Legal Environment, Albuquerque, NM, 2017

National Association of Subrogation Professionals, Austin, TX, 2017

Colorado Defense Lawyers Association, Telluride, CO, 2018

MS&T Conference, Portland, OR, 2019

**PATENTS**:
Russell, M. D. United States Patent: 7,837,029.  WEAR-RESISTANT CONNECTOR FOR A MODULAR LINK CONVEYOR BELT. Issued November 23, 2010.

Layne, J. L., Ward, L. W., Thomas, B. K., and Russell, M. D. United States Patent: 7,841,462 B2.  SIDE-FLEXING CONVEYOR CHAIN WITH PIVOTING SLATS AND RELATED METHODS. Issued November 30, 2010.

**PROFESSIONAL ORGANIZATIONS**:

American Society of Mechanical Engineers (ASME) - Former chair of Nashville Section
ASM International/Failure Analysis Society
ASTM International
National Association of Subrogation Professionals (NASP)
National Association of Fire Investigators (NAFI)
National Fire Protection Association (NFPA)

**REGISTRATIONS and CERTIFICATIONS**:

Registered Professional Engineer in Alabama (31898-E)
Registered Professional Engineer in Arizona (53236)
Registered Professional Engineer in California (M37448)
Registered Professional Engineer in Colorado (45660)
Registered Professional Engineer in Florida (76716)
Registered Professional Engineer in Georgia (PE041631)
Registered Professional Engineer in Iowa (21339)
Registered Professional Engineer in Kansas (21886)
Registered Professional Engineer in Massachusetts (52048)
Registered Professional Engineer in Michigan (6201060657)
Registered Professional Engineer in Missouri (2001004657)
Registered Professional Engineer in Montana (PEL-PE-LIC-21150)

October 2020

Registered Professional Engineer in Nebraska (E-13876)
Registered Professional Engineer in New Mexico (21453)
Registered Professional Engineer in North Carolina (040585)
Registered Professional Engineer in North Dakota (PE-8341)
Registered Professional Engineer in Oklahoma (PE 27086)
Registered Professional Engineer in South Carolina (30838)
Registered Professional Engineer in Tennessee (113163)
Registered Professional Engineer in Utah (8477041-2202)
Registered Professional Engineer in Virginia (0402054062)
Registered Professional Engineer in Washington (52496)
Registered Professional Engineer in Wyoming (PE13254)
National Council of Examiners for Engineering and Surveying Record (46428)
NCEES International Registry
Private Pilot - Airplane Single-Engine Land; Instrument (3125151)
Certified Fire and Explosion Investigator CFEI

**TESTIMONY HISTORY**:

| Date | Case Number | Venue | Participation | Description |
|------|-------------|-------|---------------|-------------|
| June 1999 (approx.) | 1399CC080861 | Circuit Court of Boone County Missouri | Deposition | Participated as party in lawsuit |
| September 29, 2000 | 1399CC080861 | Circuit Court of Boone County Missouri | Testimony | Participated as party in lawsuit |
| May 9, 2013 | 3:11-cv-13 | District Court for the Southern District of Iowa | Deposition | Expert witness |
| November 18, 2014 | CJ-2013-132 | District Court for Ottawa County State of Oklahoma | Deposition | Expert witness |

October 2020



October 2020

## PROFESSIONAL RATES[1,2]

| | |
|---|---|
| Bastiaan E. Cornelissen, Ph.D., P.E.: | $385/hour |
| Carl V. Finocchiaro, M.S., P.E., CFI: | $310/hour |
| Mark. D. Russell, Ph.D., P.E., CFEI: | $310/hour |
| Brian D. Beatty, M.S., RE/CM: | $275/hours |
| R. Kim Bezzant: | $305/hour |

## OTHER FEES

| | |
|---|---|
| Scanning Electron Microscope: | $305/hour |
| Keyence Digital Microscope: | $165/hour |
| Laboratory Facility Charge: | $550/half day |
| Thermal Imaging Camera: | $150/day |
| Combustion Analyzer: | $100/day |
| Metallurgical Laboratory: | $100/hour |
| Mileage: | Current IRS Standard Mileage Rate |
| Photographs: | $1/image |
| Expenses: | Cost + 10% |
| Project Administration:[3] | 5.0% |

---

[1] Invoices are due 30 days after receipt. Late charges apply to invoices that remain unpaid after 30 days.

[2] Deposition and trial requests are not considered confirmed until a deposit equal to 4 hours of deposition or trial time has been received (in-state). Deposits are equal to 8 hours of deposition time or trial time and estimated travel costs if scheduled out of state. Deposits are refundable if deposition or trial appearance is cancelled more than one week in advance.

[3] Project administration charges are applied to professional fees only.

1



**ELLIS** *LITIGATION SUPPORT*
*A DSC Company*
J. Nigel Ellis, Ph.D., P.E., CSP, CPE

**306 Country Club Drive**
**Wilmington, DE 19803-2920**
Phone: (302) 571-8470
Fax: (302) 571-0756
Website: www.FallSafety.com
Email: dsc@FallSafety.com
**Recipient of the National Safety Council's**
**Distinguished Service to Safety Award**
Named a Top 50 Most Influential EHS Leader by Occupational Hazards Magazine
ASSE Fellow Honor Award #109 in 2010; ASSE Bresnahan Standards MedaL 2011

Kyle Long, Esq.
The Robert Pahlke Law Group
2425 Circle Drive, Suite 200
Scottsbluff, NE 69361

14th October 2020

Re: J. Nigel Ellis Preliminary Report on the Justin Moore case

Dear Mr. Long:

You have requested that I review various materials, conduct research and express my professional opinions relating to the injurious fall of Invenergy employee, Justin Moore on June 8, 2017.

I have been an expert in fall protection since the mid-1970's and am familiar with tower fixed ladders and their safety devices. I am also familiar with the fall hazards in these environments and  the requirements of OSHA and ANSI for fall hazard climbing protection as well as the continuing development of these national standards. I am well-qualified to discuss these issues based on my extensive education, training and experience and authorship of numerous publications in the field of fall protection and associated technologies. My CV is attached and marked Exhibit A.

The purpose of my preliminary review and evaluation in this matter is to help determine whether and to what extent the defendants DB Industries, SafeWorks or others acted in a negligent manner and the contribution of their conduct, if any, to Justin Moore's fall. To that end, I have reviewed the following materials relative to the facts and circumstances underlying Mr. Moore's fall:

    Justin Moore deposition 9/24/2020
    Corey Wade Statement
    Kolton Irby Statement
    Power Climber Wind IBEX 1000 Operators Manual Climb Assist System
     01/01/17-06/09/17 Climb Report
    Inspection Notice
    IBEX Power Climber Marketing Material
    Invenergy Corporate Safety Alert
    Investigation Report by Invenergy
    2019.04.25 Power Climber Wind Alert to the Wind Industry
    2019.04.25 3M Alert to the Wind Energy Industry
    Exemplar Lad-Saf X3
    Documents for DB Industries Responses to Request for Production

**Assessments I Engineering I Training I Litigation Support**



306 Country Club Drive
Wilmington, DE 19803-2920
Phone: (302) 571-8470
Fax: (302) 571-0756
Website: www.FallSafety.com
Email: dsc@FallSafety.com

**ELLIS** *LITIGATION*
*SUPPORT*
*A DSC Company*
J. Nigel Ellis, Ph.D., P.E., CSP,
CPE

**Recipient of the National Safety Council's
Distinguished Service to Safety Award**
Named a Top 50 Most Influential EHS Leader by Occupational Hazards Magazine
ASSE Fellow Honor Award #109 in 2010;  ASSE Bresnahan Standards MedaL 2011

Lad-Saf FMEA Spreadsheet
2016 3M DBI SALA Lad-Saf User Instructions (Flexible Cable Ladder Safety System)
Documents for SafeWorks Responses to Request for Production (including Natives)
ESi Inspection Lab Data Package
Site Inspections dated 08/19/2020 and 10/6-7/2020
Photographs
Amended Complaint of 6/13/19
Patent US 9,636,528 B2
SafeWorks and DB Industries test data

Summary of Facts:

1. On 8 June 2017, Mr. Moore was working as a Wind Technician for Invenergy. He was elevated near 300 ft. inside Wind Tower #41 Goldthwaite Texas when he fell part way down the tower.
2. At the time, he was wearing a DBI ExoFit full body harness which was attached to an IBEX Climbing Assist System and also a DBI Lad-Saf X3 Climbing Protection System in case of IBEX cable failure. He also had two shock absorbing lanyards (Y-lanyards) available to him to provide fall protection during work performed on tower equipment.
3. The IBEX cable system is a polyester core endless cable driven by a motor controlled by a up/down/STOP radio switch held onto the IBEX cable with a Petzl rope grab. There are several settings to provide lift power to assist the climber and reduce climbing fatigue.
4. He was descending and believed he had closed the floor plate of the Yaw deck when suddenly there was "a violent movement".
5. He fell approximately 20 ft until the Lad-Saf finally arrested him.  Mr. Moore reports being disoriented after the fall.
6. The free fall was stopped when the fall arrestor engaged.  Due to the force of the fall the Lad-Saf metal energy absorber was activated. However, the force of the fall is reported to have resulted in injury to his upper body.
7. The tower #41 had a 20 ft climb section with one CLFAS to reach the base of the tower where 217 ft of CLFAS was installed along with the IBEX system were both attached to the climber's harness at his chest D-ring.
8. Two laboratory inspections were performed of the fall protection components at ESi in Dallas, TX.  A site inspection was performed of tower #41 at Invenergy's facility in Goldthwaite, TX. No access to view the upper cable attachments to the ladder was permitted by Invenergy for the experts who visited tower #41 on 10-6-20 for inspection where the fall occurred.



**306 Country Club Drive**
**Wilmington, DE 19803-2920**
**Phone: (302) 571-8470**
**Fax: (302) 571-0756**
**Website: www.FallSafety.com**
**Email: dsc@FallSafety.com**
**Recipient of the National Safety Council's**
**Distinguished Service to Safety Award**
**Named a Top 50 Most Influential EHS Leader by Occupational Hazards Magazine**
**ASSE Fellow Honor Award #109 in 2010;  ASSE Bresnahan Standards MedaL 2011**

The Hazard – background:

1. Climbing and working at height in a wind turbine creates a hazard of falling from ladders and through open hatches. In Mr. Moore's case, he used the assist device as well as the attached the fall arrest system correctly to protect himself from an approximately 200 ft fall hazard. .

2. The fall protection industry as shown by the promulgation of ANSI Z359.16 recognizes that a fall arrestor, such as the Lad-Saf must be able to activate and stop a fall regardless or the user's hand position on the device.  The well-known practice by users of adjusting the Lad Saf and holding open the Lad-Saf locking lever in order to facilitate descent resulted in reliance on an inertia back-up lock to arrest a fall.  Additionally, it was known in the industry that a user could unintentionally grab the Lad-Saf as a fall is initiating and <u>hold the device locking lever open in what is referred to as a "panic grab" with inability to let go.</u>

3. The failure of the Lad-Saf device locking lever to lock resulted in an approximate 20 ft. free fall.  The most likely cause of the locking lever's failure was because the lever was held in the upright position while descending or preparing to descend which could not be released during the fall.

4. The unexpected failure of the back-up inertia locking system resulted in Mr. Moore's injury. From testing it was discovered the grabbing of the device and locking lever could deactivate the inertia locking system if a later load was exerted on the locking lever.  This was the most likely cause of the inertia locking systems failure.

The Hazard – found here – Note: Regulations and standards quoted in this report are used as standards of care and from the bodies of knowledge in the field of fall protection.

1. The DBI Lad-Saf X3 model 6160054 serial 0005580 was unreliable, producing variable results when attempting to lock the inertia second lock while holding the device with the locking lever disabled by the user. This resulted in an uncontrolled disastrous free fall for Mr. Moore.

<u>NOTE: The practice of holding open the locking lever while climbing is well known by experience and expectation of the user which should have been known by a reasonable supplier. The practice of temporarily disabling the lock lever while climbing to facilitate vertical movement is not only foreseeable but is entirely reasonable under field conditions. Unfortunately, during a sudden unexpected fall, the user often continues to hold the device open in what is referred to as a "panic grab" with inability to let go under emergency conditions allowing the climber to free fall.</u>



306 Country Club Drive
Wilmington, DE 19803-2920
Phone: (302) 571-8470
Fax: (302) 571-0756
Website: www.FallSafety.com
Email: dsc@FallSafety.com
**Recipient of the National Safety Council's**
**Distinguished Service to Safety Award**
Named a Top 50 Most Influential EHS Leader by Occupational Hazards Magazine
ASSE Fellow Honor Award #109 in 2010; ASSE Bresnahan Standards Medal 2011

Hazard Controls:Testing the two locks until no free-fall failures are experienced is critical to achieving acceptable reliance both together and separately in the design and development phase of this fall protection system.

1. The testing should be by both manual means and also with test weights according to ANSI Z359.16 standard Safety Requirements for Climbing Ladder Fall Arrest Systems (CLFAS) requirements (282 lbs). When the system was tested manually in the ESI lab by the author and others using the original device as well as exemplars, they both failed to function as expected and required by the above standards. Specifically, the test requirement was not met manually with the inertia lock by the experts on 10-6-20 at the offices of ESI in Dallas, TX.
2. 3M and SafeWorks should have followed the following ANSI standards until satisfied with the test result: Z359.16 (Exhibit B), including Section 3.2.5
3. The federal standards for Ladder Safety Devices stated at  29CFR1910.29(i)(6) require a drop test of 500 lbs through 18" with the inertia lock alone.
4. The ANSI Fixed Ladder standard drop test A14.3-2008 of 500 lbs dropped through 18" was also apparently not met with the inertia lock function and not reported.


Preliminary Opinions:

1. DB Industries claims and states that the Lad Saf X3 complied with performance standards set forth by ANSI. Z359.16 required that the device must not drop more than 20" before locking.  On 8 June 2017, the Lad Saf X3 used by Mr. Moore failed to meet performance standards as Mr. Moore's fall distance greatly exceeded the 20" standard.
2. DB Industries failed to adequately design and test the Lad-Saf X3 cable grab under foreseeable usage conditions in accordance with the Z359.16 test procedure. Although defendants conducted performance testing of the product over a period of years, the deficiencies in the system were never successfully addressed while they continued to market the product.  When the Lad Saf X3 was brought to market DB Industries was aware of SafeWorks's IBEX Climb Assist and was aware that IBEX represented the leading climb assist system utilized in the wind industry.  Despite this awareness DB Industries brought the Lad Saf X3 to market without any compatibility testing. Fall protection industry standards require a manufacturer such as DB Industries to consider the use of its product with the Ibex climb assist in such a situation, and further require testing of the products together. The failure of testing by DB Industries rendered the device unreasonably dangerous for its intended use when it was manufactured and sold.
3. There was a failure by DB Industries to adequately train, instruct and warn users on the usage of the DBI systems and specifically to warn of the deficiencies/limitations of the system. DB Industries failed to warn users on the potential incompatibility of the Lad Saf X3



**306 Country Club Drive**
**Wilmington, DE 19803-2920**
**Phone: (302) 571-8470**
**Fax: (302) 571-0756**
**Website: www.FallSafety.com**
Email: dsc@FallSafety.com
**Recipient of the National Safety Council's**
**Distinguished Service to Safety Award**
**Named a Top 50 Most Influential EHS Leader by Occupational Hazards Magazine**
**ASSE Fellow Honor Award #109 in 2010;  ASSE Bresnahan Standards MedaL 2011**

with climb assist systems when it manufactured and sold Mr. Moore's Lad Saf X3 in 2016. This is evident from the testing and training reports provided in discovery and made available for review.  Furthermore, DB Industries failed to warn that its second inertia lock could fail if the locking lever was grabbed, as a user may reasonably do in the process of climbing, or by the unintentional reflexive grabbing that a user may foreseeably do during a fall. The  DB Industries failure to train, instruct and warn users rendered the device unreasonably dangerous for its intended use when it was manufactured and sold.

4. There was a failure by SafeWorks to provide adequate instructions and warnings to users of the system regarding its limitations/deficiencies and specifically on the failures from broken polyester cables.  Safeworks failed to warn about the risk of the cable separating under load due to a weld failure.  SafeWorks internal pre-market testing showed that the cable was expected to fail by core separation which would result in the cable stretching, but not separating.  SefeWorks internal capability testing validated this failure mode and that the cable did not not fail at a weld.  Beginning in 2013, Safeworks began receiving user complaints of cables experiencing weld failures.  In August of 2016, SafeWorks received notice of cable separations due to weld failure and its investigations concluded that the cables separated because of inadequate welds.  When SafeWorks learned of cable separations caused by inadequate welds, it should have issued a notice of inspection to all of its users directing them to perform regular daily inspections of the welds looking for signs of failure.. This is based on records supplied by SafeWorks showing evidence of complaints/failures with little or no notice to buyers while bulk sales of the product continued.  Specifically, the literature that accompanied the product was misleading in that it minimized the problems with the system while emphasizing the safety and ease of use.

5. There was a failure by both defendants to comply with the "best practices" of Appendix A of ANSI Z359.16-2016 which calls attention to the need for a fall protection system and climbing assist system to be compatible when used together. There is no evidence in the materials reviewed that any effort was made by defendants to collaborate in order to meet this compatibility standard before Mr. Moore's fall.[1]

I reserve the right to amend and extend this report as further discovery becomes available.

J. Nigel Ellis, Ph.D., CSP, P.E., CPE
President

---

[1] It is a matter of public record, and my own personal knowledge, that DB Industries was instrumental in developing this standard.

# EXHIBIT A



C.V.

J. NIGEL ELLIS, Ph.D., CSP, P.E., CPE

www.FallSafety.com/expert   Fall Safety Litigation Support

www.FallSafe.com Fall Protection Engineering

www.PFAT.net FallProtectionEngineering.com

DSC Companies:
Ellis Fall Safety Solutions. LLC          efss@FallSafety.com
Ellis Litigation Support (dba DSC     dsc@FallSafety.com
Ellis Ladder Improvements, Inc.         eli@FallSafety.com

306 Country Club Drive
Wilmington, DE 19803
302-571-8470 ext 121

**Dr. J. Nigel Ellis, CSP, P.E., CPE**

Dr. J. Nigel Ellis is a leading authority in the field of industrial and construction fall protection. He is President of DYNAMIC SCIENTIFIC CONTROLS (DSC), Divisions of DSC include: Ellis Fall Safety Solutions, a consulting firm specializing in fall hazard control planning, engineering and training. Ellis Litigation Support and Ellis Ladder Improvements (ELI).

He is former Chief Executive Officer of RESEARCH & TRADING CORPORATION (RTC) of Wilmington, Delaware producers of an extensive line of industrial fall protection, controlled descent and confined entry rescue systems.

A Board Certified Safety Professional (CSP) by examination 1984, Dr. Ellis is the 109th Fellow and Professional Member of the American Society of Safety Engineers (ASSE) with memberships in the Construction and Consultant Divisions. In 2011 was awarded the ASSE Thomas F. Bresnahan Standards Medal for voluntary standards Excellence participation. He is also a Distinguished Service to Safety Award winner in 2007 and in 2018 he received the NSC Honorary Lifetime Achievement Award and member of the National Safety Council (NSC) and is Past Chairman of the NSC Construction Division. In addition, a member of the Human Factors & Ergonomics Society and Past President of the Veterans of Safety (VOS), Past Dean of Ambassadors (VOS), www.vetsofsafety.org

Dr. Ellis is a Registered Professional Safety Engineer in the States of California and Massachusetts. He is a Board Certified Professional Ergonomist (CPE) 1994,(human factors specialist) and he is also a National Academy of Forensic Engineers (NAFE), CESB Board Certified Fellow in Forensic Engineering. (Council of Engineering Specialty Boards).

Over three decades, Dr. Ellis has helped develop Occupational Safety & Health Administration (OSHA) standards on fall protection, emergency egress and confined space safety. He has testified at OSHA hearings on fall protection in the Oil and Gas Well Drilling and Servicing industry, Exterior Building Maintenance, Construction, General Industry and Confined Space Standards. He provides expert witness services to OSHA in fall protection cases and also testifies in negligence and product liability cases

Dr. Ellis has been a member of the following ANSI, ASME, ASTM, SAE, and ISO committees and groups for many years:

| | |
|---|---|
| Z359.1 | Personal Fall Protection (General Industry) and several sub-committees including the following: |
| Z359.2 | Minimum Requirements for a Comprehensive Managed Fall Protection Program |
| Z359.3 | Safety Requirements for Positioning and Travel Restraint Systems (Former Chairman) |

| Z359.6 | Specifications and Design requirements for Active Fall Protection Systems |
| Z359.8 | Requirements for Rope Access |
| Z359.9 | Personal Equipment for Protection Against Falls-Descending |
| Z359.12 | Connecting Components for Personal Fall Arrest Systems |
| Z359.14 | Safety Requirements for Self-Retracting Devices for Personal Fall Arrest and rescue Systems |
| Z359.15 | Safety Requirements for Vertical Lifelines for Personal Fall Arrest Systems |
| Z359.16 | Safety Requirements for Fall Arresters for Personal Fall Arrest Systems |
| Z359.17 | Safety Requirements for Horizontal Lifelines for Personal Fall Arrest Systems |
| Z359.18 | Safety Requirements for Anchorage Connectors for Personal Fall Arrest Systems |
| A10 | Construction & Demolition Operations Committee and several sub-committees including: |
| A10.08 | Scaffolding Safety Requirements |
| A10.18 | Temporary Roof & Floor Holes, Wall Openings, Stairways Safety Requirements for, & Other Unprotected Edges in Construction & Demolition Operations |
| A10.22 | Rope-Guided and Non-guided Worker's Hoists – Safety Requirements |
| A10.24 | Roofing Safety Requirements for Low-Sloped Roofs (Chair) |
| A10.28 | Work Platforms Suspended from Cranes or Derricks – Safety Requirements |
| A10.32 (A10.14) | Fall Protection Systems for Construction & Demolition Operation |
| A10.43 | Confined Spaces in Construction |
| A10.48 | Communication Tower Construction |
| A14 | American Ladder Institute - Committee Member |
| A14.3 | Ladder – Fixed – Safety Requirements |
| A14.8 | Ladder – Accessories – Safety Requirements |
| | |
| Z117.1 | Confined Space Safety Requirements (Gen. Industry) |
| A120 | Building Exterior Maintenance Safety Requirements |
| I-14.1 | International Window Cleaning Association (IWCA) Window Cleaning Safety Standard |

American Society of Testing Material (ASTM)

| E06.51.25 | Skylight Human Impact Resistance Committee, Co-Chair |
| E06.77 | High-Rise Building External Evacuation Devices |
| F08.16 | Archery Products (Hunting Tree Stands) |
| E58 | Forensic Engineering |
| F13 | Pedestrian/ Walkway Safety and Footwear |

The American Society of Mechanical Engineers
                          ASME Steel Stack Access
SAE International
        SAE J185              Access Systems for Off-Road Machines
International Organization for Standardization
                          ISO TC94/SC4International Fall Protection/ANSI TAG
National Safety Council (NSC) member since 1974
        NSC                  Construction Division, chairman 2012-2014 (1200 Members)
                          Member of Broad of Delegates 2015-present
OSHA Alliance Program Construction Roundtable NSC representative 2009-present


**Nigel Ellis Expertise**: 48+ Years safety and human factors experience: Registered Safety Engineer CA/MA, Certified Safety Professional, Certified in Human Factors, scientist, author of textbooks and numerous articles on safety and hazard recognition; labels warnings and instructions expert; safety consulting business development, business agreements relating to safety requirements, safety assessments, developer of safety appliances including ladder improvements, patent holder: safety solutions, developer of safety procedures, eliminator and controller of workplace walking/working hazards,. He typically applies safety principles to potential incidents of sudden energy release that potentially cause injury and property damage. Dr. Ellis' extensive networking in the industry has brought him within reach of many leading experts in related specialties. Dr. Ellis is not only an expert in the performance of fall devices, he is also expert in the placement of these devices for optimal use. This includes scaffolds, towers, roofs, skylights etc. Which are an integral part of any fall protection system and their management including the hierarchy of fall hazard controls.

## WORK EXPERIENCE

**2005 – Present**     **President, Ellis Litigation Support, Div. of DSC**
Consult with and assist counsel in personal injury litigation related to falls.

**2005 – Present**     **Management Member, Ellis Fall Safety Solutions, LLC, Div. of DSC**
Fall Protection assessment, engineering, installation and training in the workplace.

**1985 – Present**     **President, Dynamic Scientific Controls, Inc. (DSC)**
Safety Consulting Firm; corporate and OSHA consultation for elevated work safety policy, programs and training, planning of feasible work methods and safety engineering of the workplace. Site visit evaluation of work practice and fall hazard exposure. Fall protection engineering consultant on-site for turnaround, construction and process. Fall protection training classes conducted nationwide.DSC subsidiary Ellis Fall Safety Solutions LLC (EFSS) for Consulting, Engineering and Training and Ellis Ladder Improvements Inc. (ELI) is where Ellis patents are managed. DSC is the parent of Ellis Litigation Support Services (ELS) which provides the technical information on fall cases to clients.

**1986 - 1996**     **C.E.O., Research & Trading Corporation (RTC)**
Safety Equipment Manufacturer. Safety engineering and design of RTC manufactured fall arrest products into the workplace, including human factors, engineering of labels and warning information systems.

**1970 - 1986**     **President, Research & Trading Corporation (RTC)**
Safety Equipment Wholesaler and Manufacturer;
Systems for fall protection and emergency escape from elevated workstations to be engineered into the workplace or buildings.

**1968 - 1970**     **Sales Representative., Addressograph Multigraph**
Varityper Division; typesetting systems for safety  newsletters, reports, engineering drawings, educational and training audio visual facilities.

**1966 - 1968**     **Research Chemist, DuPont Company**
The research and development of high temperature, high strength, fire-retardant thermoplastics additives for industrial engineering applications and safety.

**EDUCATION**

**CERTIFICATION:**   **Board Certified Safety Professional**
Specialty:      1. Management Aspects 1984
                   2. Comprehensive Practice 1992
                   3. Construction Safety 1994
Certificate Number 7266
Board of Certified Safety Professionals, BCSP, Savoy IL
Vol. recertification phase approved 1990. Formally recertified 1992-20011 (NOTE: CSP curriculum including but not limited to mathematics, chemistry, physics, engineering, applied mechanics, structural design, ergonomics, industrial hygiene, fire prevention/protection, electrical hazards, job hazard analysis, facilities and equipment design, behavioral sciences, safety program planning, legal and regulatory requirements, disaster planning, epidemiology, environmental hazards - full curriculum and maintenance of certification submitted upon request).

**Board Certified Professional Ergonomist (1994) (Human Factors)**
Certificate Number 675
Board of Certification in Professional Ergonomics,
BCPE, Bellingham WA
Full curriculum and maintenance of certification 2010 available

**OSHA Trainer: Fall Arrest Systems 6/91, 9/91, 5/92, 7/92, 4/94**

<u>**NAFE Fellow**</u>, CESB Board Certified Diplomate in Forensic Engineering by NAFE, Certificate Number 485F
National Academy of Forensic Engineers 2/9/94
Alexandria, VA
CESB is the Council of Engineering Specialty Boards

**LICENSING**

**Registered Professional Engineer**
Safety Engineering, License #SF003342
Issue Date 1/29/93
Board of Registration for Professional Engineers and Land Surveyors, State of California

**Registered Professional Engineer**
Safety Engineering, License #37299
Issue Date 3/26/93
Board of Professional Engineers and Land Surveyors; State of Massachusetts

## UNIVERSITY

### Ph.D., Photochemical Processes
University of Manchester, England (1966)
The research of sunlight-induced reactions of common chemicals to produce complex industrial chemicals and pharmaceuticals by more economical engineering means.

### M.Sc., Chemistry
University of Manchester, England (1964)
Curriculum included advanced mathematics, physics and physical chemistry.

### B.Sc. Honours Chemistry
University of Manchester, England (1963)
Curriculum included advanced mathematics and organic, inorganic and physical chemistry and physics.

### M.S.   Industrial Engineering and Safety program partially complete (2007-)
Auburn University, Occupational Biomechanics,
Engineering Economics, Lean Production
Partial completion for requirements of M.S. degree

## HIGH SCHOOL
Acklam Hall Grammar School (High School)  1953-1960
Middlesbrough, England (graduated 1960)

## ADDITIONAL TRAINING

Aerial Lift Safety Presentation, Jeff Stachowiak, Z359 05/2017

Competent Person Scaffolds, Hands On, Design & Loading, and Suspended Scaffolds Four Day "Train-The-Trainer" certification 25119
Scaffold Training Institute. League City, TX 07/18-21/11

SEAK 18th Annual National Expert Witness Conference, Chicago, IL 06/2010

Standard First Aid, Certificate, American Red Cross of Alaska 2009

"Multimedia Standard First Aid Certificate", American Red Cross
1985, 2009

SEAK  15th Annual National Expert Witness Conference, Cape Cod, MA 06/2007

Daubert Challenges to Forensic Engineering and Scientific Methodologies NAFE 06/2007

Philo "21 hour course "Third Party case development   9/93, 9/94, 9/96, 9/97, 9/99,  9/01, 09/02, 09/15, 09/16, 09/17,09/18

OSHA 10-Hour Construction Course (National Safety Council) 1/97

Full Radiation Worker trained and indexed (NRC Salem II Nuclear Power Station) 6/94

Human Factors Engineering Course, University of Michigan 8/94 (40 hours)

OSHA Fall Arrest Systems Course 6/91, 9/91, 5/92, 7/92, 4/94

Agency and Remedies Courses and Writing, Delaware Law School 6-7/93

Scaffold Erection and Safety 40 hours Course - Purdue University, Dept of Construction Technology, Calumet, IN 8/91

Architect-Engineer Liability, Cambridge Ins. 1/91

Engineer-in-Training Review Course, University of Delaware, Oct 1990 - April 1991

"Slip and Fall" Seminar, National Academy of Forensic Engineers, National Society of Professional Engineers conference Minneapolis, MN 1989

"Human Factors" ASSE Consultants Division course by Alphonse Chapanis, Ph.D. 1988 and also ASSE Construction Division Course (1988) San Francisco and New York City

"The Management Course" American Management Associations (four weeks) 1980

**Other Experience:**

ASSE Foundation Research Committee 2009- Present

ASSE Assistant Administrator Engineering Practice Specialty  2006-09

Jewish Community Center (Wilmington, DE)   Safety Director 2006-2009

ASSE Engineering Practice Specialty Newsletter "By-Design"   2006-2008

ISFP Founding Member and Co-Chair of Program Committee for ISFP Symposium 2000, Orlando, FL

International Society for Fall Protection (ISFP) Board Member 1988-Present

**Patents:**

Dr Ellis holds numerous patents on fall-related devices and techniques obtained throughout his career.

    8,316,611 B2  Portable Safety Skylight Replacement Assembly
    8,122,673 B2  Portable Safety Skylight Replacement Assembly
    7,992,681 B2  Portable ladder assembly
    7,527,461     Safety rail assembly
    6,619,428     Walk-through ladder
    6,347,685 B1  Walk-through ladder
    6,095,283     Walk-through ladder
    4,538,703     Climbing aid and safety descent system
    4 ,458,781    Climbing aid and safety descent device
    4,392,555     Fall protection device
    8,251,179 B2  Portable Safety Ladder Assembly
    D760,9175    Ladder Safety Rail Set
 9,540,875 B2    Safety Device for Ladders

**Social Media**

          2012-2019 LinkedIn Articles

**PUBLICATIONS**

| | |
|---|---|
| Nov 2012 | Three-Point Control Analysis & Recommendations for Climbing Ladders, Stairs & Step Bolts<br>Professional Safety Magazine |
| Oct 2012 | Walk On The Wild Side Fall Equipment selection for Nik Wallenda's stroll across the Horseshoe Falls, Niagara Falls, NY<br>ISHN Magazine |
| July 2012 | Fall Protection for Nik Wallenda's crossing of the Horseshoe Falls, Niagara Falls , NY<br>Modern Safety |
| Aug 2011 | Three Point Control: Analysis and Recommendations<br>American Society of Safety Engineers, ByDesign Newsletter<br>Engineering Practice Specially |
| Nov 2009 | Skylight Safety in the U.S.<br>American Society of Safety Engineers, By-Design Newsletter<br>Engineering Practice Specialty |
| Nov 2009 | Status of Skylight Safety<br>American Society of Safety Engineers, The Compass Newsletter<br>Management Practice Specialty |
| May 2008 | Recognizing and Responding to Catastrophic Fall   Exposures During Truck and Trailer Tarping Operations<br>Professional Safety Magazine |
| Feb 2008 | Assessing Your Fall Protection<br>The Grey House, Safety & Security Directory |
| Feb  2008 | Supermarket Safety<br>The Grey House, Safety & Security Directory |
| Nov 2007 | Drivers Endangered When Covering Truck Loads<br>BNA, Inc. Reporter |
| March 2006 | Fall Protection Is All About Engineering<br>American Society of Safety Engineers, By-Design |
| Oct 2005 | Previously Unknown Fall Hazard Kills Workers<br>Compliance Magazine |

| | |
|---|---|
| Sept 2005 | Design Objective: Think Safety<br>Architecture Magazine |
| Aug 2005 | Fall Protection Traps that Workers can't avoid<br>ENR Magazine |
| Aug 2005 | Forensic Engineering Analysis of Nail Extraction Force in<br>Failed Barrier National Academy of Forensic Engineers<br>Vol.  XXXII  No. 1 |
| June 2005 | Don't Cut Off Fall Protection Equipment When Stabilizing The<br>Injuries of Fall Patients<br>Fire Engineering magazine |
| Feb 2005 | Fall Protection Program Guidelines<br>The Grey House, Safety & Security Directory |
| Feb 2005 | The Benefits of Engineered Fall Protection<br>The Grey House, Safety & Security Directory |
| April 2004 | Fall Protection Compliance and Solutions<br>Construction Safety Management and Engineers<br>American Society of Safety Engineers |
| Feb 2004 | Assessing Your Fall Protection<br>The Grey House, Safety & Security Directory |
| Feb  2004 | Fall Protection Program Guidelines<br>The Grey House, Safety & Security Directory |
| June 2003 | Open and disguised holes lead to injury and death<br>www.plantengineering.com |
| March 2003 | Fall Protection and Anchorages<br>Compliance Magazine |
| March 2003 | Engineered Anchorages Trend Continues for Greater Safety<br>Compliance Magazine |
| March 2003 | Engineered Anchorages Trend Continues for Greater Safety<br>Lifting & Transportation International |
| July 2002 | Ask the Expert, Fall Protection<br>Compliance Magazine |

| | | |
|---|---|---|
| July 2002 | Predicting Injurious Events | |
| | Occupational Health & Safety Magazine | |
| March 2002 | Safe Anchorage Point Key to Effective Fall Harness | |
| | BNA, Inc. Reporter | |
| Feb 2002 | Ask the Experts Fall Protection | |
| | Compliance Magazine | |
| Feb 2002 | Fall Protection Standards Similar for OSHA, ANSI | |
| | Questions & Answers Safety & Health | |
| Dec 2001 | Playing The Game Of Fall Protection Welding Means Fall Hazards | |
| | The World Of Welding | |
| Aug 1999 | Steel Erection and Related Activities | |
| | Occupational Health & Safety Magazine | |
| July 1999 | Take Control of Fall Hazards | |
| | Safety & Health Magazine | |
| July 1999 | Update on Fall Protection Standards | |
| | Professional Safety Magazine | |
| June 1999 | Using Safety Awards to Promote Fall Prevention | |
| | Occupational Hazards | |
| Sept 1998 | Reviewing Fall Protection in General Industry | |
| | Compliance Magazine | |
| March 1998 | Warning! Check Harness Designs for Proper Protection | |
| | Compliance Magazine | |
| Jan 1998 | The Belt for Fall Protection is Prohibited! | |
| | ISHN Magazine | |
| July 1997 | Fall Protection issue: Hazard Information Newsletter | |
| | Sierra Vista AZ | |
| April 1996 | Summaries of significant recent federal regulations with common- | |
| | sense commentary on their real-world ramifications. | |
| | Compliance Magazine | |
| March 1995 | Comparison of OSHA Standards old and new, | |

Compliance Magazine

| | |
|---|---|
| Oct 1994 | Evaluation of OSHA's new Construction Fall Protection Standard, Compliance Magazine |
| Fall 1994 | 10 Critical requirements for an anchorage point, Construction Division Newsletter, American Society of Safety Engineers |
| March 1994 | Confined Spaces: Answers to 11 Critical Questions on Fall Protection Programming: Suspenseful Suspension Occupational Health & Safety Magazine |
| Spring 1994 | 10 Critical requirements for an anchorage point Consultants Division Newsletter, American Society of Safety Engineers |
| Feb 1992 | Confined Space Fall Protection, Occupational Health & Safety Magazine |
| Sept 1991 | Fall Protection Anchorages, Safety & Health Magazine, National Safety Council |
| Oct 1990 | Changes in the new OSHA Fall Protection Rules Construction Section Newsletter, National Safety Council |
| April 1990 | OSHA's New Fall Protection Rules - contribution and article review Occupational Safety and Health |
| Jan 1990 | Stiffer rules for Fall Protection ahead - contribution and article review Engineering News Record |
| April 1989 | Slips and Falls Occupational Hazards Magazine |
| March 1989 | Maintenance of Fall Protection Systems - making the right connection Safety & Health Magazine |
| Jan 1988 | Suspended Scaffolding: Proper Protection Reduces Injuries Occupational Safety & Health |
| May 1987 | Safety Management, #290 - Fall Hazards are More Serious than You Think |
| Nov 1986 | National Safety Council Constr'n Newsletter Use Fall Protection Devices Safely - Follow Instructions! |

| | |
|---|---|
| April 1985 | Fall Protection: Meeting the New Standard<br>Western Oil Reporter |
| Feb 1985 | Protection Systems Curb Death from Falls<br>National Safety News |
| Jan 1985 | Purchasing World, PW Technical File Fall Protection |
| Dec 1984 | Fall Protection - A Systems Approach Reviewing Types of Equipment<br>Industrial Safety & Hygiene News |
| July 1984 | Fall Protection: A Sound Investment pp. 14-16<br>Well Servicing Magazine |
| June 1984 | Fall Safety Equipment Up to Standards pp. 18-20<br>The American Oil & Gas Reporter |
| April 1983 | Accidental Falls Cause Consternation: Protection Programs are Needed<br>Northeast Oil Reporter |
| July 1982 | National Safety Council Construction Newsletter<br>Retracting Lifeline can arrest falls comfortably |
| June 1976 | Communication News, Vol. 13, No. 6, pp. 54<br>Fall Protection for Tower & Antenna Climbers |

## BOOKS/CHAPTERS AUTHORED

| | |
|---|---|
| 2014 | Forensic Engineering Critique of Fall Equipment Selection for Nik Wallenda's walk across the Horseshoe Falls, Niagara Falls, New York. Journal of Nat'l Academy of Forensic Engineering Vol.XXXV111 No. 1 |
| 2012 | Fourth Edition: "Introduction to Fall Protection" Textbook Updates with latest data, standards, requirements and equipment for addressing falls in workplace. New illustrations and photos. New rope access methods  600 pages |
| 2009 | 13th Edition; Accident Prevention Manual |
| 2005-2008 | Supermarket Safety The Grey House, Safety & Security Directory |
| 2005 | The Benefits of Engineered Fall Protection The Grey House, Safety & Security Directory |
| 2004 | Fall Protection Compliance and Solutions Chapter 15 Construction Safety Management and Engineering American Society Of Safety Engineers |
| 2003-2007 | Checklists on Assessing Your Fall Protection Program The Grey House, Safety & Security Directory |
| 2003-2008 | Fall Protection Program Guidelines The Grey House, Safety & Security Directory |
| 2002 | Best's Safety Directory - Checklists on Assessing Your Fall Protection  Program |
| 2001 | Third Edition: "Introduction to Fall Protection" Reorganized chapters, fall protection engineering focus and standards update 509 pages |
| 2001 | 12th Edition; Accident Prevention Manual |
| 1997 - 1999 | Best's Safety Directory 36-39th Edition - Checklists on Fall Protection Programs |
| 1996 | 11th Edition; Accident Prevention Manual Fall Protection Systems, and program development throughout the Manual |

| | |
|---|---|
| 1975 -1995 | Best's Safety Directory 15th to 34th Ed. (exc 33rd Ed.) "Guidelines on Fall Protection" |
| 1995 | Bests' Safety Directory:  34th Ed. "Guidelines on Confined Space Fall Protection and Retrieval" |
| 1994 | Second Edition "Introduction to Fall Protection" Updates new OSHA, ANSI and other standards around the world 228 pages |
| 1992 | 10th Edition; Accident Prevention Manual Fall Protection Systems/Personal Protective Equipment Chapter - review and rewrite |
| 1988 | "Introduction to Fall Protection" 1st Edition Textbook Publisher: American Society of Safety Engineers, Des Plaines, Illinois Text book 8 (1/2)" x 11" format 132 pages Provides a methodology for safety planning to provide fall protection in both general industry and construction trades applications.  Provides engineering guidelines for helping interact safety professionals with civil engineers working together to plan fall protection for foreseeable fall hazards. Calculations for horizontal lifelines dynamic performance are presented with determination of maximum fall arrest distance and clearances required for proper anchorage point planning. |
| 1988 | 9th Edition; Accident Prevention Manual |
| 1984, 1992 | Fall Protection Tips (second edition 1992) Publisher: Research & Trading Corporation, Wilmington Delaware and Dynamic Scientific Controls, 1992 Provides tips for practical solutions to fall hazard problems in construction and industry. |
| 1973-74 | Best's Safety Directory 14th Ed. "Guidelines on Fall Protection" |

## DSC FALL PROTECTION TRAINING CENTER
### (3-4 day courses)

## INDUSTRIAL AND CONSTRUCTION FALL PROTECTION

### Fall Protection Training Center

**1990-1999**    Instructor for dozens of Courses for Competent & Qualified Persons.

**1991**    Dr. Ellis and John Newquist jointly developed and presented the first OSHA  Training Institute Course for OSHA Fall Arrest Systems, Course#0311

**1991-2002**    Instructor for dozens of Custom tailored on-site courses for numerous private and government organizations

## SEMINARS and TALKS
Since 1985 Dr. Ellis has presented over 100 times to audiences coast to coast

## HONORS & AWARDS

    2018  NSC Honorary Lifetime Achievement Award
    2011  ASSE Thomas F. Bresnahan Medal for Standards Excellence
    2010  ASSE 109th Fellow Honor Award
    2007  NSC Distinguished Service to Safety Award (DSSA)
    2007  ASSE Engineers Practice Specialty By-Design Editor "Most Improved Newsletter" Award by the ASSE Council of Practices and Standards
    2006   ASSE Engineers Practice Specialty Newsletter Editor
    2007   2005-06 ASSE Engr. Practice Specialty "Safety Professional of the Year"
    1990   Listed in National Directory of Safety Consultants - ASSE
    1988  NSC Medal - William H. Cameron Award for Safety
    1988  Listed in "Who's Who in the East"
    1986  American Society of Safety Engineers - elected Professional Member
    1985  NSC Medal - William H. Cameron Award for Safety
    1985  Listed "Who's Who in Finance and Industry"

**MEMBERSHIPS**

ASSE Engineering Practice Specialty Asst. Administrator 2007 – 2009

ASSE Engineering Practice Specialty Newsletter Editor 2005-2007

American Ladder Institute A14 Committee  2016 - Present

American National Standards Z359 Committee 1987 -Present (co-founder)

American National Standard ASSE A10 Construction & Demolition Operations Committee  Member 2007 – Present

American Society of Safety Engineers, President, Lower Delaware Valley Chapter 1994-1998

American Society of Safety Engineers, 1975; Professional Member, Present #2183200

American Society for Testing and Materials, F-13 Committee 1999-Present

American Society for Testing and Materials,E06.51.25 Skylight Human Impact 2008-present co-chairman

American Society for Testing and Materials, E58 Forensic Engineering

Delaware Engineering Society, 1993 - Present

Human Factors and Ergonomics Society, Member, 1990 - Present

National Academy of Forensic Engineers #485, 1993- Present

National Association of Tower Erectors NATE 1996-1999

National Safety Council
Constr'n (Sect'n) Division Member, Nat'l Safety Council (1980-1993),1993-Present

Chairman Construction Division Nat'l Safety Council (2013-2014)

Vice Chairman Construction Division   Nat'l Safety Council  (2011-2013)

Secretary Construction Division, Nat'l Safety Council (2009-2011)

09.28.20

National Society of Professional Engineers #103414067, 1993-Present

Veterans of Safety, 1990 Member (Board of Directors 2009 - 2012)

Veterans of Safety  President 2012-2013

Veterans of Safety  Dean of Ambassadors 2013-2014

**APPENDIX A**                    **SEMINARS AND TALKS**

September 2020     Skylight and Roof Falls: Who Is Responsible
                   Philo 21 Hour Seminar, Detroit , MI

March 2020         Prevent Fall Fatalities with Elimination Techniques
                   ISHN Webinar

September  2019  Ladder Extension w/Three Point Control Climbing Principle
                   Philo 21 hour Seminar, Detroit, MI

September  2019  Ladder Extension w/Three Point Control Climbing Principle
                   National Safety Council Construction Division
                   San Diego, CA

September 2018     Ladder Extension w/Three Point Control Climbing Principle
                   University of MI

September 2018     Ladder Extension w/Three Point Control Climbing Principle
                   Auburn University, AL

September 2018     Ladder Extension w/Three Point Control Climbing Principle
                   Philo 21 hour Seminar

September 2017     Fall Protection: New OSHA Regulations and Update on ANSI
                   21 Hour Philo Seminar
                     Detroit, MI

September 2017     Fall Protection: New OSHA Regulations and OSHA Update on
                   ANSI Standards
                     BLR Webinar

July 2017          New "OSHA" Regulations on Fall Protection
                   NAFE
                   Atlanta, GA

February 2017        Falling Down on the Job: Fall Protection on Stationary Tank
                     Cars/Trucks:
                     NORA
                     Las Vegas, NV

October 2016         Three Point Control Ladders
                     National Safety Council  Congress & Expo
                     Anaheim, CA

October 2016         Fall Protection for Cell Towers/Poles/Rooftops
                     Slips Trips Falls Conference
                     London, UK
October 2016         Fragile Roofs: Skylights/Rooflights
                     Slips Trips Falls Conference
                     London, UK

October 2016         Ladder  Extension w/Three Point Control
                     Slips Trips Falls Conference
                     London, UK

September 2016       Fall Protection for Cell Towers/Poles/Rooftops
                     21-Hour Philo Seminar
                     Detroit, MI

September 2016       Ladder Extension w/Three Point Control Climbing Principle
                     ASSE Delmarva Chapter
                     Salisbury, MD

September 2016       Fragile Roofs: Skylights/Rooflights
                     ASSE Delmarva Chapter
                     Salisbury, MD

June 2016            Fall Protection for Towers/Poles/Rooftops
                     WOSH
                     Newport Beach, CA

April 2016           Fall Protection: Tips for Complying with Tips for Complying with
                     OSHA Sub D and ANSI Z359 Standards
                     BLR Safety Summit Webinar

September 2015       Fall Protection and Safety for Attorneys
                     21 Hour  Philo Seminar
                     Detroit, MI

| | |
|---|---|
| July 2015 | Fall Protection and Safety for Engineers<br>National Academy of Forensic Engineers (NAFE)  Special Seminar<br>Seattle, WA |
| April 2015 | Fall Protection for Engineers<br>Pennsylvania Society of Professional Engineers Boot Camp East<br>King of Prussia, PA |
| Nov  2014 | Fall Protection for Engineers<br>U Of Michigan, Ann Arbor, MI |
| Sept  2014 | A New Means To Improve Elimination and Fall Hazard Control<br>American Society of Safety Engineers Annual PDC, San Diego, CA |
| Sept 2014 | Fall Protection for Engineers<br>Pennsylvania Society of Professional Engineers, Harrisburg, PA |
| June 2014 | Forensic Engineering Critique of Fall Equipment Selection for Nik<br>Wallenda's walk across the Horseshoe Falls, Niagara Falls, NY<br>Journal of National Academy of Forensic Engineering<br>Vol. XXVIII No.1 |
| May 2014 | Why Holding Ladder Rungs at Heights may Save your Life<br>PacRim Conference  Honolulu, HI |
| May 2014 | Three Point Control, Research into Gripping Ladders and Grab<br>Bars, Emerging Issues in Stairway Usability and Safety<br>Toronto, Canada |
| April  2014 | Emerging Issues in Fall Protection,<br>BLR Safety Summit, Atlanta, GA |
| June 2013 | Futuristic Fall Protection Now<br>American Society of Safety Engineers Annual PDC, Las Vegas, NV |
| June 2013 | Three Point Control – Analysis and Recommendations<br>International Fall Protection Symposium Las Vegas, NV |
| Mar  2013 | How To Protect your Organization from Fall Protection Litigation<br>Indiana Safety & Health Conference<br>Indianapolis. IN |
| May    2013 | Human Factors Engineering for a Walk over the Falls, Fall<br>Protection for Nik Wallenda<br>Human Factors Engineering Society<br>Southampton, PA |

| | |
|---|---|
| Feb  2013 | Planning for a Walk over Niagara Falls: Fall protection for Nik Wallenda's<br>National Safety Council  Construction Division<br>Washington DC |
| Jan  2013 | Forensic Engineering for a Walk over the Falls: Fall protection for Nik Wallenda's Walk<br>National Academy of Forensic Engineers (NAFE) Special Seminar<br>Newport Beach, CA |
| June 2012 | How to Protect your Organization against Fall Protection Litigation<br>American Society of Safety Engineers Annual PDC, Denver, CO |
| Apr  2012 | Three Point Control - Analysis and Recommendations<br>PacRim Conference  Honolulu, HI |
| Feb  2012 | Fall Protection Criteria, Systems, Engineering<br>Fall Protection Safety Workshop<br>NE Region Construction., Worcester, MA |
| Oct  2011 | Fall Protection: Fabricate your Own or Purchase<br>National Safety Council Congress & Expo., Philadelphia, PA |
| June 2011 | "OSHA" Construction and Industry Working Ever Closer Together on Fall Protection<br>American Society of Safety Engineers Annual PDC Chicago, IL |
| May 2011 | Evolving Fall Protection Standards and Litigation and Presentation of the Society Fellow Award<br> American Society of Safety Engineers, Philadelphia Chapter |
| May 2011 | Hazard Analysis the Dave MacCollum Way<br>Veterans of Safety |
| Oct  2010 | Fall Protection Compliance Options<br>National Safety Council Congress & Expo., San Diego, CA |
| June 2010 | How to Apply the Latest Developments in Fall Protection to Your Site<br>American Society of Safety Engineers Annual PDC, Baltimore, MD |
| June 2010 | Update on a Dynamic Test Standard for Skylight Human Impact<br>International Fall Protection Symposium. Baltimore, MD |
| Apr  2010 | Roof Fall Hazard Experiences<br>Roofers and Waterproofers Research & Education Joint Trust<br>St. Louis, MO |

| | |
|---|---|
| Mar  2010 | Roof Fall Hazard Experiences<br>Roofers and Waterproofers Research & Education Joint Trust<br>Minneapolis, MN |
| Jan  2010 | Advances in Roof Fall Protection Planning<br>Mid-America OSHA Education Ctr., ABC<br>Dayton, OH |
| Oct  2009 | Advances in Roof Fall Protection Planning<br>American Hotel Lodging Association<br>Kansas City, MO |
| Oct  2009 | Advances in Roof Fall Protection Planning<br>National Safety Council, Orlando, FL |
| Aug  2009 | Making Fall Protection Work at Your Site<br>American Society of Safety Engineers, San Antonio, TX |
| Aug  2009 | New Developments in Fall Protection Planning using<br>ANSI Z359-2007<br>Veterans of Safety |
| Feb  2009 | Fall Protection Advances in Construction<br>World of Concrete<br>Las Vegas, NV |
| Aug  2008 | New Developments in Fall Protection Planning, ANSI Z359-2007<br>ORC Worldwide<br>Washington, DC |
| June  2008 | Qualified Person Duties to Create a Fall Protection System<br>Meeting  Z359 Las Vegas, NV |
| June  2008 | Truck Falls, Fall Protection Symposium,  Las Vegas, NV |
| Feb. 2008 | Roofers and Waterproofers Research & Education Joint Trust<br>Achieving 100% Fall Protection in Roofing, Portland, OR |
| Jan 2008 | What Lawyers need to know about Fall Protection Engineering.<br>CLE (National Continuing Legal Education)    Vail, CO |
| Oct   2007 | Fall Protection for Stationary Vehicles<br>National Safety Council, Chicago, IL |

| Aug 2007 | Design of Ladders and Grab Bars for Effective Fall Solutions<br>International Conference on Slips, Trips and Falls<br>Hopkinton, MA |
|---|---|
| June 2007 | New Developments in Fall Protection Planning<br>American Society of Safety Engineers, PDC Orlando, FL |
| Mar 2007 | American Society of Safety Engineers Philadelphia Chapter<br>Fall Hazards- Can you Recognize Them? |
| Mar 2007 | Roofers and Waterproofers Research & Education Joint Trust<br>Achieving 100% Fall Protection in Roofing Minneapolis, MN |
| Feb 2007 | Safety Design Principles Natural Hazard - Gravity<br>17th Annual Construction Safety Conference & Exposition |
| Feb 2007 | Roofers and Waterproofers Research & Education Joint Trust<br>Achieving 100% Fall Protection in Roofing |
| Nov 2006 | Fall Protection Engineering Avoids System Failure<br>National Safety Council<br>San Diego, CA |
| June 2006 | Fall Protection in General Industry where no OSHA regulations apply<br>American Society of Safety Engineers, PDC Seattle, WA |
| June 2006 | What's next for Fall Protection?<br>International Fall Protection Symposium (ISFP)<br>Seattle, WA |
| Mar 2006 | "Fall Protection for Plant Engineers and Facility Managers"<br>National Manufacturing Week Conference<br>Stephens Convention Center in Rosemont, IL |
| Sept 2005 | The Responsibility of Management or Worker?<br>National Safety Council 93rd Congress & Expo, Orlando, FL |
| June 2005 | Fall Protection – " Engineered" is Best but is "Do Your Best" an Option?<br>American Society of Safety Engineers Annual PDC,<br>New Orleans, LA |
| Jan 2005 | Nail Extraction Force in Failed Barrier<br>National Academy of Forensic Engineers, San Diego, CA |

| | |
|---|---|
| Sept  2004 | Engineered fall safety: How to Sell It Internally<br>National Safety Council 92[th] Congress & Expo, New Orleans, LA |
| June  2004 | Fall Protection for Your Small Contractors<br>American Society of Safety Engineers Annual PDC, Las Vegas, NV |
| Mar  2004 | Reducing Fall Injuries and Deaths Through a Hierarchy of Controls<br>2004 Construction Safety Conference  & Expo.,  Randolph, MA |
| Oct 2003 | Truck Driver Fall Protection<br>XL Environmental, Exton, PA |
| Sept  2003 | Fall Protection Implementation and Verification<br>National Safety Council 91[th] Congress & Expo Chicago. IL |
| Sept  2003 | Fall Protection for Holes and Disguised Holes<br>International Fall Protection Symposium, Chicago, IL |
| July 2003 | Fall Protection Focus Day<br>American General Contractors of San Diego, CA |
| June  2003 | Fall Protection for Difficult Exposures,<br>American Society of Safety Engineers Annual PDC, Denver. CO |
| Feb  2003 | Hazard Information Foundation Inc.  (HIFI) Safety Workshop<br>Why Fall Protection Programs Fall Through the Cracks |
| June  2002 | Fall Protection for Engineers<br>National Safety Council 90th Congress & Expo., San Diego, CA |
| Apr  2002 | Reducing Fall Injuries Means Profitability for Clients. Independent Insurance Agents Dover, DE |
| Apr  2002 | Case Histories of Fall Protection Engineering for Roofs and Warehouses American Society of Safety Engineers Annual PDC, Nashville, TN |
| Mar  2002 | Harnesses Provide Appearance of Safety; Anchorage Points Must Be  Provided, BNA, Occupational Safety & Health |
| Jan 2002 | Construction Fall Protection American Society of Safety Engineers Philadelphia PA Chapter |

09.28.20

| | |
|---|---|
| Jan  2002 | Home and Business Fall Hazards and What you need to know about the Danger of Falling and what you can do about it Cedar Rodney Rotary Club, Wilmington, DE |
| June 2001 | What is  a Fall Hazards?  American Society of Safety Engineers, Philadelphia, PA |
| Mar.  2001 | Fall Protection for Safety Professional, Oregon Governor's Occupational and Safety Health Conference |
| June 2000 | What is Fall Protection? American Society of Fall Protection, Annual PDC Orlando, FL |
| Jan 2000 | Fall Accident Reconstruction, National Association of Legal Investigators, Mid Year Meeting, Orlando, FL |
| Apr 1999 | National Association of Investigators Fall Protection for  Investigation |
| Sept 1998 | How the US Legal  System  Affects Fall Protection Product Design: International Fall Protection Symposium in Wuppertal (IFPS'98) |
| Feb 1998 | Elimination  of  Fall  Hazards  on   Jobsites:  BuildSafe  '98, Construction Safety Councils, Chicago, IL |
| Feb 1997 | Fall  Protection  Standards,  Associated  General  Contractors  of America,   National   Safety   Council,   Construction   Division, Sacramento, CA |
| Sept 1996 | Developing a Effective Fall Protection Program; PDC Region 1X Williamsburg, VA |
| Feb 1996 | When the Fall Protection System Failed., American Society of Safety Engineers, LDVC, Wilmington, DE |
| Sept 1995 | Fall  Protection  Subpart  M  and  proposed  General  Industry  regs, Lancaster County Industrial Safety Council |
| Mar 1995 | Fall Protection - the new Construction standard, American Society of  Safety Engineers, LDVC, Prof. Dev. Conf, Philadelphia, PA |
| Mar 1995 | New Standards for Fall Protection, American Society of Safety  Engineers, Calumet Chapter PDC, IN |
| Feb 1995 | Anchorage  Point  critical  requirements  -  National  Safety  Council, Construction Division, Atlanta, GA |

| | |
|---|---|
| Feb 1995 | Foundations for Fall Protection - Builders Exchange & Rochester Safety Council, Rochester, NY |
| Feb 1995 | Fall Protection Solutions Hierarchy, America West Safety & Health Expo, Sacramento, CA |
| Dec 1994 | Principles of Fall Protection - Argonaut Insurance Company, Valley Forge, PA |
| Oct 1994 | Fall Protection Training - Current American Perspective, International Fall Symposium, San Diego CA |
| June 1994 | Elements of a Fall Protection Program, American Foundryman Society, Des Plaines, IL |
| Apr 1994 | Integrating Fall Protection into Construction Work Methods, Pacific Rim Safety Conference, Honolulu HI |
| Jan 1994 | New Directions in Fall Protection public seminar; Los Angeles, CA |
| Nov 1993 | Fall Protection and Confined Space Solutions, public seminar; Atlanta GA |
| Sept 1993 | Fall Protection and Confined Space Solutions, public seminars; Freeport TX |
| Aug 1993 | Fall Protection Methods in Construction Chicagoland Construction Association, Chicago IL |
| Aug 1993 | Fall Protection and Confined Space Solutions, public seminar; Seattle WA |
| July 1993 | Fall Protection/Prevention - Ideas for the 1990's<br>All-Ohio Safety Professional Development Conference, Akron Ohio |
| May 1993 | A comparison of the fall protection methods and regulations developed in Europe and North America - 3rd EuroAmerican Construction Conference, Glasgow, Scotland |
| Apr 1993 | Fall Protection for the '90's Southeast Safety & Health Conference, Georgia Tech., Atlanta GA |
| Feb 1993 | WATTec '93 1. Fall Protection for the Nineties 2. Fall Arrest Systems to minimize injury potential; Nashville TN |

| Dec 1992 | Fall Protection Systems - Proper Use & OSHA Update Safety Council of the Louisiana Capital Area |
|---|---|
| June 1992 | Latest OSHA developments in fall protection: Maui Safety Association, Hawaii, HI |
| May 1992 | Fall Protection methods for welders American Welding Society, Delaware Chapter |
| Apr 1992 | Fall Protection skills for safety professionals Indiana-University of Pennsylvania, Safety Systems Course |
| Oct 1991 | Fall Protection is Profitable - there's proof! Tri State Safety Council Chicagoland Construction Safety Council Chicago, IL |
| Oct 1991 | OSHA Fall Protection Standards are Profitable American Society of Safety Engineers, Chesapeake Chapter, Baltimore, MD |
| July 1990 | Fall Protection for Chemical Process Towers: The responsibility of supervisors and managers for planning Occidental Chemical Corp. Corpus Christi, TX |
| May 1990 | 100% Fall Protection at Heights and in Confined Spaces Amoco Health and Safety Conference, Itasca, IL |
| May 1990 | Fall Protection Standards 22nd Governor's Safety & Health Conference Woodlawn, MD |
| Apr 1990 | Current Issues in Fall Protection: Western Pennsylvania Safety Council, Monroeville, PA |
| Apr 1990 | Inherently reliable Fall Arrest and Controlled Descent Equipment for Rescuers: COLLAPSE '90, Pennsville, NJ |
| Feb 1990 | The New Fall Protection and Confined Space Standards ASSE Gold Coast Chapter, Boynton Beach, FL |
| Feb 1990 | A Guide to becoming an Expert Witness ASSE Lower Delaware Chapter, Concordville, PA |
| Feb 1990 | Trends and techniques in Fall Protection: an update of the national standards ASSE PDC Full day meeting, sponsored by ASSE Allegheny Chapter, Monroeville, PA |

| | |
|---|---|
| Sept 1989 | Refinery Fall Protection and Confined Space Safety, Baton Rouge, LA |
| Sept 1989 | Fall Protection Methods, Longview, TX |
| Sept 1989 | Confined Space Fall Protection and Retrieval Dallas, TX |
| Sept 1989 | New OSHA Fall Protection Standards, Pasadena, TX |
| Sept 1989 | Train the Trainers in Fall Protection, Exxon Chemicals, Baytown |
| Sept 1989 | ALCOA - Introduction of Fall Protection Policy, Davenport, IA (2½ day seminar program) |
| Sept 1989 | ALCOA - Introduction of Fall Protection Policy, Knoxville, TN (2½ day seminar program) |
| Sept 1989 | Competent Person's role in Fall Protection National Petroleum Refiners Association Annual Meeting, Houston, TX |
| May 1989 | Fall Protection for Roofers and other contractors, Phoenix, AZ |
| May 1989 | New OSHA Fall Protection Standards, Pasadena, TX |
| May 1989 | Fall Protection Solutions - Beyond the Harness, Exxon Refining Baytown, TX |
| Apr 1989 | Slip, Trip and Fall Protection, Tristate Safety Council, Frederick, MD |
| Dec 1988 | Fall and Slips, ASSE Chapter, Harrisburg, PA |
| Oct 1988 | ISO International Fall Protection Seminar Panelist, Orlando, FL |
| May 1988 | Fall Protection in Electrical Utility Operations, Edison Electric Institute, Savannah, GA |
| Mar 1988 | OSHA 1926 Subpart M Construction Hearing testimony |
| Mar 1988 | Fall Prevention at the Worksite Texas/Southwestern Safety Conference, Dallas, TX |
| Oct 1987 | Fall Prevention - Techniques and Systems, 75th National Safety Congress, Blockbuster Session, ATM Section, Chicago, IL |
| Sept 1987 | Fall Protection in the Chemical Plant Environment, Freeport, TX |

| | |
|---|---|
| Sept 1987 | Preventing Injuries from Use of Fall Protection Equipment, Edison Electric Institute, Seattle, WA |
| Jul 1987 | New Fall Protection for the Construction Industry, CNA Insurance Co., Chicago, IL |
| Apr 1987 | New Ideas in Elevated Fall Protection and Confined Space Entry and Retrieval, Southern Pulp and Paper Safety Association, Greensboro, NC |
| Mar 30-Apr 1987 | The New Fall Protection, Seattle, Spokane, WA |
| Feb 1987 | Fall Protection for Suspended Scaffold Users, Honolulu, HI |
| Feb 1987 | New Approaches to Elevated Fall Protection, Honolulu, HI |
| Oct 1986 | Planning Safety at Elevation: The Latest in Fall Protection, 74th National Safety Congress, Public Utility Section, Chicago, IL |
| Sept 1986 | The New Fall Protection, Kingsport, Chattanooga, TN and Atlanta |
| Sept 1986 | Fall Protection in Construction, CNA Insurance Co. Chicago, IL |
| June 1986 | Fall Protection, NSC Construction Section Meeting, Boise, ID |
| May 1986 | The New Fall Protection, Los Angeles, San Francisco, CA |
| May 1986 | The New Fall Protection, Annual Eastern Pennsylvania Safety Conference, Allentown, PA |
| May 1986 | The New Fall Protection, Detroit, MI, Chicago, IL, Milwaukee, WI |
| Apr 1986 | The New Fall Protection, ASSE PDC, Philadelphia, PA |
| Apr 1986 | The New Fall Protection, New Jersey Safety Conference, Atlantic City, NJ |
| Feb 1986 | OSHA Power Platform Hearing testimony, Chicago, IL |
| Feb 1986 | 100% Elevated Fall Protection, ASSE 1/2 day Seminar |
| Jan 1986 | The New Fall Protection, ASSE, Colonial Virginia Chapter, Richmond, VA |

| | |
|---|---|
| Oct 1985 | Fall Protection - Are You Prepared?, Governor's Safety Conference, Anchorage, AK |
| Sep 1985 | The New Fall Protection, ASSE. McKinley Chapter, Barberton, OH |
| July 1985 | The New Fall Protection, Philadelphia, PA. Naval Shipyard |
| May 1985 | The New Fall Protection, Seattle, WA |
| May 1985 | The New Fall Protection, Richland, WA |
| May 1985 | Fall Protection - The Most Underused Safety Resource in America, W. New York Safety Conference, Buffalo, NY |
| Feb 1985 | The New Fall Protection, Birmingham, Mobile AL, Baton Rouge, Lafayette, LA |
| Feb 1985 | Falls Can Be Prevented, Delmarva Safety Conference, Salisbury, MD |
| Jan 1985 | The New Fall Protection, Shreveport, LA, Borger, Amarillo, Longview, TX |

# Dynamic Scientific Controls, Inc.

## Robert Pahlke Law Group-Justin Moore Case

### All Transactions

| Type | Date | Num | Invoice Amount | Paid Amount | Balance | Retainer Balance | Retainer Hours |
|------|------|-----|---------------|-------------|---------|------------------|----------------|
| Invoice | 03/26/2019 | R21904 | 6,000.00 | | 6,000.00 | 6,000.00 | **15.00** |
| Payment | 03/26/2019 | 7189 | | 6,000.00 | 0.00 | | |
| Invoice | 03/06/2020 | 200008 | 0.00 | | 0.00 | -912.55 | **-2.25** |
| Invoice | 06/11/2020 | 200026 | 0.00 | | 0.00 | -900.00 | **-2.25** |
| Invoice | 08/21/2020 | 200040 | 4,578.18 | | 4,578.18 | -4,187.45 | **-10.50** |
| Invoice | 08/27/2020 | 200043 | 600.00 | | 5,178.18 | | |
| Payment | 09/28/2020 | 7495 | | 5,178.18 | 0.00 | | |
| | | | 11,178.18 | 11,178.18 | 0.00 | 0.00 | 0.00 |
| TOTAL | | | 11,178.18 | 11,178.18 | 0.00 | 0.00 | 0.00 |

Deposition/Trial/Arbitration testimony provided by Dr. J. Nigel Ellis

1. Bradford Kemp v. Leigh Fibers, Inc., The United Sates District Court for The District of South Caroline Spartanburg Division, Case No. 7-19-cv-1234-TMC - deposition 09/23/20
2. Brendon J. McClanahan , Estate of Timothy J. McClanahan v. Priority 1 Air Rescue Operations, Et al U.S.D.C.   District of Delaware. Case No. 19-cv-01237-CFC,  - deposition 07/21/20
3. Robert Timothy Short v. City of Dardenne Praire, et al, Circuit Court of St Charles County 11th Judicial Circuit, State of Missouri . Case No. 1611-CC00807 05/21/19 – deposition 05/21/19
4. Andrea Saris v Overhead Door Corporation, Eastern District of Virginia Richmond Division, Case No. 3:17cv818 – deposition 10/19/18
5. Jo Ann Martinez v. JLG Industries, Inc., OSHKOSH Corporation, Raymark Air Conditioning & Heating, Inc. In The 218st District Court, Harris County, TX. Case No. 2017-01264 - deposition 05/09/18
6. Christopher and Kerri Clanton v. XP Systems Corporation, Fiserv, Inc. Sleep Technology. Superior Court of the State of California, County of Ventura, Case No.  56-2016-00481127-CU-PO-VTA -  deposition 02/16/18
7. Eduardo Narciso De La Cruz v. Frontline Concrete Pumping; HADCO Construction, LLC., Judd Ron Peck and John David Trease.  Fourth Judicial District Court Utah County, State of Utah. Case No. 140401658  –deposition 01/16/17

Compiled 10/2005, update 09/24/20