

# Investigative Report

## Moore vs. DB Industries, et al.
ESi Project No: 78169A

EXHIBIT 4



4215 Campus Drive
Aurora, IL 60504

# Investigative Report

## Moore vs. DB Industries, et al.

ESi Project No: 78169A

**Report Prepared For**

Blackwell Burke P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415

**Submitted by:**

Dale B. Edwards, P.E.
Senior Managing Consultant
IL P.E. | Expires:  November 30, 2021

November 13, 2020
**Date**

**Technical Review by:**

Anand R. Shah, M.S., M.B.A., P.E.
Principal
Director of Polymeric, Composite & Non-Metallic Materials Practice
IL P.E. | Expires:  November 30, 2021

November 13, 2020
Date

This report and its contents are the Work Product of Engineering Systems Inc. (ESI).  This report should only be duplicated or distributed in its entirety.  This report may contain confidential or court protected information; please contact an authorized entity prior to distributing. Conclusions reached and opinions offered in this report are based upon the data and information available to ESI at the time of this report, and may be subject to revision after the date of publication, as additional information or data becomes available.

Copyright ESI © 2020 - All Rights Reserved



# Introduction

Dale B. Edwards, P.E., of Engineering Systems Inc. (ESi), was retained by Blackwell Burke, P.A. on behalf of 3M Company (hereafter 3M) to provide analysis and expert testimony regarding the failure of a polymer belt from an IBEX Climb-Assist system that was involved in a fall incident in which Justin Moore was injured on 6-8-2017. The failed Climb-Assist belt was part of the physical evidence in the Moore vs. DB Industries, et al. litigation (No. 6:19-cv-00038-C, United States District Court – Northern District of Texas San Angelo Division).

The subject belt and other equipment associated with the incident were examined at two joint inspections at the ESi-Dallas facility that included visual and microscopic examination of the IBEX belt among the other equipment that was involved with the accident. The results of these inspections of the IBEX belt are detailed below.

ESi's analysis included the examination and testing of the subject failed Climb-Assist belt that occurred at the two inspections held at ESi's Dallas facility. The results are summarized in this report, which is based on the examination and testing of the subject belt, a review of documents, pertinent literature, standards, and the author's experience in failure analysis and testing of polymers.

# Basis for this Report

This report, and the opinions and conclusions stated throughout, are based on the education, training, and experience of the author, as well as on the analysis and review of materials that have been conducted in this matter to date, and the inspection of the subject belt and other equipment. The opinions and conclusions are stated to a reasonable degree of engineering and scientific certainty.

## Qualifications and Experience

Engineering Systems Inc. (ESi) is a consulting firm and testing laboratory with staff working in many of the engineering disciplines. ESi has extensive experience in the failure analysis, mechanical testing, design, and analytical characterization of products including metals, ceramics, plastics and rubber materials.

Dale B. Edwards, P.E. is a Senior Managing Consultant at ESi. He has been involved in consulting, failure analysis, analytical testing, and mechanical testing of plastics since 1979. Mr. Edwards has been extensively involved with plastic products throughout his career, having previously worked for Bodycote Polymer - Broutman Laboratory (BPBL - formerly known as L.J. Broutman & Associates) for over 24 years, where he participated in ASTM and Plastics Pipe Institute (PPI) activities. He has consulted with many gas, water and sewer utilities, as well as many major plastic resin manufacturers. Mr. Edwards is a co-author of the book, **Fractography in Failure Analysis of Polymers**, which was published in May 2015.

Mr. Edwards has a B.S. degree in Chemical Engineering from The University of Illinois and has taken graduate materials courses at Illinois Institute of Technology. He is a registered



Professional Engineer in the State of Illinois, license number 062-041364, and the State of Arkansas, license number 18187. He has been involved in testing and analyzing plastics, including all types of plastic materials applications for over 30 years. His work experience also includes mechanical testing, analytical testing, consulting, failure analysis, laboratory management and legal consulting.

Mr. Edwards has been a member of ASTM Committee F-17 on Plastic Piping Systems for more than 25 years. He was formerly the Secretary of the Water Subcommittee (F17.61) of ASTM F17. He also has previously been active in the Plastics Pipe Institute (PPI) as the company representative for BPBL. His involvement in PPI and ASTM has included the development of a test method as part of the Alternate Methods Committee (PPI Hydrostatic Stress Board committee). This test method has been published as ASTM F 2018, *Standard Test Method for Time-to-Failure of Plastics Using Plane Strain Tensile Specimens*. This test method is an alternate method for determining the hydrostatic design basis (HDB) of plastic piping materials.

Mr. Edwards is a Senior Member of The Society of Plastics Engineers (SPE) and has maintained membership in SPE since 1981. He is a former Chairman of the Failure Analysis and Prevention Special Interest Group (FAPSIG) of SPE and has been the Technical Program Chair of FAPSIG and a past Board member of the Medical Plastics Division of SPE. Mr. Edwards has completed training and certification in Fall Protection Safety for the Competent Person.

Many of Mr. Edwards's publications have involved plastic failure analyses, including studies for the National Transportation Safety Board (NTSB) and an aging study conducted on plastic gas pipe for the Gas Research Institute. He has taught seminars for many years including the Fracture Analysis Workshop, which was co-sponsored by The Society of Plastics Engineers (SPE) and he has taught similar courses on Failure Analysis and Testing of Plastics. Mr. Edwards taught these seminars as part of Bodycote Polymer's Failure Analysis Series for 14 years (1995 – 2008). ESi has begun sponsoring these seminars and presented them most recently in June 2015 and August, 2018. Mr. Edwards's curriculum vitae is attached as Appendix I, which further outlines his experience, as well as a history of deposition and trial testimony in Appendix II.

## Materials Reviewed

During the course of the investigation and analysis in this matter, to date, ESi has reviewed the following materials:

Amended Complaint.

Plaintiff Disclosure of Expert Witnesses – including expert reports

Inspection and testing at joint inspections that occurred at ESi's Dallas facility on August 19, 2020 and October 7, 2020 (attended remotely). The data reviewed includes digital photographs, digital optical microscopy photographs and videos of the testing that was performed.

Deposition transcript of Justin Moore

Deposition transcript of Rick Miller

Safeworks production, numbers 000001 to 001659

IBEX brochure, Intelligent climb Assist, April 2014



## Methodology and Analysis Activities

The examination and testing was performed according to ASTM E2332, *Standard Practice for Investigation and Analysis of Physical Component Failures*, which outlines the following basic elements of a failure investigation:

- Collection of Evidence and Background Data
- Testing and Analysis of Failed Components
- Analysis of Test Data
- Assessment of Failure Mechanism(s) and Causes

Further methodology utilized in my analysis is set forth in my co-authored book, Fractography in Failure Analysis of Polymers, which was published by Elsevier in 2015. Visual and microscopic examination of failed parts is a necessary and important part of the second item listed above. This type of examination many times provides important information, such as the failure mode of the materials and whether the materials exhibit degradation, cracking or other features.[1] The location and appearance of these features can lead to a root cause determination of the failure.

# Background

Justin Moore was injured in a fall incident that occurred as he began his descent from near the top of a wind turbine tower in Goldthwaite, TX on June 8, 2017. Mr. Moore was using an IBEX 1000 Climb Assist system along with fall protection that included an Exofit harness, dual lanyards, an SLR (self-rescue equipment), and a DBI-SALA Lad-Saf X3 cable sleeve. Mr. Moore testified that the IBEX belt broke, initiating a fall. He claimed that he fell between 10 and 20 feet before the Lad-Saf X3 arrested his fall and he sustained several injuries.[2] As will be shown below, the belt broke at a weld that was made at the time of installation into the wind turbine tower approximately three years before the accident.

The wind turbine tower was owned and operated by his employer of approximately 4 years, Invenergy. Mr. Moore testified that he had been certified as a competent person and a qualified person in fall protection after he received training provided by Invenergy in fall protection, but does not have a specific certificate that identifies him as such.[3] Mr. Moore also received training regarding the IBEX 1000 Climb Assist system; how to operate the system and how to install the system that included welding of the IBEX belt.[4]

---

[1] Hayes, Edwards, Shah, Fractography in Failure Analysis of Polymers, Elsevier, Inc., Oxford, UK, 2015, pp. 39-41.

[2] Exhibit 2, Moore deposition.

[3] Moore deposition, p. 17.

[4] Moore deposition, p. 57 - 58.



Mr. Moore testified that he has installed at least 10 of the IBEX systems in wind turbine towers prior to this accident.[5]  He also testified that he received training one time while at Invenergy and that included how to inspect welds on the IBEX belt.  He also stated that normal procedure was to visually inspect the cable as they let it rotate through a cycle before using it (this presumably utilized the maintenance mode function on the IBEX 1000 system control box marked "Inspect"[6]).  He went on to testify that he did not inspect the IBEX belt weld area prior to using the system on the day of the accident and did not know if anyone else had performed an inspection either.[7]

Mr. Moore also testified that he was aware of one other time at a tower in Goldthwaite where an IBEX belt had failed.  He said that there were no injuries related to that incident and that the failure was discussed in a safety meeting at Invenergy.[8]

# Examination of the Climb Assist Failed Belt

Several examinations were performed by various parties to this case including:

1. Site inspection/testing at ESi-Dallas on August 19, 2020.  This examination included visual and microscopic examination of the failed ends of the IBEX belt.

2. Site inspection/testing at ESi-Dallas on October 7, 2020.  This examination included the remaining length of IBEX belt and the fall protection cable.

## Visual and Microscopic Examination

Visual and microscopic investigations were conducted on the subject IBEX belt at the joint inspection that took place on August 19, 2020 at ESi's Dallas facility.  Overall views of the failed subject IBEX belt sections are shown in Figures 1 through 8.  For the purposes of the discussion below, the sections were labeled A and B, corresponding to the left and right sections, shown in Figure 1.  ESi was not present at the time that the failed portion of the IBEX belt was cut from the remainder of the belt, as this was done prior to any joint examination of the evidence.  The belt outer jacket is made of a polyurethane material and the inner reinforcement is polyester fiber, according to the Safeworks description of the belt.[9]

---

[5] Moore deposition, p. 58.

[6] Safeworks document production, p. 000070.

[7] Moore deposition, p. 60 – 61.

[8] Moore deposition, p. 112.

[9] Safeworks IBEX Belt Welding Procedure, Safeworks document production 001079 – 001082.



**Moore vs. DB Industries, et al.**
ESi Project No: 78169A



**Figure 1.  Overall views of the subject failed IBEX belt sections.**



**Figure 2.  Positioning of the failed ends together.**



**Figure 3.  Marks and punctures on the OD of Section A.**





**Figure 4.  Weld areas of Section A.**



**Figure 5.  Broomed fibers at failed end and cut end of Section A.**



**Figure 6.  Marks and punctures on the OD of Section B.**





**Figure 7.  Weld areas of Section B.**



**Figure 8.  Partially welded fibers at failed end and cut end of Section B.**

The subject IBEX belt polymer jacket failed along the welds, as shown in the photographs above. There were also multiple transverse cracks that occurred during the failure process where the polymer jacket began to pull apart prior to the failure of the fiber reinforcement.  The weld surfaces were examined using a stereo microscope and these images exhibit multiple areas with poor adhesion on both sections.  Figures 8 and 9 show some of these poorly bonded areas for Section B.  These weld surfaces have the appearance of a "cold" weld where the melted polymer material is squeezed out of the weld area by applying too much pressure or alternatively, that the welding temperature was too low.  Figure 10 shows a couple of areas along the weld surface in Section B that appear to be cut or were never really fused at all in the welding process.



**Moore vs. DB Industries, et al.**
ESi Project No: 78169A



**Figure 8.  Weld surfaces from Section B that appear to lack adhesion due to a poor weld.**



**Figure 9.  Close-up views of the weld surfaces showing poor adhesion in Section B.**



**Figure 10.  Areas of the weld surface from Section B that appear to have been cut or not fused at all during the welding process.**

The fracture surfaces shown in Figures 8 and 9 also show progressive crack growth, indicating that the fracture had progressed over time.  This can be seen in both the very smooth areas and areas where some adhesion appeared to have been.  Figure 11 depicts areas of poor adhesion of the weld surface for Section A.  Figure 11 also has indications of progressive crack growth.



**Moore vs. DB Industries, et al.**
ESi Project No: 78169A

Areas along the weld of both sections show various cut marks from the trimming of the weld flash that occurred at the time of installation/welding of the subject IBEX belt, as shown in Figures 12 and 13.  Figure 14 shows close-up views of puncture marks and abrasion damage that were present in several areas of Section B.  These areas appear to have grease in them as do several of the cuts, cracks and fracture surfaces shown above.



**Figure 11.  Weld surfaces from Section A that show lack of adhesion due to a poor weld.**



**Figure 12.  Cut marks from trimming of the weld at the time of installation (Section A).**



**Figure 13.  Cut marks from trimming of the weld at the time of installation (Section B).**





**Figure 14.  Close-up views of puncture and scraping damage near the weld failure in Section B.**

The remaining portion of the belt was examined in a joint/remote inspection that occurred on October 7, 2020 at the ESi Dallas facility.  The remainder of the subject IBEX belt was examined, and no additional damage was noted.  Figure 15 shows the remainder of the belt sample that was examined at the inspection.



**Figure 15.  Remaining portion of the subject IBEX belt sample that was examined on 10-7-20.**



# Analysis and Discussion

It is apparent from the examination and testing of the subject IBEX belt that the weld was defectively made, and this led to the eventual breaking of the belt, causing the fall incident that Mr. Moore experienced.  The surface of the welded section shows very little micro-ductility on the fracture surface.  This lack of micro-ductility indicates that the weld was not properly made.  The weld fracture surface is typical of a "cold weld" wherein the materials are not properly fused together.  While the belt functioned for a while during the three to four years in operation (some areas had some limited adhesion), overall, the weld area was not well bonded.

It is also possible that the weld area was damaged during the flash trimming operation, cutting through portions of the weld.  Figure 10 shows striations from possible cutting on the weld fracture surface.  These can be compared to many of the weld flash trim cuts along the weld on the outside of the belt jacket (see Figures 12 through 14).  Alternatively, these could be areas of the belt that were not bonded at all during the welding process.

The impending failure of the weld in the subject IBEX belt would likely have shown signs of failure prior to the day of the incident.  A visual inspection of the weld prior to the accident likely would have shown some areas of separation and splitting since the failure was a progressive one.  Many areas of the fracture surfaces show discoloration from grease and dirt, indicating that the fractures may have been present for some time before the belt completely separated. (see Figures 9 through 11).

The condition of this weld and lack of bonding indicates a deficiency in the weld training that was provided by Safeworks for employees of Invenergy, including Mr. Moore.  At the very least, Invenergy should have required inspection of the belt weld prior to every use, as indicated in the Safeworks operation and training documents that were presumably a part of the Safeworks training.[10] [11]

It is clear from Mr. Moore's testimony referenced earlier that he had been trained with respect to the use and installation (including welding of the IBEX belt) and that he was experienced in installation of the systems, having installed more than ten of them prior to the accident in the approximately four years of his previous work at Invenergy.  His knowledge and training regarding proper use and inspection of the IBEX system indicated that he should have known that inspection of the belt prior to using it was necessary.

---

[10] IBEX Proper Inspections and Use, Product Update PCWU 11-003, March 1, 2011, Safeworks 000088-000091.

[11] Power Climber Wind Operators Instructions for IBEX 1000 and 1000P Climb Assist, March 7, 2019, Safeworks 00018-00053.



He testified that he believed that his co-worker, Cory Wade had installed the IBEX system in the tower where the accident occurred.[12]  Even if he was confident in his own expertise and that of his co-workers, regarding the installation and welding of the IBEX belt, he should have inspected the belt prior to its use that day.  As stated earlier, Mr. Moore also stated that normal procedure was to visually inspect the cable as they let it rotate through a cycle before using it.[13]

The OSHA Occupational Safety and Health Act of 1970 requires the following in section 5. Duties:

(a) Each employer --

*(1) shall furnish to each of his employees employment and a place of employment which are free from recognized hazards that are causing or are likely to cause death or serious physical harm to his employees;*

*29 USC 654*

*(2) shall comply with occupational safety and health standards promulgated under this Act.*

*(b) Each employee shall comply with occupational safety and health standards and all rules, regulations, and orders issued pursuant to this Act which are applicable to his own actions and conduct.*

In this case, the employer, Invenergy, did not work to provide a safe workplace for its employees by failing to properly train its employees in the welding procedures that they performed in installing the IBEX belts for the Safeworks Climb Assist system. They have no records of training given to their personnel regarding the welding of the Climb Assist belts.  Mr. Moore testified that he had been trained in the welding procedure once, indicating that no updated training or refresher courses were provided by the company.[14]

Invenergy also failed to require inspections of the IBEX belt prior to each use and have few, if any, records of inspections of the IBEX belts used in their windmill towers. There is no evidence of inspection of the condition of the subject IBEX belt prior to the break and no evidence that it had been inspected since it was installed approximately 3 years before.  Mr. Moore did not inspect the belt that day and does not know if anyone else did.[15]

---

[12] Moore deposition, p. 60.

[13] Moore deposition, pp. 60 - 61.

[14] Moore deposition, p. 59.

[15] Moore Deposition, p. 61.



Invenergy has not provided any records of job hazard analyses in this case.  Mr. Moore testified that the job hazard analysis was a requirement for each job and that it included some inspections of the systems in the towers.  He had no specific recollection of filling out the job hazard analysis but assumes that it was done since it was a requirement.[16]

The Safeworks Operator's Instructions and inspection procedures from 2011, as well as current documents call out daily inspection of the weld area and overall belt inspections to be performed twice annually.[17] [18]   The instructions were apparently ignored by Invenergy despite a previous failure of an IBEX belt that had occurred.[19]

# Conclusions

The following conclusions are based on the analysis to date, as well as on prior education, training, testing, engineering analysis, and experience of the author. These opinions and conclusions, as well as those stated throughout the report, are stated to a reasonable degree of engineering and scientific certainty.  ESi reserves the right to supplement or amend these findings and conclusions if additional information becomes available or based upon additional work or analysis in this matter.  This report has been prepared strictly and solely for the Moore vs. DB Industries litigation and is not intended to be relied upon or referenced in connection with any other matters.

1. The subject IBEX Climb Assist belt failed due to a poorly made weld.

    a. The fracture surfaces show very little micro-ductility indicating that the weld surfaces were not properly fused together.

    b. The weld fracture surfaces are typical of a "cold weld" where too much of the molten polymer material is forced out of the weld area due to excessive pressure. This results in a low strength weld that is prone to separation and failure.

2. The subject IBEX belt would likely have shown signs of failure long before the date of the accident.

    a. Examination of the subject fractures shows that large portions of the fracture had been present for some time and showed signs of crack growth.

    b. The very smooth areas of the weld that showed very little bonding would have

---

[16] Moore deposition, p. 70.

[17] IBEX Proper Inspections and Use, Product Update PCWU 11-003, March 1, 2011, Safeworks 000088-000091.

[18] Power Climber Wind Operators Instructions for IBEX 1000 and 1000P Climb Assist, March 7, 2019, Safeworks 00018-00053.

[19] Moore Deposition, p. 112



separated first, followed by the remainder of the weld surface. This separation would likely have been visible had an inspection of the weld area been done.

3. The employer, Invenergy, failed to properly train its employees in the welding process or at least to make sure that they were proficient at the process.

   a. There are no training records regarding the weld training of its employees.

   b. The weld in the subject IBEX belt visually was not properly done and caused the failure of the belt and the fall.

   c. No job hazard analysis documents have been provided by Invenergy showing that any inspections had been performed.

4. The employer, Invenergy, did not require inspections of the IBEX belt welds prior to every use as instructed in the Safeworks operator manuals.  Failure to do this created a hazard to its employees, violating the OSHA Occupational Safety and Health Act of 1970, section 5.0.

   a. Invenergy has no records of inspection of the subject belt weld area in the approximate 3 years that it was in service.

   b. Safeworks instructional literature clearly state that inspections of the weld be performed prior to each use.

5. Justin Moore failed to properly inspect the IBEX belt in accordance with the Safeworks operator manuals.

   a. Mr. Moore specifically testified that he did not inspect the weld area of the belt prior to using the Climb Assist system on the day of the accident.

   b. The Safeworks operator manuals specifically detail the inspection procedure and has pictures of the types of potential defects to look for (Safeworks 000088-000089).  Mr. Moore was trained to inspect the belts.

   c. If Mr. Moore had inspected the belt, he would have recognized that the weld area was compromised and posed a hazard and would not have used the system until a repair had been made.

## <<<  End of Report Text  >>>

## Appendices:

Appendix 1: CV of Author

Appendix 2: Testimony History of Author

# Appendix 1



4215 Campus Drive
Aurora, IL 60504

## DALE B. EDWARDS, P.E.
## SENIOR MANAGING CONSULTANT

dbedwards@engsys.com

Mr. Edwards is a polymer materials scientist with over 35 years of experience in the plastics and composites industry. He is a co-author of the book, **Fractography in Failure Analysis of Polymers** that was published in 2015. His experience includes testing and analysis of plastic, rubber and composite materials, consulting, and laboratory management. He has special expertise in failure analysis, fractography and testing of plastics, including plastic pipe and fitting materials and stress rupture testing for design. Additional expertise includes failure analysis, creep and stress rupture, fracture, mechanical testing, analytical testing, environmental effects and lifetime prediction. Mr. Edwards has managed a polymer test laboratory (Bodycote Broutman) that included hydrostatic pipe testing, mechanical and analytical testing of polymers and composite materials. Mr. Edwards has taught courses on failure analysis, fracture of plastics and testing of plastic materials and has provided expert testimony regarding product failures in both state and federal courts.

## Areas of Specialization

Failure analysis and testing of plastics, including plastic pipe and fitting materials
Stress rupture testing for design
Failure analysis
Creep and stress rupture
Fracture
Mechanical testing
Material Selection
Environmental effects and lifetime prediction

## Education

B.S. Chemical Engineering - University of Illinois, 1978
Graduate Courses in Materials Engineering - IL Inst. of Technology, 1981-1982

## Licensed Professional Engineer (P.E.)

State of Arkansas .......... License No. 18187
State of Illinois ............... License No. 062-041364

*October 2020*



## Professional Affiliations/Honors

**Society of Plastics Engineers (SPE) – Senior Member**

Technical Program Chair – Failure Analysis and Prevention Special Interest Group
(FAPSIG), 2010-2011
Chairman – FAPSIG, 2011, 2012
Dr. Myer Ezrin Best Paper Award – ANTEC 2011
Member of the Board of Directors of the Medical Plastics Division of SPE (2007 through
2010)

**American Society for Testing and Materials**

Member of Committee F-17 on Plastic Piping Systems

Peer reviewer for the **Journal of Pipeline Systems**

## Positions Held

**Engineering Systems, Inc., Aurora, Illinois**

Senior Managing Consultant, 2010 to Present
Senior Consultant, 2007 to 2010

**Bodycote Polymer-Broutman Laboratory, Chicago, Illinois**

Senior Consultant, Bodycote Polymer, 2004-2007
Vice President, Technical, Bodycote Polymer, 2000-2004

**Bodycote Broutman, Inc., (f.k.a. L.J. Broutman & Associates, Ltd.)**

Vice President, Plastics Technology, 1995-2000
Manager, Piping Products Laboratory, 1990-1995
Research Engineer, 1982-1990

**International Harvester Company**

Research Associate, 1979-1982



## Teaching

Mr. Edwards has taught seminars in the Plastic Failure Analysis Series that were co-sponsored by The Society for Plastics Engineers (SPE):

"Plastics Failure Analysis/Prevention and Testing Seminar" (1995-2001, 2007, 2008), Failure Analysis Seminar Series sponsored by Bodycote Broutman, Inc. and the Society of Plastics Engineers. This seminar has also been presented by Mr. Edwards and his colleagues at ESi, in 2015 and 2018.

"Mechanical Properties of Polymers and Service Life Predictions" (1995-1999) Mechanical Behavior of Plastics Seminar Series sponsored by Bodycote Broutman, Inc. and the Society of Plastics Engineers

"Plastics Fracture Analysis Workshop" (2001-2008) Failure Analysis Seminar Series sponsored by Bodycote Polymer – Broutman Laboratory and the Society of Plastics Engineers. This seminar has also been presented by Mr. Edwards and his colleagues at ESi, in 2015 and 2018.

Mr. Edwards has taught seminars on failure analysis of plastics for medical devices, co-sponsored by the Medical Plastics Division of SPE:

"Failure Analysis of Plastic Materials for Medical Devices: A Tool for Prevention"
The Medical Design and Manufacturing Conference, MDM West, Anaheim, California, January 2004
MDM East, New York, June 2004
MDM Midwest, Minneapolis, Minnesota, October 2004
MEDTEC, Stuttgart, Germany, March 2006

"Failure Analysis of Plastic Materials – A Tool for Prevention", presented at Design & Manufacturing Midwest 2010 Conference, Rosemont, Illinois, September 29, 2010

Mr. Edwards has also taught a seminar as an adjunct instructor at Lewis University titled "Manufacturing Processes for Composite Materials," December 17, 2011

## Additional Training

Fall Protection Safety for the Competent Person, Construction Safety Council, Aurora, IL, October, 2020.

Infrared Microscopy Course (FTIR spectroscopy), Hooke College of Applied Sciences (McCrone Group), April 20-22, 2010

Strategy of Experimentation – DuPont Specialty Services Course, June 1987



Dale B. Edwards, P.E.
*October 2020*

## Book Contribution

**Fractography in Failure Analysis of Polymers**, M. D. Hayes, D. B. Edwards, A. R. Shah, Elsevier Inc., Oxford, UK, 2015

## Publications

"Service Lifetime Assessment of Polymeric Material Products," <u>ASM Handbook, Volume 11</u>, ASM International, 2020, with A.R. Shah

"Failure Analysis and Prevention," <u>Fracture of Plastics, ASM Handbook, Volume 11</u>, ASM International, 2019, edited with A.R. Shah

"Assessment of Polybutylene Plumbing Installations after Long-term Service" <u>Proceedings of the Society of Plastics Engineers Annual Technical Conference (ANTEC)</u>, Orlando, Florida, May 7, 2018, with D. E. Duvall

"Identifying ESC Failures in Polymers Using Fractography", Microsc. Microanal. 22 (suppl 3), <u>Microscopy Society of America</u>, Columbus, Ohio, July 28, 2016

"Failure Analysis of a Plastic Toy Helicopter" <u>Proceedings of the Society of Plastics Engineers Annual Technical Conference (ANTEC)</u>, Indianapolis, Indiana, May 23, 2016, with D.B. Brickman, C.A. Fox and R.A. Brewster

"Determining the Processing Quality of PVC Pipe by DSC – How Precise?" <u>Proceedings of the 17th Plastic Pipes Conference, PPXVII</u>, Chicago, Illinois, September 22-24, 2014, with D. E. Duvall and A. R. Shah

"Assessment of Polybutylene Plumbing Installation after 18 Years of Service," <u>Proceedings of the Society of Plastics Engineers Annual Technical Conference</u>, Cincinnati, Ohio, April 22-24, 2013, with D. E. Duvall

"Polybutylene Water Service Pipe: The Other Side of the Story," <u>Proceedings of the Society of Plastics Engineers Annual Technical Conference</u>, Orlando, Florida, April 1-4, 2012, with D. E. Duvall

"Determination of Environmental Stress Cracking Failure Mode in Investigation of CPVC Fire-Suppression Sprinkler Pipe Failures," <u>Proceedings of the Society of Plastics Engineers Annual Technical Conference</u>, Orlando, Florida, April 1-4, 2012, with A. R. Shah

"Failure Analysis of Plastic Crimp Fitting Assemblies," <u>Proceedings of the Society of Plastics Engineers Annual Technical Conference</u>, Boston, Massachusetts, May 1-5, 2011, with D. E. Duvall and A. R. Shah

"Field Failure Mechanisms in HDPE Potable Water Pipe," <u>Proceedings of the Society of Plastics Engineers Annual Technical Conference</u>, Boston, Massachusetts, May 1-5, 2011, with D. E. Duvall

"Challenges in Investigating Chlorinated Polyvinyl Chloride Pipe Failures," <u>Journal of ASTM International</u>, 8(1), 2011, with M. D. Hayes, M. L. Hanks, F. E. Hagan and D. E. Duvall

"Forensic Analysis of Oxidation Embrittlement in Failed HDPE Potable Water Pipes," <u>Proceedings of the 2010 ASCE Pipeline Division Specialty Congress – Pipelines 2010</u>, pp. 648-662, with D.E. Duvall

"Evaluation of Fractures Created in Plastic Pipes by Freezing of Water Inside of the Pipes," <u>Proceedings of the Society of Plastics Engineers Annual Technical Conference</u>, Orlando, Florida, May 16-19, 2010, with D. E. Duvall and J. F. Grzetic

"Analysis and Testing of Freezing Phenomena in Plastic Piping Systems," <u>Proceedings of the ASME Congress</u>,



Orlando, Florida, November 13-18, 2009, with K. M. Smith, D. E. Duvall and J. F. Grzetic

"Fracture Toughness Testing ($K_{IC}$) of PE 4710 Pipe Material," Proceedings of the Society of Plastics Engineers Annual Technical Conference, Milwaukee, Wisconsin, May 4-7, 2008, with H. Svetlik and A. Shabeer

"Failure Investigation of XLPE Chemical Storage Tanks," Proceedings of the Society of Plastics Engineers Annual Technical Conference, Milwaukee, Wisconsin, May 4-7, 2008, with D. E. Duvall

"Failure Analysis of a Large Diameter Heat-Fusible PVC Pipe in a Horizontal Directional Drilling Installation," Proceedings of the Society of Plastics Engineers Annual Technical Conference, Milwaukee, Wisconsin, May 4-7, 2008, with D. E. Duvall

"Lessons from Failure," Appliance Design, pp. 19-21, May 2007, with B. J. Gedeon and A. I. Kasner

"Failure Analysis of Polypropylene Used in a Hot Water Environment – Effects of Different Stabilizer Systems," Proceedings of the Society of Plastics Engineers Annual Technical Conference, Cincinnati, Ohio, May 6-10, 2007, with L. J. Broutman and A. I. Kasner

"Phosphate Esters as Stress Crack Agents – Case Studies in Failure Analysis," Proceedings of the Society of Plastics Engineers Annual Technical Conference, Cincinnati, Ohio, May 6-10, 2007, with A. I. Kasner

"Failure Prevention – Lessons from the Failure Analysis Investigations of Polymer Parts in Appliances," 57th Annual Conference of the International Appliance Technical Conference, Rosemont, Illinois, March 27-29, 2006, with A. I. Kasner and B. J. Gedeon

"Failure Analysis of a PEX Pipe Crimping System," Proceedings of the Society of Plastics Engineers Annual Technical Conference, Boston, Massachusetts, May 1-5, 2005, with T. P. Jeka

"Steel Wire Reinforced Plastic Composite Pipe," Proceedings of the Society of Plastics Engineers Annual Technical Conference, Chicago, Illinois, May 16-20, 2004, with B. D. Agarwal and L. J. Broutman

"The Effects of High Stress and Material Constraint on the Fracture Appearance of a Polyethylene Liner Pipe," Proceedings of the Society of Plastics Engineers Annual Technical Conference, Chicago, Illinois, May 16-20, 2004, with R. Miller); also presented at the International Plastic Pipe Symposium, PPXII, Milan, Italy, April 19-22, 2004

"Complex Yield Behavior of PE100 Resin on Plane Strain Tensile Specimens," Proceedings of the International Plastic Pipe Symposium, Munich, Germany, September 3-6, 2001, with L. J. Broutman, S. W. Choi, S. Lee, G. Palermo, K. Cho, M. Choi and T. Park

"An Alternative Method for Determining the Hydrostatic Design Basis for Plastic Pipe Materials," Proceedings of the International Plastic Pipe Symposium, Munich, Germany, September 3-6, 2001, with L. J. Broutman, and S. W. Choi

"Failure Analysis Models for Polyacetal Molded Fittings in Plumbing Systems," Proceedings of the Society of Plastics Engineers 57th Annual Technical Conference, 1999, with L. J. Broutman and P. K. So

"An Alternative Method for Determining the Hydrostatic Design Basis for Plastic Pipe Materials," Proceedings of the International Plastic Pipe Symposium, Goteburg, Sweden, September 14-17, 1998, with L. J. Broutman, E. F. Palermo and A. R. Shah

"Failure Analysis of Thermoplastic Camper Tops," Proceedings of the Society of Plastics Engineers 56th Annual Technical Conference, 1998, with L. J. Broutman, L. R. Nylander and P. K. So



Dale B. Edwards, P.E.
*October 2020*

"A Case Study of Polyethylene Pipe in a Paper Mill Application," <u>Proceedings TAPPI Engineering Conference</u>, 111, September 16-19, 1996, with D. E. Duvall

"Creep and Stress Rupture Testing of Polyethylene Sheet under Equal Biaxial Tensile Stresses," <u>Journal of Reinforced Plastics and Composites</u>, 12(3), March 1993, with D. E. Duvall

"Fatigue Testing of PVC Pipe Fittings," <u>Journal of Vinyl Technology</u>, June 1992, 14(2), with B. Lehman and R. Cohen; also presented at the <u>Proceedings of the Society of Plastics Engineers 50th Annual Technical Conference</u>, <u>38</u>, 276-279, 1992

"Aging of Plastic Pipe Used for Natural Gas Distribution," <u>Final Report to the Gas Research Institute, GRI Report No. 88/0285</u>, December 1988, with L. J. Broutman, L. R. Nylander, et al.

"Analysis of Polyethylene Gas Pipe Field Failure at Clear Lake, Iowa," for <u>National Transportation Safety Board, NTSB Accident No. DCA-83-AP-022</u>, July 12, 1983, with L. J. Broutman

"Environmental Testing of High Strength Molding Compounds," <u>Polymer Composites</u>, 3(1), January 1982, with N. Sridharan; also presented at the <u>Press Molders Committee Meeting of the Society of the Plastics Industry</u>, Columbus, Ohio, 1981

## Presentations

"<u>Quantifying Oxidative Degradation in Polyolefin Pipe by IR Spectroscopy</u>" ANTEC Conference, Orlando, Florida Society of Plastic Engineers Annual Conference, with D. E. Duvall, 2018

# Appendix 2



4215 Campus Drive
Aurora, IL 60504

## PROFESSIONAL STAFF BILLING RATE

| STAFF MEMBER | TITLE | 2020 HOURLY BILLING RATE |
|---|---|---|
| Dale B. Edwards, P.E. | Sr. Managing Consultant | $365 |



4215 Campus Drive
Aurora, IL  60504

# DALE B. EDWARDS, P.E.
## SENIOR MANAGING CONSULTANT
dbedwards@engsys.com

## PROJECT                                                      STATE

### 2019

**Allstate Insurance Company ASO James Duncan, v. Mercury Plastics, Inc.**  AL       (trial)
  Case No. 63-CV-2016-900790.00
  Circuit Court of Tuscaloosa County, Alabama

**Fire Insurance Exchange (Wong, Aurora) v. Fluidmaster, Inc.**                    (deposition)
  Case No. 30-2015-00810131-CU-PL-CJC
  Superior Court of the State of California, County of Orange, Central Justice Center

### 2018

**United States , et al. v. J-M Manufacturing Co., Inc. d/b/a**
**JM Eagle, et al.**                                             CA       (trial)
  Case No. 5:06-cv-00055-GW-PJW
  U.S. District Court, Central District of California, Western Division

**Allstate Insurance Company ASO James Duncan, v. Mercury Plastics, Inc.**  IL       (deposition)
  Case No. 63-CV-2016-900790.00
  Circuit Court of Tuscaloosa County, Alabama

### 2017

**United States , et al. v. J-M Manufacturing Co., Inc. d/b/a**
**JM Eagle, et al.**                                             CA       (deposition)
  Case No. 5:06-cv-00055-GW-PJW
  U.S. District Court, Central District of California, Western Division

**Jacquelyn D. Ajose, et al. v. Interline Brands, Inc.**         TN       (deposition)
  Civil Action No. 3:14-CV-1707
  United States District Court for the Middle District of Tennessee

### 2016

**Fluidmaster, Inc., Water Connector Components Product Liability**
**Litigation**                                                   IL       (deposition)
  Case No. 1:14-cv-05696
  US District Court for the Northern District of Illinois



Dale B. Edwards, P.E.
*Rule 26 Expert Testimony List*

**Tides at Lakeshore East, LLC v. Walsh Construction Company v.
Alliance Fire Protection v. Spears Manufacturing**          IL        (deposition)
    Case No. 11 L 4140
    Circuit Court of Cook County, Illinois County Department, Law Division

**Underground Solutions, Inc. v. Eugene Palermo, a/k/a Gene
Palermo**          IL        (deposition)
    Case No. 13-cv-08407
    U.S. District Court, Northern District of Illinois, Eastern Division