**CORWIN BOAKE, PH.D.**

NEUROPSYCHOLOGY • CLINICAL PSYCHOLOGY

11914 ASTORIA BLVD., SUITE 490
HOUSTON, TEXAS 77089
(713) 302-4179
Fax (346) 388-3394

November 11, 2020

Steven Augustine
Thompson, Coe, Cousins & Irons
One Riverway, Suite 1400
Houston, TX 77056

RE:    Justin Moore
       DOB 12/30/67

Dear Mr. Augustine,

Please accept this letter as my report for Mr. Moore. To prepare this report I
examined him on 11/5/20 and reviewed the following records sent to me:

Austin Radiological Association
Cedar Park regional medical center
Chubb Insurance Western Claim Services
Family First Healthcare (Teresa Jones, FNP)
Invenergy LLC (employment)
Landmark Exams
Leander Chiropractic
Longhorn Imaging
Medical Equation (Kenneth Ford, MD)
Orthopaedic Associates of Central Texas (Jay Borick, MD)
Orthopedic Specialists of Austin (Robert Josie, MD)
Rollins Brook Community Hospital
Texas Dept. of insurance
Texas Orthopedics, Sports & Rehabilitation Associates
Texas Physical Therapy Specialists-Leander
TexSpine Consultants (Robert Josey, MD)
TruOrtho (Jaime Lynch, MD)
South Texas Radiology Imaging Centers
Mohammad Etminan, MD
Rodney Isom, PhD
Arthur Joyce, PhD
Jacqueline Kelly, MD
Daniel Lerma, DC
Jeffry Popham, DC
John Swiger, PhD

EXHIBIT 5

**Letter to Steven Augustine 11/11/20**
**Re: Justin Moore neuropsychological evaluation 11/5/20**
**Page 2 of 20**

David Vanderweide, MD
emails
photos
deposition of Mr. Moore

I also reviewed the Test My Brain website.

I did not perform a collateral interview.

At the start of the appointment, I explained the purpose and nature of the examination, that no patient-psychologist relationship was created, my role as expert witness retained by the defendant, the limits on confidentiality, that I may give testimony, that I will not provide feedback to him, that the examination would not be recorded, and that he will not be charged. He indicated that he understood these conditions and agreed to participate. I verified his identity from his driver's license. I explained that if discussing a topic caused him distress then he was not required to discuss it. I encouraged him to perform at his best on testing. I requested that he not discuss with me about liability.

HISTORY:

The following reviews the updated information as relevant to the neuropsychological evaluation.

Mr. Moore is a 52-year-old white male.

PSYCHOSOCIAL HISTORY:
He reported the following. He speaks English. He graduated from high school. He completed 3 years of college without earning a certificate or degree. No military service. He completed training as a wind turbine mechanic. He is re-married with adult children. He said he had been employed as a lineman and at the time of the 6/8/17 accident as wind turbine technician.

When asked if he had experienced abuse or assault, he said during childhood he had once been assaulted by another child.

When asked about prior stressful events he said that his father had died about 10 years ago.

PRIOR MEDICAL HISTORY:
There is a prior history of anxiety, diabetes type 2, hypogonadism, hypertension, hyperlipidemia, hypertriglyceridemia, and right knee injury. Prior surgical history of

**Letter to Steven Augustine 11/11/20**
**Re: Justin Moore neuropsychological evaluation 11/5/20**
**Page 3 of 20**

right knee surgeries and hernia repair. He said he had once visited a mental health counselor while undergoing divorce. The records show no substance use problems.

At 2013 visits with Ms. Jones he reported "major life stressors; family problems; trouble at work. Problems included "palpitations; anxiety with excessive sweating; flushing; trembling or shaking." Diagnoses included anxiety disorder unspecified (300.00). A prescription was given for alprazolam 0.5 mg twice daily. Later alprazolam was switched to clonazepam. Later prescriptions were given for clonazepam 0.5 mg twice daily and fluoxetine 20 mg once daily, and testosterone injection. There are no records of treatment by a mental health clinician.

At the 2/22/16 visit he reported anxiety and depression. At the 4/5/16 visit he reported anxiety but not depression or irritability. At the 1/18/17 visit he reported no anxiety, depression, or irritability.

HISTORY OF PRESENT ILLNESS AND INJURY:

The records show on 6/8/17 he was involved in a work-related accident in which he fell and was caught by his restraint. Records of Rollins Brook Community Hospital show that he was brought to the emergency center by private vehicle on the same date. Hospital records show the Glasgow Coma Scale score was 15. Behavior was described as alert and oriented x 4. No cognitive or mental health problems were noted to be present. In reviewing the records I find no mention of loss of consciousness. No head or brain imaging was ordered. He received Flexeril and Toradol. Discharge diagnoses did not include concussion or related conditions.

At the 9/8/17 visit with Ms. Jones he reported "no irritability, no depression, and no anxiety." At the 12/1/17 visit he reported "anxiety but reports no irritability and no depression." It was noted he planned to travel out of the country. Diagnoses included major depressive disorder, single episode, unspecified (F32.9). At the 7/16/18 visit It was noted he reported anxiety and depression. The diagnosis of major depressive disorder does not appear at this and later visits. At the 8/16/19 visit, the medication list shows that CBD oil had been started. Diagnoses included mixed anxiety and depressive disorder. At the 10/14/19 visit he reported "anxiety; restlessness/agitation; sleep disturbances; sleeping more (hypersomnia); inability to make decisions; decreased effectiveness/productivity; tingling (paresthesia); anxiety with excessive sweating; trembling or shaking (tremor); paranoid; feeling persecuted." He was counseled about depression and that "feelings of suicide are not normal." Clonazepam was increased to 1 mg twice daily and fluoxetine to 40 mg once daily.

**Letter to Steven Augustine 11/11/20**
**Re: Justin Moore neuropsychological evaluation 11/5/20**
**Page 4 of 20**

Later records of Ms. Jones are not available.

He has been treated for shoulder injuries. He has undergone bilateral shoulder surgeries.

At the 7/31/19 visit to the Cedar Park Regional Medical Center emergency department, it was noted he reported difficulty breathing and sensations of numbness and pain in the right extremities. The Glasgow Coma Scale score was 15. Behavior was described as alert and oriented x 4. The neurologic examination showed no focal abnormality. Diagnoses included anxiety disorder, unspecified.

At the 3/31/20 visit with Dr. Kelly, he reported depression and his wife verified this. Other than the mention of depression, the report does not include mental health assessment. For example, the report does not include a mental status examination. The report mentions there was pre-existing anxiety and depression. The evaluation report does not mention cognitive problems. The report recommends switching from fluoxetine to duloxetine. The report recommends individual psychotherapy and couples counseling. The report recommends a neuropsychological evaluation. The report recommends psychiatric treatment for life.

At the 6/29/20 and 6/30/20 visits with Dr. Joyce, he underwent tele-neuropsychological assessment. I have not had the opportunity to review the raw test data. The only evaluation record is Dr. Joyce's report. The report states that he had been treated with fluoxetine during the 1990s and "did not like the way it made him feel." The report does not state that the clonazepam and fluoxetine treatment had been continuous since before the 6/8/17 accident. The report does not cite a medical diagnosis of traumatic brain injury prior to the neuropsychological evaluation. The report states that performance validity testing with the reliable digit span, Word Choice and Word Memory Test showed valid responding. The report states that the Test My Brain Digital Neuropsychological Toolkit was completed. Of note, to my knowledge this assessment procedure has no published research in traumatic brain injury. The report states that the following mental health measures were completed: Beck Anxiety Inventory (BAI); Beck Depression Inventory-2 (BDI-2); Brief Rating Inventory of Executive Functioning-2; Detailed Assessment of Posttraumatic Stress; Frontal Systems Behavior Scale; and the Personality Assessment Inventory. The report does not list scores of the mental health measures other than the Beck scales. Diagnoses given were mild neurocognitive disorder due to traumatic brain injury; posttraumatic stress disorder; and major depressive disorder, single episode, moderate with anxious distress. The report does not explain the procedure used to diagnose

**Letter to Steven Augustine 11/11/20**
**Re: Justin Moore neuropsychological evaluation 11/5/20**
**Page 5 of 20**

neurocognitive disorder due to traumatic brain injury, without a medical diagnosis of traumatic brain injury. Recommendations include inpatient cognitive rehabilitation, psychiatric treatment for 24 months, individual counseling for at least 1 year, and repeat neuropsychological evaluation. The report does not cite a practice guideline or research in support of the recommendations.

At the initial 6/30/20 visit with Dr. Isom, he reported that his frequency of drinking alcohol was alcohol monthly. The report concludes he was "totally disabled" from employment.

in reviewing the records I find no records of brain or head imaging

At my appointment he said his current medications are:
clonazepam 0.5 mg
FARXIGA
fluoxetine
ibuprofen
lisinopril
metformin
omeprazole
pravastatin

He did not bring bottles or pharmacy records. He said he takes clonazepam as needed, the last time within the past week. He said the mental health medications are prescribed by Ms. Jones. He said the mental health medications had not changed since the 6/8/17 accident.

He said he had started fluoxetine about 5 years ago and noticed it made him feel "more calming." He said he had started clonazepam about 3 to 4 years ago because of "mild anxiety" and "stresses of the job." When asked if he had ever paused taking clonazepam and fluoxetine, he said the longest time was up to 3 days while waiting for refills. He said the medications had not been discontinued.

He said in addition to medication he takes CBD oil. said CBD oil is too expensive and that he had not taken it in the past month.

He said in addition to medications he has received physical therapy. He said he had not received occupational therapy.

He reported he consumes alcoholic drinks occasionally, the last time 2 months ago. He said during the past year he had not consumed 5 or more drinks on one occasion. He denied using substances other than CBD oil.

**Letter to Steven Augustine 11/11/20**
**Re: Justin Moore neuropsychological evaluation 11/5/20**
**Page 6 of 20**

He said he and his wife live in in the home of his mother and her husband. He said he drives independently. He said he limits driving to the local area. He said he has his own vehicle. When asked if he has medical restrictions he said he is restricted from lifting more than a certain weight. He said he is unemployed and has financial problems.

EXAMINATION:
The examination was completed in one appointment starting at 8:30 am and ending by 4:30 pm. The location was a psychology office. I personally completed testing. I followed standard administration except as noted. I considered cultural, educational, and language factors in interpreting the results. The tests administered, scores, and norms are listed in the appendix tables.

BEHAVIOR:
Level of consciousness was alert. Behavior was cooperative. Dress and grooming were clean and appropriate. He wore a mask and cooperated with social distancing. He was oriented x 3. He said he understood the reason for the examination and agreed to participate. There was no irritability, lability, psychomotor agitation or retardation, panic attack, or signs of psychosis. He became tearful when discussing adverse psychosocial changes.

He said he had slept the night before for 3 hours. He said he had consumed a "five hour energy" drink before the appointment. He said he usually sleeps for 5 hours, which is decreased from before the 6/8/17 accident. He said decreased sleep is caused by pain.

When asked about his major health problems he said bilateral shoulder pain, neck pain, depression, anxiety and panic, losing his train of thought, word finding difficulty, and memory difficulty. He said the last time he had experienced a panic attack was 2 weeks before. He said during panic attacks, he experienced "unreal fear" and thoughts "that I was going to die."

When asked about self-treatment of mental health problems he said he had used books and DVDs to perform exercises and learn "breathing patterns."

When asked when he was first informed about a possible brain problem, he said he had been informed by Dr. Joyce. When asked if other clinicians had discussed possible brain problems, he denied this.

When asked about memories of the 6/8/17 accident, he said he recalls the accident events. When asked about his awareness of the events, he said "I realized I was

**Letter to Steven Augustine 11/11/20**
**Re: Justin Moore neuropsychological evaluation 11/5/20**
**Page 7 of 20**

in danger." He said, "I didn't know what happened." When asked if he recalls the impact he said he does.

When asked about return to work he said he wants to work if "not climbing."

He reported feelings of sadness and anhedonia. He related the feelings of sadness to loss of his ability to financially support his family. When asked about suicidal ideation, he said he often thinks that he would be "better off dead." He said he has had thoughts of suicide but "I don't think I could do it." When asked about thoughts of death and suicidal ideation, he said he had experienced suicidal ideation after panic attacks, the last time the week before. I attempted to complete the Columbia suicide risk assessment. When asked in detail about suicidal thoughts his responses were inconsistent. When asked about suicidal thoughts he denied having active thoughts, plans, or intent. He also said that suicidal thoughts occur less than weekly and the duration is a few minutes or seconds. He said he controls the thoughts with little difficulty. He denied having started a self-harm attempt or having prepared to do so.

When asked about past stressful events he said he had experienced a tornado, house fire, transportation accident, exposure to toxic smoke, and witnessing the death of a coworker. He said as a child he had been assaulted by a foster child in his home but had not been injured.

When asked about traumatic stress symptoms he reported that he was distressed about adverse psychosocial changes. When asked about re-experiencing of memories related to the 6/8/17 accident, he said he is distressed by pain reminding him of the fall and of adverse psychosocial changes. When asked about re-experiencing, he said unpleasant memories are evoked by looking down from heights. When asked the last time he had re-experienced the accident events, he said when riding the elevator on the day of the appointment. When asked about changes in relationship, he said he had lost relationships with co-workers and family.

When asked if he had requested a change in his mental health treatment, he denied this. When asked about desired changes in mental health treatment he said he would like to "get off fluoxetine." When asked if he had reported the same mental health problems to Ms. Jones said he had not reported the problems in detail.

When asked about prior substance use he said he had used marijuana in the past. He denied that during the past few months he had used non-prescribed substances or had wished to do so.

**Letter to Steven Augustine 11/11/20**
**Re: Justin Moore neuropsychological evaluation 11/5/20**
**Page 8 of 20**

At the end of the appointment, when asked if he had complaints or comments about the examination, he denied having any.

VISION:
Near acuity was estimated at 20/30 in both eyes together without correction.

MOTOR:
He is right-handed. No tremor or incoordination was noted.

PERFORMANCE VALIDITY:
Multiple performance validity tests and embedded validity indicators were completed. The results were interpreted with specificity of 90%. The results are listed in the appendix tables.

Results of performance validity testing met criteria for invalid responding on multiple tests and indicators. Performance invalidity was demonstrated by performing worse than at least 90% of patients with medically documented traumatic brain disorders. According to neuropsychology practice guidelines, performance invalidity indicates that his test performance under-estimated his true cognitive ability and should not be interpreted as evidence of impairment. I considered possible alternative causes of under-performance including educational, medication, and mental health problems. I determined that performance validity test results are most consistent with under-performance due to motivation, and less consistent with the above alternative explanations.

LANGUAGE:
This domain was assessed with tests of reading, speech comprehension, and verbal fluency. Test results are listed in the appendix tables. In comparison with previous testing, reading skills appear stable. In the context of performance invalidity, test performance should not be interpreted to represent his true language ability.

WORKING MEMORY:
The WAIS-IV Working Memory subtests were readministered for comparison. For comparison with previous testing, raw test scores are needed. In the context of performance invalidity, test performance should not be interpreted to represent his true auditory-verbal working memory ability.

VISUAL-SPATIAL PERCEPTION:
This domain was assessed with the Rey complex figure copy. Previous testing is not available for comparison. In the context of performance invalidity, test

**Letter to Steven Augustine 11/11/20**
**Re: Justin Moore neuropsychological evaluation 11/5/20**
**Page 9 of 20**

performance should not be interpreted to represent his true visual perceptual ability.

MEMORY:
This domain was assessed with the California Verbal Learning Test 3 (CVLT3) and Rey complex figure recall. The results are listed in the appendix tables. Of note, the embedded validity indicators in the CVLT met criteria for invalid responding. In comparison with previous testing, CVLT3 performance was stable for recall and worse for recognition. In the context of performance invalidity, test performance should not be interpreted to represent his true memory ability.

PROCESSING AND PSYCHOMOTOR SPEED:
This domain was assessed with the Trail Making Test and WAIS-IV Processing Speed Index. Previous testing is not available for comparison. In the context of performance invalidity, test performance should not be interpreted to represent his true memory ability.

EXECUTIVE FUNCTION:
This domain was assessed with the Trail Making Test and verbal fluency. In the context of performance invalidity, test performance should not be interpreted to represent his true executive function ability.

SELF-REPORT:
His reading skills are adequate for the checklists and questionnaires used.

The Minnesota Multiphasic Personality Inventory-2 Restructured Form (MMPI-2-RF) was completed during the appointment. The results of scales TRIN-r and VRIN-r demonstrate that responses were consistent with item content. The validity scales were elevated on most of the over-reporting scales. The F-r T-score of 101 is in the range that is most consistent with symptom over-reporting. The FBS-r T-score of 80 is in the range that could represent over-reporting of somatic symptoms The MMPI-2-RF substantive scales were elevated with the highest elevations on internalizing psychopathology scales representing demoralization, anhedonia and suicidal ideation. In addition, the somatic/cognitive scales were elevated. The evidence of symptom over-reporting needs to be considered when interpreting results of other self-report tests.

The Patient Health Questionnaire-9 (PHQ-9) was completed to assess reporting of affective problems. In interpreting the PHQ-9 results, it needs to be considered that performance validity testing showed invalid responding, the MMPI-2-RF showed over-reporting, and the PHQ-9 does not have internal validity indicators.

**Letter to Steven Augustine 11/11/20**
**Re: Justin Moore neuropsychological evaluation 11/5/20**
**Page 10 of 20**

The BAI and BDI-2 were readministered for comparison. In comparison with previous testing, the current BAI and BDI-2 scores are significantly higher, representing that he reported worse anxiety and depression problems. The reason for the change in results is unclear.

The Neurobehavioral Symptom Inventory (NSI) was completed to assess reporting of post-concussional symptoms. The NSI embedded validity indicators did not meet criteria for over-reporting. The NSI total score and subscale scores are higher than those of at least 90% of U.S. servicemen who sustained concussions during overseas deployment. The NSI results are most consistent with over-reporting.

The Modified Somatic Perception Questionnaire (MSPQ) and the Patient Health Questionnaire-15 (PHQ-15) were completed to assess reporting of somatic symptoms. The MSPQ and PHQ-15 results are consistent with over-reporting.

The PTSD Checklist-Civilian (PCL-C) and PTSD Checklist-5 (PCL-5) were completed to assess reporting of traumatic stress symptoms. The current PCL-C and PCL-5 total scores meet the criteria for screening positive for possible posttraumatic stress disorder. He endorsed symptoms in all DSM-5 clusters. In interpreting the PCL-C and PCL-5 results, findings of performance validity testing and symptom over-reporting need to be considered.

The Mood Disorder Questionnaire was completed to assess reporting of mood problems. He initially endorsed most of the items. When asked about the reported problems, he said he had misunderstood the instructions and he denied having the problems he had initially endorsed.

CONCLUSIONS:

The following conclusions are made within reasonable neuropsychological probability.

1.  My examination shows performance invalidity, as demonstrated by performing worse than most patients with medically documented traumatic brain injury. The performance validity results are most consistent with motivation interfering with test performance. Performance invalidity indicates that performance does not accurately represent true ability. Performance invalidity is not equivalent to malingering. The National Academy of Neuropsychology has recommended that, "Performance below established cut-off scores on one or more well-validated tests designed to measure exaggeration or fabrication of cognitive deficits suggests insufficient effort to do well" (Archives of Clinical Neuropsychology 2005; 20: 419. p. 422). The American Academy of Clinical

**Letter to Steven Augustine 11/11/20**
**Re: Justin Moore neuropsychological evaluation 11/5/20**
**Page 11 of 20**

Neuropsychology has recommended that, "When inconsistent or variable effort is shown to be present at any point during an evaluation, a reasonable and conservative conclusion is that all performances and obtained test scores may underestimate actual abilities" (Clinical Neuropsychologist 2009; 23: 1093. p. 1103). The guidelines further state that in the context of performance invalidity, test results should not be used to diagnose impairment. Therefore, the diagnosis of neurocognitive disorder due to traumatic brain injury is not supported.

2. The current examination also shows over-reporting of symptoms that is most consistent with exaggeration. For example, he reported worse post-concussional symptoms as compared to U.S. servicemen who suffered concussions during overseas deployment. Over-reporting is more consistent with exaggeration and less consistent with education, medical problems, and mental health problems. In the context of symptom over-reporting, standard neuropsychological procedure is that self-reported symptoms do not accurately represent his actual experiences.

3. The medical records do not show a diagnosis of concussion or traumatic brain injury related to the 6/8/17 accident. According to the records of emergency care there was no loss of consciousness, the Glasgow Coma Scale score was 15, and no cognitive problems were noted. No brain or head imaging has been performed. In reviewing the records I do not see that he has undergone a workup for brain injury, other than Dr. Joyce's examination. It is accepted that trauma patients with this medical history have an excellent prognosis for neuropsychological recovery. It is not accepted there will permanent neurocognitive problems related to this medical history.

4. Dr. Joyce's report gives the diagnosis of neurocognitive disorder due to traumatic brain injury. This diagnosis is unreliable because of the following methodological problems. First, the examination used assessment procedures that to my knowledge have not been researched in persons with traumatic brain injury. Without the supporting research, the sensitivity and specificity of the assessment procedures to traumatic brain injury are unknown. Second, the diagnosis of neurocognitive disorder due to traumatic brain injury requires a medical diagnosis of traumatic brain injury. The Diagnostic and Statistical Manual fifth revision (DSM-5) states that the diagnosis of traumatic brain injury is needed in order to make a diagnosis of neurocognitive disorder due to traumatic brain injury. The diagnosis of traumatic brain injury is not equivalent to the diagnosis of neurocognitive disorder due to traumatic brain injury. Third, performance on some neuropsychological tests was worse than reported in research with patients with traumatic brain injury. Fourth, performance validity

**Letter to Steven Augustine 11/11/20**
**Re: Justin Moore neuropsychological evaluation 11/5/20**
**Page 12 of 20**

needs to be considered as a possible cause of poor neuropsychological performance. Fifth, Dr. Joyce's report does not consider the pre-existing mental health problems and treatment.

5. He has been diagnosed with and treated for mental health problems before and since the 6/8/17 accident. At my examination he reported current mental health problems. In evaluating his current mental health problems the following need to be considered. First, physical trauma and psychosocial adversity increase the risk of mental health problems. This risk is increased in persons with pre-existing mental health problems. Second, persons with this mental health history usually benefit from ongoing mental health treatment including medication and psychotherapy. Third, the mental health medications have not changed since the 6/8/17 accident although the dosages have increased. Fourth, review of Ms. Jones' records shows that worsening mental health problems were not reported immediately after the 6/8/17 accident. Fifth, determination of current mental health problems is difficult because of symptom over-reporting. Because mental health diagnosis and treatment planning rely on accurate symptom reporting, if reported symptoms are unreliable then diagnoses based on reported symptoms will also be uncertain. The available data are most consistent with the diagnoses of anxiety disorder (R41.9) and other specified trauma- and stressor-related disorder (F43.8). The former diagnosis is equivalent to the diagnosis per Ms. Jones. The latter diagnosis is related to the experiences of psychosocial adversity since the 6/8/17 accident. The available data do not support the diagnoses of major depressive disorder and posttraumatic stress disorder because of performance invalidity and symptom over-reporting.

6. Regarding future mental health treatment, in my opinion he would benefit from psychotherapy. Psychotherapy is considered to be a first-line treatment for persons with this mental health history. Treatment should follow the guidelines of the American Psychological Association. For treatment of trauma-related mental health problems, the guidelines recommend time-limited treatment of 10-20 sessions.

7. Dr. Joyce's report recommends cognitive rehabilitation at an inpatient facility. In my experience, inpatient rehabilitation is not generally received by persons with this medical history. In my opinion, providing inpatient cognitive rehabilitation to him would be excessive and unnecessary. Because there is no support for the diagnoses of traumatic brain injury and neurocognitive disorder, cognitive rehabilitation is unjustified.

8. There is no need for treatment or work restrictions because of neurocognitive

**Letter to Steven Augustine 11/11/20**
**Re: Justin Moore neuropsychological evaluation 11/5/20**
**Page 13 of 20**

impairment. Regarding mental health limitations, it is reasonable for him to seek a job that does not involve similar risks.

9. The records show he has been prescribed medications that are risky when taken incorrectly. He has given consent for invasive procedures. The records do not show that these treatments have been modified for reasons of cognitive problems.

.

10. I reserve the right to amend my opinions if I review additional information.

Please contact me if there are any questions.

_____
Corwin Boake, PhD, ABPP
Board-certified neuropsychologist

CB:ms

Letter to Steven Augustine 11/11/20
Re: Justin Moore neuropsychological evaluation 11/5/20
Page 14 of 20

TEST RESULTS:

| Self-report scale/score | raw score | interpretation |
|---|---|---|
| Alcohol Use Disorder Identification Test | | |
| total score | 1 | not problem drinker |
| Beck Anxiety Inventory | | |
| total score | 37 | severe |
| Beck Depression Inventory-2 | | |
| total score | 21 | moderate |
| Modified Somatic Perception Questionnaire | | |
| total score | 12 | see text |
| Mood Disorders Questionnaire | | |
| total score | 0 | does not meet screening threshold |
| Neurobehavioral Symptom Inventory-22 | | |
| total score | 45 | 5-9 %ile |
| Vestibular | 3 | 10-24 %ile |
| Somatic | 11 | 5-9 %ile |
| Cognitive | 10 | 5-9 %ile |
| Affective | 16 | 5-9 %ile |
| Validity-10 | 14 | see text |
| Patient Health Questionnaire | | |
| PHQ-9 total score | 18 | moderately severe depression |
| PHQ-15 total score | 14 | medium somatic symptom severity |
| PTSD Checklist-civilian | | |
| total score | 60 | meets screening threshold |
| PTSD Checklist-5 | | |
| total score | 45 | meets screening threshold |
| Cluster B | 11 | meets screening threshold |
| Cluster C | 3 | meets screening threshold |
| Cluster D | 18 | meets screening threshold |
| Cluster E | 13 | meets screening threshold |

Norms: Test publisher for AUDIT, BAI, BDI-2, MDQ, and PHQ scales. Test authors for PCL-C and PCL-5. For MSPQ, Bianchini et al. (Clinical Neuropsychologist 2014; 28: 1376). For NSI, lower percentiles indicate greater symptom endorsement. For NSI, Soble et al. (Journal of Head Trauma Rehabilitation 2014; 28: 614). For NSI, Lange et al. (Journal of Clinical and Experimental Neuropsychology 2015; 37: 375) and Vanderploeg et al. (Journal of Head Trauma Rehabilitation 2014; 29: 1).

**Letter to Steven Augustine 11/11/20**
**Re: Justin Moore neuropsychological evaluation 11/5/20**
**Page 15 of 20**

| Validity tests | raw score | Interpretation (meets criteria for invalid responding) |
|---|---|---|
| California Verbal Learning Test-II | | |
| yes-no recognition hits | 12 | negative |
| forced choice % | 14 | positive |
| | | |
| Wechsler Adult Intelligence Scale-IV | | |
| Reliable digit span | 7 | negative |
| Processing Speed Index | 97 | negative |
| Coding scaled score | 9 | negative |
| Symbol Search scaled score | 10 | negative |
| Coding-Symbol Search scaled score difference | 1 | negative |
| Coding/Symbol Search raw score ratio | 1.93 | negative |
| | | |
| Rey complex figure | | |
| Effort equation | 65 | negative |
| | | |
| Victoria Symptom Validity Test | | |
| easy | 24 | negative (compliant) |
| difficult | 20 | positive (questionably compliant ) |
| total | 44 | negative (likely valid) |
| | | |
| Word Memory Test | | |
| IR | 87.5 | negative |
| DR | 80.0 | positive |
| CNS | 77.5 | positive |
| MR | 70 | |
| PA | 40 | |
| DR | 45 | |

Criteria: Test publisher for CVLT-II, WAIS-IV, and WMT. For CVLT-II forced choice, Schwartz et al. (Journal of the International Neuropsychological Society 2016; 22: 851)For CVLT-II Y-N recognition, Greve et al. (Assessment 2009; 16:237). For PSI, Erdodi et al. (Psychological Assessment 2017; 29: 148). For RCF, Reedy et al. (Archives of Clinical Neuropsychology 2013; 28: 30).
For RDS, Schroeder et al. (Assessment 2012; 19: 21).
For VSVT, Strauss et al. (Compendium of neuropsychological tests, 2006, 3rd ed, Oxford Univ. Press). and Macciocchi et al (Archives of Clinical Neuropsychology 2006; 21:395).
For WMT, Greve et al (Clinical Neuropsychologist 2008; 22: 896).

**Letter to Steven Augustine 11/11/20**
**Re: Justin Moore neuropsychological evaluation 11/5/20**
**Page 16 of 20**

| Intelligence tests | | age-adjusted | | demographically adjusted | |
|---|---|---|---|---|---|
| | raw score | standard score (mean=100 SD=15) | %ile | T score (mean=50 SD=10) | %ile |
| Test of Premorbid Functioning | | | | | |
| actual | 41 | 99 | 47 | | |
| demographics predicted | | 104 | | | |
| | | | | | |
| Wechsler Adult Intelligence Scale-IV | | | | | |
| | | | | | |
| composites: | | | | | |
| Working Memory Index | | 92 | 30 | 38 | 12 |
| Processing Speed | | 97 | 42 | 47 | 38 |
| subtests: | | scaled score (mean=10 SD=3) | | | |
| Digit span | 21 | 7 | 16 | 35 | 7 |
| Digit span forward | 9 | 9 | 37 | | |
| Digit span backward | 6 | 7 | 16 | | |
| Digit span sequencing | 6 | 7 | 16 | | |
| Arithmetic | 15 | 10 | 50 | 44 | 27 |
| Symbol Search | 30 | 10 | 50 | 48 | 42 |
| Coding | 58 | 9 | 37 | 46 | 35 |
| Norms: Test publisher. | | | | | |

**Letter to Steven Augustine 11/11/20**
**Re: Justin Moore neuropsychological evaluation 11/5/20**
**Page 17 of 20**

| California Verbal Learning Test-3 (alternate) | | age-adjusted | | demographically adjusted | |
|---|---|---|---|---|---|
| composites: | | standard score (mean=100 SD=15) | %ile | T score (mean=50 SD=10) | %ile |
| Trials 1-5 correct | | 85 | 16 | 41 | 18 |
| Delayed recall correct | | 77 | 6 | 37 | 10 |
| Total recall correct | | 82 | 12 | 39 | 14 |
| trials: | raw score | scaled score (mean=10 SD=3) | | | |
| trial A1 recall | 4 | 8 | 25 | 45 | 31 |
| trial A2 recall | 6 | 7 | 16 | 41 | 18 |
| trial A3 recall | 7 | 7 | 16 | 42 | 21 |
| trial A4 recall | 8 | 7 | 16 | 42 | 21 |
| trial A5 recall | 10 | 8 | 25 | 44 | 27 |
| trial B recall | 5 | 10 | 50 | 51 | 54 |
| short delay free recall | 4 | 5 | 5 | 35 | 7 |
| short delay cued recall | 5 | 3 | 1 | 25 | 1 |
| long delay free recall | 9 | 8 | 25 | 45 | 31 |
| long delay cued recall | 9 | 7 | 16 | 42 | 21 |
| intrusions total | 6 | 8 | 25 | 44 | 27 |
| recognition hits | 12 | 7 | 16 | 42 | 21 |
| recognition false positives | 9 | 6 | 9 | 39 | 14 |
| recognition discriminability d' | 1.3 | 5 | 5 | 36 | 8 |
| Norms: Test publisher. | | | | | |

**Letter to Steven Augustine 11/11/20**
**Re: Justin Moore neuropsychological evaluation 11/5/20**
**Page 18 of 20**

| Heaton et al. tests | raw score | demographically adjusted | |
|---|---|---|---|
| | | **T-score (mean=50 SD=10)** | **%ile** |
| Complex Ideational Material | | | |
| total score | 10 | 33 | 4 |
| Trail Making Test | | | |
| A (seconds, errors) | 27 seconds, 0 errors | 50 | 50 |
| B (seconds, errors) | 52 seconds, 0 errors | 56 | 73 |
| Verbal fluency | | | |
| letter (total words) | 40 | 47 | 38 |
| category (total words) | 21 | 51 | 54 |
| Norms: Heaton et al. 2004 norms. Percentiles are approximate because of non-normal distributions. | | | |

**Letter to Steven Augustine 11/11/20**
**Re: Justin Moore neuropsychological evaluation 11/5/20**
**Page 19 of 20**

| Meyers Neuropsychological Battery | raw score | demographically adjusted | |
|---|---|---|---|
| | | T-score (mean=50 SD=10) | %ile |
| Rey complex figure | | | |
| copy | 35 | 49 | 46 |
| copy time (seconds) | 156 | 56 | 73 |
| immediate recall | 19.5 | 48 | 42 |
| recognition hits | 10 | | |
| recognition false positives | 0 | | |
| Trail Making Test | | | |
| A (seconds, errors) | 27 seconds 0 errors | 50 | 50 |
| B (seconds, errors) | 52 seconds 0 errors | 55 | 69 |
| Verbal fluency | | | |
| letter (total words) | 40 | 48 | 42 |
| category (total words) | 21 | 51 | 54 |
| <u>Norms</u>: Publisher software. Percentiles are approximate because of non-normal distributions. | | | |

**Letter to Steven Augustine 11/11/20**
**Re: Justin Moore neuropsychological evaluation 11/5/20**
**Page 20 of 20**

| Minnesota Multiphasic Personality Inventory-2-Restructured Form | raw score | T-score (mean=50 SD=10) |
|---|---|---|
| Cannot say | 0 | |
| VRIN-r | 4 | 53 |
| TRIN-r | 11 | 50 |
| F-r | 13 | 101 |
| Fp-r | 1 | 51 |
| Fs | 3 | 66 |
| FBS-r | 17 | 80 |
| RBS | 11 | 76 |
| L-r | 6 | 66 |
| K-r | 5 | 42 |
| EID | 31 | 79 |
| THD | 3 | 57 |
| BXD | 1 | 36 |
| RCd | 18 | 75 |
| RC1 | 12 | 72 |
| RC2 | 13 | 84 |
| RC3 | 5 | 47 |
| RC4 | 1 | 39 |
| RC6 | 3 | 66 |
| RC7 | 10 | 57 |
| RC8 | 3 | 56 |
| RC9 | 6 | 40 |
| MLS | 8 | 87 |
| GIC | 0 | 46 |
| HPC | 3 | 65 |
| NUC | 7 | 86 |
| COG | 9 | 91 |
| SUI | 3 | 91 |
| HLP | 3 | 69 |
| SFD | 4 | 76 |
| NFC | 7 | 69 |
| STW | 5 | 65 |
| AXY | 2 | 70 |
| ANP | 4 | 59 |
| BRF | 1 | 56 |
| MSF | 4 | 51 |
| JCP | 0 | 40 |
| SUB | 0 | 41 |
| AGG | 2 | 51 |
| ACT | 1 | 39 |

Norms: Test publisher. Non-gendered T scores.

**Corwin Boake, Ph.D.**                                                                              **page 1**

## CURRICULUM VITAE

**NAME:**                    Corwin Boake, PhD, MP, ABPP

**ADDRESSES:**               Private practice-Houston:
                             11914 Astoria Blvd., Suite 490
                             Houston, TX  77089
                             (281) 484-9973
                             Fax (346) 388-3394
                             corwinboakephd@gmail.com

                             Private practice-Metairie:
                             Jefferson Neurobehavioral Group
                             2901 N. I-10 Service Road East, Suite 300
                             Metairie, LA  70002
                             (504) 780-1702
                             Fax (504) 780-1705
                             cboake@jeffersonneuro.com

                             Institutional practice:
                             TIRR Memorial Hermann
                             1333 Moursund St.
                             Houston, TX  77030-3405
                             (713) 797-5913
                             Fax (713) /799-7049
                             corwin.boake@memorialhermann.org

**BIRTHDATE:**               December 12, 1953

**CITIZENSHIP:**             U.S.A.

**UNDERGRADUATE EDUCATION:**
                             B.S., Psychology, 1975
                             Pennsylvania State Univ.
                             University Park, Pennsylvania

**GRADUATE EDUCATION:**      M.A., Clinical Psychology, 1979
                             Ph.D., Clinical Psychology (APA-approved), 1982
                             Dept. of Psychology
                             Univ. of Louisville
                             Louisville, Kentucky

**POST-GRADUATE TRAINING:**
**Internship:**              1980-81, Clinical Psychology Internship Program
                             Dept. of Psychiatry and Behavioral Sciences
                             Univ. of Oklahoma Health Sciences Center
                             Oklahoma City, Oklahoma

**Corwin Boake, Ph.D.**                                                                        **page 2**

**Postdoctoral fellowships:**   1982-83, Clinical Neuropsychology Graduate
                                              Training Program
                                          Dept. of Psychology
                                          Univ. of Houston
                                          Houston, Texas

                                          1983-84, Dept. of Behavioral Sciences
                                          Institute of Rehabilitation Medicine
                                          New York Univ. Medical Center
                                          New York, New York

**Postdoctoral education:**   M.S., Clinical Psychopharmacology, 2008
                                          Alliant International Univ.
                                          San Francisco, California

**ACADEMIC APPOINTMENTS:**
                                          Adjunct Associate Professor, 2002-present
                                          Clinical Assistant Professor, 1989-2002
                                          Dept. of Physical Medicine and Rehabilitation
                                          Baylor College of Medicine
                                          Houston, Texas

                                          Adjunct Clinical Assistant Professor, 1990-present
                                          Dept. of Psychology
                                          Univ. of Houston
                                          Houston, Texas

                                          Clinical Associate Professor, 2010-2016 (retired)
                                          Associate Professor of PM&R, 2002- 2010
                                          Assistant Professor of PM&R, 1995-2001
                                          Dept. of Physical Medicine and Rehabilitation
                                          Univ. of Texas-Houston Medical School
                                          Houston, Texas

                                          Adjunct Assistant Professor, 1997-2015
                                          College of Optometry
                                          Univ. of Houston
                                          Houston, Texas

                                          Clinical Assistant Professor, 1985-87
                                          Division of Neurosurgery
                                          Univ. of Texas Medical Branch
                                          Galveston, Texas

**Corwin Boake, Ph.D.**                                                                 **page 3**

Research Associate, 1984-85
Dept. of Neurology
New York Univ. Medical Center
New York, New York

**HOSPITAL APPOINTMENTS:**

Clinical Neuropsychologist, 1991-present
Director of Neuropsychology, 1990-91
Clinical Director, Challenge Program, 1989-90
TIRR Memorial Hermann
Houston, Texas

Clinical Neuropsychologist, 2014-2016
Memorial Hermann Rehabilitation Hospital-Katy

Clinical Neuropsychologist, 1997-2016
Memorial Hermann Hospital

Clinical Director, 1988-89
Behavioral Medicine Dept.
Dallas Rehabilitation Institute
Dallas, Texas

Treatment Team Coordinator, 1985-87
Transitional Learning Community
Galveston, Texas

Clinical Psychologist, 1984-85
Veterans Administration Medical Center
New York, New York

**LICENSURE:**                Texas State Board of Examiners of Psychologists
Licensed Psychologist, #23147

Louisiana State Board of Examiners of Psychologists
#661, Clinical Psychology, Clinical Neuropsychology

Louisiana State Board of Medical Examiners
Medical Psychologist, #MP.000661
Advanced Practice Medical Psychologist #MPAP.000035

Louisiana Board of Pharmacy
Louisiana Controlled Dangerous Substance License
#37153

Drug Enforcement Administration
Controlled Substance Registration Certificate

**Corwin Boake, Ph.D.**                                                    **page 4**

#MB2048886

Association of State and Provincial Psychology Boards
Mobility No. 4492
Authorization to Practice Interjurisdictional
Telepsychology
Certificate of Professional Qualification in Psychology

**BOARD CERTIFICATION:**   American Board of Clinical Neuropsychology/American
Board of Professional Psychology # 4223

**AWARDS:**   Lifetime Achievement Award, 2004
Brain Injury Association of Texas

Fellow, Division 40 (Clinical Neuropsychology)
Fellow, Division 22 (Rehabilitation Psychology)
American Psychological Association

Ten-Year Service Award, 2015
Texas State Board of Examiners of Psychologists

**PROFESSIONAL ORGANIZATIONS:**

American Academy of Clinical Neuropsychology
Written Examination Task Force, 1998
Consensus Conference on Uniform Test Score
Labeling of Performance Tests, 2018-present

American Board of Clinical Neuropsychology
Work Sample Reviewer, 1993-2014
Board of Directors, 2010-2015
Treasurer, 2013

American Congress of Rehabilitation Medicine
Brain Injury Interdisciplinary Special Interest Group
Case Management Committee, 1987-90

American Psychological Association, Division 40
Practice Advisory Committee, 2007-2012
Science Advisory Committee, 2008-2012
Council of Representatives, 2011-2015

American Psychological Association, Committee for
Accreditation
Site Visitor, 2010-2017

American Psychopathological Association

Corwin Boake, Ph.D.                                                              page 5

American Society of Clinical Psychopharmacology

Association of Postdoctoral Programs in Clinical
Neuropsychology
  Accreditation Committee, 1996
  Board of Directors, 1999-2007
  Secretary-Treasurer, 1999-2004
  President, 2005-2007
  Nominations Committee (chair), 2008-2010

Hispanic Neuropsychological Society

Houston Neuropsychological Society
  Secretary, 1997-99
  President, 1993-94
  Secretary, 1993-94, 1998-99

International Neuropsychological Society
  Program Committee, 1992-93, 1998, 2001-02

National Academy of Neuropsychology
  Scientific Abstracts Peer Reviewer, 1994-96

National Latina/o Psychological Association

Society for Cognitive Rehabilitation
  Advisory Board, 1993-present
  Board of Directors, 1989-90
  Steering Committee, 1987-89

Texas Psychological Association
  Task Force on Workers' Compensation Treatment
  Guidelines, 1991-92
  Neuropsychology Committee, 1987-91

**EDITORIAL POSITIONS:**
**Editorial Board:**          Journal of Clinical & Experimental Neuropsychology

**Ad Hoc Reviewer:**          American Journal of Physical Medicine & Rehabilitation
                             Archives of Clinical Neuropsychology
                             Archives of Neurology
                             Archives of Physical Medicine & Rehabilitation
                             Clinical Neuropsychologist
                             JAMA Psychiatry
                             Journal of Consulting & Clinical Psychology
                             Journal of Head Trauma Rehabilitation
                             Journal of the International Neuropsychological Society

**Corwin Boake, Ph.D.**                                                        **page 6**

Journal of Neurology, Neurosurgery & Psychiatry
Journal of Neurotrauma
Journal of Rehabilitation Medicine
Lancet
Neuropsychological Review
Neuropsychology
Pediatrics
Psychological Bulletin
Psychological Reports / Perceptual & Motor Skills
Stroke

**SERVICE ON NATIONAL GRANT REVIEW PANELS:**

Irving & Felicia Rubin Family Brain Injury Research Fund
Brain Injury Association, Washington, DC
Blue Ribbon Review Panel, 1997

Office of Special Education & Rehabilitation Services
U. S. Dept. of Education, 1999

Office of Postsecondary Education
U. S. Department of Education, 2003

National Institutes of Health
U.S. Dept. of Health & Human Services, 2011

Rehabilitation Research Programme, 2007
ZonMw, The Netherlands Organization for Health
Research and Development
The Hague, The Netherlands

Colorado Traumatic Brain Injury Trust Fund, Research
Program, 2008-09
State of Colorado

Victoria Neurotrauma Initiative, 2007, 2010
New South Wales, Australia

Data Safety Monitoring Board
"A Prospective Randomized Controlled Trial of the
Effectiveness of Amantadine Hydrochloride (AH) in
Promoting Recovery of Function Following Severe
Traumatic Brain Injury (TBI)"
National Institute on Disability & Rehabilitation Research
U.S. Department of Education, 2004-2010

National Institute on Disability & Rehabilitation Research
U. S. Department of Education, 1998, 2003-05, 2009-10,

**Corwin Boake, Ph.D.**                                                                    **page 7**

2012-2014

Data Safety Monitoring Board
"Electrical Stimulation of the Thalamic Intralaminar Nuclei
for Treatment of the Minimally Conscious State (ILN Pilot
Study) IDE G030240"
Cleveland Clinic, 2008-2010

Division of Independent Review, Health Resources &
Services Administration
U.S. Dept. of Health & Human Services, 2010

**SERVICE ON UNIVERSITY OF TEXAS-HOUSTON MEDICAL SCHOOL
COMMITTEES:**

On-Line CME Editors, 1997-98

Faculty Senate (Department Senator), 1998-2000, 2007-
2010

**SERVICE TO THE COMMUNITY:**

Texas Medical Board
Consultant neuropsychologist, 2012-present

Texas State Board of Examiners of Psychologists
Written Examination Committee, 1998-present
Vignette Writing Workshop, 2008, 2011-2012
Professional Reviewer, Investigation Division, 1997
Oral Examiner, 1991-present

Dept. of Psychiatry and Behavioral Sciences
Baylor College of Medicine
Brain and Behavior Course, Co-Director, 1994-97
Lecturer, 1994-2013

Brain Injury Association of Texas
Secretary, 1997-2000
Board of Directors, 1995 -2000
Board of Directors, 1988-94
Program Committee, 1988

Professional Examination Service, New York, NY
American Board of Clinical Neuropsychology Examination
Item Development Workshop, 1996
National Psychology Examination
Item Development Workshop, 1994

Project on "The Transition of Youth with Traumatic Brain

**Corwin Boake, Ph.D.**                                                                    **page 8**

Injury to Integrated Postsecondary Environments"
Houston, TX
Advisory Board, 1994-96

Handicap Assessment Project, Craig Hospital,
Englewood, CO
Advisory Board, 1994-95

Brain Injury Association, Washington, DC
Peer Reviewer, 1988-99

Alliance of Texas Head Injury Rehabilitation Facilities
Facility Representative, 1988-89

Texas Rehabilitation Commission
Traumatic Brain Injury Project, Dallas, TX
Advisory Committee, 1988-89

**SPONSORSHIP OF POSTDOCTORAL FELLOWS:**

Postdoctoral fellowship in clinical neuropsychology
Baylor College of Medicine/University of Texas-Houston
Depts. of Physical Medicine & Rehabilitation Alliance
Co-director, 1991-97
Director, 1997-2016

Research postdoctoral fellow (Nuray Yozbatiran, PhD)
Dept. of Physical Medicine & Rehabilitation
University of Texas-Houston Medical School
2007-2009

**CURRENT TEACHING RESPONSIBILITIES:**

Didactic presentations
Postdoctoral fellowships in brain injury medicine/brain
injury rehabilitation
Baylor College of Medicine/UT Health Houston Dept. of
Physical Medicine & Rehabilitation
Postdoctoral fellowships in clinical neuropsychology
Baylor College of Medicine, Dept. of Neurology, Dept. of
Physical Medicine & Rehabilitation

**PAST GRANT SUPPORT:**   Robotic training of arm and hand movement after spinal
cord injury. Mission Connect/TIRR Foundation (Co-
investigator); $140,000; 5/1/09-4/30/11

Improving ambulation post stroke with robotic training
Medallion Foundation (co-principal investigator);
$746,000; 1/1/08-12/31/10

Mild Traumatic Brain Injury and Diffuse Axonal Injury. NIH (co-investigator); $3,952,000;   8/01/08-7/31/13

Robotic-assisted rehabilitation therapy for motor weakness after stroke. Mission Connect/TIRR Foundation (Principal investigator); $150,000; 5/1/07-4/30/09

Robotics-assisted rehabilitation therapy for stroke.  Smith Foundation (Principal investigator); $135,500; 9/1/05-8/30/06

University of Texas Specialized Program in Acute Stroke. NIH (co-investigator). $1,000,000; 9/15/02-8/31/07

A fMRI study of executive functioning after traumatic brain injury, NIH (consultant), $751,851; 9/1/01-8/31/06

Long-Term Safety and Efficacy of Intrathecal Baclofen Therapy In Stroke. Medtronic (consultant). $61,386; 9/1/04-8/31/06

A longitudinal twin study of cognition and aging. NIA (consultant), $408,000; 3/1/02-2/28/07

Functional imaging of stroke recovery. NIH (Principal investigator of one component of program project grant); $790,000; 12/1/04-11/30/06

Community based case management of mild to moderate traumatic brain injury.  CDC (consultant), $207,500; 11/30/02-12/1/04

Comparative efficacy of three preparations of BOTOX-A[7] in treating spasticity.  Allergan, Inc. (co-investigator). $195,000. 5/1/02-6/30/03

Effects of Methylphenidate on Working Memory and Cerebral Glucose Metabolism in Persons with Severe Traumatic Brain Injury.  National Institute on Disability and Rehabilitation Research (co-investigator).  $966,000. 12/1/98-11/30/02

Traumatic Brain Injury Model System of TIRR.  National Institute on Disability and Rehabilitation Research #H133A70015 (co-investigator). $1,725,000. 10/1/97-9/30/02

**Corwin Boake, Ph.D.**                                                                  **page 10**

Methylphenidate treatment of working memory deficits in chronic survivors of traumatic brain injury: Extrapolation from an experimental model.  Brain Injury Association (co-investigator).  $66,825.  12/1/97-11/30/98

National Acute Brain Injury Study: Hypothermia, Houston Outcome Monitoring Center.  National Institutes of Health (contract with UTHSC) (principal investigator of contract).  $18,000/yr. 9/1/97-11/30/99

Rehabilitation Research and Training Center on Interventions in Traumatic Brain Injury.  National Institute on Disability and Rehabilitation Research #H133B40002 (co-investigator).  $3,250,000.  2/1/94-1/31/99

**PUBLICATIONS:**

**Abstracts:**

Boake, C., & Brown, E. R. (1986, February).  Amnesia in colloid cyst of the third ventricle.  Poster presented at the meeting of the International Neuropsychological Society, Denver, CO.  *Journal of Clinical and Experimental Neuropsychology* (1985), *7*, 641.  (abstract)

Boake, C., Freeland, J., Ringholz, G. M., Nance, M., & Edwards, K. (1987, February).  Awareness of memory loss after severe head injury.  Poster presented at the meeting of the International Neuropsychological Society, Washington, DC.  *Journal of Clinical and Experimental Neuropsychology* (1987), *9*, 53.  (abstract)

Ringholz, G. M., & Boake, C. (1987, February).  Inconsistent attention in chronic survivors of closed head injury.  Poster presented at the meeting of the International Neuropsychological Society, Washington, DC.  *Journal of Clinical and Experimental Neuropsychology* (1987), *9*, 53.  (abstract)

Jewell-Shinder, M., & Boake, C. (1988, January).  Comparison of the functional consequences of surface versus deep dyslexia:  Implications for rehabilitation.  Paper presented at the meeting of the International Neuropsychological Society, New Orleans, LA.  *Journal of Clinical and Experimental Neuropsychology* (1988), *10*, 71.  (abstract)

Boake, C., & Ringholz, G. M. (1988, October).  Cognitive-linguistic retraining in a case of acquired dyslexia.  Paper presented at the meeting of the American Congress of Rehabilitation Medicine, Seattle, WA.  *Archives of Physical Medicine and Rehabilitation* (1988), *69*, 715.  (abstract)

Goldstein, F. C., Levin, H. S., Boake, C., & Lohrey, J. H. (1989, February).  Preserved

ability to benefit in memory performance from semantic encoding following severe closed head injury.  Paper presented at the meeting of the International Neuropsychological Society, Vancouver, BC.  *Journal of Clinical and Experimental Neuropsychology* (1989), *11*, 33.  (abstract)

Lohrey, J. H., Levin, H. S., Goldstein, F. C., & Boake, C.(1989, February).  Release from proactive inhibition for nonverbal visual information in survivors of severe closed head injury.  Poster presented at the meeting of the International Neuropsychological Society, Vancouver.  *Journal of Clinical and Experimental Neuropsychology* (1989), *11*, 60.  (abstract)

Stallings, G. A., Boake, C., & Sherer, M. (1993, February).  Correspondence between the California Verbal Learning Test and the Rey Auditory Verbal Learning Test in closed-head injury patients.  Poster presented at the International Neuropsychological Society meeting, Galveston, TX.  *Journal of Clinical and Experimental Neuropsychology*, *15*, 54.  (abstract)

Silver, B. V., Cavazos, D., & Boake, C. (1993, February).  Improving functional skills using behavioral procedures in a child with anoxia.  Poster presented at the International Neuropsychological Society meeting, Galveston, TX.  *Journal of Clinical Experimental Neuropsychology*, *15*, 107.  (abstract)

Boake, C., & High, W. M., Jr. (1993, June).  Measuring outcome following traumatic brain injury rehabilitation.  Poster presentation at the American Congress of Rehabilitation Medicine meeting, Denver, CO.  *Archives of Physical Medicine and Rehabilitation* (1993), *74*, 669.  (abstract)

Wilde, M., & Boake, C. (1993, October).  Factorial validity of the California Verbal Learning Test in closed head injury.  Paper presented at the meeting of the National Academy of Neuropsychology, Phoenix, AZ.  *Archives of Clinical Neuropsychology* (1994), *9*, 202.  (abstract)

Sherer, M., Boake, C., & Means, L. R. (1993, October).  Comparative validity of Wisconsin Card Sorting Test short forms.  Paper presented at the meeting of the National Academy of Neuropsychology, Phoenix, AZ.  *Archives of Clinical Neuropsychology* (1994), *9*, 183-184.  (abstract)

Boake, C., Yablon, S. A., Donovan, W. H., & Carter, R. E. (1993, October).  Incidence of head injury in traumatic spinal cord injury: A preliminary report.  Paper presented at the American Academy of Physical Medicine and Rehabilitation meeting, Miami Beach, FL.  *Archives of Physical Medicine and Rehabilitation* (1993), *74*, 1238.  (abstract)

Yablon, S. A., Boake, C., Carter, R. E., Graves, D., & Donovan, W. H. (1993, October).  Functional impact of concurrent traumatic brain and spinal cord injury.  Paper presented at the American Academy of Physical Medicine and Rehabilitation meeting, Miami Beach, FL.  *Archives of Physical Medicine and Rehabilitation*

(1993), *74*, 1238.  (abstract)

Boake, C., Strowmatt, C. E., & Lehmkuhl, L. D. (1993, November).  Driving safety after traumatic brain injury.  Paper presented at the American Academy of Physical Medicine and Rehabilitation meeting, Miami Beach, FL.  *Archives of Physical Medicine and Rehabilitation* (1993), *74*, 1246.  (abstract)

Boake, C., & Meyers, C. A. (1993, November).  Brain tumor rehabilitation: Survey of clinical practice.  Paper presented at the American Academy of Physical Medicine and Rehabilitation meeting, Miami Beach, FL.  *Archives of Physical Medicine and Rehabilitation* (1993), *74*, 1247.  (abstract)

Yablon, S. A., Boake, C., & Thoi, L. (1993, November).  Impairment and functional outcome following rehabilitation of adult inpatients with brain tumors.  Paper presented at the American Academy of Physical Medicine and Rehabilitation meeting, Miami Beach, FL.  *Archives of Physical Medicine and Rehabilitation* (1993), *74*, 1247.  (abstract)

Boake, C. & High, W. M., Jr. (1993, November).  Disability in instrumental and self-care activities of daily living after head injury.  Paper presented at the American Academy of Physical Medicine and Rehabilitation meeting, Miami Beach, FL. *Archives of Physical Medicine and Rehabilitation* (1993), *74*, 1282.  (abstract)

Means, L., & Boake, C. (1994, August).  Stability and sensitivity of Wisconsin Card Sorting Test short forms.  Paper presented at the American Psychological Association convention, Los Angeles, CA.  *Clinical Neuropsychologist*, *8*, 356. (abstract)

Boake, C., & High, W. M., Jr. (1994, October).  What do brain injury outcome scales measure?  Paper presented at the Academy of Physical Medicine and Rehabilitation 56th Annual Assembly, Anaheim, CA.  *Archives of Physical Medicine and Rehabilitatio*n, *75*, 1035.  (abstract)

Pierce, J. B., Yablon, S. A., Boake, C., & Wilde, M. (1994, October).  The use of a double-blind, placebo, crossover design in the evaluation of psychostimulant treatment.  Paper presented at the American Academy of Physical Medicine and Rehabilitation meeting, Anaheim, CA. *Archives of Physical Medicine and Rehabilitation*, *75*, 1064.  (abstract)

Eldred, K. & Boake, C. (1994, December).  Optic ataxia:  Association of misreaching and impaired visuospatial perception.  Paper presented at the American Academy of Optometry meeting, San Diego, CA.  *Optometry and Visual Science*, (1994), *71*(12S), 162. (abstract)

Wilde, M. C., Boake, C., & Sherer, M. (1995, February).  A reevaluation of memory deficit subtypes in closed head injury using the California Verbal Learning Test. Paper presented at the meeting of the International Neuropsychological Society,

Seattle, WA.  *Journal of the International Neuropsychological Society*, *1*, 123. (abstract)

Wilde, M. C., Boake, C., & Sherer, M. (1995, February).  WAIS-R broken configuration errors in nonpenetrating traumatic brain injury.  Paper presented at the meeting of the International Neuropsychological Society, Seattle, WA.  *Journal of the International Neuropsychological Society*, *1*, 123.  (abstract)

High, W. M., Jr., Boake, C., Lehmkuhl, L. D., Ivanhoe, C.,Yablon, S., & Newton, C. N. (1995, February).  Comparison of neurobehavioral outcome following gun shot wounds and blunt trauma in a rehabilitation setting.   Paper presented at the meeting of the International Neuropsychological Society, Seattle, WA.  *Journal of the International Neuropsychological Society*, *1*, 123-124.  (abstract)

Sherer, M., Boake, C., Silver, B., Levin, E., Ringholz, G., Wilde, M. C., & Oden, K. (1995, February).  Assessing awareness of deficits following acquired brain injury:  The Awareness Questionnaire.  Paper presented at the meeting of the International Neuropsychological Society, Seattle, WA.  *Journal of the International Neuropsychological Society*, *1*, 163.  (abstract)

Clement, V., Sherer, M., Boake, C., & Wilde, M. (1995, February).  A comparison of the Boston Naming Test and the Multilingual Aphasia Examination Visual Naming test in traumatic brain injury.  Paper presented at meeting of the International Neuropsychological Society, Seattle, WA.  *Journal of the International Neuropsychological Society*, *1*, 181.  (abstract)

Boake, C., Donovan, W. H., & Clifton, G. L. (1995, May).  Reliability check of the ASIA Motor and Sensory scores in a clinical trial of spinal cord injury.  Paper presented at the Annual Meeting of the American Spinal Injury Association, Orlando, FL.  *Journal of Spinal Cord Medicine* (1995), *18*, 134.  (abstract)

Clifton, G. L., Donovan, W. H., Dimitrijevic, M. M., Boake, C., Ku, A., Allen, S., Potts, J., & Moody, F. (1995, May).  A study of the efficacy of omental transposition.  Paper presented at the Annual Meeting of the American Spinal Injury Association, Orlando, FL.  *Journal of Spinal Cord Medicine* (1995), *18*, 134. (abstract)

Boake, C.  (1995, June).  Supervision Rating Scale:  A measure of functional outcome after brain injury.  Paper presented at the 72nd Annual Meeting of the American Congress of Rehabilitation Medicine, Arlington, VA.  *Archives of Physical Medicine and Rehabilitation* (1995), *76*, 592. (abstract)

High, W. M., Jr., Boake, C., Walter, L. J., Bartha, M. C., Newton, C. N., Sherer, M. S., Yablon, S. Ivanhoe, C., & Lehmkuhl, L. D.  (1995, June).  Social role functioning in persons 2 to 5 years after TBI.  Paper presented at the 72nd Annual Meeting of the American Congress of Rehabilitation Medicine, Arlington, VA.  *Archives of Physical Medicine and Rehabilitation* (1995), *76*, 592. (abstract)

High, W. M., Jr., Sherer, M., Struchen, M., Sander, A., Boake, C., Ivanhoe, C., Yablon, S., & Lehmkuhl, L. D.  (1995, June).  Evaluation of post-acute rehabilitation following TBI.  Paper presented at the 72nd Annual Meeting of American Congress of Rehabilitation Medicine, Arlington, VA.  *Archives of Physical Medicine and Rehabilitation* (1995), *76*, 592. (abstract)

Gibberman, J., Yablon, S. A., Boake, C., & Cuellar L. (1995, November).  Prospective, double-blinded, placebo-controlled crossover stimulant trials among outpatients with acquired brain injury.  Paper presented at the Annual Meeting of the American Academy of Physical Medicine and Rehabilitation, Orlando, FL.  *Archives of Physical Medicine and Rehabilitation* (1995), *76*, 1041.  (abstract)

Yu, E. J., Yablon, S. A., Ivanhoe, C. B., & Boake, C. (1995, November).  Posttraumatic hydrocephalus:  Incidence and outcome following screening of consecutive admissions. Paper presented at the Annual Assembly of the American Academy of Physical Medicine and Rehabilitation, Orlando, FL.  *Archives of Physical Medicine and Rehabilitation* (1995), *76*, 1041.  (abstract)

Ivanhoe, C. B., Boake, C., Newton, N., High, W. M., Jr., & Yablon, S. A.  (1995, November).  Prediction of ambulation status at discharge from acute brain injury rehabilitation.  Paper presented at the Annual Assembly of the American Academy of Physical Medicine and Rehabilitation, Orlando, FL.  *Archives of Physical Medicine and Rehabilitation* (1995), *76*, 1084.  (abstract)

High, W. M., Jr., Boake, C., Bartha, M. C., Struchen, M.C., Newton, C. N., Sherer, M., Silver, B., Ivanhoe, C., & Yablon, S.  (1996, February).  Relationship of social role functioning 1 to 5 years following traumatic brain injury to severity of injury and early neuropsychological functioning.  Paper presented at the meeting of the International Neuropsychological Society, Chicago, IL.  *Journal of the International Neuropsychological Society*, *2*, 16. (abstract)

Sherer, M., Boake, C., Clement, V., Levin, E., & High, W. (1996, February).  Awareness of deficits after traumatic brain injury: Comparison of patient, family, and clinician ratings.  Paper presented at the meeting of the International Neuropsychological Society, Chicago, IL.  *Journal of the International Neuropsychological Society*, *2*, 17. (abstract)

Boake, C., & Means, L. R. (1996, February).  False positive errors on the Rey Fifteen Item Test.  Paper presented at the meeting of the International Neuropsychological Society, Chicago, IL.  *Journal of the International Neuropsychological Society*, *2*, 28. (abstract)

MacNeill, S., & Boake, C. (1996, February).  The relationship between functional outcome and depression following traumatic brain injury.  Paper presented at the meeting of the International Neuropsychological Society, Chicago, IL.  *Journal of the International Neuropsychological Society*, *2*, 47. (abstract)

Francisco, G., & Boake, C. (1996, February).  Depression following closed head injury.  Paper presented at the Annual Conference of the Association of Academic Physiatrists, Las Vegas, NV.  *American Journal of Physical Medicine and Rehabilitation* (1996), *75*, 160-161.  (abstract)

Boake, C., Lehmkuhl, L. D., Sells, M., Strowmatt, C. E., & Lathem, P.  (1996, October).  Risk factors for unsafe driving following traumatic brain injury.  Paper presented at the 73rd Annual Meeting of the American Congress of Rehabilitation Medicine, Chicago, IL.  *Archives of Physical Medicine and Rehabilitation* (1996), *77*, 831-832.  (abstract)

Ivanhoe, C. B., Yablon, S. A., Simpson, R. K., Rogers, C., & Boake, C.  (1996, October).  Intrathecal Baclofen infusion for the treatment of spasticity due to acquired brain injury.  Paper presented at the Annual Assembly of the American Academy of Physical Medicine and Rehabilitation, Chicago, IL.  *Archives of Physical Medicine and Rehabilitation* (1996), *77*, 934-935.  (abstract)

Boake,C., Millis, S. R., High, W. M., Jr., Delmonico, R., Kreutzer, J. S., Rosenthal, M., Sherer, M., & Ivanhoe, C.  (1997, February).  Using early neuropsychological testing to predict long-term productivity outcome from traumatic brain injury.  Paper presented at the 25th Annual Meeting of the International Neuropsychological Society, Orlando, FL.  *Journal of the International Neuropsychological Society* (1997), *3*, 12.  (abstract)

High, W. M., Jr., Sherer, M., Boake, C., Gollaher, K., Bergloff, P., Newton, C. N., & Ivanhoe, C.  (1997, February).  Effect of postacute rehabilitation on social role functioning 1 to 3 years following traumatic brain injury.  Paper presented at the 25th Annual Meeting of the International Neuropsychological Society, Orlando, FL.  *Journal of the International Neuropsychological Society* (1997), *3*, 59.  (abstract)

Gollaher, K., High, W., Sherer, M., Bergloff, P., Boake, C., Young, M. E. & Ivanhoe, C.  (1997, February).  Prediction of employment outcome 1 to 3 years following traumatic brain injury.  Paper presented at the 25th Annual Meeting of the International Neuropsychological Society, Orlando, FL.  *Journal of the International Neuropsychological Society* (1997), *3*, 59.  (abstract)

Boake, C., & Stallings, G. A. (1997, February).  Combined norms for the Rey Auditory Verbal Learning Test.  Paper presented at the 25th Annual Meeting of the International Neuropsychological Society, Orlando, FL.  *Journal of the International Neuropsychological Society* (1997), *3*, 69.  (abstract)

Sherer, M., Bergloff, P., High, W., Boake, C., & Gollaher, K.  (1997, February).  Contribution of impaired self-awareness to predicting employment outcome after traumatic brain injury.  Paper presented at the 25th Annual Meeting of the International Neuropsychological Society, Orlando, FL.  *Journal of the*

Corwin Boake, Ph.D.                                                                              page 16

> *International Neuropsychological Society* (1997), *3*, 75.  (abstract)

Boake, C. (1997, June).  Edouard Claparède and the origin of the auditory verbal
    learning test.  Paper presented at the meeting of the International
    Neuropsychological Society, Bergen, Norway.  *Journal of the International
    Neuropsychological Society* (1997), *3*, 218.  (abstract)

Boake, C., & High, W. M., Jr.  (1997, September).  Agreement between measures of
    functional outcome from brain injury.  Paper presented at the 74th Annual
    Meeting of the American Congress of Rehabilitation Medicine, Boston, MA.
    *Archives of Physician Medicine and Rehabilitation* (1997), *78*, 898-899.
    (abstract)

High, W.M., Jr., Sherer, M., Boake, C., Castillo, R., & Ivanhoe, C. (1997, September).
    Effect of post-acute rehabilitation following TBI.  Paper presented at the 74th
    Annual Meeting of the American Congress of Rehabilitation Medicine, Boston,
    MA.  A*rchives of Physician Medicine and Rehabilitation* (1997), *78*, 908

Sebok, J., Nguyen, P., Boake, C., Salmeron, E., & Lai, J.  (1997, November). Modified
    Epworth Sleepiness Scale: A possible predictor of functional outcome for
    rehabilitation patients.  Paper presented at the Annual Assembly of the American
    Academy of Physical Medicine and Rehabilitation, Atlanta, GA.  *Archives of
    Physical Medicine and Rehabilitation* (1997), *78*.  (abstract)

Boake, C., MacLeod, M., High, W. M., Jr., & Lehmkuhl, L. D. (1998, February).  Driving
    after traumatic brain injury: influence of injury severity and neuropsychological
    deficits.  Paper presented at the 26th Annual Meeting of the International
    Neuropsychological Society, Honolulu, HI.  *Journal of the International
    Neuropsychological Society* (1998), *4*, 68.  (abstract)

Boake, C., MacLeod, M., High, W. M., Jr., & Lehmkuhl, L. D. (1998, February).
    Increased risk of motor vehicle crashes among drivers with traumatic brain injury.
    Paper presented at the 26th Annual Meeting of the International
    Neuropsychological Society, Honolulu, HI.  *Journal of the International
    Neuropsychological Society* (1998), *4*, 75.  (abstract)

Hutton, H., & Boake, C. (1998, August). Comparison of the Children's Auditory Verbal
    Learning Test-2 and the verbal selective reminding test in children with moderate
    to severe closed head injury.  Paper to be presented at the convention of the
    American Psychological Association, San Francisco, CA.  *Clinical
    Neuropsychologist* (1998), *12*, 290.  (abstract)

Barker, L. H., Boake, C., & High, W. M., Jr. (1999, February). An examination of aging
    effects across the adult life-span on functional outcome following traumatic brain
    injury.  Paper presented at the 27th annual meeting of the International
    Neuropsychological Society, Boston, MA.  Journal of the International
    Neuropsychological Society (1999), *5*, 103.  (abstract)

Boake, C., High, W. M., Jr., Kreutzer, J. S., & Rosenthal, M. (1999, February). Feasibility of neuropsychological testing with traumatic brain injury patients during inpatient rehabilitation.  Paper presented at the 27th annual meeting of the International Neuropsychological Society, Boston, MA.  Journal of the International Neuropsychological Society (1999), *5*, 139.  (abstract)

Millis, S., Rosenthal, M., Ricker, J., Boake, C., High, W., Kreutzer, J., & Stern, M. (1999, February).  Analysis of neuropsychological recovery following traumatic brain injury: a hierarchical linear modeling approach.  Paper presented at the 27th annual meeting of the International Neuropsychological Society, Boston, MA. Journal of the International Neuropsychological Society (1999), *5*, 140.  (abstract)

Reed, K., Boake, C., Caroselli, J. S., Neese, L. E., Becker, C. L., & Scheibel, R. S. (1999, November).  The Supervision Rating Scale (SRS): a program evaluation tool for post-acute brain injury rehabilitation.  Paper presented at the annual meeting of the National Academy of Neuropsychology, San Antonio, TX. *Archives of Clinical Neuropsychology* (1999), *14*, 795-796.  (abstract)

Francisco, G. E., Vaughn, A., & Boake, C.  (1999, November).  Botulinum toxin treatment of upper extremity spasticity: a comparison of two commonly used dilution techniques.  Paper presented at the International Conference on Basic and Therapeutic Aspects of Botulinum and Tetanus Toxins, Orlando, FL. *Movement Disorders* (2000), *15* (Supplement 2), 47. (abstract)

Boake, C. (2000, February).  Edouard Claparède: Pioneer researcher in memory and amnesia.  Paper presented at the 28th Annual Meeting of the International Neuropsychological Society, Denver, CO. *Journal of the International Neuropsychological Society* (2000), *6*, 181.  (abstract)

Haines, M. E., Boake, C., & High, W. M., Jr. (2000, February).  Demographic factors influencing productivity outcome after traumatic brain injury.  Paper presented at the 28th Annual Meeting of the International Neuropsychological Society, Denver, CO. *Journal of the International Neuropsychological Society* (2000), *6*, 182.  (abstract)

Boake, C., Yablon, S. A., Ivanhoe, C. B., Hammond, F. M., & Zafonte, R. D.  (2000, November).  Hydrocephalus following traumatic brain injury: incidence, risk factors, and outcome.  Paper presented at the 62nd Annual Assembly of the American Academy of Physical Medicine and Rehabilitation, San Francisco, CA. *Archives of Physical Medicine and Rehabilitation* (2000).  (abstract)

Boake, C., McCauley, S. R., Levin, H. S., & Song, J.  (2001, February). Postconcussional disorder in brain and non-brain trauma: DSM-IV vs. ICD-10. Paper presented at the 29th Annual Meeting of the International Neuropsychological Society, Chicago. *Journal of the International Neuropsychological Society* (2001), *7*, 175.  (abstract)

High, W. M., Jr., Wefel, J. S., Sander, A. M., Boake, C., Robinson, K., Contant, C., & Hannay, H. J.  (2001, February).  Comparison of the Glasgow Outcome Scale and the Disability Rating Scale as a measure of outcome after TBI.  Paper presented at the 29th Annual Meeting of the International Neuropsychological Society, Chicago.  *Journal of the International Neuropsychological Society* (2001), *7*, 175.  (abstract)

Evans, C., & Boake, C.  (2001, February).  Early prediction of posttraumatic amnesia duration following traumatic brain injury.  Paper presented at the 29th Annual Meeting of the International Neuropsychological Society, Chicago.  *Journal of the International Neuropsychological Society* (2001), *7*, 180.  (abstract)

McCauley, S. R., Levin, H. S., Boake, C., Song, J.  (2001, February).  Depression, anxiety, and social support as risk factors for Postconcussive Disorder.  Paper presented at the 29th Annual Meeting of the International Neuropsychological Society, Chicago.  *Journal of the International Neuropsychological Society* (2001), *7*, 181.  (abstract)

Boake, C., High, W. M., Jr., Sander, A. M., Kreutzer, J. S., Macciocchi, S. N., Stringer, A. Y., Hammond, F. M., Rosenthal, M., & Bogner, J. A.  (2001, February).  Effect of blood alcohol level on neuropsychological outcome from brain injury.  Paper presented at the 29th Annual Meeting of the International Neuropsychological Society, Chicago.  *Journal of the International Neuropsychological Society* (2001), *7*, 192.  (abstract)

Francisco, G. E., & Boake, C.  (2001, September).  Can response to intrathecal Baclofen (ITB) trial predict long-term reduction of hypertonia following ITB pump implantation?  Paper accepted for presentation at the 63rd Annual Assembly of the American Academy of Physical Medicine and Rehabilitation, New Orleans, LA.  *Archives of Physical Medicine and Rehabilitation* (2001), *82*, 1335A. (abstract)

McCauley, S. R., Brown, S. A., Levin, H. S., Boake, C., Contant, C. & Song, J. (2002, February).  Health-related quality of life perceptions in patients with Postconcussional Disorder.  Paper presented at the 30th Annual Meeting of the International Neuropsychological Society, Toronto.  *Journal of the International Neuropsychological Society* (2002), *8*, 171. (abstract)

Brown, S. A., McCauley, S. R., Levin, H. S., Boake, C., Contant, C. & Song, J. (2002, February).  Relationship between gender and psychiatric disorders after TBI.  Paper presented at the 30th Annual Meeting of the International Neuropsychological Society, Toronto.  *Journal of the International Neuropsychological Society* (2002), *8*, 171. (abstract)

Evans, C., McCauley, S., Levin, H., Boake, C., Contant, C. & Song, J. (2002, February).  Comparison of the CIQ and EGOS as measures of outcome in mild to moderate TBI and a matched general trauma sample.  Paper presented at the 30th Annual

Meeting of the International Neuropsychological Society, Toronto. *Journal of the International Neuropsychological Society* (2002), *8*, 176. (abstract)

Boake, C., McCauley, S. R., Levin, H. S., Brown, S. A., & Goodman, H. S. (2002, February).  Diagnosis of post-concussional disorder in brain injury and extra-cranial trauma.  Paper presented at the 30th Annual Meeting of the International Neuropsychological Society, Toronto. *Journal of the International Neuropsychological Society* (2002), *8*, 218. (abstract)

Boake, C. (2003, February).  Mild head injury: predicting who may need help.  Paper presented at the meeting of the British Neuropsychiatric Association. *Journal of Neurology, Neurosurgery and Psychiatry* (2003), *74*, 830. (abstract)

Francisco, G. E., & Boake, C. (2003, March). Does improvement in spastic hypertonia correlate with enhanced function and quality of life of stroke survivors? Paper presented at the meeting of the Association of Academic Physiatrists, Fort Lauderdale. *American Journal of Physical Medicine and Rehabilitation* (2003), *82*, 234. (abstract)

Boake, C. (2003, August).  Culture-fair tests, norms and interpretations.  Paper to be presented at the annual convention of the American Psychological Association, Toronto. *Clinical Neuropsychologist* (2003), *17*, 98-99. (abstract)

Breier, J. I., Castillo, E., Boake, C., Billingsley, R., Maher, L. M., Noser, E., Francisco, G., & Papanicolaou, A. C. (February, 2004). Maps of receptive language function in patients with chronic aphasia after stroke using magnetoencephalography. Paper presented at the 32nd Annual Meeting of the International Neuropsychological Society, Baltimore. *Journal of the International Neuropsychological Society* (2004), *10.* (abstract)

McCauley, S. R., Boake, C., Brown, S. A., Levin, H. S., & Contant, C. F. (February, 2004). Lack of differential utility of the DSM-IV and ICD-10 criteria for Postconcussional Disorder 6 months postinjury. Paper presented at the 32nd Annual Meeting of the International Neuropsychological Society, Baltimore. *Journal of the International Neuropsychological Society* (2004), *10.* (abstract)

Francisco, G. E., Boake, C. (2006, February). Identifying factors that predict response to intrathecal baclofen therapy in post-stroke spastic hypertonia.  Paper presented at the 4th World Congress for NeuroRehabilitation, Hong Kong. *Neurorehabilitation and Neural Repair*, *20*, 197. (abstract)

Castillo, E. M., Men, D., Garza, H., Boake, C., Li, Z., Passaro, A., & Papanicolaou, A. C. (2009, February). Normalization of mu rhythms and improvement in motor function after stroke. Paper presented at the International Neuropsychological Society conference, Atlanta. Journal of the International Neuropsychological Society, 15(supplement 1), 140. (abstract)

**Corwin Boake, Ph.D.**                                                              **page 20**

Castillo, E. M., Men, D., Garza, H., Boake, C., Li, Z., Hoskison, M., & Papanicolaou, A. (2009, February). Changes in cortical oscillatory activity and functional recovery after stroke: a follow-up MEG study. Paper presented at the International Neuropsychological Society conference, Atlanta. Journal of the International Neuropsychological Society, 15(supplement 1), 140. (abstract)

Francisco, G. E., & Boake, C. (2009, October). Optimizing the efficiency of intrathecal baclofen (ITB) screening trial for post-stroke spastic hypertonia.  Poster presented at the American Academy of Physical Medicine and Rehabilitation conference, Austin, TX. PM&R, 1 (9, supplement), S238. (abstract)

Kim, A., Boake, C., & Francisco, G. E. (2009, October). Improvement in gait of persons with post-stroke spastic hemiplegia after intrathecal baclofen (ITB) therapy: a long-term follow-up study. Poster presented at the American Academy of Physical Medicine and Rehabilitation conference, Austin, TX. PM&R, 1 (9, supplement), S276-277. (abstract)

Castillo, E. M., Hasan, K. M., Boake, C., Men, D., Li, Z., & Papanicolaou, A. C. (2010, February). Integrity of the corticospinal tract and perirolandic slowing after stroke. Paper presented at the International Neuropsychological Society conference, Acapulco. Journal of the International Neuropsychological Society, 16(supplement 1), 129. (abstract)

Roskos, T., McCauley, S. R., Boake, C., Goodman, H., Merritt, S., Brown, S., & Levin, H. S. (2010, February). Use of the Posttraumatic Stress Disorder Checklist Civilian Version (PCL-C) with civilian mild traumatic brain injury and general physical ttauma patients. Paper presented at the International Neuropsychological Society conference, Acapulco. Journal of the International Neuropsychological Society, 16(supplement 1), 198. (abstract)

Yozbatiran, N., O'Malley, M. K., Boake, C., Fisher, S. R., Reistetter, T., & Francisco, G. E. (2010, April). Augmentation of constraint-induced movement therapy with robotic training for upper-extremity function after stroke. Poster presented at the Association of Academic Physiatrists conference, Bonita Springs, FL. American Journal of Physical Medicine and Rehabilitation, 89 (supplement), S13. (abstract)

Jones, M., Byars, J., Boake, C., & Arciniegas, D. B. (2016, March). Quetiapine-responsive posttraumatic mania. Paper presented at the American Neuropsychiatric Association conference, San Diego. Journal of Neuropsychiatry and Clinical Neurosciences, 28, e48. (abstract)

**Refereed Original Articles in Journals:**

Adams, R. L., Boake, C., & Crain, C.  (1982).  Bias in a neuropsychological test classification related to education, age and ethnicity.  Journal of Consulting and Clinical Psychology, 50, 143-145.

Boake, C., & Adams, R. L.  (1982).  Clinical utility of the Background Interference Procedure for the Bender-Gestalt test.  *Journal of Clinical Psychology*, *38*, 627-631.

Boake, C., & Salmon, P. G.  (1983).  Demographic correlates and factor structure of the Family Environment Scale.  *Journal of Clinical Psychology*, *39*, 95-100.

Boake, C., Salmon, P. G., Carbone, G. (1983).  Torque, lateral preference, and cognitive ability in primary-grade children.  *Journal of Abnormal Child Psychology*, *11*, 77-83.

James, J. A., & Boake, C. (1988).  MMPI profiles of child abusers and neglecters.  *International Journal of Family Psychiatry*, *9*, 351-371.

Pentland, B., Boake, C., & McKinlay, W. W. (1989).  Scottish head injury rehabilitation: An historical account.  *Scottish Medical Journal*, *34*, 411-412.

Goldstein, F. C., Levin, H. S., & Boake, C. (1989).  Conceptual encoding following severe closed head injury.  *Cortex*, *25*, 541-554.

Goldstein, F. C., Levin, H. S., Boake, C., & Lohrey, J. H. (1990).  Facilitation of memory performance through induced semantic processing in survivors of severe closed head injury.  *Journal of Clinical and Experimental Neuropsychology*, *12*, 286-300.

Silver, B. V., Boake, C., & Cavazos, D. I. (1994).  Improving functional skills using behavioral procedures in a child with anoxic brain injury.  *Archives of Physical Medicine and Rehabilitation*, *75*, 742-745.

Boake, C., Freeland, J. C., Ringholz, G. M., Nance, M. L., & Edwards, K. E. (1995).  Awareness of memory loss after severe closed head injury.  *Brain Injury*, *9*, 273-283.

Stallings, G., Boake, C., & Sherer, M. (1995).  Comparison of the California Verbal Learning Test and the Rey Auditory Verbal Learning Test with head-injured patients. *Journal of Clinical and Experimental Neuropsychology*, *17*, 706-712.

Wilde, M.C., Boake, C., & Sherer, M. (1996).  Do recognition-free recall discrepancies detect retrieval deficits in closed head injury?  *Journal of Clinical and Experimental Neuropsychology*, *17*, 849-855.

Boake, C., & High, W. M., Jr. (1996).  Functional outcome from traumatic brain injury: Unidimensional or multidimensional?  *American Journal of Physical Medicine and Rehabilitation*, *75*, 105-113.

Clifton, G..L., Donovan, W. H., Dimitrijevic, M. M., Allen, S. J., Ku, A., Potts, J. R., Moody, F. G., Boake, C., Sherwood, A. M., & Edwards, J. V.  (1996).  Omental transposition in chronic spinal cord injury.  *Spinal Cord*, *34*, 193-203.

Boake, C.  (1996).  Supervision Rating Scale: A measure of functional outcome from brain injury.  *Archives of Physical Medicine and Rehabilitation*, *77*, 765-772.

Yablon, S. A., Agana, B. T., Ivanhoe, C. B., & Boake, C. (1996).  Botulinum toxin in severe upper extremity spasticity among patients with traumatic brain injury: An open-labeled trial.  *Neurology*, *47*, 939-944.

High, W. M., Jr., Hall, K., Rosenthal, M., Mann, N., Zafonte, R., Cifu, D. X., Kreutzer, J. S., Boake, C., Bartha, M., Ivanhoe, C., Yalon, S., Newton, C. N., Sherer, M., Silver, B., & Lehmkuhl, L. D. (1996).  Factors affecting hospital length of stay, charges, and level of functional independence following traumatic brain injury. *Journal of Head Trauma Rehabilitation*, *11*(5), 85-96.

Sherer, M., Bergloff, P., Boake, C. High, W., Jr., Levin, E. (1998). The Awareness Questionnaire: factor structure and internal consistency.  *Brain Injury*, *12*, 63-68.

Sherer, M., Boake, C., Levin, E., Silver, B. V., Ringholz, G., & High, W. M., Jr. (1998).  Characteristics of impaired awareness after traumatic brain injury.  *Journal of the International Neuropsychological Society, 4*, 380-387.

Gollaher, K., High, W., Sherer, M., Bergloff, P., Boake, C., Young, M. E., & Ivanhoe, C. (1998).  Prediction of employment outcome one to three years following traumatic brain injury (TBI).  *Brain Injury*, *12*, 255-263.

Boake, C. (2000).  Edouard Claparède and the origin of the auditory verbal learning test.  *Journal of Clinical and Experimental Neuropsychology*, *22*, 286-292.

Wilde, M. C., Boake, C., Sherer, M. (2000).  Wechsler Adult Intelligence Scale-Revised block design broken configuration errors in nonpenetrating traumatic brain injury. *Applied Neuropsychology*, *7*, 208-214.

Brown, S.A., McCauley, S.R., Levin, H.S., Boake, C., Goldfader, P.R., McCormick, S.D., Rockers, D., Butters, M., Kareken, D.A., Gostnell, D., & Clifton, G.L. (2001). Factor analysis of an outcome interview for use in clinical trials of traumatically brain-injured patients: a preliminary study.  *American Journal of Physical Medicine and Rehabilitation*,  *80*, 196-205.

Boake, C., Millis, S. R., High, W. M., Jr., Delmonico, R. L., Kreutzer, J. S., Rosenthal, M., Sherer, M., & Ivanhoe, C. B.  (2001).  Using early neuropsychological testing to predict long-term productivity outcome from traumatic brain injury.  *Archives of Physical Medicine and Rehabilitation* , *82*, 761-768.

Levin, H. S., Brown, S. A., Song, J. X., McCauley, S. R., Boake, C, Contant, C. F., Goodman, H., & Kotrla, K.J. (2001).  Depression and posttraumatic stress disorder at three months after mild to moderate traumatic brain injury.  *Journal of Clinical and Experimental Neuropsychology*, *23*, 754-769.

McCauley, S. R., Boake, C., Levin, H. S., Contant, C. F., & Song, J. X.  (2001).
    Postconcussional disorder following mild to moderate traumatic brain injury:
    anxiety, depression, and social support as risk factors and comorbidities.  *Journal
    of Clinical and Experimental Neuropsychology*, *23*, 792-808.

Francisco, G. E., Boake, C., & Vaughn, A. (2002). Botulinum toxin treatment of upper
    extremity spasticity secondary to acquired brain injury: a randomized trial
    comparing two commonly used dilution techniques.  *American Journal of
    Physical Medicine and Rehabilitation*, *8*, 355-363.

Boake, C. (2002).  From the Binet-Simon to the Wechsler-Bellevue: tracing the history
    of intelligence testing.  *Journal of Clinical and Experimental Psychology*, *24*, 383-
    405.

Bowers, D. A., Ricker, J. H., Regan, T. M., Malina, A. C., & Boake, C. (2002). National
    survey of clinical neuropsychology postdoctoral fellows. *Clinical
    Neuropsychologist*, *16*, 221-231.

Francisco, G. E., & Boake, C. (2003).  Improvement in walking speed in post-stroke
    spastic hemiplegia following intrathecal baclofen (ITB) therapy.  *Archives of
    Physical Medicine and Rehabilitation*, *84*, 1194-1199.

Brown, S., McCauley, S. R., Levin, H. S., Contant, C., & Boake, C. (2004). Perception of
    health and quality of life in minorities after mild to moderate traumatic brain injury.
    *Applied Neuropsychology*, *11*, 54-64.

Boake, C., McCauley, S. R., Levin, H. S., Contant, C. F., Song, J. X., Brown, S. A.,
    Goodman, H. S., Brundage, S. I., Diaz-Marchan, P. J., & Merritt, S. G.  (2004).
    Limited agreement between criterion-based diagnoses of post-concussional
    syndrome.  *Journal of Neuropsychiatry and Clinical Neuroscience*, *16*, 493-499.

Breier, J. I., Castillo, E. M., Boake, C., Billingsley, R. L., Maher, L. M., Francisco, G. E.,
    & Papanicolaou, A. C. (2004).  Spatiotemporal patterns of language-specific
    brain activity using magneto-encephalography in patients with chronic aphasia
    after stroke.  *NeuroImage*, *23*, 1308-1316.

Lehtonen, S., Stringer, A. Y., Millis, S., Boake, C., Englander, J., Hart, T., High, W.,
    Macciocchi, S., Meythaler, J., Novack, T., & Whyte, J.  (2005).
    Neuropsychological outcome and community re-integration following traumatic
    brain injury: the impact of frontal and non-frontal lesions. *Brain Injury*, *19*, 239-
    256.

Boake, C., McCauley, S. R., Pedroza, C., Levin, H. S., Brown, S. A., & Brundage, S. I.
    (2005).  Lost productive work time after mild to moderate traumatic brain injury
    with and without hospitalization.  *Neurosurgery*, *56*, 994-1003.

Levin, H. S., McCauley, S. R., Pedroza Josic, C., Boake, C., Brown, S. A., Goodman, H. S., Merritt, S. G., & Brundage, S. I. (2005).  Predicting depression following mild to moderate traumatic brain injury.  *Archives of General Psychiatry*, *62*, 523-528.

Francisco, G. E., Hu, M. M., Boake, C., & Ivanhoe, C. B. (2005).  Efficacy of early use of intrathecal baclofen therapy for treating spastic hypertonia due to acquired brain injury.  *Brain Injury*, *19*, 359-364.

McCauley, S. R., Boake, C., Pedroza Josic, C., Brown, S. A., Levin, H. S., Goodman, H. S., & Merritt, S. G. (2005).  Postconcussional Disorder: Are the DSM-IV criteria an improvement over the ICD-10?  *Journal of Nervous and Mental Disease*, *163*, 540-550.

Boake, C., McCauley, S. R., Levin, H. S., Pedroza, C., Contant, C. F., Song, J. X., Brown, S. A., Goodman, H. S., Brundage, S. I., Diaz-Marchan, P. J., & Merritt, S. G.  (2005). Diagnostic criteria for post-concussional syndrome after mild to moderate traumatic brain injury.  *Journal of Neuropsychiatry and Clinical Neuroscience*, *17*, 350-356.

Lyons, M. J., Kremen, W. S., Franz, C., Grant, M. D., Brenner, H. T., Boake, C., Eisen, S. (2006). Vietnam service, combat, and lifetime educational attainment: Preliminary results from the Vietnam Era Study of Aging.  *Research on Aging*, *28, 37-55.*

Ro, T., Noser, E., Boake, C., Wallace, R., Gaber, M., Speroni, A., Bernstein, M., De Joya, A., Burgin, W. S., Zhang, L., Taub, E., Grotta, J. C., & Levin, H. S. (2006). Functional reorganization and recovery after constraint induced movement therapy in subacute stroke: case reports.  *Neurocase*, *12*, 1-11.

Kremen, W. S., Lyons, M. J., Boake, C., Xian, H., Jacobson, K. C., Waterman, B., Eisen, S. A., Goldberg, J., Faraone, S. V., & Tsuang, M. T. (2006).  A discordant twin study of premorbid cognitive ability in schizophrenia. *Journal of Clinical and Experimental Neuropsychology*, *28*, 208-224.

McCauley, S. R., Pedroza, C., Brown, S. A., Boake, C., Levin, H. S., Goodman, H. S., & Merritt, S. G. (2006). Confirmatory factor structure of the Center for Epidemiologic Studies-Depression scale (CES-D) in mild-to-moderate traumatic brain injury. *Brain Injury, 20,* 519-527.

Boake, C., Noser,  E. A., Ro, T., Baraniuk, S., Gaber, M., Johnson, R., Salmeron, E. T., Tran, T.M., Lai, J. M., Taub, E., Moye, L. A., Grotta, J. C., & Levin, H. S.  (2007). Constraint-induced movement therapy in early stroke rehabilitation. *Neurorehabilitation and Neural Repair*, *21*, 14-24.

Kremen, W. S., Koenen, K. C., Boake, C., Purcell, S., Eisen, S. A., Franz, C. E., Tsuang, M. T., & Lyons, M. J. (2007). Pretrauma cognitive ability and risk for posttraumatic stress disorder: a twin study. *Archives of General Psychiatry, 64,*

361-368.

Papanicolaou, A. C., Hasan, K. M., Boake, C., & Kramer, L. (2007).  Disruption of limbic
    pathways in a case of profound amnesia.  *Neurocase*, *13*, 226-228.

McCauley, S. R., Boake, C., Pedroza, C., Brown, S. A., Levin, H. S., Goodman, H. S. et
    al. (2007). Correlates of persistent postconcussional disorder: DSM-IV criteria
    versus ICD-10. *Journal of Clinical and Experimental Neuropsychology*, *25*, 1-20.

Castillo, E. M., Boake, C., Breier, J. I., Men, D., Garza, H. M., Passaro, A. &
    Papanicolaou, A. C. (2008). Aberrant cortical functionality and somatosensory
    deficits after stroke. *Journal of Clinical Neurophysiology*, *25*, 132-128.

Schultz, M. R., Lyons, M. J., Franz, C. E., Grant, M. D., Boake, C., Jacobson, K. C.,
    Xian, H., Schellenberg, G. D., Eisen, S. A., & Kremen, W. S. (2008).
    Apolipoprotein E genotype and memory in the sixth decade of life. *Neurology*, *70*,
    1771-1777.

Lyons, M. J., York, T. P., Franz, C. E., Grant, M. D., Eaves, L. J., Jacobson, K. C.,
    Schaie, K. W., Pannizon, M., Boake, C., Xian, H., Toomey, R., Eisen, S. A., &
    Kremen, W. S.  (2009). Genes determine stability and the environment
    determines change in cognitive ability during 35 years of adulthood.
    *Psychological Science*, *20*, 1146-1152.

Celik, O., O'Malley, M. K., Boake, C., Levin, H., Yozbatiran, N., & Reistetter, T. (2010).
    Normalized movement quality measures for therapeutic robots strongly correlate
    with clinical motor impairment measures. *IEEE Transactions on Neural Systems
    and Rehabilitation Engineering*, *18*(4), 433-444.

McCauley, S. R., Wilde, E. A., Kelly, T. M., Weyand, A. M., Yallampalli, R., Waldron, E.
    J., Pedroza, C., Schnelle, K. P., Boake, C., Levin, H., & Moretti, P. (2010). The
    Neurological Outcome Scale for Traumatic Brain Injury (NOS-TBI): II. Reliability
    and convergent validity. *Journal of Neurotrauma*, *27*(6), 991-997.

Yozbatiran, N., Berliner, J., Boake, C., O'Malley, M. K., Kadivar, Z., & Francisco, G. E.
    (2011). Robotic training and clinical assessment of forearm and wrist movements
    after incomplete spinal cord injury: a case study. IEEE International Conference
    on Rehabilitation Robotics*, 2011,* 5975425.

Yozbatiran, N., Berliner, J., O'Malley, M. K., Pehlivan, A. U., Kadivar, Z., Boake, C.,
    Francisco, G. E. (2012). Robotic training and clinical assessment of upper
    extremity movements after spinal cord injury: a single case report. *Journal of
    Rehabilitation Medicine, 44,* 186-188.

Kelley, C.P., Childress, J., Boake, C., & Noser E. A. (2013). Over-ground and robotic-
    assisted locomotor training in adults with chronic stroke: a blinded randomized
    clinical trial.  *Disability and Rehabilitation: Assistive Technology*, *8*, 161-168.

Block, C. K., Johnson-Greene, D., Pliskin, H., & Boake, C. (2017). Discriminating cognitive screening and cognitive testing from neuropsychological assessment: implications for professional practice. Clinical Neuropsychologist, *31*, 487-500.

Francisco, G. E, Yozbatiran, N., Berliner, J., O'Malley, M. K., Pehlivan, A. U., Kadivar, Z., Fitle, K., & Boake, C. (2017). Robotic-assisted training of arm and hand movement shows functional improvements for incomplete cervical spinal cord injury. *American Journal of Physical Medicine & Rehabilitation*, *96* (supplement), S171-S177.

**Invited Articles in Journals:**

Kreutzer, J. S., & Boake, C. (1987).  Addressing disciplinary issues in cognitive rehabilitation: Definition, training, and organization.  *Brain Injury*, *1*, 199-202.

Boake, C., Parenté, R., Mazmanian, P. E., & Kreutzer, J. S. (1988).  Progress toward an independent society for cognitive rehabilitation.  *Cognitive Rehabilitation*, *6*(3), 8.

Boake, C., & Roberts, C. A. (1988).  Working with families of head injured patients. *Tejas: Texas Journal of Audiology and Speech Pathology*, *14*(2), 23-26. Reprinted in *Journal of Speech-Language Pathology and Audiology/Revue d'orthophonie et d'audiologie* (1989), *13*(2), 46-50.

Boake, C. (1989).  A history of cognitive rehabilitation of head-injured patients, 1915 to 1980.  *Journal of Head Trauma Rehabilitation*, *4*(3), 1-8.

Bontke, C. F., & Boake, C. (1991).  Traumatic brain injury rehabilitation.  *Neurosurgery Clinics of North America*, *2*(2), 473-482.

Boake, C., Bobetic, K. M., & Bontke, C. F. (1991).  Rehabilitation of the patient with mild traumatic brain injury.  *NeuroRehabilitation*, *1*(3), 70-78.

Bontke, C. F., Baize, C. M., & Boake, C. (1992).  Coma management and sensory stimulation.  *Physical Medicine and Rehabilitation Clinics of North America*, *3*, 259-272.

Meyers, C. A., & Boake, C. (1993).  Neurobehavioral problems of brain tumor patients: Rehabilitation strategies.  *Cancer Bulletin*, *45*, 362-364.

High, W. M., Jr., Boake, C., & Lehmkuhl, L. D. (1995).  Critical analysis of studies measuring the effectiveness of rehabilitation following traumatic brain injury. *Journal of Head Trauma Rehabilitation*, *10* (1), 14-26.

Boake, C. (1996).  Do patients with mild brain injuries have posttraumatic stress disorder, too?  *Journal of Head Trauma Rehabilitation*, *11*(1), 95-102.

**Corwin Boake, Ph.D.**                                                    **page 27**

Boake, C. (Ed.). (1996).  Historical aspects of neuropsychological rehabilitation [special issue].  *Neuropsychological Rehabilitation*, *6*(4).

Boake, C., Yeates, K. O., & Donders, J. (2002).  The Association of Postdoctoral Programs in Clinical Neuropsychology: Update and new directions.  *Clinical Neuropsychologist*, *16*, 1-6.

Grotta, J. C., Noser, E. A., Boake, C., Levin, H., Ro, T., Aronowski, J., & Schallert, T. (2004).  Constraint induced movement therapy. *Stroke*, *35* (Supplement 1), 2699-2701.

Boake, C. (2008). Clinical neuropsychology.  *Professional Psychology: Research and Practice, 39,* 234-239.

**Chapters:**

Boake, C. (1990).  Transitional living centers in head injury rehabilitation.  In J. S. Kreutzer & P. H. Wehman (Eds.), *Community integration following traumatic brain injury* (pp. 115-124).  Baltimore: Paul H. Brookes Publishing.

Boake, C. (1991). History of cognitive rehabilitation following head injury.  In J. S. Kreutzer & P. Wehman (Eds.), *Cognitive rehabilitation for persons with traumatic brain injury: A functional approach* (pp. 3-12).  Baltimore: Paul H. Brookes Publishing.

Boake, C. (1991). Social skills training following head injury. In J. S. Kreutzer & P. Wehman (Eds.), *Cognitive rehabilitation for persons with traumatic brain injury: A functional approach* (pp. 181-189).  Baltimore: Paul H. Brookes Publishing.

Boake, C. (1994).  Choosing an appropriate rehabilitation facility.  In A. T. Dikengil, S. Morganstein, M. C. Smith, & M. C. Thut (Eds.), *Family articles about traumatic brain injury* (pp. 207-209).  Tucson, AZ:  Communication Skill Builders.

Bontke, C. F., & Boake, C. (1996).  Principles of brain injury rehabilitation.  In R. Braddom (Ed.),  *Physical medicine and rehabilitation* (pp. 1027-1051).  Philadelphia: W.B. Saunders.

Meyer, C. A., Boake, C., Levin, V. A., & Ratcliff, D. (1996).  Symptom management, rehabilitation strategies, and improved quality of life for patients with brain tumors.  In V.A. Levin (Ed.), *Cancer in the nervous system* (pp. 449-462). New York:  Churchill-Livingstone.

Johnston, M. V., Hall, K., Carnevale, G., & Boake, C. (1996).  Functional assessment and outcome evaluation in traumatic brain injury rehabilitation (pp. 197-226).  In L. J. Horn & N. D. Zasler (Eds.),  *Medical rehabilitation of traumatic brain injury*. Philadelphia: Hanley & Belfus.

Corwin Boake, Ph.D.                                                                                    page 28

Bontke, C. F., Zasler, N. D., & Boake, C. (1996).  Rehabilitation of the head-injured patient.  In R. K. Narayan, J. E. Wilberger, Jr., & J. T. Povlishock (Eds.), *Neurotrauma* (pp. 841-858).  New York: McGraw-Hill.

Boake, C., Francisco, G. E., Ivanhoe, C. B., Kothari, S. (2000).  Brain injury rehabilitation (pp. 1073-1116).  In Braddom, R. (Ed.), *Physical medicine and rehabilitation* (2nd. ed.).  Philadelphia: W. B. Saunders.

Boake, C. (2003).  Stages in the history of neuropsychological rehabilitation.  In B. A. Wilson (Ed.), *Neuropsychological rehabilitation: theory and practice* (pp. 11-22). Lisse: Swets & Zeitlinger.

Boake, C. & Diller, L. (2005).  History of rehabilitation for traumatic brain injury.  In W. M. High, Jr., A. M. Sander, M. A. Struchen, & K. Hart (Eds.), *Rehabilitation interventions following traumatic brain injury: State of the science 2003* (pp. 3-13).  New York: Oxford University Press.

Kennedy, C. H., Boake, C., Moore, J. L. (2010). A history and introduction to military neuropsychology (pp. 1-28). In C. H. Kennedy & J. L. Moore (Eds.), *Military neuropsychology*. New York: Springer

Dulay, M. F., Boake, C., Yoshor, D., & Levin, H. S. (2012). In D. Yoshor & E. M. Mizrahi (Eds.), Clinical brain mapping (pp. 55-78). New York: McGraw-Hill.

Wilde, M. C., & Boake, C. (in press). Neuropsychological recovery and rehabilitation with aortic surgery and traumatic injury. In Aortic disease: clinical diagnosis and management.

**Other Professional Communications:**

Zimmerman, J., Abrams, L., & Boake, C.  (1981, August).  Parental adjustment to medical handicaps of the child.  Paper presented at the convention of the American Psychological Association, Los Angeles, CA.

Salmon, P. G., & Boake, C.  (1982, March).  Individual differences in processing strategies on a test of verbal learning.  Poster presented at the 2nd International Symposium on Models and Techniques of Cognitive Rehabilitation, Indianapolis, IN.

Boake, C.  (1982, November).  Challenges to neuropsychological assessment in rehabilitation.  Workshop presented at the meeting of the Texas Psychological Association, Dallas, TX.

Boake, C. (1983, August).  Recovery of simulated MMPI mixtures by seven clustering methods.  Paper presented at the convention of the American Psychological Association, Anaheim, CA.

Hartley, L. L., & Boake, C. (1986, October).  Approaches to the treatment of the interpersonal behavior of head injured adults.  Paper presented at the 9th Annual Traumatic Head Injury conference, Braintree, MA.

Boake, C. (1986, October).  A cognitive approach to social skills training of head injured adults.  Paper presented at the 2nd International Conference on Models of Brain Injury Rehabilitation, London.

Boake, C. (1987, June).  Functional approaches to cognitive rehabilitation.  Workshop presented at the Postgraduate Course on Rehabilitation of the Brain Injured Adult and Child, Williamsburg, VA.

Boake, C. (1987, June).  Training social skills of head injured adults.  Paper presented at the Postgraduate Course on Rehabilitation of the Brain Injured Adult and Child, Williamsburg, VA.

Boake, C. (1987, June).  Living skills training for community reentry.  Paper presented at the Postgraduate Course on Rehabilitation of the Brain Injured Adult and Child, Williamsburg, VA.

Boake, C. (1987, September).  Historical precedents and contemporary theories of cognitive rehabilitation.  Paper presented at the Cognitive Rehabilitation conference, Williamsburg, VA.

Boake, C. (1987, September).  Functional approaches to cognitive rehabilitation.  Workshop presented at the Cognitive Rehabilitation conference, Williamsburg, VA.

Boake, C. (1988, September).  A history of cognitive rehabilitation: Where have we come from?  Paper presented at the Cognitive Rehabilitation conference, Richmond, VA.

Boake, C. (1988, October).  Outcome of the traumatized patient with effective rehabilitation implementation.  Presentation at the 2nd Annual Trauma Update and Seminar, Johnstown, PA.

Boake, C. (1989, March).  Historical perspective of community reintegration.  Paper presented at the 4th annual Symposium on Advances in Head Injury Rehabilitation, Dallas, TX.

Boake, C. (1989, September).  Post-acute rehabilitation beyond the 1980s.  Paper presented at the Cognitive Rehabilitation conference, Clearwater Beach, FL.

Boake, C. (1989, September).  Working approaches in day and residential rehabilitation programs.  Workshop presented at the Cognitive Rehabilitation conference, Clearwater Beach, FL.

Boake, C. (1989, September).  The search for functional assessment in cognitive rehabilitation.  Paper presented at the Cognitive Rehabilitation conference, Clearwater Beach, FL.

Boake, C. (1989, October).  Post-acute rehabilitation: Outpatient program, team approach, community services.  Presentation at the Golden Triangle Rehabilitation Association conference, Beaumont, TX.

Boake, C. (1990, September).  Cognitive retraining: Does it work?  Presentation at the Neurorehabilitation: Beyond the Basics conference, Houston, TX.

Boake, C. (1990, September).  Practical issues in community based and holistic rehabilitation programs.  Workshop presented at the Cognitive Rehabilitation and Community Integration conference, Richmond, VA.

Jones, D., Herzog, J. T., & Boake, C. (1992, April).  Returning the brain-injured child to the classroom.  Workshop presented at 2nd Annual Symposium on Current Issues in Mental Health, University of Houston - Clear Lake, Houston, TX.

Bontke, C. F., Boake, C., & Levin, E. M. (1992, June).  Neuromedical and neuropsychological approaches to mild brain injury.  Workshop presented as part of the series, Brain Injury Rehabilitation: Challenges in the Community, The Institute for Rehabilitation and Research, Houston, TX.

Sherer, M., & Boake, C. (1992, July).  Vocational implications of impaired self-awareness following closed head injury.  Presentation at the Texas Rehabilitation Association annual conference, Houston, TX.

Boake, C., Yablon, S. A., & Olsen, E. (1992, December).  Identification and management of patients with concomitant spinal cord and head injury.  Presentation at New Developments in Comprehensive Rehabilitation of Individuals with Spinal Cord Injury, Houston, TX.

Boake, C. (1993, February).  Dealing with unawareness of deficits after brain injury.  Texas Medical Center Speech Pathology Grand Rounds, Houston, TX.

Yablon, S. A., & Boake, C. (1993, March).  Impact of concurrent traumatic brain injury upon functional rehabilitation of patients with spinal cord injury: A case-controlled, retrospective survey.  Poster presented at the Annual Conference of the Association of Academic Physiatrists, Albuquerque, NM.

Boake, C. (1993, May).  Neuropsychological evaluation.  Presentation at Driving with a Physical Disability, Houston, TX.

Boake, C. & Strowmatt, C. (1993, May).  Brain injury drivers: Current TIRR research.  Presentation at Driving with a Physical Disability, Houston, TX.

Wilde, M., Boake, C., & Sherer, M. (1994, February).  Recognition versus recall discrepancies in closed head injury.  Paper presented at the International Neuropsychological Society meeting, Cincinnati, OH.

Sherer, M. & Boake, C. (1994, February).  Prediction of return to productivity following traumatic brain injury.  Paper presented at the International Neuropsychological Society meeting, Cincinnati, OH.

Boake, C. (1994, June).  Driving safety after traumatic brain injury.  Paper presented at the 17th Annual Lewis A. Leavitt, M.D. Memorial Lectureship, Baylor College of Medicine, Houston, TX.

Boake, C. (1994, September).  Wartime neurosurgery and the origins of brain injury rehabilitation.  Paper presented at the Fourth Annual Meeting of the International Association for the Study of Traumatic Brain Injury, St. Louis, MO.

Parsons, K. C. & Boake, C. (1994, September).  Dual diagnosis:  Head injury and spinal cord injury.  Presentation at Spinal Cord Injury:  Assuring Quality in Today's Health Care Environment, Houston, TX.

Boake, C. (1995, January).  Efficacy and outcome of brain injury rehabilitation.  Workshop presented at the 2nd Annual Cognitive Rehabilitation Training Seminar, Albuquerque, NM.

Boake, C. (1995, January).  Measuring the outcome of brain injury rehabilitation.  Paper presented at the 13th Annual Sheldon Berrol, M. D.  Brain Injury Symposium, San Antonio, TX.

Boake, C., & Herzog, J. T.  (1995, December).  Persisting aphasia following closed head injury:  Frequency and risk factors.  Paper presented at the 14th Annual Symposium of the Brain Injury Association, San Diego, CA.

Jones, D., & Boake, C. (1996, February).  Neuropsychology in the schools: Educational interventions for children with brain injury.  Workshop presented at the 3rd Annual Professional Development Conference, Texas Association of School Psychologists, Dallas, TX.

Boake, C. (1996, March).  Cognitive rehabilitation: How do we know it works?  Workshop presented at the 3rd Annual Cognitive Rehabilitation Training Seminar, Philadelphia, PA.

Boake, C. (1996, March).  Neuropsychological assessment in rehabilitation.  Workshop to be presented at the 30th Comprehensive Review Course in Physical Medicine and Rehabilitation, Baylor College of Medicine, Houston, TX.

Boake, C., & Millis, S. R. (1996, April).  Functional outcome, neuropsychological assessment, and real world functioning.  Workshop presented at the National

Meeting on Models and Systems of Care for Traumatic Brain Injury, Washington, DC.

Boake, C. (1996, November).  Depression following traumatic brain injury.  Paper presented at the 15th Annual National Symposium of the Brain Injury Association, Dallas, TX.

Boake, C. (1996, November).  Can early neuropsychological testing predict long-term functional outcome from traumatic brain injury?  Paper presented at the 15th Annual National Symposium of the Brain Injury Association, Dallas, TX.

Silver, B. V., & Boake, C. (1996, November).  Stimulant treatment of attentional deficits in a child with traumatic brain injury.  Paper presented at the 15th Annual National Symposium of the Brain Injury Association, Dallas, TX.

Boake, C. (1996, November).  Cognitive rehabilitation: How do we know it works?  Workshop presented at the convention of the New Mexico Speech-Language and Hearing Association, Albuquerque, NM.

Boake, C. (1997, March).  Outcome from moderately severe brain injury.  Paper presented at the Management of Severe  Head Injury Symposium, University of Texas-Houston Medical School, Houston, TX.

Boake, C. (1998, May). The neuropsychologist's view of traumatic brain injury.  Paper presented at the American Psychiatric Association Annual Meeting, Toronto.

Boake, C. (1999, April).  Cognitive rehabilitation.  Paper presented at the annual meeting of the American Neuropsychiatric Association, New Orleans, LA.

Boake, C. (1999, October).  The development and history of cognitive rehabilitation to the present day.  Paper presented at the meeting of the Society for Cognitive Rehabilitation, Birmingham, UK.

Boake, C. (1999, October).  Cognitive outcome measures.  Paper presented at the meeting of the Society for Cognitive Rehabilitation, Birmingham, UK.

Levin, H. S., & Boake, C. (1999, December).  Depression after mild to moderate traumatic brain injury.  Paper presented at the 1st Federal Interagency Conference on Traumatic Brain Injury, Bethesda, MD.

Boake, C. (2000, May).  From the Binet-Simon to the Wechsler-Bellevue: rediscovering the history of IQ tests.  Paper presented at the meeting of the Midwest Neuropsychology Group, Madison, WI.

Boake, C.  (2000, June).  From the Binet-Simon to the Wechsler-Bellevue: tracing the history of IQ tests.  Paper presented at the meeting of the National Association of Psychometrists, Dallas, TX.

Boake, C. (2000, November).  Providing a road map of injury: The neuropsychologist's role in traumatic brain injury.  Paper presented at the Annual Meeting of the Academy of Psychosomatic Medicine, Palm Springs, CA.

Francisco, G., Boake, C., Silver, J., & Wiggs, L. (2001, July).  Team approach to management of agitation.  Workshop presented at the 20th Annual Symposium of the Brain Injury Association, Atlanta.

Francisco, G. E., & Boake, C. (2001, August).  Improvement in comfortable walking speed (CWS) in post-stroke spastic hemiplegia following intrathecal baclofen (ITB) therapy.  Paper presented at the meeting of the National Stroke Association, San Diego.

Boake, C. (2003, October).  Emotional consequences of traumatic brain injury.  Paper presented at the Rehabilitation Solutions XVI: Advanced Case Management Conference, Houston.

Boake, C. (2004, September).  Psychological Consequences of TBI: Anxiety, depression and PTSD.  Paper presented at the 25th Anniversary meeting of Headway, Stratford-Upon-Avon.

Boake, C. (2004, September).  Historical perspectives on brain injury rehabilitation: What do they tell us about future developments?  Paper presented at the 25th Anniversary meeting of Headway, Stratford-Upon-Avon.

Boake, C. (2004, September). Advances in brain injury rehabilitation.  Paper presented at Regional West Medical Center, Scottsbluff, NE.

Francisco, G. E., Aggarwal, P., & Boake, C. (2005, April).  Efficacy of botulinum toxin-A treatment of spastic hypertonia of forearm pronators: pronator teres versus quadratus.  Paper presented at the 3rd World Congress of the International Society of Physical Medicine and Rehabilitation, Sao Paolo.

Boake, C. (2008, April). Mild traumatic brain injury and posttraumatic stress disorder in combat veterans. Workshop presented at Rehabilitation Institute of Chicago, Chicago, IL.

Boake, C. (2008, August). Development of the concept of post-concussional syndrome. Paper presented at the American Psychological Association convention, Boston, MA.

Boake, C., (2009, April). Posttraumatic stress disorder vs. mild traumatic brain injury. Paper presented at the Annual Traumatic Brain Injury course, Rehabilitation Institute of Chicago, Chicago, IL.

Boake, C. (2009, November). Historical foundations of neuropsychology: from Phineas

Gage to formal testing. Paper presented at the National Academy of Neuropsychology conference, New Orleans, LA.

Boake, C. (2010, October). Validity of neuropsychological assessment in traumatic brain injury rehabilitation. Workshop presented at the National Academy of Neuropsychology conference, Vancouver, BC.

Boake, C. (2014, June). DSM-5 update for neuropsychologists. Workshop presented at the American Academy of Clinical Neuropsychology conference, New York, NY.

Boake, C. (2014, October). DSM-5 update for medical psychologists. Workshop presented at the Louisiana Academy of Medical Psychologists conference, Baton Rouge, LA.

Boake, C. (2015, June). DSM-5 and ICD-10 coding update for the practicing psychologist. Workshop presented at the Louisiana Psychological Association convention, Metairie, LA.

Boake, C. & Puente, A. E. (2015, November). Transitioning to DSM-5 and ICD-10: deciphering coding and criteria changes.  Workshop presented at the National Academy of Neuropsychologists convention, Austin, TX.

Boake, C. & Puente, A. E. (2015, November). DSM-5 and ICD-10 update for practicing psychologists.  Workshop presented at the Texas Psychological Association convention, San Antonio, TX.

Boake, C. (2016, June). ICD-10 update for neuropsychologists. Workshop presented at the American Academy of Clinical Neuropsychology conference, Chicago, IL.

Boake, C. & Puente, A. E. (2016, August). DSM-5 and ICD-10 update for practicing psychologists.  Workshop presented at the American Psychological Association convention, Denver, CO.

Boake, C. (2017, May). Understanding and deploying the ICD-10 in clinical practice. Workshop presented at the American Board of Professional Psychology Foundation Continuing Education conference, Seattle, WA.

Boake, C. (2017, June). Basics of ICD-10 coding for neuropsychologists. Workshop presented at the American Academy of Clinical Neuropsychology conference, Boston, MA.

Boake, C. (2017, June). Reimbursement issues with ICD-10 for neuropsychologists. Workshop presented at the American Academy of Clinical Neuropsychology conference, Boston, MA.

Boake, C. (2018, January). ICD-10 coding and reimbursement update. Workshop to be presented at the Louisiana Academy of Medical Psychologists conference, Baton

**Corwin Boake, Ph.D.**                                           **page 35**

Rouge, LA.

Corwin Boake, PhD 4-year testimony 2016-2020

Bulmaro Flores vs. SCS Construction management, Inc. and Four Seasons Development Co., Inc. 190th Judicial District Court, Harris County, Texas. 2016 (deposition)

Lauren Vick vs. Irshad Khan; "Martin Gas"; Martin Transport, Inc.; and Martin Resource Management Corporation. 234th Judicial District Court, Harris County, Texas. 2016 (trial)

Champagne Marks vs. CNL Income FEC South Houston, LLC d/b/a Zuma Fun Center. 29th Judicial District Court, Harris County, Texas. 2017 (deposition)

Kelly LeBlanc, M.D. vs. Supreme Pools & Spas, Inc., and Rafael DeJesus d/b/a RAM Pool & Plumbing. 133rd Judicial District Court, Harris County, Texas. 2017 (deposition)

Perla Trevizo vs. Lafonda Denise Rouse and Groome Transportation of Texas, Inc. 190th Judicial District Court, Harris County, Texas. 2017 (deposition)

Sherri Brown vs. Midstream Pipeline Services, LLC, and James Edward Lane. Cause 54057. District Court of Harris County, Texas, 88th Judicial District. 2017 (deposition)

Robert Collums, Jr., Individually, and d/b/a Absolute Industrial Solutions vs. Texas Pipe and Supply Company, Ltd. f/k/a Energy Metals Incorporated, Simi Investment Company, Ltd., JRR Management, LLC, MRR Management, LLC. Cause No. 2016-15178. District Court of Harris County, Texas, 127th Judicial District Court. 2017 (deposition, trial)

Henry Jefferson vs. John Doe, Rebecca Rutherford, Individually and d/b/a T&T Hoisting, Winn Trylor Lander, a/k/a WT Lander and d/b/a Rutland Construction Services, and Brazos Contractors Development, Inc. Cause 2014-28653. District Court of Harris County, Texas, 152nd Judicial District. 2017 (deposition)

Alfonso Raymond Salazar vs. Charles L. Ryan, et al. CV 96-85-TUC-FRZ. U.S. District Court, District of Arizona. 2017 (deposition and trial)

Melissa A. Hayden vs. Fluor Federal Global Projects, Inc. & The Insurance Co. of the State of Pennsylvania. OWCP No. 08-309227 OALJ No. 2017-LDA-240. U.S. Dept. of Labor, Office of Worker's Compensation Programs; 2017 (deposition)

Colton Hale vs. Old Republic Insurance Co. Cause No. DC-15-44516. District Court of Coryell County, Texas, 52nd Judicial District. 2017 (deposition)

Mike Markalonis vs REM Directional, et al. Cause No. D-196185. 136th Judicial District Court, Jefferson County, Texas. 2017 (deposition)

Darolyn Mangum vs BIC Corporation. Cause No. 15-CV-0353. 212th Judicial District Court, Galveston County, Texas. 2017 (deposition) 2018 (trial)

Donnell Ellis vs CACI International, Inc., and AIG Claims Services, Inc. OALJ No. 2017-LDS00631. OWCP No. 08-309845. U.S. Dept. of Labor Office of Administrative Law Judges, Newport News, Virginia. 2017 deposition)

Dolores S. Willis, et al., vs Cost Plus, Inc., d/b/a Cost Plus World Market. Civil Action No. 6:16-CV-00639. U.S. District Court, Western District of Louisiana, Lafayette-Opelousas Division. 2017 (deposition)

Cedric Amaya and Taylor Chase Routon vs EOG Resources, Inc., Renegade Well Services, LLC, Oak Lease Service Co., Enersafe, Inc., Dale Willenbring, P.E., and Josh Stralow. Cause No. 2015-34043. 295th Judicial District Court, Harris County, Texas. 2017 (deposition)

Remilekun K. Davis vs Jefferson B. Sessions, III, U.S. Attorney General, et al. Civil Action No. 4:17-cv-00890. U.S. District Court for the Southern District of Texas, Houston Division. 2017 (deposition)

In re West explosion cases. Cause No 2013-2476-4. 170th Judicial District Court, McClellan County, Texas. 2017 (deposition)

Diane Martin vs Kellermeyer Bergensons Services LLC, et al. Docket No. C-2014-2362 E. 15th Judicial District Court, Lafayette Parish, Louisiana. 2018 (deposition)

Janet Sandera vs. Sylvester Hudgen, III and B.V.S. Construction, Inc. Cause No. 16-000509-CV-272. District Court of Brazos County, Texas. 272nd Judicial District. 2018 (deposition)

Lorie J. Bourgeois, and Louis Berthiaume vs Timothy Wayne Price and CW Transport, LLC. Cause No. B-19865. District Court, 60th Judicial District, Jefferson County, Texas. 2018 (deposition)

Javier Elias vs. C & D Production Specialist Co., Inc., d/b/a Crosby Energy Services, Pioneer Natural Resources, USA, Inc., and Hector Garcia. Cause No. 17-03-56950-CV. District Court, 79th Judicial District, Jim Wells County, Texas. 2018 (deposition)

Rodericus Keyes vs. Helix Energy Solutions Group, Inc. Civil Action No. 3:15CV0312. U.S. District Court, Middle District of Louisiana. 2018 (deposition)

Victor Chavarria, Haime Chavarria, individually and as next friend of MC, a minor, Victor M. Chavarria, and Jose Chavarria vs. MWPC Corporation d/b/a Mid-West Electronic Co., Inc., and David Long. Cause No. 201676683. District Court, 151st Judicial District, Harris County, Texas. 2018 (deposition)

Adrian Canales vs. Nabors Drilling USA, LP. Cause No. 15-03-20959-CVR. District Court, 143rd Judicial District, Reeves County, Texas. 2018 (deposition)

Caroline Eynon, et al. vs. Discount Wheel & Tire, Walter Irwin, individually, and d/b/a Discount Wheel and Tire. Cause No. 2015-29-CCL2. County Court at Law No. 2, Gregg County, Texas. 2018, 2019 (deposition)

Rhonda R. Vigil, Orlando Vigil, et al. vs. Carol Nash Adams. Cause No. 15-12-23400-CV. District Court, 38th Judicial District, Medina County, Texas. 2018 (deposition)

Tiffany Dawn Davis vs. Dewitt Green, III and Texas Fueling Services, LLC. Cause No. 2016CCV-62781-4. County Court at Law No. 4, Nueces County, Texas. 2018. (deposition)

William Eslinger vs. Lucas Edward Allen Hiland Dairy Foods Company, LLC; and ACE American Insurance Co. Case No. CJ-2016-1474. District Court of Cleveland County, Oklahoma. 2018 (deposition)

Diana Krompass and Matthew Krompass vs. Michael H. Boothby, M.D., P.A., d/b/a The Orthopedic & Sports Medicine Institute, and Michael H. Boothby, individually, and William Shaw, individually. Cause No. 067-279949-15. District Court, 67th Judicial District, Tarrant County, Texas. 2018 (deposition)

Linda Turner vs. Amerisure Insurance Company, et al. Civil Action No.: 2016-123. 4th Judicial District Court, Parish of Morehouse, Louisiana. 2018. (deposition)

Michael Ryan Dickson, et al., and Mary Elo, et al. vs. Shawn Hurwitz, deceased, through the personal representative of his estate, Deborah M. Hurwitz. Cause C-1-PB-15-002258. Probate Court No. 1, Travis County, Texas. 2018 (trial)

Willie Campbell vs. Forbes Energy Services, Ltd., and Forbes Energy Services Delaware, LLC. Cause 16-0271. 3rd Judicial District Court, Houston County, Texas. 2018 (deposition)

Alfredo De La Garza, individually and as next friend for Lashia De La Garza and Katarina De La Garza, minors vs. Penn Virginia Oil & Gas, L.P., Penn Virginia Oil & Gas GP LLC, and Mike Ferguson. Cause No. 2014-42519. 215th Judicial District Court, Harris County, Texas. 2018 (deposition)

Jennifer Fox, individually and as next friend of Sarah Fox, a minor vs Knife River Corporation and Charles Pickering. Cause No. A-200615. 58th Judicial District Court, Jefferson County, Texas. 2018 (deposition)

John Hernandez vs Quintanilla Management Company, EOG Resources, Inc. and Smeal Manufacturing, LLC. Cause No. 2017-44236. 55th Judicial District Court, Harris County, Texas. 2018 (deposition)

Hazael Ruiz and Abigail Ruiz v. Sun Coast Resources, Inc., Rush Truck Leasing, Inc., and Alberto Acosta, Jr. Cause No. 2016-63144. 125th Judicial District Court, Harris County, Texas. 2018 (deposition)

Mark Brown v. ECCL 4:12, LLC, and Nextgen Parking, LLC. Cause No 2017-033189. 127th Judicial District Court, Harris County, Texas. 2018 (trial)

Shannon Panko v. Forever 21 Retail, Inc., and Forever 21, Inc. Cause No. 2015-16200. 55th Judicial District, Harris County, Texas. 2019 (deposition)

Taunia Elick and John V. Elick v. Troy Tesch. Cause 2015V-0092. 155th Judicial District, Austin County, Texas. 2018 (deposition) 2019 (trial)

Mandel Duncan v. KBR/SEII and DynCorp International. Case Nos. 2017-LDA-00417 and 2017-LDS-00465. 2019 (hearing)

Lawrence McBride and Christina McBride v. Brothers Produce, Inc., and David Duran. Cause No. 2018-34283. 80th Judicial District, Harris County, Texas. 2019 (deposition, hearing)

Kimberly Johnson v. First Transit, Inc. and John Doe. Cause No. 2015-74468. 151st Judicial District of Harris County, Texas. 2019 (deposition)

Vikki Bryant and Joseph Deajon vs. RFI Westchase Ranch, Inc., Ranch Chase Apartments, and U.S. Residential Group, LLC. Cause No. 2017-53106. 164th Judicial District of Harris Count, Texas. 2019 (deposition).

Burl C. Luce and Pamela H. Gomez v. SGS North America, Inc., dba SGE Petroleum Service Corporation, Lease Plan, U.S.A., Billy Wayne Rogers. Cause No. 2017DCV-5925-C. 94th Judicial District, Nueces County, Texas. 2019 (deposition)·

Laurie Ramirez v. Autozone Parts, Inc., and Eric Hernandez. No. 2018CCV-60978-4. County Court at Law No. 4, Nueces County, Texas. 2019 (deposition)

Luis O. Escamilla and Laura Escamilla, individually and as next friend of P.E. and R.E., minor children, vs. Killam Oil, Co. Ltd and Sosteros Ibarra Rosales. Cause

No. 2018CVA000563D1. 49th Judicial District, Webb County, Texas. 2019 (deposition)

Steven Bouche vs. Quantum Hospitality, LLC. Cause No. 2015-45760. 295th Judicial District, Harris County, Texas. 2019 (deposition)

Mark Armstrong and Erika Armstrong vs. Wing Enterprises. Case No. 4:18-cv-01238. U.S. District Court, Southern District of Texas, Houston Division. 2019 (deposition)

Sarah Middleton vs. Suncoast Post-Tension, Ltd., D.L., Peterson Trust and Michael Anthony Martin. Cause 2017CI14614. 288th Judicial District, Bexar County, Texas. 2019 (deposition)

Danae Ruth McGann, individually, and a.n.f. of L.M., a minor, vs. Kevin Lilly a.n.f. of H.J.L., a minor; State Farm Mutual Automobile Insurance Company; and Hannah J. Lilly, individually. Cause 366-04515-2017. 366th Judicial District, Collin County, Texas. 2019 (deposition)

Gulruz Nazrishoev vs. Ruben Luis Allende and Irma Landeros d/b/a Mex Transport. Cause No. C-2818-18-C. 139th Judicial District, Hidalgo County, Texas. 2019 (deposition)

Dezmon Simpson vs. Genesis Energy, LP, Genesis Davison, LLC, Davison Transportation Services, Inc., Two Amigos Auto Repair, and James T. Benefield. Cause No. D-199677. 136th Judicial District, Jefferson County, Texas. 2019 (deposition, trial)

Elizabeth Daniels vs. Dr. Augustus E. Lyons, M.D., F.A.C.S. Arlington Surgical Association, and USMD Surgical Hospital at Arlington, LP. Cause No. 342-298522-18. 342nd Judicial District, Tarrant County, Texas. 2019 (deposition, hearing)

Fred Medina vs. Justin Ray Richter and Angel Brothers Enterprises, Ltd. Cause No. 2017-83962. 55th Judicial District, Harris County, Texas. 2019 (deposition)

Hazel Gunter, individually and as next of friend of Maddison McKinna, a minor; Kelley Eckert, individually and as next friend of Kelsi Chenault and Kade Chenault, minors; and James Dennis Armstrong, Jr., plaintiffs, vs. Anchor Trucking, LLC, ), Crosscal Transport, LLC ) and James Wesley Adams. 18th Judicial District, Johnson County, Texas. 2019 (deposition)

Billie Hitt vs. Myrmac Corporation a/k/a McDonald's. Cause No. C2018032. 355th Judicial District, Hood County, Texas. 2020 (deposition)

Francisco Baeza; Victor Gonzales; Pedro Tarango Pacheco; Leonarda Gonzales, individually, and a/n/f of A.G., an incapacitated minor; Leslie Diaz, individually, and a/n/f of J.B., a minor; Aidee Olivas Lopez, individually, and a/n/f of J.O., a minor, vs. Crownquest Operating, LLC, Sean Parker, and Wildcat Oil Tools, LLC. Cause No. 1801.118th Judicial District, Glasscock County, Texas. 2020 (trial)

Diana Browne vs. RNDC Texas Management Co., LLC d/b/a Republic National Distributing Company, RNDC Texas, LLC, and Martin Alvarado. Cause No. 2018-75129. 80th Judicial District, Harris County, Texas. 2020 (deposition)

William Joseph Benard, et ux, vs. BNSF Railway Company. Cause No. 2018-26373. 80th Judicial District, Harris County, Texas. 2020 (deposition)

Ramses Lambaria-Gonzales vs. United Parcel Service, Inc. and Richard L. Rodgriguez. Cause No. 2018CI08525. 408th Judicial District Court, Bexar County, Texas. 2020 (hearing)

Abel Garcia vs. Neri Quintanilla vs. Bedrock Petroleum Consultants, LLC, Verdun Oil & Gas, LLC, Joe McElreath, and Neri Quintanilla. Cause No. DC-18-238. 229th Judicial District Court, Duval County, Texas. 2020 (deposition)

Marcus Willis and Micah Willis vs. Yaffa Bloch. Cause DC-18-17050. 191st Judicial District Court, Dallas County, Texas. 2020 (deposition)

Armando Batista vs. Toroz, Inc., and Marden Francisco Bonilla. Cause No. 2018-62832 55th Judicial District Court, Harris County, Texas. 2020 (deposition)