**MOHAMMAD ETMINAN, M.D.**

**AMERICAN BOARD OF ORTHOPAEDIC**

.

Date:       11-09-20


Claimant:    Justin Moore

DOB:        12-30-1967

DOI:        06-08-2017

Case:       Justin Moore and Judith Moore vs. DB INDUSTRIES, LLC d/b/a 3M FALL
            PROTECTION, CAPITAL SAFETY USA, CAPITAL SAFETY GROUP, and
            DBI/SALA; SAFEWORDS, LLC d/b/a POWER CLIMBER WIND; and POWER
            CLIMBER BVBA d/b/a POWER CLIMBER WIND

Cause No.:   6:19-cv-00038-C


Attorney:    Steven Augustine

Firm:        Thompson, Coe, Cousins & Irons

Address:     One Riverway, Suite 1400
             Houston, TX 77056


To Whom It May Concern:

I have had the opportunity to review the records for Justin Moore. The following is a summary of my findings and my assessment.

## SUMMARY OF RECORDS


**10-29-2012, Orthopaedic Associates-Cedar Park, Progress Note, Jay Borick, MD**

EXHIBIT 6

Left hip pain. He states 2 1/2 months ago he began to have pain in his left hip with no known injury. His pain was improving then 3 weeks ago he was having more severe pain on the lateral aspect of the hip with radiating pain down the leg. The patient was being treated at a chiropractor's office but was seeing no improvement. He then went to his primary care physician. He was sent to CPMC for x-rays on 10/23/12 and also for a MRI of the left hip on 10/26/12. The patient's pain is more severe when attempting to get up from sitting down and when the leg is hanging. No clicking or popping. He has no other problems or concerns.

MRI left hip dated 10-29-2012 reviewed.

PAST MEDICAL HISTORY:
Reflux
DM

SURGICAL HISTORY:
Knee scopes 12 years ago

Nonsmoker

OBJECTIVE:
*LUMBAR SPINE:*
tenderness left paraspinals muscles
gluteal pain, radicular pain, left
(+) SLR, left

ASSESSMENT:
Lumbar Disc/Radi Location left - mild improvement
Sciatica - LEFT

PLAN:
MRI of L/S spine

f/u after test

**10-29-2012, Cedar Park Regional Medical Center, MRI Left hip WO contrast**

IMPRESSION:

Correlate with ligamentous injury/avulsion injury at the medial aspect of the left greater trochanter. Further evaluation with MRI is recommended.

**10-31-2012, Austin Radiological Association, MRI Lumbar spine WO contrast**

IMPRESSION:
1. Left paramedian L4-L5 disc herniation with caudal extrusion along the course of the left L5 nerve root.
2. Multifactorial degenerative changes at L2-L3, L3-L4 and LS-S1 do not produce radiographically significant compromise of the central canal or foramina.

**10-31-2012, Orthopaedic Associates-Cedar Park, Progress Note, Jay Borick, MD**

He states he can feel a knot at the left side of the lower back. He has pain that radiates all the way to his calf. He states he has been using ibuprofen 800.

OBJECTIVE:

LUMBAR SPINE:

Mild Tenderness paraspinals muscles

Decreased ROM

Radicular pain into the left lower extremity only.

(+) SLR, left

MRI Left hip dated 10-29-2012 reviewed.

MRI Lumbar spine dated 10-31-2012 reviewed.

ASSESSMENT:

Lumbar disc/radi, left

Sciatica, left


PLAN:

Continue with current medications currently completing a medrol dose pack.

f/u 3 weeks

Celebrex samples given. He can call for a Rx

He desires a series of chiropractic adjustments for this.

Consider further treatment options if doesn't note improvement in symptoms


**11-13-2012, Orthopaedic Associates-Cedar Park, Progress Note, Jay Borick, MD**


Follows up of the left hip. Since last visit he has improved.

VAS: 4/10

Still has flares up in his hip.

He would like to talk about receiving a cortisone injection today.


PLAN:

Referral to Pain management (John Wages) for possible L5 nerve root injection.

f/u as needed


**10-16-2013, Family First Healthcare- Cedar Park, Progress Note, Theresa Jones, APRN, FNP-C**


Headache, body aches, cough


MEDICATIONS:

Xanax


PROBLEMS

Type II diabetes mellitus without complication

Hip pain

Temporomandibular joint disorder

**10-16-2013, Austin Radiological Association, Chest 2 views**

*Referring: Theresa Jones, NP          Radiologist: Ken Trevino, MD*

<u>FINDINGS:</u>

Lungs: The lung fields are clear.

Pleura: No pleural effusion or pneumothorax is scen.

Heart and pulmonary vascular: The heart and pulmonary vasculature are unremarkable.

Osseous structures: The osseous structures are normal.

<u>IMPRESSION:</u>

Normal chest.

**10-22-2013, Family First Healthcare- Cedar Park, Progress Note, Theresa Jones, APRN, FNP-C**

c/o burning with urination, low back pain, and would like a prostate exam.

**10-25-2013, Family First Healthcare- Cedar Park, Progress Note, Theresa Jones, APRN, FNP-C** *(No Change)*

**10-30-2013, Family First Healthcare- Cedar Park, Progress Note, Theresa Jones, APRN, FNP-C**

Prostatitis

Currently treated for prostatitis

Had I episode of hematuria 3 days ago, No pain, frequency

**12-19-2013, Family First Healthcare- Cedar Park, Theresa Jones, APRN, FNP-C**

*(Fever, cough)*

**12-20-2013, Austin Radiological Association, Chest 2 views**

*Referring: Theresa Jones, NP          Radiologist: Shirley Chow, MD*

FINDINGS:

The heart, lungs, bones, mediastinum, pleural spaces, and pulmonary vasculature.
are within normal limits.

IMPRESSION:

Normal chest.

**12-31-2013, Family First Healthcare- Cedar Park, Theresa Jones, APRN, FNP-C**

MEDICATIONS:

Medrol dose pak

**12-31-2013, Auston Radiological Association, Chest 2 views**

*Referring: Theresa Jones, NP                Radiologist: Jason Naples, MD*

Subtle bibasilar opacities, not significantly changed.

Cardio mediastinal silhouette is unchanged.

No pleural effusion demonstrated.

No pneumothorax visualized.

IMPRESSION:

Stable scattered basilar pulmonary airspace opacities, nonspecific although possibly representing
an atypical infectious process.

**01-06-2014, Family First Healthcare- Cedar Park, Theresa Jones, APRN, FNP-C**

f/u from hospital stay for pneumonia. Patient reports was in CPRMC for 4 days.

MEDICATIONS:

Medrol dose pak

**01-13-2014, Family First Healthcare- Cedar Park, Theresa Jones, APRN, FNP-C**

c/o still having coughing spells & SOB.......rw

**10-15-2014, Family First Healthcare- Cedar Park, LAURA HIGGINBOTHAM, CNP**
*(Headache, forehead)*

**10-15-2014, Family First Healthcare- Cedar Park, Theresa Jones, APRN, FNP-C**
*(URI)*

**10-31-2014, Family First Healthcare- Cedar Park, Theresa Jones, APRN, FNP-C**
*(Allergies)*

dexamethasone 4 mg/ml injection solution

De po-Testosterone 200 mg/ml intramuscular oîl

clonazepam 0.5 mg tablet

**12-01-2014, Family First Healthcare- Cedar Park, Theresa Jones, APRN, FNP-C**
*(Earache)*

Left Earache, worsening over last 2 weeks. Popping noise in ear

**12-14-2015, Family First Healthcare- Cedar Park, Progress Note, Theresa Jones, APRN, FNP-C**

Popping noise in the ears

ASSESSMENT:

abnormal testosterone

eustachian tube disorder

**01-22-2016, Family First Healthcare- Cedar Park, Theresa Jones, APRN, FNP-C**
*(Lab results)*

Monofilament test two weeks ago at surgeon's office normal

**02-22-2016, Family First Healthcare- Cedar Park, Progress Note, Theresa Jones, APRN, FNP-C** *(Hyperlipidemia/DM)*

Just had hernia surgery

**04-05-2016, Family First Healthcare- Cedar Park, Progress Note, Theresa Jones, APRN, FNP-C**

(+) Dizziness

No headache

Taking and invokamet has also lost weight working out every day blood sugars 80 sometimes lightheaded when working out

**01-18-2017, Family First Healthcare- Cedar Park, Progress Note, Theresa Jones, APRN, FNP-C** *(Sore throat, Congestion, Cough, Fever, Flu-like symptoms)*

MEDICATIONS:

Hydrocodone

Vicodin

**06-08-2017, Employers First Report Of injury or Illness**

18. Name of Injury: Contusion
19. Part of Body Injured or Exposed: Insufficient Info to Properly Identify -Unclassified
20. How and Why Injury/illness Occurred: being evaluated for injuries sustained during a fall.
24. Cause of Injury (fall, tool, machine, etc.): Unspecified fall

*Description of Incident-detailed Sequence of Events (attach additional pages as necessary)*

The ibex cable broke, I was on the yaw deck about to descend, I had applied pressure to initiate the ibex. I reached for the hatch and started my descent, it was not a foot after I started the descent that the ibex broke, actually if my memory serves me I believe it broke as I was pulling the hatch down. I took a ride for about 10-20 feet. The lad 5AF deployed with flying colors. Not sure why it didn't deploy immediately as my hands were never on the lad saf, however it did stop me but not before it slammed me against the ladder. I was at the saddle deck or near it. I got on the radio and told Corey Wade I was fine. My lad saf was deployed and was really stuck on the cable so Corey sent me his lad saf. got down safely.

*Corey Wade Statement*

I was at the base of the tower unloading bags, when I heard Justin come over the radio, saying he was "good". At that time, I asked what had happened. He said the climb assist cable had broken, and his lad-safe was stuck on the cable. He requested my lad safe. I sent it up to him, and he climbed down safely.

**06-08-2017, Rollins Brook Community Hospital, Triage, Jeanette Brito, RN**

Walk in, arrived from home
Patient with lower back pain and left sided rib pain. Hurts to take deep breaths.
Rib/trunk swelling- musculoskeletal – non traumatic

VAS: 5/10

GCS: 15

AOx4, no acute distress

**06-08-2017, Rollins Brook Community Hospital, ER Record, Konrad Eppel, MD**

The patient presents with trunk-chest injury. Onset was just prior to arrival. Constant pain, minimal.  No associated symptoms

VAS: 2/10

PHYSICAL EXAMINATION:

AOx4, no acute distress

*CHEST WALL*: diffuse tender along bilateral fibers

*BACK*: non tender

*MUSCULOSKELETAL:* normal ROM

Bilateral ribs XR 3 views obtained.

IMPRESSION:

Strain of muscle and tenson of front wall of thorax

PLAN:

RX Flexeril and Toradol

f/u with PCP 1-2 days

**06-08-2017, Bilateral ribs XR 3 views; Radiologist: Stephen Vancura, MD**

FINDINGS:

The lungs are clear. Heart size normal. I note no acute or active chest disease. I note no rib fracture or pulmonary contusion or pneumothorax or other acute chest or chest wall pathology. Rib fractures are often occult radiographically.

IMPRESSION:

Normal exam. No rib fractures are identified in these images. However, rib fractures are commonly occult radiographically. No pulmonary infiltrates or effusions. No pulmonary contusion.

**06-09-2017, Texas Worker's Compensation Work Status Report, Ron McGaugh, MD**

DESCRIPTION OF INJURY:

Fell 25-30 feet. Harness caught me, ribs & shoulders

The injured employee's medical condition resulting in the worker's compensation injury will allow the employee to return to work as of 06-12-2017 with restrictions.

RESTRICTIONS:

No lifting, pushing, pulling more than 10lbs.

DIAGNOSIS:

Rib contusion

Shoulder sprain

**06-12-2017, Texas Orthopedics, Sports & Rehab Associates, Cedar Park Occupational Medicine Clinic, Ron McGaugh, MD**

Received conservative care and was prescribed medications. Initially felt some improvement, but over time his symptoms increased. He continued to experience pain and tenderness to both his AC joints and bicipital grooves, along with limited range of motion to both shoulders. An MR arthrogram of the right shoulder was ordered.

**06-12-2017, Texas Worker's Compensation Work Status Report, Ron McGaugh, MD**

The injured employee's medical condition resulting in the worker's compensation injury will allow the employee to return to work as of 06-12-2017 with restrictions.

**06-19-2017, Cedar Park Occupational Medicine Clinic, Ron McGaugh, MD**

Primary problem is pain located in the left ribcage. Says that it seems to be intermittent. It is improved with medications.
VAS: 4/10.

Secondary problem is pain located in the left shoulder. Says that it seems to be intermittent.
VAS: 6/10.

ROS:
(+) joint pain, joint stiffness

EXAMINATION:
Bruising present over left anterior inferior chest. Abrasion present over left anterior inferior chest.

DIAGNOSIS:
Sprain of ribs

RX Mobic
Will continue meds and restricted duty.
F/u 2 weeks

**06-19-2017, Texas Worker's Compensation Work Status Report, Ron McGaugh, MD**

The injured employee's medical condition resulting in the worker's compensation injury will allow the employee to return to work as of 06-19-2017 with restrictions.

NO RESTRICTIONS LISTED.

**06-24-2017, Rollins Brook Community Hospital**

ADMIT DX:

Other specified inquires of Thorax

Strain of muscle and tendon of front wall of thorax

**07-05-2017, Texas Orthopedics, Sports & Rehab Associates, Cedar Park Occupational Medicine Clinic, Progress Note, Ron McGaugh, MD**

Pain located in left rib cage. Reports as sore.

Minimal and intermittent. Improved with medications. Feels it is improving.

VAS: 2/10

Bilateral shoulder pain. Sore, moderate, intermittent.

Feels it is not improving.

VAS: 5/10

ROS:

(-) dizziness, joint swelling, muscle cramping, muscle pains, muscle weakness, headache, numbness, tingling

(+) joint pain, joint stiffness

EXAMINATION:

Bilateral shoulder pain to palpation bicipital groove and AC joint

ROM limited

DIAGNOSIS:

Sprain of ribs

Pain in right shoulder

Pain in left shoulder

PLAN:

Referred to Orthopedic surgery

Work status – restricted duty.

**07-05-2017, Texas Worker's Compensation Work Status Report, Ron McGaugh, MD**

The injured employee's medical condition resulting in the worker's compensation injury will allow the employee to return to work as of 07-05-2017 with restrictions and is expected to last through 07-21-2017.

RESTRICTIONS:

Light duty

**07-07-2017, Orthopaedics Associates at Cedar Park, Progress Note, Jay Borick, MD**

Developed bilateral shoulder pain on 6/9/17 while at work when a cable line broke and he fell from it. Pain is located anterior medial in both shoulders. He describes symptoms as intermittent increased pain with certain movements. Notes limited ROM and a dull ache.
VAS: 7/10. He is taking meloxicam at this time. He denies any recent imaging. He notes no other symptoms

Limited ROM and dull ache

VAS: 7/10

ROS:

(+) back pain, joint pain and neck stiffness

<u>EXAM:</u>

Normal gait

*CERVICAL SPINE*: normal inspection/palpation, ROM, muscle strength and tone, and stability

*RIGHT SHOULDER:*

mild to moderate tenderness anterior shoulder subacrominal region – trace.

Supraspinatus, biceps +4/5

(+) Drop arm

(+) Empty can

(+) Speed's

*LEFT SHOULDER:*

moderate tenderness subacrominal region

Pain with ROM

Supraspinatus +4/5

(+) Drop arm

(+) Empty Can

(+) Obrien's

(+) Speed's

(+) Neer's

Bilateral shoulder XR 2 views obtained.

*PER NOTE XR RESULTS:*

GH joints WNL. Mild AC joint OA, Type 2 acromions.

<u>ASSESSMENT</u>:

Pain in right shoulder

Pain in left shoulder

PLAN:

Limit aggravating activities.

MRA both shoulders to R/O SLAP tears and cuff tears.

F/U after tests

**07-07-2017, Texas Worker's Compensation Work Status Report, Jay Borick, MD**

DESCRIPTION OF INJURY:

Bilateral shoulder

The injured employee's medical condition resulting in the worker's compensation injury will allow the employee to return to work as of 07-07-2017 with restrictions and is expected to last through 08-07-2017.

RESTRICTIONS:

No pushing, pulling, climbing ladders, overhead reaching

Restrictions specific to left and right arm.

May not lift/carry objects more than 10lbs.

**07-14-2017, MRI patient history and screening form**

Both shoulders (upper) from fall off ladder 06-21-2017.

Work related injury.

SURGERIES:

2 right knee debridement's

**07-14-2017, Austin Radiological Association, MRI Right shoulder arthrogram**

*Referring: Jay Borick, MD*               *Radiologist: Michael Harper, MD*

FINDINGS:

ROTATOR CUFF AND BICEPS TENDONS: There is a small full-thickness tear involving the anterior one third of the supraspinatus tendon. There is no muscle atrophy nor any significant fatty infiltration. Grade 1 on the Goutallier grading system. Infraspinatus tendon has moderate tendinopathy. Teres minor is intact. At least mild subscapularis tendinopathy.

Similar to the contralateral left shoulder, this right shoulder demonstrates subluxation of the biceps tendon at the lesser tuberosity with tendinopathy of the intra-articular portion of the biceps tendon. Intact biceps tendon labral anchor.

LABRUM: SLAP tear of the superior labrum with a very small par labral cyst at the posterosuperior corner which measures 5 mm. Normal posterior labrum. Normal inferior labrum.

SUBACROMIAL AND SUBDELTOID BURSA: Arthrogram fluid does extend into the bursa.

ACROMIOCLAVICULAR JOINT: There is minimal degenerative arthrosis of the acromioclavicular joint. The acromion is type I in morphology.

OSSEOUS STRUCTURES: No Hill-Sachs deformity. No bony Bankart lesion.

GLENOHUMERAL JOINT: Normal alignment of the glenohumeral joint.

SOFT TISSUES: Normal.

IMPRESSION:
1. There is a small full-thickness tear Involving the anterior one third of the supraspinatus tendon. No significant tendon retraction. No muscle atrophy.
2. Moderate infraspinatus tendinopathy.
3. Biceps tendon Is medially subluxed at the lesser tuberosity. It is not completely dislocated. There is tendinopathy of the Intra-articular biceps tendon.
4. SLAP tear of the superior labrum.

**07-14-2017, Austin Radiologic Association, MRI Arthrogram Left shoulder**

*Referring: Jay Borick, MD*                    *Radiologist: Michael Harper, MD*

FINDINGS:

ROTATOR CUFF AND BICEPS TENDONS: The supraspinatus, infraspinatus, subscapularis, and teres minor tendons are Intact without partial nor full-thickness cuff tear. Minimal supraspinatus tendinopathy. There is no partial cuff tear. Teres minor is normal. Subscapularis tendon is moderate tendinopathy. Biceps tendon is medially subluxed at the lesser tuberosity, yet it is not frankly dislocated. The intra-articular portion of the biceps tendon has moderate tendinopathy without tear.

LABRUM: Intact biceps tendon labral anchor. There is no tear of the anterior nor posterior labrum. Anterior labrum is normal. There is no superior labral tear.

SUBACROMIAL AND SUBDELTOID BURSA: Normal.

ACROMIOCLAVICULAR JOINT: There is mild degenerative arthrosis of the acromioclavicular joint. The acromion is type I in morphology.

OSSEOUS STRUCTURES: No Hill-Sachs deformity. No bony Bankart lesion,

GLENOHUMERAL JOINT: Normal alignment glenohumeral joint.

SOFT TISSUES: Normal.

IMPRESSION:

1. There is no labral tear.
2. Minimal supraspinatus tendinopathy. There is no partial or full-thickness cuff tear.
3. The biceps tendon is medially subluxed at the lesser tuberosity and there is some tendinopathy of the intra-articular portion of the biceps tendon.


**07-17-2017, Orthopaedic Associates Cedar Park, Office Note, Jay Borick, MD**

Notes he developed bilateral shoulder pain on 06-09-2017 while at work when a cable line broke and he fell from it. He caught from falling further by grabbing onto ladder with outstretched arms.

Pain located anteriorly in both shoulders.

Pain worse left shoulder.

VAS: 8/10

Taking Meloxicam

ROS:

(+) back pain, joint pain, and neck stiffness

CHANGES TO EXAM:

*Right shoulder:*

(+) Hawkin's

(+) Neer's

*Left shoulder:*

(+) Hawkin's

MRI bilateral arthrogram shoulder dated 07-14-2017 reviewed.

ADDITION TO ASSESSMENT:

Superior glenoid labrum lesion of right shoulder

Sprain of right rotator cuff capsule

Bicipital tendinitis, right shoulder

Subluxed biceps tendon at bicipital groove.

Impingement syndrome of left shoulder Condition

Bicipital tendinitis, left shoulder

Subluxed biceps tendon out of bicipital groove.

Impingement syndrome of right shoulder

PLAN:

Limit aggravating activities until time of surgery.

Patient desires to proceed with surgery.

F/U after Arthroscopic left shoulder subacrominal decompression/acromioplasty; glenohumeral debridement, open biceps tenodesis, possible rotator cuff repair

COMMENTS:

Will require arthroscopy with biceps tenodesis and cuff repair on the right once adequately recovered from left shoulder surgery.

**07-17-2017, Texas Worker's Compensation Work Status Report, Jay Borick, MD**

The injured employee's medical condition resulting in the worker's compensation injury will allow the employee to return to work as of 07-17-2017 with restrictions and is expected to last through 08-17-2017.

RESTRICTIONS:

No pushing, pulling, climbing ladders, overhead reaching
Restrictions specific to left and right arm.
May not lift/carry objects more than 10lbs.

**07-21-2017, Texas Orthopedics, Sports & Rehab Associates, Cedar Park Occupational Medicine Clinic, Progress Note, Ron McGaugh, MD**

Left ribcage, no pain, no longer a problem.
VAS: 0/10.

Bilateral shoulder, sore, moderate, constant, getting worse.
VAS: 8/10. He states that he saw Dr. Borick on 07/14/2017.
Recommended surgical intervention to fix the tears present in both shoulders.

ADDITION TO DIAGNOSIS:

Unspecified rotator cuff tear or rupture of right shoulder not specified as traumatic.

PLAN:

Waiting on approval for surgery to be approved

Will need XR's of both shoulders

Recommend restricted work status duty

**07-21-2017, Texas Worker's Compensation Work Status Report, Ron McGaugh, MD**

The injured employee's medical condition resulting in the worker's compensation injury will allow the employee to return to work as of 07-21-2017 with restrictions and is expected to last through 08-28-2017.

RESTRICTIONS:

Light duty

**07-24-2017, Peer Review, Kenneth Ford, MD #1**

Opined that the compensable injury extended to a right shoulder labral tear (SLAP tear); small full-thickness tear of the right supraspinatus tendon; and medial subluxation of the right and left biceps tendons, and there were no tears noted on the left shoulder MRI.

The conditions that were not related to the injury of June 8, 2017, include bilateral biceps tendinopathy, right infraspinatus tendinopathy, left supraspinatus tendinopathy, diabetes, and hypertension. The reasonable and necessary treatment for the compensable injury would include conservative care management that would last a minimum of 6 to 12 weeks.

Dr. Ford further opined that the injury was a substantial factor in the request for left shoulder surgery whereas that was the only significant abnormality noted on MRI. It seems like Mr. Moore should have at least three months of conservative treatment prior to surgery, which was what ODG recommends for small full-thickness rotator cuff tears, partial-thickness tears, or impingement syndrome. There was no objective evidence for aggravation.

**08-01-2017, Orthopedics Associates of Cedar Park – Cedar Park, Progress Note, Jay Borick, MD**

ADDITION TO ASSESSMENT:

Unspecified injury of muscle, fascia and tendon of long head of biceps, right arm

PLAN:

F/U after surgery - left arthroscopic subacromial decompression/acromioplasty, glenohumeral debridement, open biceps tenodesis, possible rotator cuff repair.

**08-01-2017, Texas Worker's Compensation Work Status Report, Jay Borick, MD**

The injured employee's medical condition resulting from the worker's compensation injury will allow the employee to return to work as of 08-01-2017 with restrictions which is expected to last through 09-01-2017.

RESTRICTIONS:

No pushing, pulling, climbing ladders, overhead reaching

Restrictions specific to left and right arm.

May not lift/carry objects more than 10lbs.

**09-01-2017, Orthopedics Associates – Cedar Park, Progress Note, Jay Borick, MD**

Notes left shoulder pain and would like work up due to increasing pain.

ROS:

Admits back pain, joint pain and neck stiffness

Denies headache, LOC, numbness, tingling or pins and needles, weakness

OBJECTIVE:

AOx4

*MUSCULOSKELETAL:* Normal gait. Station normal.

*Cervical spine*: normal inspection/palpation, ROM, muscle strength and tone, and stability.

PLAN:

Will proceed with surgical treatment of right shoulder injuries at this time. We will proceed with more symptomatic left shoulder before operating on less symptomatic right shoulder.

**09-01-2017, Texas Worker's Compensation Work Status Report, Jay Borick, MD**

The injured employee's medical condition resulting from the worker's compensation injury will prevent and continues to prevent the employee from returning to work as of 09-01-2017 and is expected to last through 10-01-2017.

**09-08-2017, Family First Healthcare- Cedar Park, Progress Note, Theresa Jones, APRN, FNP-C** *(Sore throat, Congestion, Body aches, Cough)*

Notes myalgia, cough, congestion, headache

**09-11-2017, Cedar Park Regional Medical Center, Operative Report, Jay Borick, MD**

PREOPERATIVE DIAGNOSIS:

Right shoulder rotator cuff tear

superior labrum tear

biceps tenosynovitis

subluxing biceps tendon.

POSTOPERATIVE DIAGNOSIS:

Right shoulder rotator cuff tear

superior labrum tear

biceps tenosynovitis

subluxing biceps tendon.

PROCEDURES:

Right shoulder arthroscopy with limited glenohumeral debridement

subacromial decompression and acromioplasty

mini open rotator cuff repair

open biceps tenodesis.


No complications.


**09-11-2017, Cedar Park Regional Medical Center, ER Department, Lindsey Lawrence, MD**


ASSESSMENT:

*20:20*

Pain: Denies pain


Breath sounds are diminished in right upper lobe and right middle lobe.

Musculoskeletal: shoulder sling and swathe in place from recent right rotator cuff surgery. Nerve block device in place. pt denies any pain in shoulder.


*8 :25 PM* **CHEST 2V, Radiologist: Charles Johnson, MD**


FINDINGS:

There is mild prominence of the cardiac size. There is patchy stranding opacities - questionable atelectasis vs early infiltrate vs mild edema (can consider follow-up to resolution if concern), in the infrahilar regions. There is no definitive effusion. The chest wall is unremarkable.


IMPRESSION:

1.   Mild patchy opacity - likely atelectasis vs early infiltrate vs edema as above


*21:25*

history of diabetes and hyperlipidemia presenting with shortness of breath and vomiting. Patient had a right rotator tear cuff repair today with Dr. Borick. He has a Ropivacaine nerve block in place. He reports typically after surgery he has been experiencing shortness of breath. He feels that he cannot take a deep breath. He denies chest pain. He started having multiple episodes of vomiting at home. Here general anesthesia before without a similar response. He is concerned this may be a reaction to the ropivacaine.

*21:28*

Neck: Supple, full range of motion without nuchal rigidity.

Musculoskeletal/extremity: RUE: +radial pulse. able to move all fingers. silt.

Neuro: Orientation is normal, to person, place, time & situation.

Motor: strength is 5/5 in all extremities, muscle tone is intact

Gait: is steady, at a normal pace, without difficulty.

GCS: 15

*22:29*

TROP POC 0.06 - 0.29

Consistent with circulating Troponin with possible myocardial injury.

Consistent with a myocardial injury extensive enough to conform with AMI as defined by WHO.

*23:20*

DISCHARGE ASSESSMENT:

No cognitive and/or functional deficits noted.

Follow-up phone call after discharge offered

Prescriptions given X 2.

*23:23*

ED COURSE:

Patient presented with shortness of breath and nauseated. He is hyperglycemic but without an

anion gap to suggest diabetic ketoacidosis. Chest x-ray is negative for pneumothorax. It does show atelectasis versus early infiltrate. Patient reports that he has a Z-Pak for presumed pneumonia/illness that started 3 days ago.

He reports that he was also prescribed Keflex today by Dr. Borick. However, he reports that Keflex makes him feel ' terrible' and he does not plan to take it. Given patient will not take his Keflex and has been on a Z-Pak, patient will stop the Z-Pak and not start the Keflex and take doxycycline and stent. Doxycycline should cover a possible pneumonia as well as postoperative infections. I called and discussed the Ropivacaine nerve block with anesthesia. They confirmed to me that they can cause diaphragmatic weakness and significant sensation of shortness of breath. Patient is not tachypneic. He is not hypoxic. He has turned the Ropivacaine down and I explained to him that he could clamp the line to do a trial without it instead of pulling it early if needed. He initially had nausea which has resolved after Zofran. Continues to have no chest pain. He continues to have no abdominal tenderness to palpation on re-evaluation. His initial electrocardiogram shows no ST elevation, depression, arrhythmia. His cardiac enzymes are negative x2. His BNP is wnl. Discharged home.


*23:23*

ECG:

Clinical impression: No evidence of ischemia. Interpreted by me


IMPRESSION: Shortness of breath, Nausea and vomiting.


Prescriptions for Doxycycline Monohydrate, ZOFRAN ODT

Follow up: JAY M BORICK, MD Tomorrow; Reason: Recheck today's complaints


*23:24*

Patient left the ED.


**09-21-2017, Orthopedic Association – Cedar Park, Progress Note, Jay Borick, MD**

1st post op evaluation of Arthroscopic Left Shoulder Subacromial Decompression/Acromioplasty, Glenohumeral Debridement, Open Biceps Tenodesis performed on 9/11/17. Since his surgery, he states his right shoulder is improving. He notes a mild ache with certain movements but decreased pain at rest. He denies any pain medications at this time.

Also notes left shoulder pain and would like to discuss a further work up due to increasing pain.

PLAN:
Continue - right shoulder immobilizer
Initiate physical therapy
unable to work for: 4 months
f/u 4 weeks

**09-21-2017, Texas Worker's Compensation Work Status Report, Jay Borick, MD**

The injured employee's medical condition resulting from the worker's compensation injury will prevent and continues to prevent the employee from returning to work as of 09-21-2017 and is expected to last through 10-21-2017

**10-05-2017, Orthopedics Associates – Cedar Park, Progress Note, Jay Borick, MD**

s/p left shoulder surgery dated 09-11-2017.

PLAN:
Work Status: unable to work for: 4 months.
Schedule Follow-up: in 4 weeks.

**10-05-2017, Texas Worker's Compensation Work Status Report, Jay Borick, MD**

The injured employee's medical condition resulting from the worker's compensation injury will prevent and continues to prevent the employee from returning to work as of 10-05-2017 and is expected to last through 11-05-2017

**10-10-2017, Orthopedics Associates – Cedar Parke, Progress Note, Jay Borick, MD**

s/p right shoulder mini open RTC repair, open biceps tenodesis, and SAD on 09-11-2017.

He was injured at work on 6/9/17 when cable broke causing him to fall, injuring himself as he tried to grab onto the ladder as he fell.
Symptoms increase with random active movement and at end-ROM.
VAS: 3/10

OBJECTIVE:
Posterior capsule > inferior> anterior hypomobility noted, moderate to severe in posterior capsule, mild in anterior capsule.

PROM (in degrees):
flexion 125
abduction 90
ER 83
IR 32

ASSESSMENT:
Pain in right shoulder
Bicipital tendinitis, right shoulder
Impingement syndrome of right shoulder
Unspecified injury of muscle, fascia and tendon of long head of biceps, right arm
Sprain of right rotator cuff capsule

PLAN:

Will be seen 2 x week x 4 weeks for 8 visits.

**10-20-2017, Orthopedic Association, PT, Joel Mietus, PT**

Patient reports improvement in ROM since initial evaluation
Pain does not limit patient's ability to complete all tasks in therapy session.

**10-24-2017, Orthopedic Association, PT, Joel Mietus, PT**

Mild soreness today but continued improvement in ROM and no increase in pain with active movements.
Progressing towards goal achievement.

**10-27-2017, Orthopedic Association, PT, Joel Mietus, PT**

Some pain upon arrival, reports some relief by end of therapy session.

**10-31-2017, Orthopedic Association- Cedar Park, PT, Joel Mietus, PT**

Patient reports continued improvement despite persistent pain with end-range stretching.

**11-02-2017, Orthopedics Associates- Cedar Park, Progress Note, Jay Borick, MD**

s/p right shoulder surgery 09-11-2017. Right shoulder is improving.

OBJECTIVE:
Right shoulder:
(-) Neer's

PLAN:
f/u 4 weeks

Unable to work for 4 months

**11-02-2017, Orthopedics Associates- Cedar Park, Progress Note, Jay Borick, MD**

s/p left Arthroscopic Left Shoulder Subacromial Decompression/Acromioplasty, Glenohumeral Debridement, Open Biceps Tenodesis on 09-11-2017.

Denies any pain medications

PLAN:
Recommend left shoulder arthroscopy with glenohumeral debridement, subacromial decompression and open biceps tenodesis. Can be performed once pain and function have improved with right shoulder following recent surgery.

**11-02-2017, Texas Worker's Compensation Work Status Report, Jay Borick, MD**

The injured employee's medical condition resulting from the worker's compensation injury will prevent and continues to prevent the employee from returning to work as of 11-02-2017 and is expected to last through 12-02-2017.

**11-03-2017, Orthopedic Association- Cedar Park, PT, Joel Mietus, PT, No change**

**11-14-2017, Orthopedic Association- Cedar Park, PT, Joel Mietus, PT**

Reports continued improvement.

**11-29-2017, Orthopedic Association- Cedar Park, PT, Joel Mietus, PT**

Patient reports he is now seeing a DC for pain in central spine area base of neck/upper back. Shoulder continues to feel better each week. Strength is primary impairment.
Patient demonstrates functional ROM and strength.

**11-30-2017, Orthopedics Associates- Cedar Park, Progress Note, Jay Borick, MD**

Bilateral shoulder pain, sharp intermittent aching. He notes limited ROM and a dull ache. VAS:  6/10.

He notes his right shoulder is improving. ROM is better

CHANGES TO OBJECTIVE:

Right shoulder:

Surgical incision arthroscopic incisions healing well. Muscular discontinuity biceps. Possible failure of proximal biceps tenodesis. Minimal tenderness

Tenderness rhomboid, anterior shoulder, subacrominal region

PLAN:

Right shoulder - aspiration/injection major joint bursa injection

PROCEDURE:

Injection of Right Shoulder Scapulothoracic Region/Bursa with steroid and anesthetic

Medications: Lidocaine 1%; Marcaine.25%; Dexamethasone.

Right shoulder Scapulothoracic Bursa was injected with 2 cc dexamethasone, 1cc Lidocaine, 1cc Marcaine. The procedure was tolerated well

**11-30-2017, Texas Worker's Compensation Work Status Report, Jay Borick, MD**

The injured employee's medical condition resulting from the worker's compensation injury will prevent and continues to prevent the employee from returning to work as of 11-30-2017 and is expected to last through 12-30-2017.

**12-01-2017, Family First Healthcare- Cedar Park, Progress Note, Theresa Jones, APRN, FNP-C**

Hyperlipidemia

Essential hypertension

Type 2 diabetes mellitus without complication

<u>PHYSICAL EXAM</u>:

Monofilament testing to feet wnl

Motor strenght normal right and left

Gait normal

**12-04-2017, Orthopedic Association- Cedar Park, PT, Joel Mietus, PT**

Patient reports continued improvement.

Today is his last visit before he goes out of town and then possibly undergoes surgery on contralateral shoulder.

Waiting for preauthorization to continue PT on right shoulder after returns from vacation.

Hold therapy pending insurance authorization.

**12-14-2017, Orthopedic Association- Cedar Park, PT, Joel Mietus, PT**

ROM is WNL, but still causes end range pain associated with the stretch.

Lacks overhead strength necessary to perform work duties. Primary remaining weakness.

Patient reports continued improvement in both ROM and strength, but specifically identifies overhead press as primary remaining weakness.

**12-28-2017, Orthopedic Association- Cedar Park, PT, Joel Mietus, PT, No change**

**12-29-2017, Orthopedics Associates- Cedar Park, Progress Note, Jay Borick, MD**

Left shoulder pain.

VAS: 5/10.

Taking Motrin as needed.

He notes his right shoulder has worsened over last few weeks.

Today he notes intermittent aching mostly at night. ROM is improving.

PLAN:

Arthroscopic Left Shoulder Sub-Acromial Decompression/Acromioplasty, Glenohumeral
Debridement Open Biceps tenodesis and possible rotator cuff repair
Recommend repeat MR Arthrogram of right shoulder
Awaiting approval to proceed with left shoulder surgery.

**12-29-2017, Texas Worker's Compensation Work Status Report, Jay Borick, MD**

The injured employee's medical condition resulting from the worker's compensation injury will
prevent and continues to prevent the employee from returning to work as of 12-29-2017 and is
expected to last through 01-29-2018.

**01-04-2018**, **Orthopedic Association- Cedar Park, PT, Joel Mietus, PT**

Patient reports continued improvement in strength, but end-ROM when stretching causes pain in
all directions except shoulder ER

**01-09-2018, Orthopedic Association- Cedar Park, Progress Note, Jay Borick, MD**

Notes his right shoulder is slightly improved. He continues to have some limited ROM and
stiffness. He continues to have pain and weakness in his left shoulder.

**01-16-2018, Orthopedic Association- Cedar Park, PT, Joel Mietus, PT, No change**

**01-18-2018, Orthopedic Association- Cedar Park, PT, Joel Mietus, PT**

Reports starting to feel less pain with resistance.

**01-22-2018, Orthopedic Association- Cedar Park, PT, Joel Mietus, PT, No change**

**01-30-2018, Orthopedic Association- Cedar Park, PT Re Evaluation, Joel Mietus, PT**

Patient reports continued improvement in shoulder strength but reports persistent end-ROM pain.

OBJECTIVE:
AROM (in degrees):
flexion 160
abduction 150
ER 90
IR 56

*Strength:* Grossly 5/5 for resisted cardinal plane movements and RTC MMT's except abduction, infraspinatus and supraspinatus MMT's both 5-/5

*Joint Mobility:* Posterior joint capsule mild hypomobility persists, while anterior capsule WNL and inferior capsule near normal

*Scapular Stabilization*: WNL SH rhythm; Grossly 4+/5 for MMT's of interscapular musculature and serratus anterior

IMPRESSION:
Patient shows objective improvement in all areas.
He demonstrates impairment in area of posterior shoulder capsule hypomobility, limiting IR ROM.
PLAN:
Recommend continued therapy 1-2 times weekly x 4 weeks

**02-01-2018, Orthopedics Associates- Cedar Park, Progress Note, Jay Borick, MD**

Right shoulder is slightly improved. He continues to have some limited ROM and stiffness. Also comes in for left shoulder pain. Would like to discuss surgery today.

PLAN:

Repeat MRI right shoulder

Continues to have anterior arm pain and weakness.

Return after test.

Awaiting approval to proceed with left shoulder surgery.

Recommend proceed with surgery unless approved for possible rotator cuff repair.

Injection of Right Shoulder Scapulothoracic Region/Bursa with steroid and anesthetic

PROCEDURE:

The right shoulder Scapulothoracic Bursa was injected with 2 cc dexamethasone, 1cc Lidocaine, 1cc Marcaine. The procedure was tolerated well.

**02-01-2018, Texas Worker's Compensation Work Status Report, Jay Borick, MD**

The injured employee's medical condition resulting from the worker's compensation injury will prevent and continues to prevent the employee from returning to work as of 02-01-2018 and is expected to last through 03-01-2018.

**02-15-2018, Orthopedic Association- Cedar Park, PT, Joel Mietus, PT, No change**

**02-15-2018, Austin Radiological Association, MRI Right shoulder WO contrast**

*Referring: Jay Borick, MD*                    *Radiologist: Gregory Connor, MD*

FINDINGS:

*ROTATOR CUFF AND BICEPS TENDONS*: There are postsurgical changes in the humeral head including multiple surgical suture anchor screw tracts along the greater tuberosity and along the

superior margin of the intertubercular groove consistent with a supraspinatus tendon repair and a biceps tenodesis. There is persistent articular sided surface irregularity along the undersurface of the surgically repaired supraspinatus tendon likely representing the residual sequela of partial tearing. There is a partial interstitial tear of the infraspinatus tendon with fluid signal tracking along the musculotendinous junction of the infraspinatus. The teres minor and subscapularis tendons are intact. There is no evidence of muscular atrophy or muscle signal abnormality.

*LABRUM:* Again, seen is a tear through the superior glenoid labrum (series 103, Image 11) compatible with a SLAP type II tear. The remainder of the glenoid labrum is intact.

*SUBACROMIAL AND SUBDELTOID BURSA*: Normal.

*ACROMIOCLAVICULAR JOINT*: There is minimal degenerative arthrosis of the acromioclavicular joint. The acromion is type in morphology.

*OSSEOUS STRUCTURES*: Aside from the minimal degenerative changes at the acromioclavicular joint and the postsurgical changes in the proximal humerus, there are no additional foci of marrow signal abnormality.

*GLENOHUMERAL JOINT*: Normal. No significant glenohumeral joint effusion.

*SOFT TISSUES*: Normal.


IMPRESSION:

1. Postsurgical sequela of interval rotator cuff repair and biceps tenodesis, new since 07/14/2017. Residual articular-sided surface irregularity of the surgically repaired supraspinatus tendon without a recurrent full-thickness tear.
2. Partial interstitial tear of the infraspinatus tendon.
3. SLAP type II tear of the superior glenoid labrum, unchanged since 07/14/2017.
4. Minimal degenerative arthrosis of the acromioclavicular joint.


**02-19-2018, Orthopedics Associates- Cedar Park, Progress Note, Jay Borick, MD**


Right shoulder slightly improved.

Continues to have limited ROM and stiffness.


Right Shoulder MRI dated 02-15-2018 reviewed.

PLAN:

It is not recommended to proceed with surgery unless it is approved for possible rotator cuff repair.

f/u 4 weeks

Consider cortisone injection if shoulder pain does not improve with Physical Therapy

**02-19-2018**, **Texas Worker's Compensation Work Status Report, Jay Borick, MD**

The injured employee's medical condition resulting from the worker's compensation injury will prevent and continues to prevent the employee from returning to work as of 02-19-2018 and is expected to last through 03-19-2018.

**02-23-2018, Orthopedic Association- Cedar Park, Joel Mietus, PT**

Patient reports satisfaction with ROM, but persistent pain with elevation and ER. Completes exercises today without pain.

**03-12-2018, Orthopedic Association- Cedar Park, PT, Joel Mietus, PT**

Patient's ROM most limited in IR.

ROM good into flexion but patient experiences sharp pain bringing it back down into extension. Strengthening on OH motions is limited by pain.

**03-15-2018, Orthopedics Associates- Cedar Park, Progress Note, Jay Borick, MD**

Further evaluation of right shoulder pain. Since last visit, he notes improvements. Intermittent sharp pain with certain movements.

VAS: 6/10

Mild limited ROM and stiffness.

PLAN:

Recommended to proceed with surgery unless it is approved for possible rotator cuff repair.

Right shoulder injection

PROCEDURE:

Right shoulder sub-acromial space was injected with2 cc dexamethasone, 4cc Lidocaine, 4cc Marcaine.

The procedure was tolerated well.

**03-15-2018, Texas Worker's Compensation Work Status Report, Jay Borick, MD**

The injured employee's medical condition resulting from the worker's compensation injury will prevent and continues to prevent the employee from returning to work as of 03-15-2018 and is expected to last through 04-15-2018.

**03-26-2018, Orthopedic Association- Cedar Park, PT, Joel Mietus, PT, No change**

**04-05-2018, Orthopedics Associates- Cedar Park, Progress Note, Jay Borick, MD**

Right shoulder injection provided temporary relief.

VAS: 3/10. He continues to have some mild limited ROM and stiffness. Notes no changes or improvements to his left shoulder.

Left shoulder VAS: 7/10.

He notes he has been approved for left shoulder arthroscopy.

PLAN:

Will re-request for authorization to proceed with left shoulder arthroscopy with likely glenohumeral debridement, subacromial decompression/acromioplasty, and open biceps tenodesis, with possible rotator cuff repair if tear is noted at time of surgery.

**04-05-2018, Texas Worker's Compensation Work Status Report, Jay Borick, MD**

The injured employee's medical condition resulting from the worker's compensation injury will prevent and continues to prevent the employee from returning to work as of 04-05-2018 and is expected to last through 05-05-2018.

**05-04-2018, Peer Review, Kenneth Ford, MD #2**

Opined that Mr. Moore still was in the rehabilitation portion of his recovery from right shoulder surgery and was pending left shoulder surgery and it was not possible to determine disability at this time until recovery and the approved/pending left shoulder surgery were completed. Dr. Ford further opined that the extent of injury was limited to the traumatic traction injury to the bilateral upper extremities during his fall at work resulting in a right shoulder labral tear, small full-thickness tear of the right supraspinatus tendon, and medial subluxation of the right and left biceps tendons. The conditions unrelated to the accident included bilateral biceps tendinopathy, right infraspinatus tendinopathy, left supraspinatus tendinopathy, diabetes, and hypertension.

**07-10-2018, Orthopedics Associates, PT, Jay Borick, MD**

Patient reports today will be his last visit. Pain persists

IMPRESSION:
Patient has functional ROM and strength but cannot seem to resolve pain complaints. He is independent with HEP.

OBJECTIVE:
AROM and Strength grossly WFL

PLAN:
Discharge patient from PT with HEP.
Patient has functional ROM and strength but cannot seem to resolve pain complaints. He is independent with HEP.

**07-11-2018, Designated Doctor Examination, Initial Examination, Daniel Lerma, DC #1**

Opined that in addition to the compensable injuries of right shoulder labral tear (SLAP tear), small full thickness tear of the right supraspinatus tendon, and medial subluxation of the right and left biceps tendons, the additional claimed diagnoses of right shoulder impingement, left rotator cuff tear, bilateral biceps tendinopathy, and bilateral infraspinatus tendinopathy were also compensable since the compensable injuries were substantial factors in bringing about these additional claimed diagnoses/conditions and without it the additional diagnoses/conditions would not have occurred.

Has undergone two Right shoulder and one Left shoulder surgeries and received two injections to the right shoulder.

DWC-68 completed opining the injury extended to include right shoulder impingement, left shoulder rotator cuff tear, bilateral biceps tendinopathy, right infraspinatus tendinopathy, and left supraspinatus tendinopathy.

**07-16-2018, Family First Healthcare- Cedar Park, Theresa Jones, APRN, FNP-C** *(Cough)*

**07-27-2018, Orthopedics Associates – Cedar Park, Progress Note, Jay Borick, MD**

Right shoulder has slightly improved. He still notes discomfort in anterior arm with most activities and weakness with supination, such as while turning a screwdriver. Taking oxycontin as needed.

CHANGES TO OBJECTIVE:
*RIGHT SHOULDER:*
Hypotonia on the right involving only the proximal musculature of the upper extremity.
Hypotonia of long head biceps

PLAN:

scheduled surgery left shoulder arthroscopy with likely glenohumeral debridement, subacromial decompression/acromioplasty, and open biceps tenodesis, with possible rotator cuff repair if tear is noted at time of surgery.

**07-27-2018, Texas Worker's Compensation Work Status Report, Jay Borick, MD**

The injured employee's medical condition resulting from the worker's compensation injury will prevent and continues to prevent the employee from returning to work as of 07-27-2018 and is expected to last through 08-27-2018.

**08-16-2018, Orthopedics Associates – Cedar Park, Progress Note, Jay Borick, MD**

RIGHT SHOULDER VAS: 4-9/10
RIGHT SHOULDER VAS: 5/10
Not doing physical therapy at this time.

PLAN:

scheduled surgery left shoulder arthroscopy with likely glenohumeral debridement, subacromial decompression/acromioplasty, and open biceps tenodesis, with possible rotator cuff repair if tear is noted at time of surgery.
May consider obtaining new MRI to determine if further damage to rotator cuff tendons has occurred due to subluxing biceps tendon

**08-16-2018, Texas Worker's Compensation Work Status Report, Jay Borick, MD**

The injured employee's medical condition resulting from the worker's compensation injury will prevent and continues to prevent the employee from returning to work as of 08-16-2018 and is expected to last through 09-16-2018.

**08-31-2018, Cedar Park Regional Medical Center, Diagnoses / Procedures Validation**

PRINCIPAL DIAGNOSIS

Encounter for Preprocedural Cardiovascular Ex

SECONDARY DIAGNOSES

Impingement syndrome of left shoulder

Unspecified injury of muscle, fascia and tendon

**09-05-2018, Cedar Park Regional Medical Center, Operative Report, Jay Borick, MD**

PREOPERATIVE DIAGNOSIS:

Left shoulder biceps tendinitis and subluxation of biceps tendon and impingement syndrome.

POSTOPERATIVE DIAGNOSIS:

Left shoulder biceps tendinitis and subluxation of biceps tendon and impingement syndrome.

PROCEDURES:

Left shoulder arthroscopy with limited glenohumeral debridement, subacromial decompression and acromioplasty, and open biceps tenodesis.

No complications.

**09-18-2018, Orthopedics Associates – Cedar Park, Progress Note, Jay Borick, MD**

1st post op evaluation of left shoulder arthroscopy performed on 9/5/18. Since his surgery, he notes slow improvements.

VAS: 7/10 aching with certain movements, and 2/10 at rest. Taking Percocet as needed.

He is not doing physical therapy at this time.

PLAN:

Wean - left shoulder sling

Initiate physical therapy for gentle ROM left shoulder only. Limit elbow PT

f/u 4 weeks

Can begin elbow/biceps PT in 4-6 weeks.


**09-18-2018, Texas Worker's Compensation Work Status Report, Jay Borick, MD**


The injured employee's medical condition resulting from the worker's compensation injury will prevent and continues to prevent the employee from returning to work as of 09-18-2018 and is expected to last through 10-18-2018.


**10-04-2018, Orthopedics Associates – Cedar Park, Initial Evaluation, Kathleen Felder, PT, MS**


L shoulder s/p L shld SAD, Acromioplasty, and Biceps Tenodesis on 9/5/18. He sustained a R shld massive RC tear that he had repaired on 9/11/17 but the patient reports that the recovery was not 100% effective.

Reports some tingling in the hand when he is asleep. Only using ibuprofen at this time


OBJECTIVE:

Max pain = 9/10

wearing L shld sling


Shld AROM: (L/R in deg)

s/p R shld RCR 2017

Flex NT / 144

Ext NT / 56

ABD NT / 112

IR NT / 23

ER NT / 69

Fxn'l IR NT / L2

L Shld PROM: (in deg)

Flex 90

ABD 90

IR 52

ER 20


Shld MMT: (L/R)

Flex NT / 4

Ext NT / 4+

ABD NT / 4

IRNT/5-

ER NT / 4+

Biceps NT / 4+


TTP over the incisions, biceps long head

mod tight GH capsule, mod tight incisions


QuickDASH: 77.27% Disability Score

QuickDASH Work Module: 100% Disability Score


PLAN:

will be seen 1-2x/week x 8 weeks


**10-16-2018, Orthopedics Associates – Cedar Park, Progress Note, Jay Borick, MD**


LEFT SHOULDER

left shoulder arthroscopy performed on 9/5/18. Since his surgery, he notes some improvements. He notes a pulling ache when not wearing his brace. Pain is intermittent and mild discomfort after activity.


OBJECTIVE:

LEFT SHOULDER

ROM mildly limited

biceps +4/5

elbow flexors +4/5

forearm supinators +4/5


PLAN:

Wean - left shoulder sling.

Initiate physical therapy for gentle ROM left shoulder. Can advance light elbow strengthening in 2 weeks.

F/U 2 WEEKS


**10-16-2018, Texas Worker's Compensation Work Status Report, Jay Borick, MD**

The injured employee's medical condition resulting from the worker's compensation injury will prevent and continues to prevent the employee from returning to work as of 10-16-2018 and is expected to last through 11-16-2018.


**10-30-2018, Orthopedics Associates – Cedar Park, PT, Kathleen Felder, PT, MS, No change**


**11-01-2018, Orthopedics Associates – Cedar Park, PT, Kathleen Felder, PT, MS, No change**


**11-08-2018, Orthopedics Associates – Cedar Park, PT, Kathleen Felder, PT, MS, No change**


**11-13-2018, Orthopedics Associates – Cedar Park, Progress Note, Jay Borick, MD**

post op evaluation of left shoulder arthroscopy performed on 9/5/18.

<u>PLAN:</u>

f/u 4 weeks

can consider evaluation of right shoulder at next visit if OK with Work Comp.

**11-13-2018, Texas Worker's Compensation Work Status Report, Jay Borick, MD**

The injured employee's medical condition resulting from the worker's compensation injury will prevent and continues to prevent the employee from returning to work as of 11-13-2018 and is expected to last through 02-13-2018.

**11-13-2018, Orthopedics Associates – Cedar Park, PT, Kathleen Felder, PT, MS**

<u>LEFT SHOULDER</u>

Saw the MD today and he is pleased with the current progress. Told him to back off of the elliptical training for so long.

**11-15-2018**, **Orthopedics Associates – Cedar Park, PT, Kathleen Felder, PT, MS**

Feeling good today.

**11-28-2018, Orthopedics Associates – Cedar Park, PT, Kathleen Felder, PT, MS**

<u>LEFT SHOULDER</u>

Patient had to go out of town recently for a funeral

**11-29-2018, Cedar Park Regional Medical Center, ED Department, Kari Kulp, md**

*01:06*

Presents to ED via POV with complaints of Vomiting, Diarrhea.

The patient presents today with generalized abdominal pain, nausea, vomiting, and diarrhea. His symptoms started around 4:00 p.m. and have progressively worsened. The pain started with

generalized abdominal cramping and tightness. He was feeling nauseated all day. He had 3 episodes of a small amount of very watery stool since this evening. He then had vomiting just prior to arrival. He denies fever, chills, or sick contacts. His last meal was a sandwich from a restaurant last night. Has a prior history of hernia repair surgery. He has no other symptoms or complaints at this time. He took ibuprofen at home without relief, and a medication for irritable bowel from Peru.

ROS

*01:08*

MS/Extremity: Negative for injury and deformity.

Neuro: Negative for headache, weakness, numbness, and tingling.

Abdomen/GI: Positive for abdominal pain, nausea, vomiting, diarrhea, abdominal cramps.

EXAM:

*MS/ Extremity*: No acute injury or deformity.

*Neuro*: Awake and alert, GCS 15, oriented to person, place, time, and situation.

*Motor strength* 5/5 in all extremities. Sensory grossly intact.

Mild abdominal tenderness, in all quadrants.

*01:09*

DIAGNOSIS: Infectious gastroenteritis and colitis, unspecified

ED COURSE:

Patient with generalized abdominal discomfort, so so with nausea, vomiting, and diarrhea. He is feeling much better here after intravenous fluids, the Zofran, Toradol, and Levsin. He has had no further episodes of vomiting or diarrhea here. His lab work is unremarkable aside from a mild leukocytosis. His Computed Tomography scan is most consistent with gastroenteritis. He is nontoxic, well-appearing, in no distress. I do not suspect acute surgical process or serious infection at this time. He is stable for discharge with symptomatic treatment for presumed viral gastroenteritis, strict return precautions, and outpatient follow-up.

*01:15* Discharged to Home.

Prescriptions for Zofran and Bentyl 20 mg

Follow up: Private Physician; When: As needed;

*11:36 PM*      **CT-ABD PELVIS DYE, Radiologist: Michael Gunlock, MD**

ABDOMEN AND PELVIS:

LUNGS: The lung bases are clear.

LIVER: Hypodense, consistent with fatty infiltration. No radiopaque

calculi are seen in the gallbladder.

SPLEEN: Normal.

PANCREAS: Normal.

ADRENAL GLANDS: Normal.

KIDNEYS: Unremarkable.

GI TRACT: Fluid-filled nondilated small bowel. Scattered colonic

diverticula without evidence for diverticulitis. No bowel wall

thickening or evidence for obstruction. The appendix is normal.

surgical clips in the lower abdomen are incidentally noted.

AORTA / IVC: The aorta and IVC are normal in caliber.

PROSTATE: The prostate gland and seminal vesicles are unremarkable.

URINARY BLADDER: Normal.

OTHER FINDINGS: None.

LYMPH NODES: Normal.

OSSEOUS STRUCTURES AND SOFT TISSUES: Normal.

IMPRESSION:

Fluid-filled nondilated small bowel is nonspecific though can be seen

with gastroenteritis in the proper clinical setting.

**11/30**

*01:41*

Discharged to home ambulatory, with significant other.

Discharge Assessment: Patient awake, alert and oriented x 3. No cognitive and/or functional deficits noted.

*01:43*

Patient left the ED.

**11-30-2018, Cedar Park Regional Medical Center, Diagnoses / Procedures Validation**

PRINCIPAL DIAGNOSIS

Infectious Gastroenteritis and Colitis, Unspe

SECONDARY DIAGNOSES

Essential (primary) hypertension

Allergy status to other antibiotic agents sta

Allergy status to penicillin

**12-02-2018 through 12-03-2018 (2 visits)**

**Orthopedics Associates - Cedar Park, PT, Kathleen Felder, PT, MS, No change**

**12-05-2018, Orthopedics Associates – Cedar Park, PT, Kathleen Felder, PT, MS**

LEFT SHOULDER

Feeling pretty good lately but still has general soreness and ache. Hoping the doc can redo the R shoulder

REASSESSMENT:

Max pain = 5/10, less often (was 9/10)

L Shld AROM: (prev/current in deg)

Flex NT / 136 (was 144)

Ext NT / 56 (same)

ABD NT / 118 (was 112)

IR NT/45* (was 23)

ER NT / 83 (was 69(

Fxn'l IR NT / T12


L Shld MMT: (prev/eurrent)

Flex NT / 4- (was 4)

Ext NT / 4 (was 4+)

ABD NT / 4- (was 4)

IR NT/ 4 (was 5-)

ER NT / 4 (was 4+)

Biceps NT / 4 (was 4+)


skilled therapy 1-2x/week x 8 week


**12-11-2018, Orthopedics Associates – Cedar Park, Progress Note, Jay Borick, MD**

post op evaluation of left shoulder arthroscopy with open sub pectoral biceps tenodesis
performed on 9/5/18.

Patient is 1.5 year s/p right shoulder rotator cuff repair with open supra pectoral biceps tenodesis.
Patient continues to complain of significant anterior arm pain and weakness with elbow flexion
and forearm supination. Muscular defect consistent with failed biceps tenodesis observed and has
been present since a few months following his initial surgery. Pain currently limits the use of his
right arm.

CHANGES TO OBJECTIVE:
*RIGHT SHOULDER*:

(+) Yergason

RIGHT SHOULDER

Open Repair/Revision of Failed Biceps Tenodesis Right Ann. Comments: Due to continued pain, weakness, and obvious muscular defect on anterior arm c/w failed supra pectoral biceps tenodesis, we will request authorization to proceed with open repair/revision with infra-pectoral proximal biceps tenodesis of right arm.

**12-11-2018, Texas Worker's Compensation Work Status Report, Jay Borick, MD**

The injured employee's medical condition resulting from the worker's compensation injury will prevent and continues to prevent the employee from returning to work as of 12-11-2018 and is expected to last through 01-11-2019.

**12-20-2018 through 12-21-2018 (2 visits)**
**Orthopedics Associates – Cedar Park, PT, Kathleen Felder, PT, MS, No change**

**12-28-2018, Orthopedics Associates – Cedar Park, PT, Kathleen Felder, PT, MS**

LEFT SHOULDER

<u>IMPRESSION:</u>

Added more scapular stability exercises with moderate fatigue and VCs required to correct postural mechanics. Pt demonstrates improved AROM, but has discomfort with IR. He will be receiving sx on his R shoulder January 24th

**01-03-2019, Orthopedics Associates – Cedar Park, PT, Kathleen Felder, PT, MS, No change**

**01-08-2019, Orthopedics Associates – Cedar Park, PT, Kathleen Felder, PT, MS**

<u>IMPRESSION:</u>

Doing well but still has the "catch" with the lateral raise.

**01-15-2019, Orthopedics Associates – Cedar Park, PT, Kathleen Felder, PT, MS**

LEFT SHOULDER

Patient saw the MD and they have scheduled the R shld surgery for next week. Patient expresses apprehension about trying to attain full function with it post-op. In regard to the L shld, MD is pleased and says that the mild popping will be reduced with time and therapy.

**01-15-2019, Orthopedics Associates – Cedar Park, Progress Note, Jay Borick, MD**

Pain in front of right arm currently limits the use of his right arm.

COMMENTS:

Due to continued pain, weakness, and obvious muscular defect on anterior arm c/w failed supra pectoral biceps tenodesis, we will proceed with open repair/revision with infra-pectoral proximal biceps tenodesis of right arm

**01-15-2019, Texas Worker's Compensation Work Status Report, Jay Borick, MD**

The injured employee's medical condition resulting from the worker's compensation injury will prevent and continues to prevent the employee from returning to work as of 01-15-2019 and is expected to last through 02-15-2019.

**01-18-2019, Orthopedics Associates – Cedar Park, PT, Kathleen Felder, PT, MS**

LEFT SHOULDER

Doing well with only c/o the lateral raise grinding

Pt demonstrates improved AROM, but has discomfort with IR

He will be receiving sx on his R shoulder January 24th.

**01-21-2019, Orthopedics Associates – Cedar Park, PT, Kathleen Felder, PT, MS**

<u>LEFT SHOULDER</u>

Reports that today will be a shortened appointment due to his mother-in-law having a heart attack and he needing to get his wife to the airport. He is unable to reschedule because of the anticipated R shld surgery in a few days.

Patient has made recent progress in both strength and mobility of the L shoulder complex. He has demonstrated progress in functional activities as well. At this time, the greatest deficit has been a recently progressing localized pain and popping/catching during lateral elevation. It is also important to notate that the patient is anticipating a revision to the R shoulder from his original surgery in 2017 from the same work-related accident.

<u>REASSESSMENT:</u>

Max pain = 5/10, primarily with lateral elevation

L Shld AROM: (prev/current in deg)

Flex 155 (was 136)

Ext 68 (was 56)

ABD 120 (was 118)

IR 56* (was 45)

ER 88 (was 83)

Fxn'l IR IA-5* (was T12)

L Shld MMT: (prev/current)

Flex 4- / 4- to 4

Ext 4 / 4+

ABD 4-/4- to 4

IR4/4+

ER4/4

Biceps 4 / 4+

QuickDASH: 61.36% Disability / 43.18% Disability (was 77.27%)

QuickDASH Work Module: 75% Disability / 75% Disability (was 100%)

**01-23-2019, Cedar Park Regional Medical Center, Operative Report, Jay Borick, MD**

PREOPERATIVE DIAGNOSIS:

Right arm pain and chronic rupture of long head right biceps tendon.

POSTOPERATIVE DIAGNOSIS:

Right arm pain and chronic rupture of long head right biceps tendon.

PROCEDURES:

Unlisted procedure including open exploration of shoulder and anterior right upper arm including release of fascia, adhesions, and scar tissue. (Open Exploration of Deep Muscle/Fascia Shoulder and Arm, Release of Fascia and Adhesions/Scar tissue. No biceps tenodesis)

No complications

**01-28-2019, Orthopedics Associates – Cedar Park, Progress Note, Jay Borick, MD**

post op evaluation of left shoulder arthroscopy with open sub pectoral biceps tenodesis performed on 9/5/18.

PLAN:

Wean - left shoulder sling

f/u 1 week

Remove sutures at next visit

**01-28-2019, Texas Worker's Compensation Work Status Report, Jay Borick, MD**

The injured employee's medical condition resulting from the worker's compensation injury will prevent and continues to prevent the employee from returning to work as of 01-28-2019 and is expected to last through 02-28-2019.

**02-05-2019, Orthopedics Associates – Cedar Park, Progress Note, Jay Borick, MD**

Post op evaluation of right arm open repair performed on 1/23/19. Since his previous visit, he notes some improvements. He notes some mild soreness and aching with certain movements. He is attending physical therapy weekly. Taking ibuprofen as needed.

OBJECTIVE
Elbow and forearm: full ROM, sensation normal

PLAN:
Work Status: unable to work.
Follow-up: in 4 weeks.

**02-05-2019, Texas Worker's Compensation Work Status Report, Jay Borick, MD**

The injured employee's medical condition resulting from the worker's compensation injury will prevent and continues to prevent the employee from returning to work as of 02-05-2019 and is expected to last through 03-05-2019.

**02-05-2019, Orthopedics Associates – Cedar Park, PT, Kathleen Felder, PT, MS**

R shoulder s/p R shld Biceps Tendon Rupture, Exploration and Debridement on 1/23/19.
The recent surgery on the R shoulder was an attempt at a biceps tenodesis but the MD stated that the tendon was unable to be retrieved so the surgery became more of an exploratory and debridement of scar adhesions. He wore the sling x 2 weeks. He got the stitches out today. He reports that there are no current post-operative restrictions. Occasional use of ibuprofen. Denies N/T.

Max pain = 6/10 Was 5/10)

<u>OBJECTIVE:</u>

REASSESSMENT:

Shld AROM: (L/R in deg)

LUE being treated as well

Flex 113 (was 155)

Ext 49 (was 68)

ABD  116 (was 120)

IR  19 (was 56)

ER 66 (was 88)

L1 Shld MMT: (L/R)

Flex 4- to 4 / 3+

Ext 4+ / 4-

ABD 4- to 4 / 3+

IR 4+/4-

ER 4/4-

Biceps 4+ / 4-

QuickDASH: 47.73% Disability (was 61.36%)

**02-12-2019, Orthopedics Associates – Cedar Park, PT, Kathleen Felder, PT, MS**

Doing well in the L shld but eager to get the R shld going as well. Still has the painful pop in the L shoulder with Abduction.

**02-19-2019, Orthopedics Associates – Cedar Park, PT, Kathleen Felder, PT, MS**

Reports general achiness and cramping in the R shoulder.

LEFT ARM/SHOULDER:

Biggest frustration is the continued pain with the lateral raise at the distal acromion

**02-21-2019, Orthopedics Associates – Cedar Park, PT, Kathleen Felder, PT, MS**

Feels like there is more mobility in the R shoulder but there is general cramping throughout the whole R upper arm.

Thinks that the L shoulder is now the "worst shoulder" due to the painful pop and catch with lateral raises

**02-26-2019, Orthopedics Associates – Cedar Park, PT, Kathleen Felder, PT, MS**

The R shoulder feels like it is doing a lot better than the L shoulder at this point. There is less painful ROM and progression in the strength

**02-28-2019, Orthopedics Associates – Cedar Park, PT, Kathleen Felder, PT, MS**

LEFT SHOULDER:

Continue to have pain and popping with L shld during Abduction midrange. Will address with the MD this week.

RIGHT SHOULDER:

R shld seems to be progressing well considering the extensive and recent history on it. Pleased with the current progress.

**02-28-2019, Orthopedics Associates – Cedar Park, Progress Note, Jay Borick, MD**

RIGHT ARM PAIN

LEFT SHOULDER PAIN

post op evaluation of right arm open repair performed on 1/23/19. He notes ROM and pain is improving.

He notes he has continued clicking to his left shoulder. It is mainly in superior shoulder and worsened with internal and external rotation with shoulder abducted.

VAS: 5/10

PLAN:
RX MEDROL
Work Status: unable to work
Repeat MRI of left shoulder

**02-28-2019, Texas Worker's Compensation Work Status Report, Jay Borick, MD**

The injured employee's medical condition resulting from the worker's compensation injury will prevent and continues to prevent the employee from returning to work as of 02-28-2019 and is expected to last through 03-28-2019.

**03-06-2019, Orthopedics Associates – Cedar Park, PT, Kathleen Felder, PT, MS, No change**

**03-06-2019, Orthopedics Associates of Central Texas, MRI Left Shoulder WO contrast**
*Referring: Jay Borick, MD                    Radiologist: Gregory Conner, MD*

FINDINGS:
ROTATOR CUFF AND BICEPS TENDONS: The intra-articular biceps tendon is not seen and there is a surgical screw tract in the proximal left humerus at the base of the intertubercular groove consistent with prior biceps tenodesis. There is a focal bursal sided partial tear of the anterior insertional fibers of the supraspinatus tendon at their insertion on the greater tuberosity (series 103, image 15). There is a partial interstitial tear of the superior insertional fibers of the

subscapularis. The infraspinatus and teres minor tendons are intact. There is no evidence of muscular atrophy or muscle signal abnormality.

LABRUM: The superior glenoid labrum is torn compatible with a SLAP type II tear (series 103, images 9-10). The remainder of the glenoid labrum is intact.

SUBACROMIAL AND SUBDELTOID BURS A: Normal ACROMIOCLAVICULAR JOINT: There is minimal degenerative arthrosis of the acromioclavicular join. The acromion is type Il in morphology.

OSSEOUS STRUCTURES: Aside from the minimal degenerative changes at the acromioclavicular joint, there are no additional foci of marrow signal abnormality.

GLENOHUMERAL JOINT: Normal. No significant glenohumeral joint effusion SOFT TISSUES: Normal

IMPRESSION:
1. Focal bursal sided partial tear of the anterior insertional fibers of the supraspinatus tendon.
2. Partial interstitial tear of the superior insertional fibers of the subscapular.
3. Postsurgical sequela of prior biceps tenodesis.
4. SLAP type II tear of the superior glenoid labrum

**03-08-2019, Orthopedics Associates – Cedar Park, PT, Kathleen Felder, PT, MS**

Reports that the MD wants to possibly refer to a shoulder specialist for the L shld.
Patient reported less popping after the manual treatment but still tender when it did pop, specifically with the lateral raises.
Doing well with the R shoulder. Feeling stronger but notes some cramping.
Good strength is seen but there is a brief pain associated with the muscle contraction.

VAS: 6/10

**03-08-2019, Orthopedics Associates – Cedar Park, Progress Note, Jay Borick, MD**

post op evaluation of right arm open repair performed on 1/23/19.

CHANGES TO OBJECTIVE:

*RIGHT SHOULDER:*

(+) Yergason, RIGHT

*RIGHT ELBOW AND FOREARM*:

elbow flexors +4/5

Pain with manual resistance - mild-moderate

forearm supinator's +4/5.

Pain with manual resistance - mild-moderate

PROCEDURE:

Injection of Left Shoulder Sub-Acromial Space with steroid and anesthetic

Medications: Lidocaine 1%; Marcaine .25%; Dexamethasone

Procedure: Left shoulder sub-acromial space was injected with 2 cc dexamethasone, 4cc

Lidocaine, 4cc Marcaine. The procedure was tolerated well.

PLAN:

Referral to Ben Zzerlip, MD (Ortho shoulder specialist) to evaluate and treat with possible

rotator cuff repair, possible SLAP repair.

f/u as needed

COMMENTS:

Immediate pain relief following today's sub acromial cortisone/lidocaine injection, lead me to

feel that symptomatic clicking is due to bursal sided cuff tear, not noted at previous surgery and

not due to Superior labral tear. Also noting biceps is no longer attached to labrum following

tenodesis. Either Dr. Szerlip or myself can consider cuff repair following consultation with Dr. Szerlip.

**03-08-2019, Texas Worker's Compensation Work Status Report, Jay Borick, MD**

The injured employee's medical condition resulting from the worker's compensation injury will prevent and continues to prevent the employee from returning to work as of 03-08-2019 and is expected to last through 04-08-2019.

**03-14-2019, Orthopaedics Associates of Central Texas, Progress Note, Ben Szerlip, MD**

Patient comes in today for pain in his left shoulder.
VAS:  6/10.
It is mainly in superior shoulder and worsened with internal and external rotation with shoulder abducted

EXAMINATION:
*Left shoulder:*
anterior arm, shoulder superior shoulder and subacrominal region tenderness
Crepitation: humeral.
(-) orthopedic tests

MRI left shoulder dated 03-06-2019 reviewed.

IMPRESSION:
left shoulder pain secondary to impingement/scapular dyskinesis, bursitis,
partial cuff tear, slap tear

DIAGNOSIS:
Impingement syndrome of left shoulder
Pain in left shoulder

Sprain of left rotator cuff capsule,

Strain of other muscles, fascia and tendons at shoulder and upper arm level, left arm

PLAN:

Continue present treatment plan.

Continue with current medications

Upper Extremity Restrictions: Limit lift/push/pull to 10 pounds.

F/U 8 weeks

**03-14-2019, Orthopedics Associates - Cedar Park, PT, Kathleen Felder, PT, MS/Jay Borick, MD**

Saw the specialist MD today and he has a tear in the L RC tendon. The shoulder specialist does not want to perform surgery at this time and has suggested that he perform a round of therapy at a different location, hoping that a different set of eyes may have a different approach to treatment. The specialist has also approved a 15 lb. weight limit to the L shoulder.

Compared to the L shoulder, the R shoulder is doing fairly well but still cramps easily and has moderate fatigue with increased activity.

REASSESSMENT:

Max pain = 7/10, primarily with lateral elevation; significant report of painful grinding, popping and clicking with elevation

QuickDASH: 43.18% Disability (was 47.73%)

PLAN:

Discharge skilled therapy to the L shoulder at this location at this time. He is anticipated to continue treatment at a different PT location and company

**03-14-2019, Orthopedics Associates – Cedar Park, Progress Note, Jay Borick, MD**

Saw the specialist MD today and he has a tear in the L RC tendon. The shoulder specialist does not want to perform surgery at this time and has suggested that he perform a round of therapy at a different location, hoping that a different set of eyes may have a different approach to treatment. The specialist has also approved a 15lb weight limit to the L shoulder.

LEFT SHOULDER VAS: 6/10
mainly in superior shoulder, and worsened with internal and external rotation with shoulder abducted

MRI done in office on 3/6/2019 reviewed.

PLAN:
Upper Extremity Restrictions: Limit lift/push/pull to 10 pounds.
Patient to avoid aggravating activities, and restrictions of no lifting, pushing, or pulling over 10-15lbs.
Schedule Follow-up: in 8 weeks and as needed

**03-14-2019, Texas Worker's Compensation Work Status Report, Jay Borick, MD**

The injured employee's medical condition resulting from the worker's compensation injury will allow the employee to return to work as of 03-14-2019 with restrictions that are expected to last through 05-15-2019.

No restrictions listed.

**03-15-2019, Texas Worker's Compensation Work Status Report, Jay Borick, MD**
The injured employee's medical condition resulting from the worker's compensation injury will allow the employee to return to work as of 03-16-2019 with restrictions that are expected to last through 05-16-2019.

RESTRICTIONS:

Can only do desk work for next 8 weeks

**03-18-2019, Orthopedics Associates- Cedar Park, Progress Note, Dr. Ben Szerlip, DO**

Left shoulder VAS: 6/10

He is present to have his restrictions updated as he cannot work with his shoulder and he states his work is trying to have him operate heavy machinery which is outside of his restrictions.

Upper Extremity Restrictions: Limit lift/push/pull to 10 pounds.
f/u 8 weeks and as needed.

**03-18-2019, Orthopedics Associates - Cedar Park, PT, Kathleen Felder, PT, MS/Jay Borick, MD**

DISCHARGE SKILLED THERAPY FOR THE RIGHT SHOULDER.
Patient has progressed well and met all expected therapeutic goals.
remains limited in overall function in the R shoulder. He is appropriate for D/C from skilled therapy at this time.

VAS: 6/10 max pain

**03-20-2019, Texas Physical Therapy Specialists, Evaluation Visit Note, Scott Cartwright, PT, DPT**

B: 6/10 W: 9/10
AGG: Raising and rotating the shoulder inwards

Pt denies any b/b, saddle paresthesia, stark weakness

Patient has a complicated surgical hx resulting from a fall at work approximately 30 feet while on a 300-foot wind turbine. He states his safety cable functioned improperly, but finally engaged after falling 30 feet. While falling, patient suffered injuries to both shoulders while trying to save himself.

Patient states a recent MRI was inconclusive for damage to the RC
Patient has large amounts of pain and tenderness in abduction and internal rotation of the shoulder

EXAMINATION:
ROM restricted

MMT

|  | Left | Right |
|---|---|---|
| Flexion | 115* (4-/5) | 160* (4+/5) |
| Abduction | 85* (4-/5) | 145*(4+/5) |
| IR: | 45* (4/5) | 65*(4+/5) |
| ER: | 55* (4-/5) | 65* (4+/5) |

(+) empty can, left

Presents with signs and sx's of L shoulder impingement syndrome with sprain of left RC capsule, and pain. Impairments include large amounts of decreased ROM, decreased MMT

DIAGNOSIS:
Pain in left shoulder
Impingement syndrome of left shoulder

TREATMENT PLAN:
2 x week x 6 weeks

**03-28-2019, Texas Physical Therapy Specialists, Follow up Visit Note, Benjamin T. Menke, PT, OPT, OCS**

pt wants surgery badly; he does not want to be here; he's very frustrated that Dr. Szerlip recommended another 6wks of PT after doing it for 6mos with a worsening of his status in response to PT; he has a f/u with Szerlip next Mon 4/1

Pt agreed to contact us after his visit with Szerlip on Mon 4/1 to determine if further PT was indicated, or if he plans to do another surgery and come here for PT post-op

EXAMINATION COMMENTS:
L shoulder AROM (resting pain = severe)
flex 50 deg with severe pain
abd 35 deg with severe pain
ER0* abd 0 deg with severe pain
L shoulder pain eased immed with PT supporting his upper arm like a sling would

TREATMENT PLAN:
3 x week x 2 months

**04-01-2019, Texas Physical Therapy Specialists, Re Evaluation Note, Benjamin T. Menke, PT, OPT, OCS**

Reports that surgeon convinced him to re-commit to PT here; plans to f/u with surgeon in approx 2mos, after this trial

EXAMINATION
Shoulder Overhead AROM (deg)
Flex .... L 70 with mod pn, R 120 with mild pn
Abd .... L 60 with sev pn, R 120 with mod pn

Shoulder Overhead PROM (deg)

Flex .... (L) 110 (after supine cane flex= 130)

Rotational PROM (deg)

ER-0*abd .... (L) 50 with pn

ER-45*abd .... (L) 60 with pn ....... (R) 80

ER-90*abd .... (L) not tested ....... (R) 100

IR-90*abd .... (L) not tested ...... (R) 35

shoulder MMT <3/5 all cardinal planes: flext, ext, IR, ER

elbow MMT

flex R 4-/5 with FA supinated with mod pn; 4+/5 with FA neutral, L 4/5

Cervical AROM (resting neck pn 5/10)

SB .... R 75% L UT 'tight', L SB 90% with R neck 'pain', non-irr

Rot .... L 55 with 5/10, R 60 with 6/10

joint mobility: hypomobile mid-lower CS upslopes and lateral glides, L more than R

**04-01-2019, Orthopaedics Associates of Central Texas – Cedar Park, Progress Note, Ben Szeflip, DO**

Patient comes in today for pain in his left shoulder. Pain is progressively worsening since his last visit.

VAS: 6-7/10

ROM is much worse and he barely able to lift the arm. Patient may be developing early symptoms of adhesive capsulitis.

Previous injection dated 03-08-2019.

Patient to be off work at this time due to lifting restrictions.

F/U 8 weeks

RX Tylenol #3

**04-01-2019, Texas Worker's Compensation Work Status Report, Benjamin Szerlip, DP**

The injured employee's medical condition resulting from the worker's compensation injury has prevented and still continues to prevent the employee from returning to work as of 04-01-2019 and is expected to last through 06-01-2019.

**04-03-2019, Texas Physical Therapy Specialists, No change, Benjamin T. Menke, PT, DPT, OCS, No change**

**04-05-2019, Texas Physical Therapy Specialists, Follow up Visit Note, Benjamin T. Menke, PT, DPT, OCS**

neck felt great after last visit for the rest of the day; would like to receive the thrust ma nip again

EXAMINATION COMMENTS:

cervical AROM

bil rot ~75% with 'tight' neck sx (after MT= 90% with no 'tight')

CS ext 50% with 'tight' neck sx (after MT= 75% with no 'tight')

**04-08-2019, Texas Physical Therapy Specialists, Follow Up Visit Note, Benjamin T. Menke, PT, DPT, OCS**

neck feels looser for 1-2 days after you pop it here'; if any change since last visit, pt thinks his shoulder might be slightly worse.

**04-10-2019, Texas Physical Therapy Specialists, Follow Up Visit Note, Benjamin T. Menke, PT, DPT, OCS**

L arm does still feel weak/sore, and abd AROM does not feel like it's changing

**04-10-2019, Texas Physical Therapy Specialists, Follow Up Visit Note, Kathleen Felder, PT, No change**

**04-15-2019, Texas Physical Therapy Specialists, Follow Up Visit Note, Carrie Heckman, PTA**

Pt stated he was on the elliptical for ~1hr followed by the sauna and "ended up in the hospital" d/t dehydration; then attended a funeral.

Felt great directly after last visit but felt he was back to "normal" the day after.

**04-19-2019, Texas Physical Therapy Specialists, Follow Up Visit Note, Benjamin T. Menke, PT, OPT, OCS**

EXAMINATION COMMENTS:

manual cervical traction (+) for relief of L anterior upper arm pain

cervical retraction repro'd L anterior shoulder pain; improved with addition of manual traction

during this movement-right after CS ma nip, pt was able to retract further without UE sx's

**04-22-2019 through 05-03-2019 (4 visits)**
**Texas Physical Therapy Specialists, Follow Up Visit Note, Benjamin T. Menke, PT, OPT, OCS, no change**

**05-07-2019, Texas Physical Therapy Specialists, Follow Up Visit Note, Benjamin T. Menke, PT, OPT, OCS**

pt excitedly reported that using cryotherapy more frequently and for longer duration than he usually does seemed to correlate with dec'd popping of L shoulder; not sure if it improved his pain as well, but he's glad something improved noticeably between visits

<u>ASSESSMENT</u>:

improved L shoulder pain-free AROM during cervical L SB consistent with brachiaI plexopathy contributing to his sx's, so pt progress still very slow, likely related to the involvement of chronic neurogenic pain

**05-08-2019, Texas Physical Therapy Specialists, Follow Up Visit Note, Benjamin T. Menke, PT, OPT, OCS, No change**

**05-10-2019, Texas Physical Therapy Specialists, Follow Up Visit Note, Benjamin T. Menke, PT, OPT, OCS**

VAS:  6-7 /10

**05-13-2019, Texas Physical Therapy Specialists, Follow Up Visit Note, Jan Jurado, PT, DPT**

VAS:  6/10

**05-15-2019, Texas Physical Therapy Specialists, Follow Up Visit Note, Benjamin T. Menke, PT, DPT, OCS**

VAS: 7 /10.

**05-16-2019, Texas Physical Therapy Specialists, Follow Up Visit Note, Benjamin T. Menke, PT, DPT, OCS**

Pt also reports having some "phantom" shooting pain that comes on sometimes when shoulder is at rest.

<u>EXAMINATION COMMENTS:</u>

lower CS lateral glide to R improved slightly right after mid-CS upslope manips

**05-21-2019, Texas Physical Therapy Specialists, Follow Up Visit Note, Benjamin T. Menke, PT, DPT, OCS, No change**

**05-24-2019, Texas Physical Therapy Specialists, Re Evaluation Visit, Benjamin T. Menke, PT, DPT, OCS**

Pt states waking up next day w/ severe pain in R neck region and had to have a "buddy" help him out of bed. Pt mentions receiving a cortisone shot in neck (UT) region from doctor to help control pain.

L shoulder VAS: 4/10 pain at rest and cont to have shooting "random" pains.
Pt reports not performing home ex's due to the severity of his neck pain.

CT spine does provide temporary relief.

**05-28-2019, Texas Physical Therapy Specialists, Follow up Visit Note, Benjamin T. Menke, PT, DPT, OCS**

Pt states he is sleeping better after taking CBD medication.

**05-29-2019, Texas Physical Therapy Specialists, Follow up Visit Note, Benjamin T. Menke, PT, DPT, OCS, No change**

**05-30-2019, Texas Physical Therapy Specialists, Follow up Visit Note, Benjamin T. Menke, PT, DPT, OCS**

Pt states having a "twitch" in his anterior deltoid after performing his iso's at home today. Pt states the twitch happened again during iso today during therapy, but c/o no pain. Pt mentions being ready to see what the doctor says Monday about him having surgery on his shoulder.

**05-31-2019, Texas Physical Therapy Specialists, Follow up Visit Note, Benjamin T. Menke, PT, DPT, OCS**

Will be seeing MD on Monday for consult regarding possible surgery

PLAN

f/u on MD consult

**06-03-2019, Texas Physical Therapy Specialists, Discharge Visit Note, Benjamin T. Menke, PT, DPT, OCS**

VAS: 6/10 achiness in shoulders due to being in a car for 14 hours yesterday. Pt reports doctor has decided that pt will need surgery on his shoulder.

PLAN OF CARE:

No further physical therapy visits are to be scheduled at this time. Discussed and agreed upon discharge to home exercise program with pt.

**06-03-2019, Orthopaedics Associates of Central Texas- Cedar Park, Progress Note, Ben Szerlip, DO**

Follow up evaluation of his left shoulder.

Reports intermittent radiating pain down the lateral aspect of the upper arm. He reports the clicking in the shoulder is still present but has decreased in severity and frequency.

Decreased his ibuprofen intake and has DC'ed the oxy.

OBJECTIVE:

LEFT SHOULDER:

No palpable defects. No crepitation. Sensation normal. No instability.

+5/5 strength

(+) Hawkin's

(+) impingement

Limit lifting (overhead) to 10 pounds

PLAN:

Recommended arthroscopic rotator cuff repair with subacromial decompression, arthroscopic biceps tenodesis and all associated procedures.

MRI of right shoulder

referral to an orthopedic shoulder specialist

Intake of Tylenol-Codeine.

**06-03-2019, Texas Worker's Compensation Work Status Report, Benjamin Szerlip, DO**

The injured employee's medical condition resulting from the worker's compensation injury will allow the employee to return to work as of 06-03-2019 with restrictions which are expected to last through 08-01-2019.

RESTRICTIONS:

No overhead lifting working in ship.

**06-03-2019, Orthopaedics Associates - Cedar Park, Office Visit, Ron MCGaugh, MD**

He has been followed by the Ortho docs, and we have not seen him in 2 years. He has had 4 surgeries on his right shoulder and has PT on his left and right shoulder. He wants another opinion on his left shoulder. He has been on limited duty since the injury.

PHYSICAL EXM:

Left shoulder ROM poor

Gait normal

Sensation intact

Motor strength normal

DIAGNOSIS:

Derangement of right shoulder joint

Derangement of left shoulder joint


RTC on 07-01-2019


**06-03-2019, Texas Worker's Compensation Work Status Report, Ron McGaugh, MD**


The injured employee's medical condition resulting from the worker's compensation injury will allow the employee to return to work as of 06-03-2019 with restrictions which are expected to last through 07-01-2019.


RESTRICTIONS:

May not carry/lift objects more than 10lbs.


**06-04-2019, Texas Physical Therapy Specialists, Plan of Care, Benjamin Menke, PT, OCS, No change**


**06-11-2019, Texas Orthopedics Sports and Rehabilitation Associates, Patient Report**


CC: left shoulder, neck and arm

VAS: 9/10

Onset 2 months

Cable snapped, fell for 22 feet down a ladder

Reports aching, burning, electric shocks, sharp, throbbing

Catching, locking, popping, weakness, giving away

Pain worse with exercise, lifting, lying in bed, rising from chair


**06-11-2019, Texas Orthopedics Sports and Rehabilitation Associates, Progress Note, Zachariah Logan, MD**

Left shoulder with complaints of pain, popping, catching, locking, giving way, and weakness. Patient states the problem began approximately 8 months ago. The symptoms began when he fell off a ladder. Since then, the symptoms are getting worse.

VAS: 9/10

Sharp, aching, throbbing, burning, and electric shock quality. The pain is present constantly. The symptoms are made worse with exercising/sports, lifting, getting up from a seated position and lying in bed and is relieved by nothing. He has already received treatment for this problem which includes medication resulting in marginal improvement. He has had MRI scan images were performed at ARA

ROS:

DENIES vertigo, chest pain, muscular weakness, incoordination, loss of balance, joint pain, joint swelling

ADMITS Headaches, Morning stiffness lasting over 30 minutes, Joint Pain or Swelling, Back/Neck Pain

PHYSCIAL EXAMINATION:

AO, no acute distress

No motor or sensory deficits.

5/5 motor strength

left shoulder include pain with drop arm testing.

Passive range of motion of his shoulder produces crepitus.

There is tenderness to palpation diffusely about his shoulder.

ASSESSMENT:

Left shoulder superior labral anterior-posterior tear and partial rotator cuff tearing

PLAN:

Shoulder Xray, Left (3 views)

recommend that he visit with one of our shoulder specialists.

has been performing physical therapy for quite some time and is not having much relief from this.

DWC form

**Shoulder Xray, Left (3 views):**

X-rays were taken today and reviewed by me which show a button from his biceps tenodesis surgery. No significant joint space narrowing, or arthritis is seen in the glenohumeral or acromioclavicular joint. He did have an MRI 03/07/2019 which shows bursal-sided tearing of the supraspinatus with interstitial tearing in the subscapularis. He also had a type 2 superior labral anterior-posterior tear on the left side.

**06-17-2019, Texas Orthopedics Sports and Rehabilitation Associates PA, Triage Note, Sherri VanBuskirk**

Dr. logan referred Justin to Dr Loeb for his left shoulder injury but Dr Loeb declined. Moved patient to Dr. John Rodriguez's schedule for 06/17.

**06-17-2019, Texas Orthopedics Sports and Rehabilitation Associates, Progress Note, John Rodriguez, MD**

Left shoulder pain

Date of Onset: 8 MONTHS AGO

Fell 22 feet down a ladder on 6/8/18. Recently re-injured.

completed 8 months of pt. continues to have pain

VAS: 9/10

sharp, burning, throbbing, and aching, constant

MRI OF LEFT SHOULDER dated 03-06-2019 reviewed.

Prior left shoulder RTC repair, biceps tenodesis 9/18

Injection cortisone in past

<u>ASSOCIATED SIGNS AND SYMPTOMS:</u>

locking, catching, giving way, popping, weakness

LOCATION: anterior

<u>PHYSICAL EXAM</u>:

Sensation intact UE and LE

Gait normal

TTP over left biceps

strength 5/5

no instability

<u>ASSESSMENT:</u>

Rotator cuff tear

Biceps tendonitis

<u>PLAN:</u>

MR left shoulder Arthrogram

US AC JT INJECTION

After a sterile prep of the AC jt, Marcaine and Triamcinolone was injected. There were no complications.

US BICEPS INJECTION

After a sterile prep of the anterior shoulder, Marcaine and Triamcinolone was injected into the bicipital groove under ultrasound guidance. There were no complications.

**06-17-2019, Texas Worker's Compensation Work Status Report, Texas Orthopedics and Sports Rehab**

Left shoulder

The injured employee's medical condition resulting from the worker's compensation injury has prevented and still prevents the employee from returning to work as of 06-17-2019 and is expected to continue through 09-17-2019.

**07-16-2019, Family First Healthcare- Cedar Park, Theresa Jones, APRN, FNP-C**
*(Cough)*

**07-31-2019, Cedar Park Regional Medical Center ER Department, Nathaniel Lafleur, MD**

Presents to ED via EMS - Ground with complaints of Chest Pain.

History of HTN, DM, and anxiety.

c/o shortness of breath palpitations and numbness to the right arm. The patient states he woke suddenly at 2:00 am feeling like he could not breathe. The patient states he could not catch his breath and then noted palpitations. He noted a fast heart rhythm with development of numbness and aching to his right arm and right leg He stated the tingling and tingling sensation has improved significantly with symptoms still noted in the right arm. He denies any focal weakness of the lace arm or legs. He denies sudden headache. He notes improvement of symptoms and does not feel palpitations anymore at this time. The patient states he has had panic attacks in the past but today felt different. He does report walking approximately 60-70 miles per week recently. He walked for 6 miles today and thought he may have gotten overheated. He denies any chest pain or pain radiation throughout the entire episode. He denies any recent fevers or chills. He has no further complaints. The patient did receive a Klonopin orally prior to arrival with improvement of symptoms. Medics note vitals within normal limits.

EXAM:

AOx4, no acute distress

GCS: 15

Motor strength 5/5 in all extremities

Sensory intact

VAS: 0/10

DIFFERENTIAL DIAGNOSIS:
arrythmia dehydration stress disorder CVA.

ED COURSE:
complaints of palpitations with associated shortness of breath and right upper extremity tingling and myalgias.
No focal neurological deficit, clinically inconsistent with cerebrovascular accident.
Noting initial symptoms of shortness of breath and difficulty catching his breath, with subsequent development of palpitations and numbness/tingling, most consistent with likely underlying anxiety symptoms/panic attack. This is a diagnosis of exclusion at this time. Screening electrocardiogram is unremarkable, normal sinus rhythm, no acute ischemic changes noted. No signs of cardiac arrhythmia. Patient was observed on cardiac telemetry without any evidence of cardiac arrhythmia. Screening laboratory analysis is unremarkable, no signs of anemia or electrolyte abnormality. Initial and repeat troponin is within normal limits.

Normal ECG
Discharged to Home.

IMPRESSION:
Palpitations, Paresthesia of skin, Anxiety disorder, unspecified,
Essential (primary) hypertension.

Follow up Dr CARL CARLI NO, MD or Dr. Koli

**07-31-2019, Cedar Park Regional Medical Center, Diagnoses / Procedures Validation**

**08-07-2019, Leander Chiropractic, Progress Note, Unknown Provider**

Pain with ROM cervical, thoracolumbar

(+) foraminal compression bilaterally

(+) shoulder depression bilaterally

TTP C3-T3 and L1-S1

Trigger points right thorax

VAS: 7/10

Pain reported as constant, sever, stabbing, tingling, burning, sharp and numb

PAIN DRAWING:

Markings present on bilateral shoulders, left arm descending to wrist and right arm descending to fingers.

Markings present from the right hip to the foot.

TREATMENT:

2 x week x 4 weeks

**08-09-2019, Family First Healthcare – Cedar park, Progress Note, Therese Jones, APRN, FNP-C**

Leg pain

Went to ER yesterday for numbness in right arm and right leg. Advised he had a panic attack.

Still having some numbness down right arm and right 4th and 5th digit.

Had EKG and cardiac enzymes test which were neg.

Has chronic neck pain

Feels he needs MRI.

ROS:

(+) arthralgias/joint pain, Numbness, tingling and dizziness, Fatigue, DM

ASSESSMENT:

Cervical radiculopathy


PLAN:

MRI Cervical spine WO contrast

Pt declines Medrol dose pak


**08-12-2019, Longhorn Imaging, MRI Cervical spine WO contrast**

*Referring: Theresa Jones, NP          Radiologist: James Callas, MD*


FINDINGS:

Multiplanar multisequence images were obtained through the cervical spine without the use of intravenous contrast material. No prior films are available for comparison.


Sagittal T1 and T2-weighted images show no intrinsic lesion of the cervical cord. The craniocervical junction is intact. The alignment of the cervical spine is satisfactory. The vertebral body heights and signal are maintained.


At T1-T2, there is a diffuse annular bulge asymmetric to the left of midline measuring **2 mm** causing mild left neural foraminal narrowing without central canal stenosis.


At C7-T1, no HNP, canal stenosis or neural foraminal narrowing is seen.

At **C6-C7**, there is a posterior annular tear with a central disc herniation measuring **2.8 mm**. These findings result in mild canal stenosis with mild left neural foraminal narrowing.

At **C5-C6**, there is a posterior annular tear with a focal right paracentral/foraminal HNP measuring **6.6 mm**. These findings result in moderately severe central canal stenosis to be right with mild cord flattening and severe right neural foraminal narrowing. There is contact of the exiting C6 nerve root on the right. Correlate for possible right C6 radiculopathy.

At **C4-C5**, there is a posterior annular tear with a broad-based right paracentral HNP measuring **2.3 mm**. These findings result in mild canal stenosis to the right without severe neural foraminal narrowing.

At **C3-C4**, there is a **1.3 mm** central disc herniation causing mild impression on the anterior thecal sac without severe canal stenosis or neural foraminal narrowing.

At C2-C3, no HNP, canal stenosis or neural foraminal narrowing is seen.

The prevertebral soft tissues are within normal limits.

<u>IMPRESSION:</u>

Posterior annular tear with a focal right paracentral/foraminal disc herniation measuring 6.6 mm at C5-C6 results in moderately severe central canal stenosis to the right with mild cord flattening and severe right neural foraminal narrowing. There is contact of the exiting C6 nerve root on the right. Correlate for possible C6 radiculopathy on the right.

Posterior annular tear with a central disc herniation measuring 2.8 mm at C6-C7 results in mild canal stenosis with mild left neural foraminal narrowing.

Posterior annular tear with a broad-based right paracentral disc herniation measuring 2.3 mm at C4-C5 results in mild canal stenosis to the right without severe neural foraminal narrowing.

1.3 mm central disc herniation at C3-C4 causes mild compression on the anterior thecal sac without severe central canal stenosis or neural foraminal narrowing.

Mild left neural foraminal narrowing at T1-T2 secondary to an asymmetric disc bulge 2 mm to the left.

No intrinsic lesion of the cervical cord. Intact craniocervical junction.

**08-16-2019, Family First Healthcare – Cedar park, Progress Note, Therese Jones, APRN, FNP-C** *(Labs F/U)*

ROS:

(+) numbness, tingling and dizziness, arthralgia/joint pain

EXAM:

AOX3

motor strength and tone normal

normal movement of all extremities

**08-26-2019, Longhorn Imaging, Cervical spine 3 views**

*Referring: David Biatchley*　　　　　*Radiologist: James Callas, MD*

FINDINGS:

There is straightening of the cervical spine which can be seen with muscle spasm or positioning. There mild changes of spondylosis seen in the cervical spine at C5-C6 and C6-C7 consisting of mild anterior osteophyte formation. The facet joints are intact. The predental distance is normal at approximately **2.5 mm**. The disc spaces are maintained. The vertebral body heights are maintained. The prevertebral soft tissues are within normal limits.

IMPRESSION:

Straightening of the cervical spine which can be seen with muscle spasm or positioning.

Mild changes of spondylosis seen at C5-C6 and C6-C7.

Maintained disc heights and vertebral body heights.

Intact predental distance.

Intact facet joints.

**08-27-2019, Peer Review, Kenneth Ford, MD #3**

Opined that based on the objective medical records available for review, the MRI of the cervical spine on August 12, 2019, none of the findings are causally related to the compensable injury of June 8, 2017. There was no repeat surgery to the shoulder.

Dr. Ford opined that the compensable injury extended to include a right shoulder rotator cuff tear, right shoulder labral tear, and right shoulder subluxing biceps tendon, status post right shoulder arthroscopy with limited glenohumeral debridement, subacromial decompression, acromioplasty, mini-open rotator cuff repair, and open biceps tenodesis, as well as left shoulder subluxation of the biceps tendon, status post left shoulder arthroscopy with limited glenohumeral debridement, subacromial decompression, acromioplasty, and open biceps tenodesis.

Dr. Ford stated that Mr. Moore had pre-existing, ordinary disease of life conditions to include gastroesophageal reflux disease, degenerative disc disease of the thoracic spine at T1-T2, multilevel degenerative disc disease of the cervical spine al C3-C4, C4-C5, C5-C6, and C6-C7, left shoulder impingement syndrome, and right shoulder degenerative joint disease of the acromioclavicular joint, which are not casually related to the compensable injury.

**08-29-2019, Texas Orthopedics Sports and Rehabilitation Associates, Progress Note, Peter Garcia, MD**

Evaluation for maximum medical improvement impairment rating. Sustained an injury at work at which time he fell off a ladder an injured both shoulders. He has had two surgeries on the right shoulder, one surgery on the left, and evidently another left shoulder surgery is pending. On the right side he had a biceps tenodesis. Evidently it ruptured and an attempt at repair was unsuccessful. The left side has had a rotator cuff repair and biceps tenodesis. His left shoulder seems to be the most symptomatic at this point and is again being evaluated by Dr. Borick for a second procedure. He complains of pain in both shoulders, left worse than right, difficulty with overhead type activity and lifting, and persistent limited motion. His range of motion on the right he says is a little bit better than on the left.

PHYSICAL EXAMINATION:
AOx3
right shoulder scars consistent with the surgical procedures
slightly tender anteriorly
left shoulder tenderness on the left and more restrictive range of motion.

Scars consistent with the surgical procedure.

Decreased ROM bilateral shoulders

MAXIMUM MEDICAL IMPROVEMENT IMPAIRMENT RATING

Has reached statutory maximum medical improvement as of 08/18/2019 with an 11 % whole person impairment.

Total of a 12% upper extremity impairment for the left shoulder.

This equates to a 7% whole person impairment for the left shoulder.

The 7% whole person impairment for the left shoulder and the 4% whole person impairment for the right shoulder is combined giving a total of 11 % whole person impairment for this injury.

DIAGNOSIS:

Bilateral shoulder strain

**09-13-2019, Texas Physical Therapy Specialists, Eval, Benjamin Menke, PT, DPT, OSC**

Pain in right shoulder

Pt reports he went to John Rodriguez (ortho) for a third ortho opinion, ordered shoulder MRI, but never was done; pt didn't hear anything for 2mos; he states his work comp manager called ortho office 9x without response; pt has reached MMI; pt feels there's no way he can return to previous job  (no option for light duty); scheduled a visit with another MD to neck pain, went to ER, confirmed was not a stroke, and neck MRI showed disk herniations; original injury was related to falling while working on a wind turbine, involving particularly fast and forceful traction to L UE

Has not worked for 2yrs

Cervical AROM

L rot 45 with mod L neck pn…..After MT = 55 with less pn per pt

R rot 65 with mild R neck pn

L SB 40 with mild R neck pn

R SB 40 with mild L neck pn

ext 45 with mod central neck pn

UE dermatomes WNL except R diminished for C7, C8, T1

UE myotomes WNL except L 4+/5 finger abd, thumb abd

UE reflexes: 0 for biceps, brachioradialis; triceps R +1, L0

Hoffman's (-) bil; LE reflexes 0 bil

ASSESSMENT/DIAGNOSIS:

s/s consistent with nociplastic-dominant mechanical L> R shoulder pain with bil radiating arm

sx's likely related to contributing factors of mobility and muscle performance deficits of

scapulocervicothoracic region.

**10-14-2019, Family First Healthcare-Cedar park, Follow up, Theresa Jones, APRN-FNP-C**

F/U Anxiety

Having chronic pain in both shoulders, needs surgery and will have consult in 2 weeks. Has

chronic neck pain.

Some numbness in right arm from neck.

EXAM:

NECK: tender and pain with motion

Abnormal motor strength bilaterally, can abduct left shoulder to only 90*

Decreased grip strength bilaterally, limited ROM

ASSESSMENT/PLAN:

Chronic neck pain – gabapentin

**11-21-2019, Texas Physical Therapy Specialists Leander, Daily Note, Benjamin Menke, PT, DPT, OCS, No change**

**11-26-2019, Texas Physical Therapy Specialists Leander, Daily Note, Benjamin Menke, PT, DPT, OCS**

Having throbbing pain left shoulder and believes driving aggravated it to 7/10 VAS. Patient states doctor wants him to try therapy before jumping into shoulder surgery.

Pt is expecting a decision to be made by mid-Dec re: if/how his neck may be related to his current injury for him to seek a consult with a neurosurgeon under WC coverage.

OBJECTIVE:
*Cervical AROM*
R rot 70 deg
L rot 62 deg
Flex. 8/10 neck pain

*shoulder AROM*
flex L 76 severe pain
abd L 75 severe pain (abd + IR = 80 deg)

*Shoulder iso's (% = perceived effort)*
ER -15% intensity w slight shoulder pain
IR -10% intensity, "shoulder feels like something is separating
Flex. -30% intensity PAIN-FREE
Ext. -30% intensity PAIN-FREE

**12-03-2019, Texas Physical Therapy Specialists Leander, Daily Note, Benjamin Menke, PT, DPT, OCS**

OBJECTIVE:

*Cervical AROM*

L rot 55 deg wt 6/10 pain

R rot 62 deg wt 6/10 pain.

Flex. 44 deg w 6/10 pain

*Shoulder AROM*

L abd + IR = 56 deg w/ 8/10 (after MT CS traction = 64 deg w/ 8'10)

**12-05-2019, Texas Physical Therapy Specialists, Daily Note, Benjamin Menke, PT, DPT, OCS**

Tries to do elliptical every day, and goes about 25min and afterward has severe neck/arm pain

OBJECTIVE FINDINGS:

*Cervical AROM*

L rot 40 with onset neck pain

R rot 35 with onset neck pain

*shoulder AROM*

flex L 70 with onset pain

abd L65 with onset pain

**12-10-2019, Texas Physical Therapy Specialists Leander, Daily Note, Benjamin Menke, PT, DPT, OCS**

Pt mentions the claims adjuster told him to relay to Dr. Lynch about pt being referred to pain specialist. Pt states 6/10 soreness sitting at rest and increases w/ movement.

OBJECTIVE FINDINGS:

*Cervical AROM*

L rot 40 with onset neck pain

R rot 57 with onset neck pain

flex 25. 7/10 pain (post CS retraction = 33 deg)

*shoulder AROM*

Flex L 67 with onset pain w increase in pain

abd L 55 with onset pain w/ increase in pain

## 12-17-2019, Texas Physical Therapy Specialists Leander, Daily Note, Benjamin Menke, PT, DPT, OCS

Pt states being ill for the last 3 days and had to take 3 "shots" of B12 "just to get out of bed", Pt states coming in w 6/10 shoulder pain. Pt states feeling arm is coming out of socket when walking about 80% of the time. Pt states not knowing when he sees Dr. Lynch and states his primary doctor for his neck will be officially moved to new doctor Jan 9th. Pt states of R arm numbness down to hand and L shoulder numbness that has been constant for a while. Pt states doctor mentions it is because of the neck problem.

OBJECTIVE FINDINGS:

*Cervical AROM*

L rot 50 deg with onset neck pain

R rot 55 deg with onset neck pain

flex 33 deg w 6/10 pain

*shoulder AROM*

flex L 78 deg with onset pain w/ increase in pain

abd + IR = 68 deg with onset pain w/ Increase in pain

## 12-19-2019, Texas Physical Therapy Specialists Leander, Daily Note, Benjamin Menke, PT, DPT, OCS

Feels "MT really helps me".

Dr. Lynch referred him to Pain Specialist, no appointment yet.

OBJECTIVE FINDINGS:

standing shld AROM

flex = 65 deg 8/10 onset of pain

abd = 55 deg 8/10 onset of pain

**12-20-2019, Texas Physical Therapy Specialists Leander, Daily Note, Benjamin Menke, PT, DPT, OCS**

Despite trying, has not been able to contact pain management specialist yet.

OBJECTIVE FINDINGS:

(L) standing shld AROM

abd = 65 deg 8/10 onset of pain (was 55)

**12-23-2019, Texas Physical Therapy Specialists Leander, Daily Note, Benjamin Menke, PT, DPT, OCS**

Struggling with sleep last night due to shoulder/arm numbness bilaterally.

MT makes neck and upper back feel better.

OBJECTIVE FINDINGS:

(L) standing shld AROM

flex = 54 deg 8/10 onset of pain (Post cane = 69 deg w/ 8/10 onset of pain)

abd = 53 deg 8/10 onset of pain (was 65)

**01-03-2020, Texas Physical Therapy Specialists Leander, Daily Note, Benjamin Menke, PT, DPT, OCS**

Neck pain getting worse with more stabbing pain but mentions he will be seeing his pain doctor in San Antonio next week.

OBJECTIVE FINDINGS:

*Standing shoulder AROM*

Flex. 62 deg (c elbow bent. 87 deg) c pain (was 54)

abd. 49 deg (c elbow bent. 66 deg) c pain (was 53)

*supine shoulder PROM*

Shoulder ER (90 deg). 77 deg c onset of pain

*CS AROM*

R rot 65

L rot 55

Flex 35 (after MT= 45 deg)

Ext 40 R SB 43 L S8 30

**01-08-2020, Texas Physical Therapy Specialists – Leander, Re Eval, Benjamin Menke, PT, DPT, OCS**

His progress has been minimal. Discussed and agreed upon plan to hold further PT visits at this time due to expectation that he needs more that "just" PT to achieve his goals, likely to include surgery being necessary.

TREATMENT DIAGNOSIS:

Pain in left shoulder

cervical AROM

R rot 50, mod pain

L rot 35, mod pain

shoulder AROM

flex L -65 severe pain

abd L - 70 severe pain

ER-0 R -65, L -65 mod pain

UE dermatomes: diminished on R for C5, C6, C7, CS, T1

UE myotomes: finger abd 4/5 bil, thumb abd 4/5 bil

UE reflexes 0 for triceps, biceps, brachioradialis

Hoffman's (-) bil


**01-09-2020, Designated Doctor Examination, Daniel Lerma, DC #2**


Opined that the compensable injury included right shoulder impingement, left rotator cuff tear, bilateral biceps tendinopathy, right infraspinatus tendinopathy, and left supraspinatus tendinopathy. All the additionally claimed diagnoses included C3-C4 disc herniation, C6-C7 disc herniation, posterior annular tear and T1-T2 foraminal narrowing and disc bulge were disputed as these were not a result of his work-related injury on June 8, 2017. Regarding Maximum Medical Improvement and Impairment Rating, Dr. Lerma offered two scenarios:

Scenario 1: For the compensable injuries of a right shoulder impingement, left rotator cuff tear, bilateral biceps tendinopathy, right infraspinatus tendinopathy, and left supraspinatus tendinopathy, it was determined Mr. Moore reached Statutory Maximum Medical Improvement on August 18, 2019, with a 11% Whole Person Impairment Rating since in spite of conservative care, medications, bracing, steroid injections, three shoulder surgeries, and extensive physical therapy, HEP, work restrictions, and lifestyle modifications, Mr. Moore may still require additional left shoulder surgery.

Scenario 2: For the compensable and the additional claimed diagnoses/conditions included to a right shoulder impingement, left rotator cuff tear, bilateral biceps tendinopathy, right infraspinatus tendinopathy, left supraspinatus tendinopathy, C3-C4 disc herniation, C6-C7 disc herniation, posterior annular tear and T1-T2 foraminal narrowing and disc bulge, it was determined Mr. Moore reached Statutory Maximum Medical Improvement on August 18, 2019, with a 11% Whole Person Impairment Rating since in spite of conservative care, medications,

bracing, steroid injections three shoulder surgeries, and extensive physical therapy, HEP, work restrictions, and lifestyle modifications, Mr. Moore may still require additional left shoulder surgery.

**01-30-2020, Jeffrey Popham, DC**

PATIENT CONDITION:

Right hip, neck, upper-mid and lower back.

Symptoms began 06-08-2017.

Condition getting progressively worse.

VAS: 6/10

Sharp, numbness, shooting, burning all the time, constant

PAIN DRAWING:

Markings present on the neck, bilateral shoulders, lower back, right buttock and right posterior thigh.

PHYSICAL EXAM:

Cervical spine:

(+) Soto – Hall

(+) Valsalva

(+) maximum compression, left

Decreased ROM cervical spine

Lumbar spine:

(+) Kemp's

(+) VALSALVA, RIGHT

(+) BECHTEREW, RIGHT CENTER

Decreased lumbar spine ROM

ADDITION TO PAIN DRAWING:

Markings present on right anterior hip, and bilateral trapezius region.

OBSERVATIONS/ASSESSMENT:

MRI Cervical spine reviewed

Right hip feels impinged in front

Mid back pain

Low back pain

Right arm numbness

Bad shoulders, hard to lift.

Ongoing PT all last year.

Dr. Peters passed on.

**02-05-2020, Jeffrey Popham, DC**

Ongoing mild right leg pian, some numbness

**02-14-2020, Jeffrey Popham, DC**

Low back tight, mid back better, neck spasms.

Right foot drop better

**02-10-2020, TruOrtho. Office Visit, Jaime Lynch, MD**

Left shoulder central sensitization, scapular dyskinesis, overactive trapezius with secondary impingement syndrome small partial supraspinatus and infraspinatus rotator cuff tendon tear with impingement syndrome and scapular dyskinesis status post a left shoulder biceps tenodesis by another physician.

Left shoulder small partial supraspinatus and infraspinatus rotator cuff tendon tear status post a left shoulder biceps tenodesis by another physician.

VAS 5/10

Neck pain without radicular symptoms

EXAM:

AOx3

Full ROM LE

Normal gait

NECK: decreased ROM

(+) Spurling's, bilaterally

RIGHT SHOULDER: No atrophy, scapular winging, well healed incisions over the biceps, portal sites and open rotator cuff, Popeye deformity.

Periscapular, trapezius, biceps tenderness

Median radial nerve sensations intact, decreased ulnar nerve

5/5 strength

(+) Neer's

(+) Impingement

(+) Hawkin's

(+) Empty can

LEFT SHOULDER: No atrophy, scapular winging, well healed incisions

Tenderness biceps, periscapular and trapezius

4/5 external rotation

(+) Neer

(+) Hawkin's

(+) Empty Can

(+) Sulcus

DIAGNOSIS:

Scapular dyskinesis

Incomplete rotator cuff tear or rupture of left shoulder, not specified as traumatic

Impingement syndrome of left shoulder

Chronic pain due to trauma

TREATMENT:

PT Referral

MRI left shoulder ordered

Referral to pain Management

Plain films of left shoulder reviewed.

Return after MRI.

**02-14-2020, Corvel, Approval Determination – Utilization Review, Texas Workers' Compensation Coverage**

Based on the peer review by Dr. Thomas P. Burns these are ordinary disease of life conditions and not causally related to the compensable injury. Carrier disputes any resulting disability from these unrelated conditions. Carrier will continue to review our position upon receipt of new information.

**02-20-2020, Texas Physical Therapy Specialists, Initial Examination, Benjamin Menke, PT. DPT, OCS**

L shoulder MRI planned next wk, in San Antonio with Lynch  (ortho); he reports she told him the last time he had surgery they "took out a lot of stuff, and 'if we do it again, the shoulder may be even less stable'; if the MRI shows a clear tear that correlates with clinical exam, then a surgery may be indicated; initial consult with pain specialist will be next wk, also through work comp:

COMMENTS:

*Cervical AROM*

R rot 35 c R neck pn

-end of visit = 40

L rot 30 c L neck pn

-end of visit = 40

*shoulder AROM*

flex R 65 c pn, L 45 c pn

abd R 80 c pn, L 55 c pn -end of visit L = 65 c pn

ER0 abd R 70, L 55 c pn

*shoulder PROM*

ER-abd45

-R -60 c R shoulder pn  (worse c wrist ext)

-L ~50 c L shoulder pn  (worse c wrist ext)

UE dermatomes: increased on L for C3, C5, C7, C8, T1

UE myotomes: finger abd, thumb abd

UE reflexes 0 for triceps, biceps, brachioradialis

Hoffman's (-) bil

**02-21-2020, Jeffry Popham, DC**

Right hip catches

**02-21-2020, Daniel Lerma, DC Designated Doctor #3**

Regarding Maximum Medical Improvement and Impairment Rating, Dr. Lerma offered two scenarios:

Scenario 1: For the compensable injuries of a right shoulder impingement, left rotator cuff tear, bilateral biceps tendinopathy, right infraspinatus tendinopathy, left supraspinatus tendinopathy, right shoulder labral tear, right small full-thickness tear of the supraspinatus and medial subluxation of bilateral biceps tendon, it was determined that Mr. Moore had reached Statutory

Maximum Medical Improvement on August 18, 2019, with 11% Whole Person Impairment Rating as in spite of conservative care, medications, bracing, steroid injections three shoulder surgeries, and extensive physical therapy, HEP, work restrictions, and lifestyle modifications, Mr. Moore may still require additional left shoulder surgery followed by post-surgical physical therapy to help relieve his ongoing symptoms.

Scenario 2: For the compensable plus the disputed injuries included to a right shoulder impingement, left rotator cuff tear, bilateral biceps tendinopathy, right infraspinatus tendinopathy, left supraspinatus tendinopathy, right shoulder labral tear, right small full-thickness tear of the supraspinatus, medial subluxation of bilateral biceps tendon, C3-C4 disc herniation, C6-C7 disc herniation, posterior annular tear and T1-T2 foraminal narrowing and disc bulge, it was determined Mr. Moore reached Statutory Maximum Medical Improvement on August 18, 2019, with a 15% Whole Person Impairment Rating as in spite of conservative care, medications, bracing, steroid injections three shoulder surgeries, and extensive physical therapy, HEP, work restrictions, and lifestyle modifications, Mr.

Moore may still require additional left shoulder surgery followed by post-surgical physical therapy to help relieve his ongoing symptoms.

Total Right Upper Extremity Impairment = 4% WP

Total Left Upper Extremity Impairment=7% WP

Total Cerviccothoracic Spine Impairment = 5% WP

Total WP impairment = 15%

**02-25-2020, Jeffry Popham, DC, Letter of Causation**

Justin Moore came to our office for evaluation on 1/30/2020 for injuries and pain in his neck. He reports falling 30 feet off a turbine in 2017. He also states that he has had three shoulder surgeries covered by workers compensation insurance. Today he has ongoing numbness and weakness in his right arm and pain in his neck.

Mr. Moore had an MRI of his neck on 8/12/19, approximately two years after his fall. The MRI reveals multiple disc herniations at C3/4 mild, C4/5 moderate, C5/6 moderately severe and T1/2 mild.

I believe this fall with a sudden stop caused a whiplash-like injury and soft tissue disc damage. The MRI supports this opinion, because there are no degenerative bony changes to indicate an older injury.

**02-26-2020, South Texas Radiology Imaging Centers, MRI Left shoulder WO contrast**

*Referring: Jaime Lynch, MD                  Radiologist: John Clement, MD*

FINDINGS:

AC joint shows mild osteoarthritis with hypertrophic spurring.

Acromion has a type III undersurface morphology. Trace subacromial-subdeltoid fluid. Subjacent rotator cuff demonstrates a high grade insertional partial tear along the leading-edge footprint of supraspinatus. Tear measures 8 mm in AP dimension. It involves near 80% tendon thickness with bursal surface fibers remaining intact. Partially torn tendon stump retracted only 7 mm. Mid and posterior supraspinatus intact. Infraspinatus normal. Teres minor normal. Subscapularis shows mild insertional tendinosis but no high grade partial or full-thickness tearing. Biceps tendon has been tenodesed with the suture anchor along the mid aspect of the bicipital groove along the proximal humerus.

Glenohumeral alignment normal. There is fraying of the superior labrum undercutting the biceps anchor compatible with mild degenerative SLAP tearing.

Anterior and posterior labrum normal. Glenoid and humeral cartilage show mild Grade Il chondral thinning. No full-thickness chondral defects or subarticular-bone changes. Inferior glenohumeral ligament-capsular-complex-normal. No-adhesive capsulitis. Bone marrow signal shows no fracture or avascular necrosis. Muscle signal normal. No denervation changes. No fatty atrophy.

IMPRESSION:

1. Moderate AC joint osteoarthritic. There are findings of subacromial impingement with type III acromial morphology narrowing the lateral margin of the supraspinatus outlet. This results in a 9 mm high grade partial articular surface tear along anterior supraspinatus with 7 mm of retraction of the partially torn tendon stump. Bursal surface fibers remain intact and the tear is not quite full thickness in degree.
2. Evidence for prior biceps tenodesis.
3. Fraying of the superior labrum undercutting the biceps anchor compatible with mild degenerative SLAP tearing. There is also mild Grade Il chondral loss in the glenohumeral joint.

**03-25-2020, Orthopedics Specialists of Auston, Letter of Causation, Robert Josey, MD**

Involved in a significant fall on 6/8/17 in which he fell 22 feet and was caught by a safety harness. This fall was significant enough to injure both shoulders necessitating multiple surgeries. Throughout the treatment process, he has complained of trapezial and scapular pain with radiation to his right arm, and these symptoms were chalked up to his shoulder injuries. His symptoms have continued despite the shoulder treatment. He presented to me with a clear cervical radiculopathy caused by a disc herniation at C5-6, as seen on objective MRI. These symptoms started at the time of his trauma, and these symptoms were thought to be related to his shoulder injuries. It was not until the symptoms did not resolve that practitioners began to understand that there may be another, underlying injury. My opinion is that his fall from 22 feet to a dead stop cause his disc to herniate at C5-6, and this injury diagnosis has been overshadowed by his shoulder injuries. This mechanism caused a sudden flexion extension moment in his neck similar to what is seen in motor vehicle collisions. The forces involved in this type of injury are more than enough to cause a disc herniation.

**03-25-2020, TruOrtho, Letter of Causation, Jaime Lynch, MD**

Patient evaluation on 10/24/2019 and 2/10/2020 for injuries to the left shoulder, right shoulder and neck pain. He reports falling off a wind turbine on 6/18/2017 after his cable snapped. When braking device finally engaged the patient was slammed into the ladder.

Since the fall Mr. Moore has had three shoulder surgeries covered by workers compensation. He has ongoing pain in the neck and left shoulder. Upon examination the patient's cervical spine, patient has decreased extension and lateral flexion to the right and left and tenderness to palpation along the left paraspinal muscles.

Patient had a Cervical MRI on 8/12/19, approximately two years after the fall. The MRI reveals multiple disc herniations at C3-4 mild, C4-5 moderate, C5-6 moderately severe and T1-2 mild.

With the incident on 6/8/17 being a violent fall, I believe the injuries found in the cervical MRI were a direct result of this. There is no prior evidence or history of neck pain or neck injury prior to the incident and the MRI results support this opinion.

**04-23-2020, Medical Equation, Peer Review, Kenneth Ford, MD #4**

Opined that none of the findings on the MRI of the cervical spine on August 12, 2019, are causally related to the compensable injury of June 8, 2017. This MRI reports only pre-existing, ordinary disease of life multilevel degenerative disc disease of the cervical spine. There is no objective medical information provided to support Mr. Moore sustained an injury to his cervical spine. He did not complain of any neck pain until two years after the date of injury. Degenerative changes to the cervical spine are a part of the normal aging process and are common in the general population beginning as early as the second decade of life. Previous neck injuries, muscle strains, arthritis of the cervical spine, and genetic predisposition increase the risk for early development of this condition.

**09-13-2020 through 11-21-2020 (2 visits)**
**Texas Physical Therapy Specialists, Benjamin Menke, PT, DPT, OCS, No change**

<u>**BILLING SUMMARY**</u>

**Texas Orthopedics, Sports and Rehabilitation Associates**          **Total: $1,676.00**

| 08/29/2019 | 99080 | Copy of Radiology CD | $10.00 | Peter Garcia |
|---|---|---|---|---|
| | 99456 | Work Related or Medical Disability Exam | $650.00 | Peter Garcia |
| 06-17-2019 | 99214-25 | Estab Lev 4 | $210.00 | John Rodrig |
| | 20604-LT | Arthrocentesis, asp/inj small joint or bursa with U/S guidance | $300.00 | |
| | 20550-LT | Injection; Tendon Sheath, Ligament | $175.00 | |
| | J3301 | Triamcinolone 20 mg | $36.00 | |
| 06-11-2019 | 99203 | E & M Level 3, Ov, New Patient | $210.00 | Zachariah |
| | 73030-LT | Shoulder Xray Comp Min 2V | $85.00 | |

**Texas Physical Therapy Specialists**          **Total: $4,765.00**
**11-21-2019 through 02-10-2020 (14 visits)**

**South Texas Radiology Imaging Center**          **Total: $1,582.00**

| 02-26-2020 | 73721, LT | MRI any Joint UE WO contrast | $1,582.00 | |
|---|---|---|---|---|

**Family First Healthcare- Leander**          **Total: $1,122.00**
**(Timberland Medical Group)**

| 09-08-2017 | 99213 | Unspecified on billing | $192.00 | |
|---|---|---|---|---|
| 12-01-2017 | 90471 | Unspecified on billing | $62.00 | |

|  | 90688 | Unspecified on billing | $51.00 |  |
|  | 99214, 25 | Unspecified on billing | $283.00 |  |
| 07-16-2018 | 99213 | Unspecified on billing | $192.00 |  |
| 08-09-2019 | 99212 | Unspecified on billing | $114.00 |  |
| 08-16-2019 | 99212 | Unspecified on billing | $114.00 |  |
| 10-14-2019 | 99212 | Unspecified on billing | $114.00 |  |

**Landmark Exams**                                    **Total: $780.00**

**(Slaughter Chiropractic)**

| 07-11-2018 | 99456 | Unspecified on billing | $700.00 |  |
|  | 95851 | Unspecified on billing | $80.00 |  |

**Medical Equation**                                    **Total: $2,060.00**

**(Kenneth Ford, MD)**

| 07-24-2017 |  | Peer Review | $590.00 |  |
| 05-04-2018 |  | Peer Review | $490.00 |  |
| 08-27-2019 |  | Peer Review | $490.00 |  |
| 04-23-2020 |  | Peer Review | $490.00 |  |

**Cedar Park Regional Medical Center**                **Total: $25,207.22**

**Pages 1092 -1094**

| 09-11-2017 |  | OR LEV 4 INI 15 MIN | 4648.10 |  |
|  |  | OR LEV 4 EA ADD MIN | 228.95 |  |

| | | | | |
|---|---|---|---|---|
| | | PACU LEV 2 INI 15 MN | 610.52 | |
| | | PACU LEV 2 EA ADD MN | 17.74 | |
| | | PACU LEV 2 EA ADD MN | 17.74 | |
| | | ANES LV 3 INI 15 MIN | 1622.15 | |
| | | ANES LV 3 EA ADD MIN | 56.82 | |
| | | CEFAZOLIN 500MG INJ | 18.26 | |
| | | MIDAZOL HCL 1MG INJ | 18.26 | |
| | | SOD CHLOR.9% 10mL | 26.89 | |
| | | ML ADRENL/EPINEP 0.1MG | 3.64 | |
| | | ONDANSETRON ODT 4MG | 111.23 | |
| | | ROPIVACAINE 1MG INJ | .65 | |
| | | ROPIVACAINE 1MG INJ | .88 | |
| | | ROPIVACAINE 1MG INJ | .88 | |
| | | PROPOFOL 1OMG INJ | 1.62 | |
| | | LIDOC-MPF 2% INJ 5ML | 36.52 | |
| | | LIDOCAIN 2%/ EPI 20ML | 62.69 | |
| | | BUPIVAC.25% MPF 30M | 28.34 | |
| | | BUPIVAC.25% MPF 30M | 28.34 | |
| | | DEXAMETH NA 1MG INJ | 9.15 | |
| | | HYDROMORPH UP TO 4MG | 36.52 | |
| | | KETOROLAC 15MG INJ | 18.26 | |
| | | PHENYLEPHRIN 1ML INJ | 49.86 | |
| | | ONDANSETRON 1MG INJ | 31.49 | |
| | | RINGER LAC UP TO 1L | 120.73 | |
| | | RINGER LAC UP TO 1L | 120.73 | |
| | | GLU, HOME USE DIAGNOS | 90.64 | |
| | | GLU, HOME USE DIAGNOS | 90.64 | |
| | | GLU, HOME USE DIAGNOS | 90.64 | |
| | | OTH STER SUPP LVL 2 | 199.96 | |
| | | OTH STER SUPP LVL 8 | 748.00 | |

| | | OTH STER SUPP LVL 10 | 1599.96 | |
|---|---|---|---|---|
| | | ANCHOR/SCRW LEVEL 7 | 2091.18 | |
| | | ANCHOR/SCRW LEVEL 7 | 2091.18 | |
| | | ANCHOR/SCRW LEVEL 8 | 2788.23 | |
| | | ANCHOR/SCRW LEVEL 9 | 3659.54 | |
| | | DRILL BIT/BLADE LVL2 | 284.05 | |
| | | DRILL BIT/BLADE LVL2 | 284.05 | |
| | | DRILL BIT/BLADE LVL2 | 284.05 | |
| | | DRILL BIT/BLADE LVL2 | 284.05 | |
| | | SUTURE LEVEL 1 | 20.91 | |
| | | SUTURE LEVEL 1 | 20.91 | |
| | | SUTURE LEVEL 1 | 20.91 | |
| | | SUTURE LEVEL 1 | 20.91 | |
| | | SUTURE LEVEL 1 | 20.91 | |
| | | SUTURE LEVEL 5 | 2275.88 | |
| | | NEEDLES 2 | 313.66 | |

**Orthopeadic Associates of Central Texas**                    **Total: $38,081.53**

| 07-07-2017 | 99203 | Office/OP visit | $312.00 | |
|---|---|---|---|---|
| | 73030 | XR exam of shoulder | $162.54 | |
| 07-14-2017 | 73221 | MRI Joint Upper extremity | $662.91 | |
| | 77002 | Needle localization | $223.17 | |
| | A9579 | Injection Gadolinium | $50.00 | |
| | 23350 | Injection procedure Shoulder Arthrogram | $374.25 | |
| 07-17-2017 | 99214 | Office/OP visit | $309.36 | |
| 08-01-2017 | 99214 | Office/OP visit | $309.36 | |

| | | | | |
|---|---|---|---|---|
| 09-01-2017 | 99214 | Office/OP visit | $309.36 | |
| 09-11-2017 | 23412 | Repair Rotator Cuff | $2,497.41 | |
| | 23430 | Repair Biceps Tendon | $2,183.82 | |
| | 29822 | Shoulder arthroscopy | $1,659.15 | |
| | 29826 | Shoulder arthroscopy | $521.73 | |
| 09-21-2017 | 99024 | Post Op Visit | $0.00 | |
| 10-05-2017 | 99024 | Post Op visit | $0.00 | |
| 10-10-2017 | G8984 | Carry, Moving, and handling objects | $0.01 | |
| | G8984 | Carry, Moving, and handling objects PT/OT | $0.01 | |
| | 97162 | PT Initial Eval | $235.92 | |
| 10-10-2017 | 97112 | Neuromuscular re education | $95.16 | |
| 10-20-2017 | | PT | $268.56 | |
| 10-24-2017 | | PT | $363.72 | |
| 10-27-2017 | | PT | $363.72 | |
| 10-31-2017 | | PT | $363.72 | |
| 11-02-2017 | 99214 | Office/OP visit | $309.36 | |
| 11-02-2017 | 99024 | Post op visit | $0.00 | |

| | | | | |
|---|---|---|---|---|
| 11-03-2017 | | PT | $377.76 | |
| 11-14-2017 | | PT | $363.72 | |
| 11-29-2017 | | PT | $363.72 | |
| 11-30-2017 | 99214 | Office/OP visit | $309.36 | |
| | 20610 | Arthrocentesis, aspiration and or injection | $173.61 | |
| | J1100 | Injection Dexamethasone | $80.00 | |
| 12-04-2017 | | PT | $272.28 | |
| 12-14-2017 | | PT | $377.76 | |
| 12-28-2017 | | PT | $377.76 | |
| 12-29-2017 | 99214 | Office/OP visit | $309.36 | |
| 01-09-2019 | T1016 | Case Management | $50.00 | |
| 01-16-2018 | | PT | $377.76 | |
| 01-18-2018 | | PT | $363.72 | |
| 01-22-2018 | | PT | $377.76 | |
| 02-01-2018 | 99214 | Office/OP visit | $309.36 | |
| 01-30-2018 | | PT | $363.74 | |

| | | | | |
|---|---|---|---|---|
| 02-23-2018 | | PT | $363.72 | |
| 02-15-2018 | 73221 | MRI Joint upper extremity | $662.91 | |
| 03-12-2018 | | PT | $363.72 | |
| 03-15-2018 | 99214 | Office/OP visit | $309.36 | |
| | 20610 | Arthrocentesis, aspiration and/or injection | $173.61 | |
| | J1100 | Dexamethasone | $80.00 | |
| 02-19-2018 | 99214 | Office/Op visit | $309.36 | |
| 03-26-2018 | | PT | $363.72 | |
| 04-05-2018 | 99214 | Office/OP visit | $309.36 | |
| 07-27-2018 | 99214 | Office/OP visit | $309.36 | |
| 08-16-2018 | 99214 | Office/OP visit | $309.36 | |
| 09-05-2018 | 23430 | Repair Biceps tendon | $2,183.82 | |
| | 29822 | Shoulder arthroscopy | $1,659.15 | |
| | 29826 | Shoulder arthroscopy | $521.73 | |
| 09-18-2018 | 99024 | Post op visit | $0.00 | |
| 10-04-2018 | | PT Initial eval | $498.74 | |
| 10-16-2018 | 99024 | Post op visit | $0.00 | |

| | | | | |
|---|---|---|---|---|
| 10-30-2018 | | PT | $354.24 | |
| 11-01-2018 | | PT | $354.24 | |
| 11-08-2018 | | PT | $368.28 | |
| 11-13-2018 | | PT | $282.60 | |
| 11-13-2018 | 99024 | Post op visit | $0.00 | |
| 11-15-2018 | | PT | $368.28 | |
| 11-28-2018 | | PT | $368.28 | |
| 12-03-2018 | | PT | $363.72 | |
| 12-05-2018 | | PT | $368.29 | |
| 12-11-2018 | 99214 | Office/OP visit | $309.36 | |
| 12-20-2018 | | PT | $368.28 | |
| 12-21-2018 | | PT | $368.28 | |
| 12-28-2018 | | PT | $363.72 | |
| 01-03-2019 | | PT | $368.28 | |
| 01-08-2019 | | PT | $368.28 | |

| 01-15-2019 | | PT | $368.28 | |
|---|---|---|---|---|
| 01-15-2019 | 99214 | Office/OP visit | $309.36 | |
| 01-18-2019 | | PT | $368.28 | |
| 01-21-2019 | | PT | $182.89 | |
| 01-23-2019 | 24999 | Upper arm/elbow surgery | $0.00 | |
| 01-28-2019 | 99024 | Post op visit | $0.00 | |
| 02-05-2019 | 99024 | Post Op visit | $0.00 | |
| 02-05-2019 | | PT Initial eval | $518.54 | |
| 02-12-2019 | | PT | $368.28 | |
| 02-19-2019 | | PT | $553.68 | |
| 02-21-2019 | | PT | $368.28 | |
| 02-26-2019 | | PT | $368.28 | |
| 02-28-2019 | 99214 | Office/OP visit | $309.36 | |
| 02-28-2019 | | PT | $368.28 | |
| 03-06-2019 | | PT | $368.28 | |
| 03-06-2019 | 73221 | MRI upper joint Extremity | $662.91 | |

| | | | | |
|---|---|---|---|---|
| 03-06-2019 | | PT | $0.00 | |
| 03-08-2019 | | PT | $368.28 | |
| 03-14-2019 | 99214 | Office/Op visit | $309.36 | |
| | 99080 | Special reports or forms | $15.00 | |
| 03-14-2019 | | PT | $368.28 | |
| 03-18-2019 | 99214 | Office/OP visit | $309.36 | |
| | 99080 | Special reports or forms | $15.00 | |
| 04-01-2019 | 99214 | Office/OP visit | $309.36 | |
| | | Special reports or forms | $15.00 | |
| 03-18-2019 | | PT | $368.28 | |
| 06-03-2019 | 99214 | Office/OP visit | $309.36 | |
| | | Special reports or forms | $15.00 | |

**Rollins Brook Community Hospital**                    **Total: $2,089.00**

| | | | | |
|---|---|---|---|---|
| 06-08-2017 | 96372 | IV Therapy | $437.52 | |
| | 71110 | XR Ribs 3v bilateral | $512.66 | |
| | 99283 | Emergency Room, level 3 | $1,044.95 | |
| | J1885 | Ketorolac 60ml/2ml injection | $45.06 | |
| | J2360 | Orphenadrine 60mg/2ml | $48.81 | |

**Texas Orthopedics, Sports and Rehabilitation**          **Total: $1,676.00**

| 08-29-2019 | 99080 | Copy of radiology CD | $10.00 | |
| | 99456 | Work related/medical disability examination | $650.00 | |
| 06-17-2019 | 99214,25 | Established visit, level 4 | $210.00 | |
| | 20604, LT | Arthrocentesis, asp/inj small joint or bursa | $300.00 | |
| | 20550, LT | Injection, tendon sheath, ligament | $175.00 | |
| | J3301 | Triamcinolone | $36.00 | |
| 06-11-2019 | 99203 | E & M level 3, New patient | $210.00 | |
| | 73030, LT | XR shoulder complete, min 2 views | $85.00 | |

**Jeffry Popham, DC**                                      **Total: $186.00**

| 01-30-2020 | 99203, 25 | Unspecified | $60.00 | |
| 02-05-2020 | 98941 | Unspecified | $42.00 | |
| 02-14-2020 | 98941 | Unspecified | $42.00 | |
| 02-21-2020 | 98941 | Unspecified | $42.00 | |

## ASSESSMENT

A careful review of the detailed medical records shows that Mr. Justin Moore had complaints very much consistent with shoulders injury after the accident in question. There is no documentation consistent with cervical radiculopathy for approximately two years after the accident. The first record consistent with radiculopathy and a possible cervical disc herniation is on 5/24/19. Mr. Moore's first definitive examination and set of complaints consistent with radiculopathy are on 7/31/19.  The imaging of the cervical spine performed shortly after this

Page 112 of 116

episode of pain is on 8/12/2019. A review of the MRI images shows multilevel cervical degenerative disc disease consistent with degenerative disc disease. Additionally, there is a large C5-6 right-sided disc herniation with significant displacement of the right C6 nerve root. In nearly all cases, the MRI findings cause radicular symptoms of numbness/tingling/weakness in the distribution of the nerve. The MRI shows evidence of disc extrusion and increased T2 signal within the disc herniation, a lifting of the posterior longitudinal ligament, and demarcation between the disc fragment and the posterior disc annulus. These are all descriptions of acute disc herniation. As disc herniations get chronic (greater than three months), these characteristics resolve. What remains is a homogeneous asymmetrical protrusion or possible resorption of the acute disc. These acute disc herniations resolve spontaneously as well, and repeat MRIs may not show evidence of the disc herniation.

A combination of the MRI characteristics of the disc herniation and the clinical presentation fully support the opinion that based on reasonable medical probability, Mr. Justin Moore's disc herniation occurred approximately two years after the accident in question. The disc herniation was not caused by the fall in question. A review of the records shows that Dr. Josey's statement that the persistently symptomatic right shoulder symptoms have been a function of this disc herniation since the time of the accident is not correct. Throughout his presentation to his many providers and medical evaluators, the documented examination and report symptoms of shoulder pain, pain on moving his shoulder, positive shoulder examination findings, and the absence of radicular symptoms are consistent with shoulder pathology and not cervical radiculopathy .

There is a very dramatic and distinct change in the nature of the complaints and examination findings starting around mid-2019. From this point onwards, Mr. Moore starts reporting right-sided neck pain and right arm radicular complaints absent previously. The novel complaints of neck pain on the right-sided arm pain with numbness and tingling and severe disability are very distinctly consistent with an acute cervical disc herniation. For the first time in the past several years, his treating physicians shifted their focus on to the new problem, and a workup of his cervical spine was performed. His physicians appropriately diagnosed him with a cervical disc herniation and radiculopathy. The cervical radicular symptoms are a very distinct set of symptom which were not present before May 2019. These symptoms are a direct result of the acute cervical MRI findings, which, based on reasonable medical probability, came about with a

few days, weeks, or a few months of the onset of symptoms on July 2019. There are no causal relations to events of 06/08/2017.

Mr. Justin Moore reported axial neck pain with a normal cervical and neurological examination during his initial treatment after the accident. His complaints and exam are not consistent with a disc herniation but are consistent with soft tissue sprains and strains. He has no complaints consistent with radiculopathy. Mr. Moore's MRI shows evidence of multilevel degenerative disc disease. Patients with degenerative disc disease from time to time sustain disc herniations. The vast majority of disc herniations are not due to traumatic events. There is no logical correlation between an event in 2017 and a disc herniation in 2019. Disc herniations occur for a variety of reasons; however, the correlation of an acute disc herniation to an event two years previously has no clinical basis.

Mr. Justin Moore may, at some point, require treatment of his C5-6 disc herniation. That treatment is not related to the accident in question. It also appears based on his deposition testimony and his healthcare provider records that his radicular complaints have significantly resolved, so any further treatment regardless of causation requires further imaging of the neck.

I am qualified to provide the opinions discussed above. I am a board-certified, spine fellowship-trained orthopedic surgeon with 20 years of experience. In my daily practice, I treat orthopedic patients that have been involved in accident and injuries. I prescribe and manage physical therapy treatments. I recommend chiropractic care. I prescribe medications. I review, interpret, and clinically assess images from MRIs, CT scans, x-rays, discograms, bone scans, and spec scans of my patients in both the clinic setting and the hospital setting. I counsel patients about the risks and benefits of different procedures allowing them to make informed decisions. I perform interventional pain injections in the cervical spine, lumbar spine, SI joints, and hip joints using fluoroscopy. I perform in-office injections in the knee, shoulder, SI joint, and trigger points. I refer patients to pain management colleagues with very specific recommendations of what procedure should be performed. I perform lumbar, thoracic, and cervical surgical procedures, including decompressions, instrumentations, and fusions. I have privileges at multiple Memorial Hermann Facilities and Methodist Facilities in the greater Houston Area. For the past ten years, I

am the primary orthopedic spine surgeon providing spine coverage at Memorial Hermann Sugar Land emergency department and in-patient hospital.  I am a reviewer for the Texas Medical Board.

Sincerely;

Mohammad Etminan, MD

The above opinions are based on the records reviewed. I reserve the right to change these opinions if provided with further information.

## RECORDS REVIEWED

Accident Scene Photos

| | |
|---|---|
| Orthopedics Associates – Cedar Park | Medical & Billing Records |
| Cedar Park Regional Medical Center | Diagnostic Reports, Medical & Billing Records |
| Family First Healthcare – Cedar Park | Medical & Billing Records |
| Austin Radiological Association | Diagnostic Reports & Billing Records |
| Employers First Report Of injury or Illness | |
| Rollins Brook Community Hospital | Diagnostic Reports, Medical & Billing Records |
| Texas Worker's Compensation | Work Status Reports |
| Texas Orthopedics, Sports & Rehab Associates | Medical & Billing Records |
| Cedar Park Occupational Medicine Clinic | Medical & Billing Records |
| Medical Equation, Peer Reviews Kenneth Ford, MD | 07-24-2017, 05-04-2018, 08-27-2019, 04-23-2020 |
| Designated Doctor Examination, Daniel Lerma, DC | 07-11-2018, 01-09-2020, 02-21-2020 |
| Orthopedics Associates of Central Texas | Diagnostic Reports, Medical & Billing Records |
| Texas Physical Therapy Specialists | Medical & Billing Records |

| | |
|---|---|
| Longhorn Imaging | Diagnostic Reports/imaging |
| Jeffry Popham, DC | Medical & Billing Records |
| TruOrtho | Medical Records |
| Jeffry Popham, DC | Letter of causation |
| South Texas Radiology Imaging Centers | Diagnostic Reports |
| Orthopedics Specialists of Auston | Letter of Causation, Robert Josey, MD |
| TruOrtho | Letter of Causation, Jaime Lynch, MD |
| Landmark Exams | Billing Records |
| Deposition | |

# Mohammad Etminan, MD

23530 Kingsland Blvd. #300                          metminan@yahoo.com
Katy, Texas 77494                                     (832) 277-4501
Tx L2241

**Education**

| | |
|---|---|
| 2001-2001 | Spine fellowship, Lenox Hill Hospital, New York, NY |
| 2000-2001 | Spine fellowship, Cornell/Hospital for Special Surgery, New York, NY |
| 1995-2000 | UCLA Department of Orthopedic Surgery |
| 1991-95 | Baylor College of Medicine, Houston, Texas |
| | Doctor of Medicine |
| 1989-91 | Georgetown University, Washington, District of Columbia |
| | Bachelor of Science, Biology, Summa Cum Laude |
| 1987-89 | University of the Pacific, Stockton, California |
| 1983-1987 | Second Baptist High School, Houston, Texas |

**Board Certification**

| | |
|---|---|
| 2000 | Orthopedic Board Certification, Written Portion |
| 2003 | Diplomate American Board of Orthopedic Surgery |
| 2012 | Orthopedic Board Re-certification |

**Texas Medical Board**

| | |
|---|---|
| 2020 | Expert Panelist Texas Medical Board |

**Board of Directors**

2014-Present    Memorial Hermann First Colony (*Governing board oversite of reimbursement, expense, profitability for hospital services including surgical services and imaging services)*
2016-18          Health Museum

**Professional Experience**

| | |
|---|---|
| 2001-03 | Texas Orthopedic and Sports Medicine |
| 2004 | Spine Care |
| 2004-2011 | Richmond Bone and Joint Clinic PA |
| 2011-14 | Memorial Hermann Medical Group |
| 2014-2019 | Assistant Professor, Department of Orthopedic Surgery, UT Health, McGovern School of Medicine |

1

2019-current        Complete Spine Center, PA *(Delivery of surgical spinal care, nonsurgical spine/orthopedic care interventional spine procedure, imaging, coding, billing, practice expense, reimbursement)*

## Partnerships/Ownership with oversite

2004-2011     Richmond Bone and Joint ownership in physical therapy, imaging, and surgery center

2011-Current  RBC Holdings, LLC, ownership in physical therapy, rehabilitation hospitals, surgery centers, surgical hospital

## Patents

2013                Interbody fusion implant and related methods number: Patent #8,491,658
2014                Expandable corpectomy cage system P:5993-8 (pend.)
2019                System for Mounting of Cervical Plate to a vertebrae number:
Patent #10,245,080
2019                Cervical corpectomy device cervical spine
2019                Facet fusion device (Patent Pend.

## Teaching Experience

2008-2011        Clinical instructor for lateral interbody course, Nuvasive Corporation
2008-2011        On-site Surgeon mentor for lateral interbody surgical proctoring
2012                Clinical instructor for percutaneous screw, Alphatec Spine
2013                Consultant Alphatec Spine lateral interbody design team
2014-2019        Assistant Professor, Department of Orthopaedics, medical student
                        training

## Society Memberships

2009-2014        Member Society of Lateral Access Surgeon (SOLAS)
2014                Member ISASS
2010-current     Member North American Spine Society
2019                Professional Membership American Board of Quality Assurance
                and Utilization
2019                American Academy of Professional Coders (Member # 01759130)

## Honors and Awards

1995                Stanley Olson outstanding academic excellence award, outstanding
                        orthopaedic student award, alumni recognition award.
1994                DeBakey Scholar (Highest Award at BCM), Junior Alpha Omega
                        Alpha

1995            Highest honors in basic sciences.
1992            Outstanding biochemistry student award, McGraw-Hill outstanding
                 basic science student  award.
1991            Phi Beta Kappa, Summa Cum Laude, Georgetown University
1987            McGraw-Hill outstanding freshman chemistry student
1987-91         Deans Honor roll


**Consulting Experience**

2009            Custom Lateral interbody cage design Nuvasive Corp.
2012            Design Team for comprehensive lateral interbody system Alphatec
                 Spine
2014            Lead design physician for development of cervical plate and cage
                 system Corelink

**Publications and Research**

2002            M Etminan, FP Girardi, SN Khan… Revision strategies for lumbar
                 pseudarthrosis


2001            Etminan, M, Girardi, F, Cammisa, FP,:  Clinical outcomes after
                 surgical decompression of nerve root anomalies.  Presented at
                 Eurospine 2001.

1999.           Etminan, M, Davies M, and Oppenheim, W: Electromyographic
                 evaluation of lower extremity muscle function during gait with various
                 forms of immobilization.  Abstract submitted to AAOS  68th annual
                 meeting

                 Etminan, M, and Berstein, M: Mathematical prediction of postoperative
                 scoliosis height increase in patients undergoing instrumented posterior
                 spine fusion. Abstract submitted to AAOS 68th annual meeting

                 "Ankle fusion" Manuscript in preparation for submission to the
                  Journal of Foot and Ankle Society.


1998            Etminan, M, Hannani, K, and Dawson, E: Radiographic analysis of the
                 effects of demineralized bone matrix augmentation in posterolateral
                 intertransverse lumbar spine fusion.  Presented at the AAOS resident's
                 meeting Feb 21,  1998.


1997            Soldatis, G, Moseley B, Etminan, M: "Shoulder symptoms in healthy

3

athletes: a comparison of outcome scoring systems." *Journal of Shoulder and Elbow Surgery,* May-Jun, 6(3):265-71, 1997.

1993          Joshi A, Etminan M, Alexander J, Patel M: Surface abrasion of the polyethylene liner retrieval and laboratory analysis. Poster presentation at the AAOS meeting at Orlando 1995.

1990          Etminan, M. Determination of Melatonin Synthesis in hamster skin via isolation and characterization of marker enzyme: arylalkylamine N-acetyltransferase. Senior Thesis, Department of Biochemistry, Georgetown University.

1989          Design and synthesis of plasmids with insulin promoters and specific restriction site. Anthony Mean, Ph.D., Department of Molecular Biology, Baylor College of Medicine, SMART Program.

ELISA and western blot survey for selection of monoclonal antibodies to be used in malaria testing, Diane Taylor, Ph.D., Department of immunology, Georgetown University.

1988          Isolation and characterization of hepatic alkaline phosphatase via RNA analysis, Norman Sussman, MD, Baylor College of Medicine, SMART Program.

## Qualifications of Mohammad Etminan, MD

I graduated from Second Baptist High School, in Houston, Texas as Salutatorian in 1987. I graduated Summa Cum Laude (Highest Honors) from Georgetown University in Washington D.C. with a biology degree in 1991. I had the privilege of attending Baylor College of Medicine (BCM) from 1991-1995. At BCM, I graduated with highest honors. I was part of a select group of students that were elected to the Medical Honor Society (AOA) as a 3rd-year medical student. This selection was based on my academic achievements and excellence. I was also the DeBakey Scholar and the Stanley Olson award recipient while at Baylor College of Medicine. These awards are the two highest awards possible at BCM.

I was accepted and completed by Orthopedic Surgery Residency at the University of California, Los Angeles from 1995-2000. I completed my spine fellowship program at the Hospital for Special Surgery in New York in 2001. Hospital for Special Surgery is ranked the #1 hospital for orthopedic surgery for 10 years in a row according to U.S. News and World Report. After my fellowship at the Hospital For Special Surgery, I spent additional time training under Dr. Patrick Oleary MD, and at the Werner Wicker Clinic in Germany.

4

 After returning to Houston, I started my orthopedic surgery practice in 2001. I was eligible to become board certified with the American Board of Orthopedic Surgery in 2003. After a review of my cases, my outcomes, my indications, and my practice pattern. The American Board of Orthopedic Surgery accepted me into its membership, and I become a diplomate of the board.

After my training, I have been fortunate enough to be a part of the greater Houston medical community. I have been dedicated to staying up to date with the current literature and trends in healthcare. I have always been interested in the complete spectrum of delivery of healthcare, including its business side.  I have concentrated on delivering excellent healthcare in cost-efficient care, evidence-based, and safe care.

To achieve this goal, I stay abreast of the latest developments in healthcare and new technologies by attending meetings, reading peer-reviewed periodicals, and critically evaluating my outcomes.  I have been involved in the coding of services, setting of charges for the services delivered, understanding reimbursement, understanding the business of healthcare. I have been able to do this as a part of my practice with Richmond Bone and Joint Clinic and currently at the Complete Spine Center, PA. I have had the opportunity to invest in different facilities that provided imaging services such as MRI's, and surgical services such as cervical and lumbar injections and surgeries. I have furthered my knowledge by:
1. Keeping up to date with CPT coding/ICD-9 and ICD-10 coding.
2. Changes in coding and bundling, changes in reimbursement rates via attending a professional meeting such as North American Spine Society Meetings.
3. Reading peer-reviewed journal articles that look at the cost of healthcare delivery across the country.
4. Looking at my own practice.
5. Staying informed of the billing and reimbursement patterns for services provided in my partnerhips.
6. Continuing education such as Professional Membership American Board of Quality Assurance and Utilization


My experience as a practitioner of spinal care for the past 19 years with partnership interests in different entities allows me to have an educated and qualified opinion into the necessity of the care provided and the reasonableness of the cost of services provided.

5

Dr. Etminan

DEPOSITION TESTIMONY GIVEN

| NO. | CASE | CAUSE NO.: | COURT | CLAIM NO:/OR DATE |
|---|---|---|---|---|
| 1. | Ruben Medina vs. Thi Hien Pham | 123477 | CC, Jefferson County, Texas | Sept 23, 2014 |
| 2. | Jewel Honey-Love v. Henry Rodlecki, Jr. | 2013-22116 | 190th JDC of Harris County, Texas | May 18, 2014 |
| 3. | Stacy & Dan Argo v. Liberty Mutual | 2014-07373 | 269th JDC of Harris County, Texas | July 2015 |
| 4. | Chune Webb v. Russell Reichle | 2015-22008 | 55th JDC of Harris County, Texas | March 25, 2016 |
| 5. | Lisa Cannon v. David Ibarra/Xerox Corp | 2014-13441 | 129th JDC of Harris County, Texas | February 2016 |
| 6. | Karol Burger v. Powell Industries and Jacob K. Thomas | 2015-17543 | 190th JDC of Harris County, Texas | April 2016 |
| 7. | Joseph Bramande v. Nelly Williams | 2015-06084 | 281st JDC of Harris County, Texas | April 2016 |
| 8. | Anita Bones v. James Davis Wesselski | 2014-05019 | 281st JDC of Harris County, Texas | June 2015 |
| 9. | George Cammue v. Rachel Anne Richardson | 2013-69176 | 164th JDC of Harris County, Texas | April 2015 |
| 10. | Janie Reyna, et al v. David Brennan | 2015-29627 | 151st JDC of Harris County, Texas | December 2016 |
| 11. | Calien Trevino v. Jesus Ismael Chapa | 2015-08458 | 129th JDC of Harris County, Texas | January 2017 |
| 12. | Terry Thomas v. Interline Brands and Albert Arellan | 2014-00754 | 270th JDC of Harris County, Texas | January 2017 |

| | | | | |
|---|---|---|---|---|
| *13.* | *William Crouch v. Jeff Collins and Innovative Management Solutions* | 2016-02612 | 133rd JDC of Harris County, Texas | January 2017 |
| *14.* | *Eric Arriaga v. Steven Gibson and Jimmie Gibson* | 2016-20092 | 215th JDC of Harris County, Texas | January 2017 |
| *15.* | *Orlando Arellano v. John Carballa* | 2016-14947 | 80th JDC of Harris County, Texas | March 24, 2017 |
| *16.* | *James Andrus v. Lee Jeremy Hart* | 2016-35643 | 129th JDC of Harris County, Texas | September 2017 |
| *17.* | *Richard Hogan, Jr. v. Donna Ka Ye Hall and Government Employees Insurance Company* | 13-DCV-205419 | 268th JDC of Fort Bend County, Texas | October 17, 2014 |
| *18.* | *James Burnett v. Billy Glen Page* | 123124 | Jefferson County, Texas | November 21, 2014 |
| *19.* | *Tracy A. Elsenboss v. Frances P. Bell and Mitchell G. Bell* | 2013 CA 000649 | Circuit Court, Escambia County, Florida | |
| *20.* | *Madeleine Bulan, Hope and Causey* | | | 022972488 |
| *21.* | *Darrin Lien and Jordan Lien v. Enerven Compression, LLC, Worldwide Energy Solutions Co., LLC and James Roberts* | 2012-03420 | 55th JDC of Harris County, Texas | January 22, 2015 |
| *22.* | *Jose Corpus-Lopez v. Sally Hernandez* | 2014-29102 | 333rd JDC of Harris County, Texas | March 13, 2015 |
| *23.* | *Ann Martin v. Paige Cox* | 90917 | 443rd JDC of Ellis County, Texas | March 3, 2017 |
| *24.* | *Nolvia Zamarron, Individually ANF of Jonathan Torres, a Minor v. Mack Coleman* | 2014-02326 | 127th JDC of Harris County, Texas | May 8, 2015 |
| *25.* | *Elvin Pomier v. Anixter, Inc* | 4:14-cv -01061 | US DC for the Southern District of Texas | March 2016 |

| 26. | *Evelyn Rodriguez-Hernandez v. George Alex Polar, Jr* | D-0195794 | 136th JDC of Jefferson County, Texas | April 1, 2016 |
|---|---|---|---|---|
| 27. | *Oscar Quezada and Juanita Pena v. Mardonio Jesus Yap* | 78480-CV | 149th JDC of Brazoria County, Texas | September 18, 2015 |
| 28. | *Frances Rodriguez vs. Brenda Escobar and Maria Longoria* | 2015-22139 | | November 2016 |
| 29. | *Sergio Alfaro v. Robert Maxwell* | 15-07-07086 | 284th JDC of Montgomery County, Texas | |
| 30. | *Sharron Ruth Millard v. Billy Ray Reinecke* | 15-10-11468 | 284th JDC of Montgomery County, Texas | November 18, 2016 |
| 31. | *Bon Woo Ku v. Allstate County Mutual Insurance Company and Edgar Reyes-Piedra* | 2016-22490 | 189th JDC of Harris County, Texas | November 4, 2016 |
| 32. | *Nora Fuentes v. Stacey Mason* | 2016-03593 | 269th JDC of Harris County, Texas | |
| 33. | *Michael Fuller and Tristin Booker v. Marilyn Joyce Herzog* | 2014-67140 | 215th JDC of Harris County, Texas | June 17, 2016 |
| 34. | *Jesus Medina Gonzalez v. Brittany Janelle McCall* | 2016-24865 | 269th JDC of Harris County, Texas | April 21, 2017 |
| 35. | *Rebecca Murray v. Allstate Indemnity Company* | B-0197476 | 60th JDC of Jefferson County, Texas | |
| 36. | *Margaret Jorgensen and Samuel Jorgensen v. Neri Garagatti* | 16-CCV-048486 | County Court, Fort Bend County, Texas | |
| 37. | *Brandwyn Lerman v. Edward Valazquez* | 2016-56725 | 234th JDC of Harris County, Texas | April 26, 2017 |
| 38. | *Daniel Delgado and Ximena Dominguez v. Brittany Roberts* | 2015-61875-7 | 165th JDC of Harris County, Texas | July 13, 2017 |

| 39. | *Ricardo Israel Guzman v. Chrisopther Kuinuhome and Performance Transportation LLC, also d/b/a Performance Food Group* | DC-15-138 | 229th JDC of Duval County, Texas | July 19, 2017 |
|-----|---|---|---|---|
| 40. | *Martin Maldonado v. Raymond Bentley and Calco Contracting, LTD* | 2015-18538 | 165th JDC of Harris County, Texas | July 2017 |
| 41. | *Inge Dyer v. Gregory Lemoine and Janie Rahighi* | 2014-08055 | 11th JDC of Harris County, Texas | October 30, 2015 |
| 42. | *Leeanne Dupont v. Justin Salmon and William Musgrave* | 2016-2284 | 61st JDC of Harris County, Texas | August 9, 2017 |
| 43. | *Travis Welsh and Debra Koestler v. Karin R. Solano and Gerard J Solano* | E-0197478 | 172nd JDC of Jefferson County, Texas | August 16, 2017 |
| 44. | *Brandwyn Lerman v. Edward Velazquez* | 2016-56725 | 234th JDC of Harris County, Texas | April 26, 2017 |
| 45. | *Amber Dwyer v. Kenneth Cummings* | 2015-11341 | 127th JDC of Harris County, Texas | August 11, 2017 |
| 46. | *Kimberly Cross vs. Sharon Lee Turner* | 2016-56967 | 125th JDC of Harris County, Texas | |
| 47. | *Milagro G. Calles vs. Walter c. Hicks* | 2016-20305 | 190th JDC of Harris County, Texas | |
| 48. | *Mark Clarke vs. Cheryl Selam* | 14-CV-0190 | 122nd JDC of Galveston County, Texas | July 2016 |
| 49. | *Farshideh Rajabirad vs. Navin Advani* | 2014-41214 | 189th JDC of Harris County, Texas | June 23, 2016 |
| 50. | *Moussa Ndoye v. GEICO Advantage Insurance Company and Jacalyn Wright* | 2016-81857 | 151st JDC of Harris County, Texas | |
| 51. | *Lucinda Rubio and Jeramie Below vs. Larry Johnson* | 2016-53388 | 190th JDC of Harris County, Texas | January 3, 2018 |
| 52. | *Richard Whomble vs. David Leland Head* | 63630 | | |

| | | | |
|---|---|---|---|
| 53. | *Anna Buck v. Government Employees Insurance Company* | 2016-59068 | 152nd JDC of Harris County, Texas |
| 54. | *Edward Rodriguez vs. Mary Cabezas-Broadhead* | 2017-17085 | 80th JDC of Harris County, Texas |
| 55. | *Yasmin Cordoba v. Margie Cobb* | 2016-12751 | 334th JDC of Harris County, Texas |
| 56. | *Moubarak Ousman v. Toni Hollebach* | 2017-01192 | 164th JDC of Harris County, Texas |
| 57. | *Cailleteau vs. Perrier* | | Galveston County |
| 58. | Susan B. Florence | Deposition | February 9, 2018 |
| 59. | *Janett Ramirez v. Elizabeth Thomas* | 2017-23243 | 152nd JDC of Harris County, Texas |
| 60. | *Keitrick Owens V. Ivan Whitney and Chenique Donielle Whitney* | 2017-00597 | 80th JDC of Harris County, Texas |
| 61. | *Brad Roberts and Susan Roberts v. Quynh Diem Luu and Alberto Johaquin Ramirez* | | 434rd JDC of Fort Bend County, Texas |
| 62. | *Ramona Gutierrez and Maria De La Paz Gomez v. Barry L. Budwah, Enbridge Liquids Marketing (North Texas) L.P., Enbridge (U.S.) Inc. and ELTM, LP* | 2017-06026 | 151th JDC of Harris County, Texas |
| 63. | *Taryn McElreath vs. Mercury County Mutual Insurance Company and Michael Moore* | 2017-15515 | 189th JDC of Harris County, Texas |
| 64. | *Imelda Zetino v. Janet Lawson* | 2017-06967 | 165th JDC of Harris County, Texas |
| 65. | *Brian Filson v. Peter James Cooper* | 2017-05535 | 55th JDC of Harris County, Texas |

| 66. | *Luis Gonzalez v. Omar Jimenez* | 2016-70329 | 334th JDC of Harris County, Texas |
| 67. | *Juan Martinez v. Echo Maintenance LLC* | 2016-15637 | 269th JDC of Harris County, Texas |
| 68. | *Darrell Griffin and Mary Gayle Griffin v. Ashley Mccurtain* | 2016-82595 | 133rd JDC of Harris County, Texas |
| 69. | *Felipe Banda vs. Allco, LLC* | 2016-84565 | 165th JDC of Harris County, Texas |
| 70. | *Ivory Disotell and Bryan Disotell v. NLB Corporation and Theodore Kupscznk* | 2016-51963 | 190th JDC of Harris County, Texas |
| 71. | *Marcos Ruiz v. State Farm Mutual Automobile Insurance Company* | 2017-13949 | 281st JDC of Harris County, Texas |
| 72. | *Abel Acosta, Jr., Amy Acosta, Yvonne Acosta, Jennifer Acosta and Abel Acosta, III v. Memorial Hermann Sugar Land Surgical Hospital, LLP, et al* | 2017-11017 | 297th JDC of Harris County, Texas |
| 73. | *Maritza G. Ruiz-Cruz v. Pilot Thomas Logistics LLC and Benito Ybarra v. Clay A. McGoodwin, Intervenor* | 2015-CCV-61481-4 | Nueces County Court at Law No. 4 |
| 74. | *Amanda Howard v. Charles Rich* | 2017-31317 | 127th JDC of Harris County, Texas |
| 75. | *Veronica Vallejo v. Jon Bradley Divine and Tommie Divine* | 2016-60071 | 113th JDC of Harris County, Texas |
| 76. | *Namdar Ilampour v. Kelly Lane* | 2017-16930 | 152nd JDC of Harris County, Texas |
| 77. | *Bianca Espejo vs. Jose Luis Jasso* | 2017-59613 | 164th JDC of Harris County, Texas |
| 78. | *John M. Sanford v. Charles E. Collier* | 2015-71988 | 190th JDC of Harris County, Texas |

| | | | |
|---|---|---|---|
| 79. | *Vanessa Thompson, A/N/F A.T. and J.T., and Gayle Rodriguez, A/N/F G.R. vs. Derek Butters and The Hertz Corp.* | 2017-54202 | 281st JDC of Harris County, Texas |
| 80. | *Keith Sam vs. Georgeann Elizabeth Strong* | 17-CV-1198 | 10th JDC of Galveston County, Texas |
| 81. | *Erica Ramirez, Jorge Ramirez, Josue Ramirez, and Leslie Ramirez v. Ricardo Martinez and Tomika Michelle Spencer* | | 164th JDC of Harris County, Texas |
| 82. | *Holly Olive and Frankie Bates v. Scott Whitlock and Hewett Packard Enterprise Company* | 2017-62054 | 334th JDC of Harris County, Texas |
| 83. | *Eunice Zamora and Jose Zamora* | 2015-48340 | 190th JDC of Harris County, Texas |
| 84. | *Sergio Garcia v. Jose Ramos-Trevino and State Farm Mutual Automobile Insurance Company* | 2018-07712 | 215th JDC of Harris County, Texas |
| 85. | *B'Untranique Nichole Ervin v. Richard Anthony Young* | 2017-85385 | 133rd JDC of Harris County, Texas |
| 86. | *Rhonda Sue Perez v. Beco, Inc. and Erwin McElory* | 4:18-CV-02295 | US DC for the Southern District of Houston, Texas |
| 87. | *Kristine Ali v. Chea In and Ulyses Edmond* | 2018-16968 | 152nd JDC of Harris County, Texas |
| 88. | *Ludivina Valero and Juan Benedit Valerio v. Pamela Crawford* | 2017-34530 | 129th JDC of Harris County, Texas |
| 89. | *Janeth Herrers, Individually and as Next of Fried of CXXXXXX BXXXXXXX, A Minor v. Kameron Crisp* | 2017-19686 | |
| 90. | *Michael W. Taylor v. William R. McAdams and TM Express, INC* | 2017-31841 | 190th JDC of Harris County, Texas |
| 91. | *Joseph Eddy v. Elizabeth Hardaway* | 2018-03113 | 151th JDC of Harris County, Texas |

| | | | | |
|---|---|---|---|---|
| 92. | *Bertram D. Polk v. Javier X. Ochoa and Erica I.* | 2018-12764 | 154th JDC of Harris County, Texas | 0800168337 |
| 93. | *Paula Suggs v. Aminata Soumare Gassama* | 18-CCV-061402 | Civil Court at Now No. Five of Fort Bend County, Texas | |
| 94. | *Vascoe Wright, Cleone Wright, and Alejandro Wright v. Wenpei Tang* | 2018-37497 | 157th JDC of Harris County, Texas | |
| 95. | *Brenda Collins v. Darvy Bridgland* | 92746-CV | 23rd JDC of Brazoria County, Texas | |
| 96. | *John A. Kenney and Tania Kenney v. Ligaya Jontai Bell, Robert Wilson, David Alton* Spence and Sara Ann Spence | 2018-85347 | 127th JDC of Harris County, Texas | |
| 97. | *Dorian Brandusa, Individually and A/N/F of D.B., G.B., L.B., and LB, minors* v. Edward Escobar | 18-05-05824 | 284th JDC of Montgomery County, Texas | |
| 98. | *Joseph Demas, Edward Garcia, Jesse James, and Ever Rios v. Shell Oil Company, Shell Oil company Foundation, Sundown Energy, LP, Shell Oil products Company and Motiva Enterprises, LLC* | 2016-81479 | 334th JDC of Harris County, Texas | |
| 99. | *Ruth Sapolucia v. Salman Pervaiz* | 2018-06943 | 127th JDC of Harris County, Texas | |
| 100. | *Jaden Darjean et al.v. Kevin J. Napoleon* | 2017-69574 | 269th JDC of Harris County, Texas | |
| 101. | *Maria Rivas, Individually And A/N/F of Aaliyah Rivas And Joseph Rivas v. Rhame* Pump Repair & Supply, Inc. and Ira Aye | 92813-CV | 412th JDC of Brazoria County, Texas | |
| 102. | *Sonya Hendrickson v. Deidre Hinds – Rasheed* | 2018-34190 | 127th JDC of Harris County, Texas | 0800162792 |

| 103. | *Farhan Islam vs. David Frederick* | 18-DCV-252556 | 268th JDC of Fort Bend County, Texas |
|---|---|---|---|
| 104. | *Patrick McGowan v. Schlumberger Limited* | 2018-07377 | |
| 105. | *Ernesto Sanchez vs. Diego Lopez* | 2018-78994 | 61st JDC of Harris County, Texas |
| 106. | *Chad Steward v. Blanca Nieves* | 2019-10467 | 234th JDC of Harris County, Texas |
| 107. | KATRINA HUDSON<br>Plaintiff,<br>V.<br>ALAMO ENVIRONMENTAL, INC and HECTOR TORRES,<br>Defendants | CAUSE NO. 96641-CV | 412th JDC Brazoria County, Texas |
| 108 | Lamar Phillips v. Gaia Peppermill Place | DC-19-01172 | B-44th Judicial District, Dallas county, Texas |
| | Cawan Love and Derek Love vs. Mercury Mutual insurance company | 18-DCV-256321 | In the district court of fort bend county, Texas 240th Judicial district |
| | Marlene Campos vs. Gulf Coast Concrete And Shell, Inc. And Felciano Lopez | 2016-74043 | Harris County  190th judicial district |
| | Susie Rivera vs. The Kingwood Draft LLC | 19-05-06955 | 284th Judicial Court Montgomery county |
| | Luke Beltrand vs. Alan Clinton Benoit | 2019-07652 | 270th Judicial District, Harris County |
| | Fred Medina | 2017-83962 | 55th Judicial District, Harris County |
| | Dianna Martinez | 2019-05050 | |

Sanjay Jasoliya and Gishma Jasoliya
Vs. Kyle Trevor Revis, Intertek USA Inc      2019CCV-604964      Nueces County, Texas court at Law 4

Kenneth Hodges vs. Steadmham Truck CO.,      2018-55400      333rd Judicial District, Harris Count, Texas

Mohammad Etminan M.D.
Paramus Review Solutions, LLC
23530 Kingsland Blvd. #300 Katy, Texas 77494
Office (832) 277-4501
email: metminan@paramusreviewsolutions.com
Tax ID# 46-5489878

### 2020 FEE SCHEDULE FOR IME'S, DEPOSITIONS, MEDICAL RECORD REVIEW AND COURT CHARGES

IME'S:
$1500 and $500.00 for no shows or cancellations with less then 48 hour notice (please specify) plus $750/hour for record review and report preparation.

PRE-CONSULT:
Attorney meetings prior to any deposition is $750/hr (please specify)

TELECONFERENCE: $200/ 15 minutes increments

DEPOSITIONS FEES:
Depositions are $1250 per hour with a minimum requirement of 2 hours. Prepayment is required prior to deposition. $750/hr for prep time before the deposition. $700/hr travel time.  $3500 minimum deposit before deposition is scheduled.

MEDICAL RECORD REVIEW:  $750/HR for review of records and preparation of report. Retainer variable based on scope of case, please refer to invoice.

DEPOSITION CANCELLATION POLICY:
If deposition is canceled 7 or less calendar days  before, $2000 fee will be charged. If deposition is canceled 8 or more calendar days, $1000 fee willed charged.

COURT FEES:
Court fees are $5000 for a half day and $9,000 for a full day plus preparation time. Need to inform morning or afternoon 2 weeks primary if not full day. Prepayment full fee is required 14 days prior to trial date.

COURT CANCELLATION POLICY:
If  the date court appearance date **CANCELS** less than 7 calendar days prior to the date the full appearance fee is nonrefundable.
If court appearance date cancels between 7 to14 days prior there is a $5,000 penalty.
If court appearance is canceled greater 15 days or more, $1000 is non-refundable

## All invoices are due upon receipt. There is 10% penalty per 30 days of delayed payment, not to exceed 17% annually.

*Please note that if court is not in Harris or Fortbend County, reimbursement for travel expenses will apply at $700/hr.