

**Robert D. Cox, MA, CRC, LPC-S**

**Kendra K. Ragsdale, MA, CRC**

Linda E. Cox, MS, CRC

Thomas King, MEd, CRC

S. Camille Peres, PhD

Nicole Fuscaldo, PhD, CRC

Mallory Houser, MS, CRC

November 12, 2020


Steven Augustine
Thompson Coe
One Riverway, Suite 1400
Houston, TX 77056


Re: Justin Moore v. DB Industries, LLC et. al.


Dear Mr. Augustine:

You asked that I develop opinions about the prospects for employment and earnings for Justin Moore. To develop these opinions, I reviewed information about his work history, educational history, earnings history, and medical condition. The opinions expressed in this report are consistent with my experience and training as a Vocational Rehabilitation Counselor and are within reasonable vocational probability. The methods used in analyzing these records are the standard methods relied upon by Vocational Rehabilitation Counselors. References used in preparing this report are usual and customary references used in conducting such an analysis. I reserve the right to supplement my opinion should other information become available. I have attached a list of records and documents reviewed in preparation of this report.

From my review, I learned this 52-year-old high school graduate continued his education into college. Though he did not get a degree, he reported that he completed about three years of college. The records indicate that he had a very good work history up until the time of an accident at work on June 8, 2017. At that time, he was working as a Maintenance Mechanic on wind turbines. This required him to work at heights. Other employment included TexStar Energy Solution, through which he installed and monitored energy meters. Other self-employment continues with a virtual reality company named 360 Vista. I would like to have the opportunity to interview Mr. Moore get more information about this employment.

The World of Work, Inc.                                        Justin Moore – 2

As a result of the accident on June 8, 2017, Mr. Moore suffered injuries to parts of his body. He has had three surgeries to help repair some of these injuries. Emotional problems which pre-dated this incident are claimed to have been exacerbated, and he is receiving treatment for those as well. In his deposition of September 24, 2020, he claimed that additional surgeries are expected. However, a functional assessment performed on April 15, 2020 indicated that he was able to meet the physical requirements of Light Exertion. This is defined by the Department of Labor as able to lift up to 20 pounds occasionally, frequently lift and carry 10 pounds, and to sit, stand, and walk for an 8-hour workday. In his deposition, Mr. Moore opined he would be able to drive to and perform the duties of an Office Job as early as December 2019.

Mr. Moore underwent Neuropsychological testing on June 29, 2020. Results of the testing showed very good behaviors and intellectual functioning congruent with his past work. Depression and anxiety were noted and treatment recommendations made. This kind of profile makes him eligible for services with the Vocational Rehabilitation program in Texas. Mr. Moore can apply for these services and his nearby Texas Workforce Solutions office. I have enclosed information about the program and the location.

It is my opinion that Mr. Moore would be immediately able to work at many jobs. A representative sample of such jobs includes Dispatcher, Shuttle Van Driver, Escort Vehicle Driver, Order Clerk, and Electric Meter Repairer. I have provided information about Dispatcher and wages paid to persons doing that job in the Austin area. This is not a complete list, but a representative sample. I recommend that Mr. Moore go to the local Texas Workforce Office and submit his application to get employment with these jobs.

If Mr. Moore were to get training as a Drafter with the assistance of the Vocational Rehabilitation program, he would find there are jobs in the Austin area. I have attached information about this job and wages associated with it in Austin area. At no charge to himself, he would also get placement assistance from his Vocational Rehabilitation Counselor either for Drafter or the other jobs listed above. Perhaps Dr. Isom could include in his Rehabilitation Plan Mr. Moore's declaration of employability, as well as the information about Vocational Rehabilitation services.

Very truly yours,

Robert D. Cox, MA, CRC, LPC-S

Kendra K. Ragsdale, MA, CRC

The World of Work, Inc.                                                                    Justin Moore – 3

---

**Records Reviewed for Justin Moore**

9-24-20 - Moore - Moore - Compressed.pdf
2020.08.17 L2 Counsel sending expert reports and cvs.pdf
2020.10.14 Plts Disclosure of Expert Witnesses (Second).pdf
Advent Health Clinic - billing.PDF
Advent Health Clinic - medical.PDF
CHUBB Insurance Western Claim Service - insurance.PDF
David G. Vanderweide, M.D. - Report 11.04.20.PDF
DBI et al_s Answer to Plaintiffs_ Original Complaint.PDF
Defendant Safeworks LLC's Objections and Answers to Plaintiff's Interrogatories.PDF
DOC 1 Plaintiffs' Original Complaint.PDF
Family First Healthcare - Leander (Biling rec.).pdf
Family First Healthcare - Leander (Med. and Radiol. Rec.).pdf.pdf
Invenergy Objections and Responses to Subpoena.PDF
Landmark Exams - billing.PDF
Medical Equation, Inc - billing.PDF
Medical Equation, Inc - medical.PDF
Mohammad Etminan, M.D. - Final Report 11.09.20.PDF
Moore - Chubb Group of Insurance Companies.pdf
Orthopaedic Associates of Central Texas - Billing Records.PDF
Orthopaedic Associates of Central Texas - Radiology.PDF
Orthopaedic Associates of Central Texas -Medical Records.PDF
Plaintiff_s Disclosure of Expert Witnesses.PDF
Plaintiff's Production
Plaintiffs Amended Complaint.PDF
Plaintiffs Certificate of Interested Persons_Disclosure Statement.PDF
PLG JOSEY 000001.pdf
PLG LYNCH 000001.pdf
PLG POPHAM 000001.pdf
PLTFS INITIAL DISCLOSURES.PDF
Power Climber BVBA,Safeworks Certificate of Interested Persons-Disclosure Statement.PDF
Rollins Brook Community Hospital - billing.PDF
Rollins Brook Community Hospital - medical.PDF
Rollins Brook Community Hospital - radiology (1CD).PDF
Safeworks Orig Answer to Plff_s Complaint.PDF
TX Orthopedics, Sports and Rehab Assoc. - Billing Recs.pdf
TX Orthopedics, Sports and Rehab Assoc. - Med. Rec..pdf
TX Orthopedics, Sports and Rehab Assoc. - Radiology Rec.pdf
SkillTran Labor Market Survey
Texas Workforce Commission



Report produced from SkillTRAN Online Services - by SkillTRAN LLC - www.skilltran.com

## 959.167-010  Dispatcher, Service

Details for selected title: Dispatcher, Service

## DESCRIPTION

**DOT Code:** 959.167-010 **Dispatcher, Service**

Alternate Titles: Schedule Clerk, Trouble Dispatcher

May be designated according to utility as Telegraphic-Service Dispatcher (tel. & tel.).

Dispatches customer service workers to install, service, and repair electric, gas, or steam powered systems or appliances, or cable television systems:Reviews work orders from departments or complaints from customers and records type and scope of service to be performed. Determines and schedules orders according to urgency. Contacts supply storekeeper to verify availability of parts and equipment to ensure scheduled work performance. Receives check in calls from service workers by radio, telephone, or in person. Informs workers of type and location of work to be performed and dispatches workers to job. Keeps records of repairs, installation, removal of equipment or appliances, and hours required on each job. May maintain records, using computer terminal.

Date Last Updated: 1988

## Estimated May 2019 Employment for:
**OES-SOC Group 43-5032 Dispatchers, Except Police, Fire, and Ambulance**
*This OES-SOC Group includes 27 DOT occupation(s)*

|  | Occupational Employment Survey (OES) | Texas | MSA 12420 Austin-Round Rock, TX |
|---|---|---|---|
| Employed | Estimated OES Group Employment | 22,900 | 1,020 |
| Mean Wage | Mean Annual Wage | $42,040 | $42,560 |
| Annual Wage | Annual Wage - 10th percentile | $21,990 | $26,400 |
|  | Annual Wage - 25th percentile | $30,120 | $32,070 |
|  | Annual Wage - 50th percentile | $38,220 | $41,330 |
|  | Annual Wage - 75th percentile | $50,140 | $51,640 |
|  | Annual Wage - 90th percentile | $63,060 | $60,510 |

## DATA SOURCES

| Source | Publication | Year | Web Link |
|---|---|---|---|
| U.S. Dept. of Labor | Revised 4th Edition of the Dictionary of Occupational Titles | 1991 | |
| U.S. Dept. of Labor | Errata corrections and subsequent revisions to the DOT | 1992-1998 | www.skilltran.com/index.php/support-area/documentation/161-dot-changes |
| U.S. Dept. of Labor | Revised Handbook for Analyzing Jobs | 1991 | www.skilltran.com/index.php/support-area/documentation/1991rhaj |
| U.S. Dept. of Labor | Selected Characteristics of Occupations (SCO) | 1993 | |
| U.S. Dept. of Labor | Guide for Occupational Exploration (GOE) | 1979 | Guide for Occupational Exploration |
| U.S. Dept. of Labor - Bureau of Labor Statistics | Standard Occupational Classification (SOC) | 2010/2018 | Standard Occupational Classification |
| U.S. Dept. of Labor - Bureau of Labor Statistics | Occupational Employment Survey (OES) | May 2019 | Occupational Employment Survey |
| U.S. Dept. of Labor - Employment and Training Administration | O*NET Online (O*NET) | Current | O*NET Online |
| U.S. Dept. of Labor - Bureau of Labor Statistics | Employment Projections - National | Sept 2019 for 2018 --> 2028 | Employment Projections |
| U.S. Dept. of Labor - Bureau of Labor Statistics | Employment Projections - State/SubState | Various | Employment Projections - State/SubState and various state-specific projections sites |
| U.S. Dept. of Labor | Labor Force Statistics from the Current Population Survey (CPS) | Current | Current Population Survey |
| U.S. Dept. of Education - Institute of Education Sciences - National Center for Education Statistics | College Navigator | Current | College Navigator |
| U.S. Dept. of Labor | Occupational Outlook Handbook (OOH) | Current | Occupational Outlook Handbook |



Report produced from SkillTRAN Online Services - by SkillTRAN LLC - www.skilltran.com

## 017.261-026  Drafter, Commercial

Details for selected title: Drafter, Commercial

## DESCRIPTION

**DOT Code:** 017.261-026 **Drafter, Commercial**

Master Title: DRAFTER (profess. & kin.)

Prepares working plans and detail drawings from rough or detailed sketches and notes for engineering or manufacturing purposes according to dimensional specifications:

Tasks

- Calculates and lays out dimensions, angles, curvature of parts, materials to be used, relationship of one part to another, and relationship of various parts to entire structure or project, utilizing knowledge of engineering practices, mathematics, building materials, manufacturing technology, and related physical sciences.
- Creates preliminary or final sketch of proposed drawing, using standard drafting techniques and devices, such as drawing board, T-square, protractor, and drafting machine, or using computer-assisted design/drafting equipment.
- Modifies drawings as directed by engineer or architect.
- Classifications are made according to type of drafting, such as electrical, electronic, aeronautical, civil, mechanical, or architectural.
  Date Last Updated (DLU): 1977

## Estimated May 2019 Employment for:
### OES-SOC Group 17-3011 Architectural and Civil Drafters
*This OES-SOC Group includes 13 DOT occupation(s)*

|  |  |  |  |  |
|---|---|---|---|---|
|  | Estimated OES Group Employment | 98,800 | 11,280 | 930 |
|  | Mean Hourly Wage | $27.92 | $27.43 | $29.10 |
|  | Mean Annual Wage | $58,080 | $57,060 | $60,520 |
|  | Annual Wage - 10th percentile | $35,890 | $35,860 | $40,830 |
|  | Annual Wage - 25th percentile | $44,920 | $44,850 | $46,190 |
|  | Annual Wage - 50th percentile [Median] | $56,340 | $55,510 | $56,320 |
|  | Annual Wage - 75th percentile | $69,050 | $66,290 | $74,500 |
|  | Annual Wage - 90th percentile | $82,230 | $80,540 | $93,200 |

# DATA SOURCES

|  |  |  |  |
|---|---|---|---|
| U.S. Dept. of Labor | Revised 4th Edition of the Dictionary of Occupational Titles | 1991 |  |
| U.S. Dept. of Labor | Errata corrections and subsequent revisions to the DOT | 1992-1998 | www.skilltran.com/index.php/support-area/documentation/161-dot-changes |
| U.S. Dept. of Labor | Revised Handbook for Analyzing Jobs | 1991 | www.skilltran.com/index.php/support-area/documentation/1991rhaj |
| U.S. Dept. of Labor | Selected Characteristics of Occupations (SCO) | 1993 |  |
| U.S. Dept. of Labor | Guide for Occupational Exploration (GOE) | 1979 | Guide for Occupational Exploration |
| U.S. Dept. of Labor - Bureau of Labor Statistics | Standard Occupational Classification (SOC) | 2010/2018 | Standard Occupational Classification |
| U.S. Dept. of Labor - Bureau of Labor Statistics | Occupational Employment Survey (OES) | May 2019 | Occupational Employment Survey |
| U.S. Dept. of Labor - Employment and Training Administration | O*NET Online (O*NET) | Current | O*NET Online |
| U.S. Dept. of Labor - Bureau of Labor Statistics | Employment Projections - National | Sept 2019 for 2018 --> 2028 | Employment Projections |

Skip to main content



— TEXAS —
# WORKFORCE SOLUTIONS
* ✱ ✱ ✱ *
## VOCATIONAL REHABILITATION SERVICES

# VR Office Locator

Texas Workforce Solutions-Vocational Rehabilitation Services (TWS-VRS) is a partner within the Texas Workforce System to support job seekers with disabilities as they prepare for, obtain, maintain, or advance in competitive integrated employment.

Vocational Rehabilitation (VR) services are available to eligible individuals with disabilities across Texas and VR staff are co-located within many Workforce Solutions Offices.

The Texas Workforce System is intended to support everyone who wants to work, with supports and services to help them get a job or keep a job or advance in a career. This includes identification and referral of workforce customers who may be eligible for VR Services.

To locate the Texas Workforce Solutions - Vocational Rehabilitation Services office nearest you that provides services for people with **Visual**, **Physical**, or **Auditory Disabilities** search by ZIP Code, County, Workforce Board Area, Program, and/or Specialized Service.

For **Unemployment Insurance (UI)** assistance, please call the tele-center at 1-800-939-6631. You can also request a UI contact through Larry the Virtual Assistant by clicking on the Chat with Us box at the bottom of the TWC home page. Type "contact me" in the question field and fill out the contact information. UI staff are researching those requests and performing outbound contacts.

For assistance in locating a VR office for vocational rehabilitation services, please email vr.office.locator@twc.state.tx.us or call (512) 936-6400 to be connected to VR staff.

**For best results, please enter only the zip code or a county or the Workforce Board Area.**

| | |
|---:|---|
| **Zip** | 78641 |
| **County** | Select From List ⌄ |
| **Workforce Board Area** | Select From List ⌄ |
| **Program** | All ⌄ |
| **Specialized Service** | Select From List ⌄ |

Search   Reset

Records Retrieved 2

| # | Office | | | Phone |
|---|--------|---|---|-------|
| | Programs | Specialized Service | | Workforce Board Area |

| # | Office | | Phone |
|---|--------|--------|-------|
| | **Programs** | **Specialized Service** | **Workforce Board Area** |
| 1 | Round Rock | | (512) 244-2207 |
| | 575 Round Rock West Dr., Bldg H Suites 240 ROUND ROCK, TX 78681 Williamson | | |
| | VR | Deaf/Hard of Hearing General Vocational Rehabilitation VRS Transition | Rural Capital |
| 2 | Austin - Hwy 290 | | (800) 687-7008 (512) 533-7100 |
| | 6400 East Hwy. 290 #300 AUSTIN, TX 78723 Travis | | |
| | VR OIB | General Vocational Rehabilitation VRS Transition Blind Vocational Rehabilitation Independent Living Services for Older Individuals Who Are Blind (OIB) | Capital Area |

Today's Date: Wednesday, November 11, 2020 9:23:58 AM

Information for COVID-19 FAQ, Employers, Jobseekers, Self-Employed, Child Care and
Unemployed After Returning to Work Guidance

TWC Investigating Potential Fraud Cases | FEMA Ends LWA Additional $300 Payments

- Home
- Job Seekers & Employees

# Vocational Rehabilitation Services



File Viewing Information

Texas Workforce Solutions-Vocational Rehabilitation Services supports people with disabilities to prepare for, obtain and advance in meaningful employment by providing of range of services based on an individual's employment goals. Our Vocational Rehabilitation (VR) counselors work closely with job seekers to determine an employment goal, and then identify and arrange for the high-quality services that lead to successful employment.

Our VR teams are ready to serve you every day during regular business hours, and have innovated our services, which are available remotely via phone, teleconference, telemedicine or can arrange for socially-distanced in-person services. We continue to provide the same high-quality services, while ensuring a priority of safety for VR customers and staff.

Guided by the principle of informed choice, customer employment goals guide the services that are provided, consistent with the customers' strengths, resources, interests, and capabilities.

VR Counselors work in tandem with VR Business Relations teams who outreach to employers seeking qualified job seekers with disabilities to help fill their open positions.

Vocational Rehabilitation Services | Texas Workforce Commission

The VR Program is an integral part of the state's comprehensive workforce development system and services are delivered in collaboration with Local Workforce Development Boards, ISDs, colleges, community rehabilitation providers and numerous other partners.

## Vocational Rehabilitation – Adults

Services for adults with disabilities to help prepare for, obtain, retain or advance in employment.

- Vocational Rehabilitation - Adults

## Vocational Rehabilitation – Youth & Students

Services for youth and students with disabilities to help prepare for post-secondary education and employment opportunities.

- Vocational Rehabilitation – Youth & Students

## Criss Cole Rehabilitation Center

Help for adults who are legally blind to prepare for and find employment, attend college or a trade school, and live independently.

- Criss Cole Rehabilitation Center

## Appeal a Vocational Rehabilitation Decision

Learn what procedures to follow if you and your vocational rehabilitation counselor disagree.

- Appeal a Vocational Rehabilitation Decision

## Business Enterprises of Texas

Business Enterprises of Texas (BET) serves people who are legally blind by training them for careers managing food service facilities throughout Texas.

- BET Facility Management
- BET Interview Tips for Potential Managers
- BET Elected Committee of Managers

# Rehabilitation Council of Texas

The Rehabilitation Council of Texas advises the Texas Workforce Commission on the policy, scope and effectiveness of the Vocational Rehabilitation program.

- Rehabilitation Council of Texas

# Tips & Tools

- Vocational Rehabilitation & Blind Services Publications
- Tips & Tools - For Vision-Related Disabilities
- Tips & Tools - About Service Animals
- Diabetes Education Services
- Texas Confidence Builders

# Vocational Rehabilitation Staff Manuals

- Criss Cole Rehabilitation Center Policy Manual
- Vocational Rehabilitation Services Manual (VRSM)
- Vocational Rehabilitation Standards for Providers (VR-SFP)

# Other Programs & Services

Programs and services for adults, youth and students with disabilities provided by the Texas Health and Human Services Commission:

- Blind Children's Vocational Discovery & Development Program
- Blindness Education, Screening & Treatment Program
- Comprehensive Rehabilitation Services
- Deaf & Hard of Hearing Services
- Independent Living Services

# Contact

- Contact your vocational rehabilitation services office
- Contact TWC Vocational Rehabilitation Inquiries
  - Call: 512-936-6400

- Email: vr.office.locator@twc.state.tx.us

# Remote Services

- Find a local Vocational Rehabilitation contact
- Chat with Virtual Assistant
  - See the 'Chat with Us' feature on lower right of homepage
- Request Payment for UI
- A Message to TWS-VRS Customers 📄
- VR Office Updates 📄

# Related Topics

- Texas HireAbility
- Programs for People with Disabilities
- Vocational Rehabilitation Business Services
- Vocational Rehabilitation Services Publications
- Vocational Rehabilitation Providers' Resources
- Councils & Advisory Committees
- Job Search
- Career Exploration & Trends
- Training & Education

# Report Fraud

- Report suspected fraud, waste or program abuse
  800-252-3642

Last Verified: October 19, 2020

Equal Opportunity Employer/Program

Auxiliary aids and services are available upon request to individuals with disabilities.

Deaf, hard-of-hearing or speech-impaired customers may contact TWC through the relay service provider of their choice. Equal opportunity is the law.

For questions, compliments or complaints, call 800-628-5115

Vocational Rehabilitation Services | Texas Workforce Commission

Texas Workforce Commission Values: Community, Responsibility, Innovation, Accountability, Commitment to Excellence and Partnership.

©2011 Texas Workforce Commission Sitemap Policies Open Records Report fraud: 800-252-3642

# Robert Dewar Cox, MA, CRC, LPC-S

6575 West Loop South, Suite 500, Bellaire, Texas 77401
Phone: 281-343-0999 Fax: 361-589-4106 Email: bob@theworldofwork.com

## Work History

| | |
|---|---|
| President & Rehabilitation Counselor, World of Work, Inc. | 1980 – Present |
| Elected Director & President, Fort Bend County Municipal Utility District #108 | 1996 – 2011 |
| Elected Director & Vice-President, Great Wood Homeowner's Association | 2000 – 2005 |
| President & Rehabilitation Counselor, Southwest Rehabilitation Institute | 1973 – 1980 |
| Vocational Rehabilitation Counselor, Texas Rehabilitation Commission | 1967 – 1972 |

## Education, Certification & License

| | |
|---|---|
| Master of Arts in Rehabilitation Counseling, University of Texas at Austin | 1972 |
| Bachelor of Arts in Psychology, University of Texas at Austin | 1966 |
| Certified Rehabilitation Counselor, National Commission on Rehabilitation Counselor Certification | #53 |
| Licensed Professional Counselor - Supervisor, Texas | #4521 |

## Professional Affiliations

National Rehabilitation Association; Treasurer 2010 – 2012, Exec. Committee 2016 - Present

Rehabilitation Counselors and Educators Association; President 2010, Treasurer 2007 – 2009

Texas Vocational Evaluation and Work Adjustment Association; President 1976 – 1978

Texas Rehabilitation Association; Treasurer 2004 – 2005, President 1990 – 1992 and 2001, Board Member at Large 1979 – 1981 and 1998 – 2001

Texas Rehabilitation Counseling Association; President 1984 – 1986

Houston Area Rehabilitation Association; President 1987 – 1988

## Advisory Member

Arkansas Rehabilitation Continuing Education Program

Texas Representative, Vocational Rehabilitation of the Industrially Injured, 1979

Coalition for Barrier Free Living Placement Committee, Houston, TX

## Consultant

Vocational Consultant to the Social Security Administration Office of Hearings and Appeals, 1975 to Present

Del Oro Hospital, Houston, TX

Memorial Southeast Hospital, Houston, TX

Stafford Meadows Hospital, Stafford, TX

West Oaks Hospital, Houston, TX

## Honors

Distinguished Service Award from City of Houston, Mayor Bob Lanier, 1993

National Rehabilitation Association President's Award for Service to the Association, 2010 and 2018



**Robert D. Cox, MA, CRC, LPC-S**

bob@theworldofwork.com
281.343.0999

Linda E. Cox, MS, CRC

Thomas King, MEd, CRC

Kendra K. Ragsdale, MA, CRC

S. Camille Peres, PhD

Nicole Fuscaldo, PhD, CRC

Mallory Houser, MS, CRC

### Robert Cox Testimony History, 2014 to 2020

- 2/18/14 – Deposition; Powell v Ford; Attorney Bill Munichi

- 3/4/14 – Trial; Robichaux v Dept. of Justice; Federal Court Galveston, TX; Attorney Matt Milleaux

- 6/11/14 – Deposition; Benavides v Trans X; Zapata County, TX; Attorney Lucero

- 6/12/14 – Deposition; Anthony Lamonte Ford vs. Allstate Fire and Casualty Insurance Company, Surveying & Mapping, Inc. and Robert Frank Hertwig; Cause No. 12-13194-012-011; In the 12th Judicial District Court of Madison County, Texas (Attorney File No. 12-188); Attorney Wade Quinn

- 6/17/14 – Deposition; Lanford v St. Elizabeth's Hospital

- 12/9/14 – Deposition; Santos v Oxy Vinyls LP; Attorney Matt Hoffman

- 12/10/14 – Telephonic Trial Testimony; Landry v. HEB Food Stores; American Arbitration Association; Attorney Mark Giltner

- 12/30/14 – Deposition; Lynch v Williams Transport; USDC; Southern District; Attorney Lynd

- 12/23/14 – Deposition; Cross v Galleria; 190th Judicial Court Harris Co. TX; Attorney Rick Gibson

- 12/16/14 – Trial testimony; Koch v United States of America; New Orleans 5th Circuit Court; Attorney Peter Meyer with Department of Justice

- 6/6/15 – Deposition; Tijerina/Soto v Sun Coast Resources, Inc.; County Civil Court; Nueces

County, TX; 2013-CCV-60841-1; Attorney Norman Snyder

- 8/13/15 – Trial; Graham for Johnson

- 9/14/15 – Deposition; GM cases for Hilliard/Henry

- 4/27/16 – Trial; Lonnie Rogers; 60th Judicial Court, Beaumont, Texas; Attorney Craig Lewis

- 7/12/16 – Depo; Ramon Soto v. Applied Cryo Technologies, Inc. and 7150 A-G Road, LLC in the District Court of Harris County TX, 189th Judicial District; Attorney Jon McNeely

- 8/24/16 – Deposition; John Jimenez v Pedro Hernandez, Juan Muniz, and Fleetwood Transportation Services in the 217th Judicial District Court of Angelina County, TX; Cause No CV-03426-14-09; Attorney Warren McCollum

- 9/19/16 – Deposition; Ramon Soto v. Applied Cryo Technologies in the 189th Judicial Court, Harris County, TX; Cause No. 2015-31383; Attorney Jon McNeely

- 9/20/16 – Deposition; Jefferson Lott v Monterey Mushroom, Inc. in the 278th Judicial Court, Madison Co. TX; Cause No. 15-13957-02; Attorney Eric Zehnder

- 2/3/17 – Deposition; Terry Thomas v. Interline Brands and Albert Arellano in the 270th Judicial Court, Harris County, TX; Cause No. 2014-00754; Attorney Cory Reed

- 3/13/17 – Deposition; Monica Garcia v. HEB Grocery Company and Arnold Delgado in the Nueces County Court at Law No. 1; Cause No. 2015CCV-60711-1; Attorney Robert Valadez

- 5/22/17 – Trial; Isaias Munoz v. Lovett Custom Homes in the 61st Judicial Court of Harris County, Texas; Cause No. 2014-36224; Attorney James Simmons

- 9/6/17 – Deposition; Corby Stevenson v. Steven Brancheau et. al. in the 354th Judicial Court of Hunt County, Texas; Cause No. 82551; Attorney Linda Maloney

- 10/6/17 – Deposition; Lisa Rodriguez v. Schlitterbahn Beach Resort Management LLC et. al. in the 197th District Court in Cameron County, Texas; Cause No. 2015-DCL-02573; Attorney Jonathan Hull

- 1/8/18 – Deposition; Monica Garcia v. HEB in the County Court of Nueces County, Texas; Cause No. 2015CCV-60711-1; Attorney David Jones

- 2/9/18 – Trial; Lisa Rodriguez v. Schlitterbahn Beach Resort Management LLC et. al. in the 197th District Court in Cameron County, Texas; Cause No. 2015-DCL-02573; Attorney Jonathan Hull

- 3/16/18 – Trial; Maria Cedano v. Costco Wholesale Corp. before the American Arbitration Association; Cause No. 01-17-0000-4261; Attorney Sean Hicks.

- 7/11/18 – Deposition; Brandon Lee Morton v. Jesus Chapa & Webber LLC before the 159th District Court of Angelina County; Cause No. CV-00363-15-05; Attorney David Wilson.

- 7/27/18 – Deposition; Zachary Brown v. FedEx et. al. in the District Court of Harris Country in the 270th Judicial District; Cause No. 2017-49530; Attorney Peter Blomquist.

- 8/9/18 – Trial; Brandon Lee Morton v. Jesus Chapa & Webber LLC before the 159th District Court of Angelina County; Cause No. CV-00363-15-05; Attorney David Wilson.

- 8/22/18 – Deposition; Jessica Huffman v. Gilbert Erik Reyna et. al. in the District Court of Webb County, Texas in the 111th Judicial District; Cause No. 2017CVA000789D2; Attorney Lynn Castagna.

- 9/12/18 – Deposition; Hershell Wingfield vs. AT&T Corp., et al. in the District Court of Upshur County, Texas in the 115th Judicial District; Cause No. 16-00552; Attorney David Merkley.

- 10/23/18 – Deposition; Alexia Leonard and Najarae Wiley v. Southeast Texas Parts and Equipment Corporation and Aristle Marks in the 136th Judicial District Court of Jefferson County, Texas; Cause No. D-200,151; Attorney Glenn Fahl.

- 12/18/18 – Deposition; John Wu v. Lumber Liquidators et. al. in the 164th Judicial Court of Harris County, Texas; Cause No. 2016-08354; Attorney Craig Stanfield.

- 12/22/18 – Deposition; Charles Pinckney v. HEB Grocery in the 268th Judicial District of Fort Bend County, Texas; Cause No. 01-18-0001-3852; Attorney Chad Gerke.

- 3/4/19 – Deposition; Steven Dodd v. Lenchos et. al. in the 353rd Judicial District of Travis County, Texas; Cause No. D-1-GN-16-003286; Attorney Terry Womac.

- 3/11/19 – Deposition; Christian Fernandez v. Dennis Jon Matthews et. al. in the 190th District Court of Harris County, Texas; Cause No. 2017-32444; Attorney Bill Sherwood.

- 4/14/19 – Trial testimony; Christian Fernandez v. Dennis Jon Matthews et. al. in the 190th District Court of Harris County, Texas; Cause No. 2017-32444; Attorney Bill Sherwood.

- 4/16/19 – Deposition; Jeffrey Calhoun v. Penske Truck Leasing Co, L.P. in the 165th Judicial District Court of Harris County, Texas; Cause No. 2017-54129; Attorney Michella Gibbs.

- 6/25/19 – Deposition; Amanda Hernandez v. Ringo Joe Mooneyham, Benchmark Materials, LLC, and Raytec Construction Resources Inc. in the Law Number Three Nueces County Court, Texas; Cause No. 2017CCV-61544-3; Attorney Amanda Simpson.

- 7/25/19 – Deposition; Ryan Finley v. Vermeer Manufacturing Company and Daniel Joseph Little in the Western District of Texas Waco Division; Civil No 6:18-CV-192-ADA-JCM; Attorney Stephen Bega.

- 8/5/19 – Deposition; Bryan Taylor et. al. v. Baylor Scott & White Medical Center-Frisco, Stephen Courtney MD, Eminent Spine LLC, and Monitoring Concepts Management LLC in the 192nd Judicial District Court of Dallas County, Texas; Cause No. DC-16-12792; Attorney Sidney L. Murphy.

- 8/14/19 – Deposition; David Bryan Shealy vs. Ifeolumipo O. Sofola, MD in the 284th Judicial District Court of Montgomery County, Texas; Cause No. 18-07-09386; Attorney Michael Johanson.

- 8/26/19 – Deposition; Shyanna Albert v. United States Department of the Army and Wounded Warrior Project in the United States District Court for the Western District of Texas, San Antonio Division; Civil No. 5:17-cv-00703-FB; Attorney Noah Schottenstein.

- 11/25/19 – Deposition; Fred Medina v. Justin Ray Richter and Angel Brothers Enterprises, LTD in the 55th Judicial District Court in Harris County, Texas; Cause No. 2017-83962; Attorney Cory Reed.

- 4/9/20 – Deposition; Shelli Herbert v. Lone Start Relocation Services in the 288th Judicial District Court in Bexar County; Cause No. 2018CI19487; Attorney Frank Scaglione.

- 4/14/2020 – Deposition; Miguel Del Real v. Charger Drilling, LLC, Charger Rathole, LLC, Charger Services, LLC, and Joshua Tyle Knotts; In the 142nd District Court, Midland County, Texas; Cause No. CV54972; Attorney James W. Essman

- 10/23/20 – Deposition; Felton Thomas v. PFG Transco, Inc., Performance Food Group, Inc., D/B/A Performance Food Group - Customized Distribution; In the United States District Court, Eastern District of Texas, Sherman Division; Civil Action No. 4:17-CV-00785; Attorney Jim Sherry.



**Robert D. Cox, MA, CRC, LPC**

6575 West Loop South, Suite 500
Bellaire, Texas 77401

bob@theworldofwork.com
281.343.0999

Linda E. Cox, MS, CRC

Thomas King, MEd, CRC

Kendra K. Ragsdale, MA, CRC

S. Camille Peres, PhD

Nicole Fuscaldo, PhD, CRC

Mallory Houser, MS, CRC

## Expert Witness Consultant Agreement

This agreement is entered into on the latest date set forth in the signature block below between The World of Work, Inc. ("Consultants") and _____(the "Law Firm") (collectively the "Agreement").

The purpose of this Agreement is to procure the services of the Consultants in relation to the case styled _____ and currently pending before the [*Court County and State*]. The Consultants shall provide services for the Law Firm as independent contractors. Payment of any fees set forth herein is not dependent upon the findings rendered, nor on the outcome of any legal action, mediation, arbitration, or the amount or terms of any settlement of the underlying legal cause, nor on any contractual arrangement between the Law Firm and any other person or party.

**Retainer:** At the time of the execution of this Agreement, the Law Firm shall tender to Consultant a retainer in the amount of Five Thousand Two Hundred dollars ($5,200.00) (the "Retainer"). Consultant shall bill against this Retainer as services are performed or expenses incurred until such time as the Retainer is exhausted or this Agreement is terminated as set forth below. In the event the scope of work requested by the Law Firm exhausts the Retainer, Consultants will periodically invoice Law Firm for any work in excess of the Retainer. The Law Firm shall not identify World of Work Consultants as either testifying or non-testifying experts until such time as this Agreement has been signed and the Retainer has been paid.

**Fees:** The fees for services provided by The World of Work are as follows:

Consultant Fees: Except as outlined herein, the Law Firm shall compensate the Consultant's principals at the rate of $325.00 per hour for all work performed under this Agreement, including but not limited to analysis, calculations, conclusions, preparation of reports, and necessary travel time. This rate for testimony shall apply from the time the individual departs to travel to the designated location for such testimony and until he or she returns to the office or home from providing such testimony. In the event overnight travel is required, Consultant shall not invoice from 8pm to 8am unless Consultant was actually

performing work on this matter during that time period.

Expenses: The Law Firm shall reimburse expenses incurred by the expert as follows:
- Travel by Car: 55 cents per mile.
- Travel by Air or Train: The actual cost of the round-trip ticket.
- Expenses associated with reproduction of documents and photographs, preparation of exhibits, storage of materials or evidence, and other reasonable expenditures shall be reimbursed at market rates.
- Lodging: For any travel of more than eighty (80) miles the office, the expert shall be reimbursed for the cost of meals and lodging.
- Car Rental: In the event of travel beyond the local area, the expert shall be reimbursed for the cost of a mid-sized rental car and any associated expenses.

**Qualifications:** The Law Firm has had an independent opportunity to investigate and verify the Consultants' credentials and by executing this Agreement represents that it has satisfied itself that the Consultants are qualified to perform the services the Law Firm desires. Having made its own independent investigation as to the qualifications of the Consultants including a review of their prior work and testimony, The Law Firm expressly disclaims reliance on any websites, marketing materials or verbal statements made by the Consultants prior to entering into this Agreement.

**Termination:** This Agreement shall continue in full force and effect until such time as it is terminated in writing by either party. Any written notice required to be given under the terms of this Agreement will be deemed given if provided via email to the email address for the signatory set forth below.

**Terms of Engagement:** The Law Firm is the primary contracting party with Consultant and as such is responsible for payments to The World of Work, as outlined in this contract, regardless of any arrangement the Law Firm may have with any party or parties it represents. Invoices are to be paid within thirty (30) days of receipt of same, and shall be considered delinquent if unpaid more than sixty (60) days after their date of issuance. Interest shall accrue on all delinquent invoices at the lesser of 18% per annum compounded quarterly or the maximum rate of interest allowed by law. If any charges or work reflected on any invoice is not protested in writing within sixty (60) days of receipt of same, Law Firm unconditionally waives the right to dispute the work performed and the balance due for each such invoice and shall accept the balance of each such invoice as uncontestable.

**Confidentiality:** Each party acknowledges that its respective performance of its obligations hereunder may require that it have access to confidential business and proprietary information of the other. Each party agrees on behalf of itself and its officers, directors, employees, agents, representatives and subcontractors to use its/their best efforts to prevent either duplication or disclosure of data, plans, specifications, formulae, drawings or any other information, whether business or technical, of a confidential nature, which has been furnished directly or indirectly, in writing or otherwise, to the other and further agrees not to destroy or return such information at the Termination of this representation and after Termination not to use in any way the confidential information obtained as a result of this Agreement.

**Choice of Law and Jurisdiction:** The exclusive venue and jurisdiction for any disputes or controversies arising out of this Agreement shall be resolved by virtue of a trial to the bench in the County Courts of Harris County, Texas and Law Firm and Consultant agree to pursue any such claims regardless of their complexity under a Level 1 Discovery Control Plan. In the event the Harris County Courts do not have subject matter jurisdiction over said dispute the matter may be brought in the Harris County District Courts. By executing this Agreement, Law Firm and Consultant agree to this exclusive jurisdiction and agree to waive their rights to a trial by jury.

**Entire Agreement**: This Agreement constitutes the entire agreement between the parties with respect to the matter hereof and supersedes and replaces all prior agreements, understandings and representations, whether written or oral.

**Multiple Originals**: This Agreement may be executed in multiple originals and the parties agree the execution of multiple originals shall not limit or impair the enforcement of this Agreement in any way.

I accept the terms of this agreement:


_____ Date: _____
Individually, and for the Firm
The Law Firm:_____
Email_____


_____ Date: _____
The World of Work, Inc.
Email:_____