# SUSAN J. GARRISON, M.D.
## PHYSICAL MEDICINE & REHABILITATION
### 3836 Ruskin Street • Houston, Texas 77005
### Email: drsjgpmr@yahoo.com
### Cell: 832 876-0627

November 12, 2020

Mr. Steven M. Augustine
Thompson Coe
One Riverway, Suite 1400
Houston, TX 77056

Re:    Case 6:19-cv-00038-C; *Justin Moore and Judith Moore vs. DB Industries, LLC d/b/a 3M Fall Protection, Capital Safety USA, Capital Safety Group, and DBI/SALA; Safeworks, LLC, d/b/a Power Climber Wind; and Power Climber BVBA d/b/a Power Climber Wind;* In the United States District Court for the Northern District of Texas San Angelo Division

Dear Mr. Augustine:

At your request, I have collaborated with Ginny Stegent, R.N., CRRN, CDMS, CCM, CLCP in responding to the life care plan for Mr. Justin Moore by Jacqueline Kelly, M.D., CLCP dated 05/27/20. This preliminary report, written at your request, documents my expert medical opinions to date about Mr. Moore's medically-probable, medically-necessary future medical/rehabilitative needs as cited by Dr. Kelly as a result of an on-the-job accident on 06/08/17.

I have reviewed the following medical records, information, and depositions and reports:

> Medical and billing records from Family First Healthcare Cedar Park;
> Medical records from Austin Radiological Association;
> Medical records from Rollins Brook Community Hospital;
> Medical records from Ron McGaugh, M.D./Cedar Park Occupational Medicine Clinic;
> Medical records from Jay M. Borick, M.D./Orthopaedic Associates of Central Texas;
> Medical and billing records from Cedar Park Regional Medical Center;
> Medical records from Daniel A. Lerma, D.C.;
> Medical records from Jamie Lynch, M.D./TruOrtho;
> Medical records from Texas Physical Therapy Specialists;
> Medical and billing records from Texas Orthopedics Sports and Rehabilitation Associates;
> Medical records from Longhorn Imaging;

EXHIBIT 9

Medical and billing records from Jeffry V. Popham, D.C.;
Medical records from South Texas Radiology;
Medical and billing records from Medical Equation, Inc.;
Billing records from Landmark Exams;
Letter by Jeffry V. Popham, D.C. dated 02/25/20;
Letter by Robert A. Josey, M.D. dated 03/25/20;
Letter by Jamie L. Lynch, M.D. dated 03/25/20;
Insurance records from CHUBB Insurance Western Claim Service;
Insurance records from Texas Department of Insurance;
Employment records from Invenergy Services LLC;
Tax records from Internal Revenue Service;
Photographs;
Plaintiffs' Disclosure of Expert Witnesses;
Plaintiffs' Initial Disclosures;
Plaintiffs' Amended Complaint;
Plaintiff's Certificate of Interested Persons;
Defendants DB Industries, LLC, Capital Safety USA, Capital Safety Group, and
  DBI/SALA's Answer to Plaintiff's Original Complaint;
Defendant Safeworks, LLC's Objections and Answers to Plaintiffs'
  Interrogatories;
Defendant Safeworks, LLC's d/b/a Power Climber Wind and Power Climber
  BVBA d/b/a Power Climber Wind's Original Answer to Plaintiffs'
  Amended Complaint;
Invenergy Services LLC's Responses and Objections to DB Industries, LLC d/b/a
  3M Fall Protection, Capital Safety, USA, and Capital Safety Group's
  Subpoena Duces Tecum;
Deposition of Justin Moore dated 09/24/20;
Expert report by Robert A. Josey, M.D. dated 03/25/20;
Expert report by David G. Vanderweide, M.D. dated 11/04/20;
Expert report by Mohammad Etminan, M.D. dated 11/09/20;
Expert report by Corwin Boake, Ph.D. dated 11/11/20;
Expert report by Robert D. Cox, MA, CRC, LPC-S dated 11/12/20; and
Life Care Plan by Jacqueline Kelly, M.D., CLCP dated 05/27/20.

<u>EXPERT QUALIFICATIONS:</u>

  I am qualified to make these opinions by virtue of my educational background, training, and clinical practice in the field of medical rehabilitation. I have been licensed to practice medicine in the state of Texas since 1981. I have been board certified in the medical specialty of Physical Medicine and Rehabilitation since 1983. I am currently in private practice in Houston, Texas. For further professional information, please refer to my Curriculum Vitae, which contains all of my publications. Please refer to my Deposition/Trial List for my testimony since 2011. I am compensated at a rate of $450.00 per hour for reading case information, as well as for writing reports. An invoice showing the charges to date in this matter is produced with this report.

Knowledge about rehabilitation related to neuromusculoskeletal injury is required for my specialty training. For over 20 years I taught medical students and resident physicians at Baylor College of Medicine in Houston, Texas to evaluate and manage patients who require medical rehabilitation following neuromusculoskeletal injury. This involves working with other physicians and other medical specialists. I have extensive experience in working with life care planners to formulate and to respond to life care plans for patients similar to Justin Moore, as well as in testifying about recommendations in life care plans.

BRIEF SUMMARY OF MEDICAL EVENTS (from above medical records):

Mr. Justin Moore (DOB 12/30/67) was 49 years of age on 06/08/17 when he was involved in an on-the-job accident. Records from Rollins Brook Community Hospital indicate that Mr. Moore was seen in the ER that day. He was prescribed Flexeril 10 mg three times a day as needed for muscle spasms and Toradol 10 mg every six hours as needed for moderate pain. He was discharged home. He was to follow up with his primary care provider within one to two days.

Eleven days after the accident, on 06/19/17, Mr. Moore was seen by family practitioner Ron McGaugh, M.D. at Cedar Park Occupational Medicine Clinic. He complained of 4/10 intermittent pain primarily in the left rib cage, as well as 6/10 intermittent pain in the left shoulder described as soreness. A review of systems was significant for fatigue, trouble sleeping, and joint pain and stiffness. Medications included Metformin and Lisinopril. Physical examination revealed normal breath sounds and effort. Bowel sounds were normal. There was no abdominal tenderness. He was able to move and walk without difficulty. Mr. Moore had bruising over the left anterior inferior chest, as well as an abrasion over the left anterior inferior chest. Diagnosis was sprain of the ribs. Recommendations included Mobic 15 mg daily and restricted duty. He was to follow up in two weeks.

At the time of the accident, Mr. Moore's past medical history included essential hypertension, hypertriglyceridemia, type II diabetes, hyperlipidemia, hip pain, temporomandibular joint disorder, headache, low back pain, pneumonia, acute bronchitis, anxiety disorder, and major depressive disorder. He had undergone surgery for repair of a hernia.

On 07/07/17, at the referral of Dr. McGaugh, Mr. Moore was evaluated by orthopedic surgeon Jay M. Borick, M.D. at Orthopaedic Associates of Central Texas for complaints of bilateral shoulder pain. Records state that on 06/09/17 while at work, a cable line had broken and he had fallen from it. Pain was rated 7/10 and located in both shoulders anterior-medially. Mr. Moore reported limited range of motion and a dull ache. Physical examination of the cervical spine revealed normal inspection, range of motion, muscle strength, tone, and stability. Examination of the right shoulder girdle and arm showed mild to moderate tenderness in the anterior shoulder and subacromial region and space, mild to moderate pain with manual resistance, and positive tests that included drop

arm sign, empty can, Hawkins', Neer's, and Speed's tests. Mr. Moore had negative O'Brien's and Yergason's tests. Circulation was intact and pulses were normal. There was no instability, no edema, no swelling, no effusion and normal sensation. Flexion was 150°. Internal rotation was to T12. There was 50° external rotation. There was +5/5 muscle strength to the external and internal rotators, +4/5 to the supraspinatus, and +4/5 at the biceps. Cross shoulder abduction was negative. Examination of the left shoulder revealed normal reflexes, normal light touch sensation, no swelling, no effusion, and no instability. External and internal rotators muscle strength was +5/5. Supraspinatus was +4/5 strength. There was 120° flexion with pain. There was moderate tenderness in the anterior shoulder, moderate pain with abduction, internal rotation to T2, external rotation 40° with moderate pain, mild to moderate tenderness in the subacromial region, and mild to moderate pain with manual resistance. Positive tests included drop arm sign, empty can test, Hawkins', Neer's, O'Brien's, and Speed's tests. Negative tests included cross shoulder adduction, sulcus sign, and Yergason's test. The assessment was bilateral shoulder pain. Recommendations included MR arthrogram of the shoulders to rule out SLAP (superior labral tear from anterior to posterior) tear versus cuff tear.

MR arthrogram of the right shoulder at Austin Radiological Association on 07/14/17 revealed a small full-thickness tear involving the anterior one-third of the supraspinatus tendon with no significant tendon retraction and no muscle atrophy; moderate infraspinatus tendinopathy; a medially subluxed biceps tendon at the lesser tuberosity that was not completely dislocated, along with tendinopathy of the intra-articular biceps tendon; and SLAP tear of the superior labrum.

Also on 07/14/17, arthrogram of the left shoulder demonstrated no labral tear, minimal supraspinatus tendinopathy, no partial- or full-thickness cuff tear, and a medially subluxed biceps tendon at the lesser tuberosity with some tendinopathy of the intra-articular portion of the biceps tendon.

Mr. Moore returned to Dr. Borick on 07/17/17 and 08/01/17. Each time he reported no changes since his previous visit. Pain, rated at 8/10, was worse on the left. He took Meloxicam. Diagnoses were right shoulder glenoid labrum lesion, right rotator cuff capsule sprain, right bicipital tendinitis, bilateral shoulder impingement syndrome, and left shoulder bicipital tendinitis. Dr. Borick recommended left shoulder arthroscopic surgery.

Nurse practitioner Theresa Jones, FNP saw Mr. Moore on 09/08/17 for complaints of sore throat, congestion, body aches, and cough. He was diagnosed with upper respiratory infection and prescribed Z-Pak.

On 09/11/17 Mr. Moore underwent right shoulder arthroscopy with limited glenohumeral debridement, subacromial decompression and acromioplasty, mini open rotator cuff repair, and open biceps tenodesis by Dr. Borick at Cedar Park Regional Medical Center.

Later that same day, on 09/11/17, Mr. Moore was evaluated at Cedar Park Regional Medical Center ER for complaints of difficulty breathing and reports of vomiting episodes at home. A Ropivacaine nerve block was in place. Mr. Moore reported that after surgery he would typically experience shortness of breath. He felt that he could not take a deep breath but denied chest pain. Records indicated that he had undergone general anesthesia at that location without a similar response. Mr. Moore was concerned that it could be a reaction to Ropivacaine. During his ER course, he was hyperglycemic but without an anion gap to suggest diabetic ketoacidosis. Chest X-ray was negative for pneumothorax but revealed atelectasis versus early infiltrate. EKG showed normal sinus rhythm and possible left atrial enlargement. Mr. Moore reported being on a Z-Pak for presumed pneumonia/illness that had begun three days prior but denied fever or chills. Although Dr. Borick had prescribed Keflex, Mr. Moore reported that he would not take it because it made him feel "terrible." Records state that for his concern about Ropivacaine, the line would be clamped rather than pulled early. The impression was shortness of breath, nausea, and vomiting. Mr. Moore was discharged home in improved condition with a prescription for Doxycycline.

Mr. Moore saw Dr. Borick again on 10/05/17. Records state that since surgery, his right shoulder had been improving; he would have a mild ache with certain movements. Recommendations included protected range of motion, a wean from the sling six weeks after surgery, and no work for four months. He was to follow up in four weeks.

On 10/10/17 Mr. Moore began physical therapy at Orthopaedic Associates of Central Texas for signs and symptoms consistent with postoperative capsule hypomobility. Treatment was to include therapeutic exercises. He was to participate two times a week for four weeks.

At his visit with Dr. Borick on 11/30/17, Mr. Moore reported 6/10 anterior left shoulder pain, discomfort with certain movements, and limited range of motion. Records state that his right shoulder was improving after surgery and had 3/10 pain on average along with better range of motion. Left shoulder surgery was recommended.

When Mr. Moore followed up with Dr. Borick on 12/29/17, he was awaiting approval for left shoulder surgery. He complained that his right shoulder had worsened over the last few weeks. On that date, he noted that it was intermittently aching mostly at night and had improved range of motion.

At his visit with Dr. Borick on 02/01/18, Mr. Moore reported a slight improvement in his right shoulder, although with limited range of motion and stiffness. He continued therapy for the right shoulder. He also reported pain and weakness of the left shoulder. He was eager to undergo left shoulder surgery. Dr. Borick recommended repeat MRI of the right shoulder to evaluate the status of cuff repair and biceps tenodesis. That day he injected the right shoulder with 1 mg of Dexamethasone Sodium Phosphate.

MRI of the right shoulder at Austin Radiological Association on 02/15/18 demonstrated interval rotator cuff repair and biceps tenodesis, residual articular-sided surface irregularity of the surgically repaired supraspinatus tendon without a recurrent full-thickness tear, partial interstitial tear of the infraspinatus tendon, SLAP type II tear of the superior glenoid labrum unchanged since 07/14/17, and minimal degenerative arthrosis of the acromioclavicular joint.

Mr. Moore returned to see Dr. Borick on 02/19/18. He continued PT and reported slight improvement in his right shoulder. On 04/05/18, he rated his right shoulder pain at 3/10. He continued to have mildly limited range of motion and stiffness. The left shoulder had 7/10 pain. Mr. Moore had been approved for left shoulder surgery.

Dr. Borick performed another steroid injection of the right subacromial space on 03/15/18.

On 07/11/18 Mr. Moore was seen by chiropractor Daniel A. Lerma, D.C. for a designated doctor evaluation. Dr. Lerma reviewed documents and examined Mr. Moore. Records indicate good posture, level shoulders, and a normal gait. Mr. Moore complained of constant ache with recurrent sharper pain to the right anterior shoulder area along surgical sites and to the deltoid region, as well as moderate tenderness and mildly limited range of motion due to pain. He reportedly would wake with tingling in his hands every morning. Pain in both shoulders was made worse with reaching back and overhead, abduction, supination, pronation, and lifting weight above his head. Mr. Moore also complained of sleeping difficulty due to pain and positioning. His left shoulder ached and had recurrent sharper pain around the acromioclavicular joint region with occasional popping within the joint and moderate tenderness, as well as mildly diminished range of motion from pain. Physical examination of the right shoulder revealed no edema, contusions, discoloration, or lacerations. There was mild overall muscular deconditioning without significant atrophy and generally good muscle tone. Mr. Moore had mild to moderate localized tenderness to palpation and ache to the right rotator cuff near surgical sites and along the acromioclavicular joint and mild pinpoint tenderness to the subacromial bursa on the right but no crepitus. Physical examination of the left shoulder revealed mild to moderate localized tenderness and ache to the left rotator cuff and acromioclavicular joint and popping but no crepitus. Mr. Moore showed mild muscle spasm to the cervicothoracic region and trapezius muscles bilaterally. Manual resistance produced mild to moderate pain; however, both upper extremities demonstrated functional grade strength. Hawkins' and Neer's tests were positive for pain and impingement bilaterally. Dawbarn's sign was present bilaterally. Impingement sign was present bilaterally. Speed's and empty can tests were positive on the left. Diagnoses were right shoulder impingement, left rotator cuff tear, bilateral biceps tendinopathy, right infraspinatus tendinopathy, and left supraspinatus tendinopathy. Dr. Lerma indicated that although tendinopathy was likely the result of chronic degeneration, Mr. Moore's symptoms were consistent with a diagnosis of supraspinatus tendinopathy. Dr. Lerma determined that an injury or aggravation of a prior chronic condition occurred and was a result of the work-related injury on 06/08/17.

At his visit with nurse practitioner Theresa Jones, FNP-C on 07/16/18, Mr. Moore complained of cough. He was prescribed a Z-Pak.

When Mr. Moore saw Dr. Borick again on 07/27/18, he reported slight improvement in his right shoulder. Records state that he was eager to undergo left shoulder surgery.

Mr. Moore underwent left shoulder arthroscopy with limited glenohumeral debridement, subacromial decompression and acromioplasty, and open biceps tenodesis by Dr. Borick at Cedar Park Regional Medical Center on 09/05/18. At his postoperative office visit with Dr. Borick on 09/18/18, he noted slow improvement, 7/10 aching with certain movements, and 2/10 pain at rest. He was taking Percocet as needed. He was to wean from the left shoulder sling and begin elbow/biceps PT in four to six weeks.

On 11/29/18 Mr. Moore was evaluated at Cedar Park Regional Medical Center ER for complaints of generalized abdominal pain, nausea, vomiting, and diarrhea that had begun that afternoon. Blood pressure was 103/55 and pulse was 103. The abdomen appeared normal, bowel sounds were active, and he had mild abdominal pain and tenderness upon palpation in all quadrants. CT scan of the abdomen and pelvis revealed a fluid-filled nondilated small bowel that could be seen with gastroenteritis in the proper clinical setting. Mr. Moore felt much better after IV fluids, Zofran, Toradol, and Levsin. The impression was infectious gastroenteritis and colitis. He was discharged in improved condition with prescriptions for Zofran 4 mg every six to eight hours as needed and Bentyl 20 mg every six hours as needed. He was instructed to follow up with his private physician.

Mr. Moore began physical therapy for the left shoulder at Orthopaedic Associates of Central Texas on 01/08/19.

At his postoperative visit with Dr. Borick on 01/15/19, Mr. Moore reported improvement. He noted some mild aching with certain movements and increased pain at night. He took as-needed Ibuprofen. He also complained of significant right anterior arm pain and weakness with elbow flexion and forearm supination. Muscular defect was consistent with failed biceps tenodesis present since a few months following his initial surgery. Pain in the front of his right arm limited its use. The impression was postsurgical sequela of interval rotator cuff repair and biceps tenodesis new since 07/14/17; residual articular-sided surface irregularity of the surgically repaired supraspinatus tendon without a recurrent full thickness tear; partial interstitial tear of the infraspinatus tendon; SLAP type II tear of the superior glenoid labrum; and minimal degenerative arthrosis of the acromioclavicular joint. Open repair/revision with infra-pectoral proximal biceps tenodesis of the right arm was recommended.

On 01/23/19 Mr. Moore underwent open exploration of the shoulder and anterior right upper arm, including release of fascia, adhesions, and scar tissue, by Dr. Borick at Cedar Park Regional Medical Center. No obvious rotator cuff tendon tearing was observed; the tendon tissue was not clearly visible. It was felt that possible re-rupture of

the tendon had occurred at the initial tenodesis site. After close examination of the musculature and freeing the short head of the biceps from surrounding tissue and not observing signs or long head of biceps or tendinous tissue that would indicate the proximal aspect of this retracted muscle, it was felt that a bicep tenodesis could not be performed.

At his postoperative office visit with Dr. Borick on 02/05/19, Mr. Moore noted improvements but also mild soreness and aching with certain movements. He was attending PT weekly. He had increased pain at night for which he took Ibuprofen as needed.

Mr. Moore reported to Dr. Borick on 02/28/19 that his right arm range of motion was improving; he attended PT weekly and took Ibuprofen as needed. He had clicking to his left shoulder mainly in the superior shoulder, worsened with internal and external rotation with the shoulder abducted. Dr. Borick ordered repeat MRI of the left shoulder.

On 03/08/19 Mr. Moore underwent subacromial cortisone/lidocaine injection. He obtained immediate relief afterwards. Records state that this led Dr. Borick to believe that the symptomatic clicking was due to bursal-sided cuff tear not noted at the previous surgery and not due to the superior labral tear. Dr. Borick also noted that the biceps was no longer attached to the labrum following tenodesis, and that he or Ben Szerlip, D.O. could consider cuff repair.

At the referral of Dr. Borick, Mr. Moore was evaluated by orthopedic surgeon Dr. Szerlip  Orthopaedic Associates of Central Texas on 03/18/19. He complained of 6/10 left shoulder pain mainly in the superior shoulder, worsened with internal and external rotation with the shoulder abducted. MRI had been performed in the office on 03/06/19. Mr. Moore had not yet reached MMI. The impression was left shoulder pain secondary to impingement/scapular dyskinesis, bursitis, partial cuff tear, and SLAP tear. Physical therapy was recommended. He was to return in eight weeks.

Physical therapy evaluation at Texas Physical Therapy Specialists on 03/20/19 indicates that Mr. Moore had signs and symptoms of left shoulder impingement syndrome with sprain of the left rotator cuff capsule. PT was recommended twice a week for six weeks.

On 04/01/19 Mr. Moore was seen again by Dr. Szerlip. He noted that Mr. Moore could be developing early symptoms of adhesive capsulitis. He was not attending physical therapy. Range of motion was noted to be much worse; he could barely lift the arm. Mr. Moore was to continue therapy. He was to follow up in eight weeks.

At his physical therapy re-evaluation at Texas Physical Therapy Specialists on 05/24/19, Mr. Moore reported waking up the day after physical therapy with severe pain in his right neck region and needing a friend to help him out of bed. He reported receiving a cortisone injection in the neck region and reported 4/10 pain at rest with shooting "random" pains. Left shoulder pain was rated at 4/10 at rest, also with shooting

"random" pains. Mr. Moore was not performing home exercises due to neck pain. He had undergone 19 physical therapy sessions over the past seven weeks. Manual therapy to the cervical/thoracic spine provided temporary relief; Mr. Moore was able to perform active and passive shoulder range of motion without worsening of his status. Records state that meaningful progress was negligible.

On 06/03/19, after 24 physical therapy visits over the previous 10 weeks, records state that Mr. Moore had recently had a plateau. His prognosis was noted to be guarded. He was planning to speak with another surgeon in hopes of undergoing surgery soon. He was discharged from therapy.

Mr. Moore was seen by orthopedic surgeon Zachariah Logan, M.D. at Texas Orthopedics and Rehabilitation Associates on 06/11/19 at the referral of Dr. McGaugh. He with complained of 9/10 left shoulder pain, popping, catching, locking, giving way, and weakness. Medications included Norco 10-325 mg every four to six hours as needed. Records note that Mr. Moore was in mild distress due to pain. Physical examination revealed bilateral upper extremities with normal range of motion, strength, and stability; no motor or sensory deficit; 5/5 motor strength; no peripheral edema; tenderness to palpation diffusely about the shoulder; and passive shoulder range of motion that produced crepitus. X-rays demonstrated no significant joint space narrowing or arthritis in the glenohumeral or acromioclavicular joint. MRI dated 03/07/19 revealed bursal-sided tearing of the supraspinatus with interstitial tearing in the subscapularis and a type 2 superior labral anterior-posterior tear on the left. The assessment was left shoulder superior labral anterior-posterior tear and partial rotator cuff tearing. Dr. Logan recommended referral to a shoulder specialist.

At the referral of Dr. Logan, Mr. Moore was evaluated by orthopedic surgeon John P. Rodriguez, M.D. at Texas Orthopedics Sports and Rehabilitation Associates on 06/17/19. He reported a fall of 22 feet down a ladder on 06/08/17; he reportedly had had a recent re-injury. He had completed eight months of PT and continued with 9/10 pain. On physical examination, Mr. Moore was tender to palpation over the biceps and had full range of motion with no crepitus, 5/5 extension, 5/5 abduction, and no instability. The assessment was rotator cuff tear and biceps tendinitis. Dr. Rodriguez ordered MRI to rule out worsening rotator cuff tear. He performed an ultrasound-guided left bicipital groove injection with Marcaine and Triamcinolone.

Mr. Moore was evaluated at Cedar Park Regional Medical Center ER on 07/31/19 for complaints of shortness of breath, palpitations, and right arm numbness. He had suddenly awakened at 2:00 a.m. feeling like he could not breathe. He had had a fast heart rhythm with numbness and aching to his right arm and right leg, as well as a tingling sensation that had improved significantly. EKG showed normal sinus rhythm. He was later discharged home with the impression of palpitations, paresthesia of the skin, anxiety disorder, and essential (primary) hypertension. He was to follow up with cardiologist Carl Carlino, M.D.

On 08/09/19 Mr. Moore was seen by nurse practitioner Theresa Jones, FNP-C with complaints of right leg pain. He also reported anxiety but no irritability or depression. Records state that he had been seen in the ER the prior day for numbness in the right arm and leg; EKG and cardiac enzymes were negative. He was advised that he had had a panic attack. He still had some numbness down the right arm and right fourth and fifth digit. Mr. Moore had chronic neck pain and believed that he needed an MRI. He had not been able to lose weight and needed a refill of Metformin. The impression included cervical radiculopathy and anxiety. MRI of the cervical spine was ordered.

MRI of the cervical spine at Longhorn Imaging on 08/12/19 demonstrated a posterior annular tear with a focal right paracentral/foraminal disc herniation that measured 6.6 mm at C5-C6 resulting in moderately severe central canal stenosis to the right with mild cord flattening and severe right neural foraminal narrowing, as well as contact of the exiting C6 nerve root on the right for which correlation for possible C6 radiculopathy on the right was suggested; posterior annular tear with a central disc herniation measuring 2.8 mm at C6-C7 resulting in mild canal stenosis with mild left neural foraminal narrowing; posterior annular tear with a broad-based right paracentral disc herniation that measured 2.3 mm at C4-C5 resulting in mild canal stenosis to the right without severe neural foraminal narrowing; a 1.3-mm central disc herniation at C3-C4 that caused mild compression on the anterior thecal sac without severe central canal stenosis or neural foraminal narrowing; mild left neural foraminal narrowing at T1-T2 secondary to an asymmetric disc bulge 2 mm to the left; and no intrinsic lesion of the cervical cord.

X-rays of the cervical spine at Longhorn Imaging on 08/26/19 revealed straightening of the cervical spine, mild changes of spondylosis at C5-C6 and C6-C7, maintained disc and vertebral body heights, intact predental distance, and intact facet joints.

On 08/29/19 orthopedic surgeon Peter M. Garcia at Texas Orthopedics Sports and Rehabilitation Associates indicated that Mr. Moore had reached statutory maximum medical improvement as of 08/18/19 with an 11% whole person impairment.

Physical therapy evaluation at Texas Physical Therapy Specialists on 09/13/19 indicates that Mr. Moore had presented to orthopedic surgeon Dr. Rodriguez for a third opinion. A shoulder MRI that was not performed had been ordered. Mr. Moore had not heard anything for two months. Mr. Moore had reached MMI but felt there was no way he could return to his previous job. He stated that his employer did not offer light duty. Mr. Moore reported waking up a month prior when he could not feel the entire right upper extremity and that he had had severe neck pain. Signs and symptoms were consistent with mechanical shoulder pain greater on the left with bilateral radiating arm symptoms likely related to contributing factors of mobility and muscle performance deficits of the scapulocervicothoracic region. Therapy was recommended three times a week for eight weeks.

At his visit with nurse practitioner Theresa Jones, FNP on 10/14/19, Mr. Moore reported anxiety symptoms worse during the day, interference with sleep, major life stressors, trouble at work, and tingling. Records state that he had chronic pain in both shoulders and needed surgery.

Dr. Lerma performed a subsequent designated doctor evaluation on 01/09/20 and noted that Mr. Moore complained of a constant dull ache with recurrent sharp pain and/or electric shocking down the entire neck and right arm along an ulnar nerve distribution. He also reported paresthesia to the right medial epicondyle and to the right ring and small fingers with catching sensations in both elbows. Other complaints included pain to the left shoulder region and recurrent pain in the right anterior shoulder and to the deltoid regions. Dr. Lerma opined that Mr. Moore had reached statutory MMI on 08/18/19 and indicated an 11% whole-person impairment rating.

Mr. Moore was seen by chiropractor Jeffry V. Popham, D.C. on 01/30/20. He reported ongoing numbness and weakness in his right arm, as well as pain in his neck. Dr. Popham indicated that the fall off a turbine in 2017 with a sudden stop caused a whiplash-like injury and soft tissue disc damage; he stated that this opinion was supported by MRI. Mr. Moore returned on 02/04/20 and 02/05/20; notes indicate he was doing better but had ongoing mild right leg numbness.

Physical therapy evaluation at Texas Physical Therapy Specialists on 02/20/20 indicates although Mr. Moore had given therapy a fair trial with multiple prior episodes of care, the outcome was not satisfactory. Further PT visits were not considered to be in his best interest at that time. Records state that it appeared surgical intervention could be required, whether to the shoulder or neck, as both regions had reportedly been affected by his work-related injury in 2017.

At his visit with chiropractor Dr. Popham on 02/21/20, Mr. Moore reported that his right hip "catches" and his right ankle was jammed.

Chiropractor Dr. Lerma re-examined Mr. Moore on 02/21/20 in the capacity of a designated doctor. He complained of occasional generalized numbness to the left upper extremity, and left shoulder range of motion was limited due to pain. Mr. Moore also complained of constant pain primarily to the left shoulder region. Dr. Lerma indicated total whole-person impairment rating was 15%.

Mr. Moore returned to chiropractor Dr. Popham on 01/30/20. He reported ongoing numbness and weakness in his right arm, as well as pain in his neck. Dr. Popham stated that the fall and sudden stop had caused a whiplash-like injury and soft tissue disc damage.

MRI of the left shoulder at South Texas Radiology on 02/26/20 ordered by Dr. Lynch demonstrated moderate acromioclavicular joint osteoarthritis, findings of subacromial impingement with type III acromial morphology narrowing the lateral margin of the supraspinatus outlet that resulted in a 9-mm high-grade partial articular

surface tear along anterior supraspinatus with 7 mm of retraction of the partially torn tendon stump, bursal surface fibers that remained intact, and the tear not quite full-thickness in degree; evidence for prior biceps tenodesis; fraying of the superior labrum undercutting the biceps anchor compatible with mild degenerative SLAP tearing.; and mild Grade II chondral loss in the glenohumeral joint.

CONCLUSIONS:

Mr. Justin Moore, now 52 years of age, was involved in an on-the job accident on 06/08/17. He complained of bilateral shoulder pain. He has undergone bilateral shoulder arthroscopy with open biceps tenodesis. He has participated in physical therapy and undergone steroid injections to the right subacromial area. He subsequently underwent open exploration of the right shoulder and anterior right upper arm, including release of fascia, adhesions, and scar tissue. He has been diagnosed with anxiety. Cervical MRI from mid-2019 demonstrated multilevel cervical degenerative disc disease, with C5-6 right sided disc herniation.

At the time of the accident, Mr. Moore's past medical history included anxiety disorder and major depressive disorder.

I agree with the expert report by orthopedic surgeon David G. Vanderweide, M.D. dated 11/04/20. I agree with the expert report by orthopedic surgeon Mohammad Etminan, M.D. dated 11/09/20. I agree with the expert report by neuropsychologist Corwin Boake, Ph.D. dated 11/11/20. I agree with the expert report by vocational consultant Robert D. Cox, MA, CRC, LPC-S dated 11/12/20.

At your request, I have collaborated with Ginny Stegent, life care planner, in order to respond to the Life Care Plan for Mr. Justin Moore dated 05/27/20 by Jacqueline Kelly, M.D., CLCP concerning Mr. Moore's medically-probable, medically-necessary future medical/rehabilitative needs and their frequencies as cited by Dr. Kelly as a result of the accident on 06/08/17. Our responses are detailed in the following paragraphs.

With respect to the category of "Future Hospitalizations/Procedures/Surgeries," Anterior cervical discectomy and fusion is not recommended; it is not medically necessary as related to the accident in question. Right biceps tenodesis, repair/revision is not recommended; it is not medically necessary as related to the accident in question.

In the category "Ancillary Assessments/Care," Physical Therapy is not recommended; it is not medically necessary as related to the accident in question. Individual counseling is recommended as 10 to 20 sessions as per the expert report by neuropsychologist Corwin Boake, Ph.D. dated 11/11/20, following the guidelines of the American Psychological Association. Couples counseling is not recommended; it is not medically necessary as related to the accident in question. Neuropsychological evaluation is not recommended; it is not medically necessary as related to the accident in question.

With respect to the category "Diagnostic Testing," Gabapentin labs is not recommended; it is not medically necessary as related to the accident in question. NSAID labs is not recommended; it is not medically necessary as related to the accident in question. Neck radiography is not recommended; it is not medically necessary as related to the accident in question. Shoulder radiography is not recommended; it is not medically necessary as related to the accident in question.

In the category "Medications," Gabapentin is not recommended; it is not medically necessary as related to the accident in question. Celebrex 200 mg is not recommended; it is not medically necessary as related to the accident in question. Tramadol recue medication is not recommended; it is not medically necessary as related to the accident in question. Cymbalta is not recommended; it is not medically necessary as related to the accident in question.

With respect to the category "Supplies," Biofreeze topical gel is not recommended; it is not medically necessary as related to the accident in question.

In the category "Equipment," Shower Chair is not recommended; it is not medically necessary as related to the accident in question.

With respect to the category "Transportation/Mobility Needs," Wide-angle rearview mirror is not recommended; it is not medically necessary as related to the accident in question.

In the category "Certified Recreational Therapy Specialist," an evaluation by a CRTS is not recommended; it is not medically necessary as related to the accident in question.

With respect to the category "Fitness/Strength Maintenance," Cardiovascular Exercise is not recommended; it is not medically necessary as related to the accident in question. Weights is not recommended; it is not medically necessary as related to the accident in question. Therabands is not recommended; it is not medically necessary as related to the accident in question.

In the category "Vocational Evaluation," a vocational evaluation is acceptable, however, a vocational evaluation and counseling can be provided by the Vocational Rehabilitation program / Workforce Solutions in Texas at no charge as per the expert report by vocational consultant Robert D. Cox, MA, CRC, PPC-S dated 11/12/20 .

With respect to the category "Architectural Modifications," None is anticipated as per Dr. Kelly.

In the category  "Attendant Care," None is anticipated as per Dr. Kelly.

With respect to the category "Case Management," Certified Case Manager is not recommended; it is not medically necessary as related to the accident in question.

Therefore, I agree with Ms. Stegent's recommendations, dated 11/12/20, that I participated in formulating to the life care plan for Justin Moore dated 05/27/20 by Jacqueline Kelly, M.D., CLCP. I respectfully reserve the right to supplement / amend this preliminary report and my opinions if additional medical information about this case becomes available, and / or if I am allowed to perform an Independent Medical Evaluation (IME) of Mr. Justin Moore.

Sincerely,

Susan J. Garrison, M.D.

**CURRICULUM VITAE**
**(Abbreviated)**

**SUSAN JANETTE GARRISON, M.D.**

**Diplomate, American Board of Physical Medicine and Rehabilitation**

| | |
|---|---|
| Date of Birth: | March 30, 1952 |
| Place of Birth: | Greenville, South Carolina |
| Address: | 3836 Ruskin<br>Houston, Texas 77005 |
| Cellular | (832) 876-0627 |
| Email: | drsjgpmr@yahoo.com |

Education:

Post Graduate

Master Teachers' Fellowship, Baylor College of Medicine, 1996-1998

Spinal Cord Injury Fellowship – The Institute for Rehabilitation and Research, Houston, Texas, July -December 1982

Residency – Physical Medicine and Rehabilitation, Baylor College of Medicine Affiliated Hospitals, Houston, Texas, 1980-1982
Co-Chief Resident, 1981-1982

Internship – Baylor College of Medicine Affiliated Hospitals, Houston, Texas 1979 – 1980 Flexible (General Surgery, Orthopedics, Neurosurgery, Emergency Room, General Medicine, Endocrinology, and Physical Medicine and Rehabilitation)

Graduate

Medical – M.D. Degree, Medical University of South Carolina, Charleston, South Carolina, 1979

Undergraduate

B.S. Nursing
University of South Carolina, Columbia, South Carolina, 1974,
Magna Cum Laude, Phi Beta Kappa

High School

Wade Hampton High School, Greenville, South Carolina, 1970
Salutatorian

Licensure:

Texas State License 1981
National Boards, 1980

Certification:

American Board of Physical Medicine and Rehabilitation, 1983

Specialized Training:

Commission on Accreditation of Rehabilitation Facilities (CARF)
Surveyors Training, March, 1990

American Academy of Disability Evaluating Physicians, Clinical Training
Program, September, 1999

Review Panels:

Associate Item Writer for the American Board of Physical Medicine and
Rehabilitation Written Examination, 1994 to 1999

Associate Item Writer for the Spinal Cord Injury added qualifications
For the American Board of Physical Medicine and Rehabilitation,
1998-1999

Guest Oral Examiner, Physical Medicine and Rehabilitation Oral Boards,
Rochester, MN, 1987, 1990, 1992, 1994, 1996, 1997, 1998, and 2000

Manuscript Reviewer, Archives of Physical Medicine and Rehabilitation,
1990, 1991, 1992, 1993, 1994, 1996, 1997, 2000

Manuscript Reviewer, American Journal of Physical Medicine and
Rehabilitation, 1997, 1998, 1999, 2000,2001

Manuscript Reviewer, Topics in Stroke Rehabilitation, 1996

Reviewer, Scientific Presentation Abstracts, American Academy of Physical
Medicine and Rehabilitation, 1988 to 1999

Editorial Board Member, Topics in Stroke Rehabilitation, 1993 to 2005

Awards:

American Medical Association Physicians Recognition Award, 1982, 1987,
1991, and 1994

Distinguished Service, Department of Physical Medicine and Rehabilitation,
Baylor College of Medicine, 1996

Best Doctors in the Central United States, 1997

Best Doctors in Houston, 1998, 2000

Distinguished Clinician Award, American Academy of Physical Medicine and Rehabilitation, 2001

Best Female Doctors in Houston, 2002

America's Top Physicians 2004-2005, 2005-2006, 2009-2010

| Administrative Appointments: | The Methodist Hospital, Houston, Texas |
|---|---|

Active Medical Staff, Physical Medicine and Rehabilitation
    Division, January 1983- February 2011
Courtesy Medical Staff March 1, 2011 to present
Deputy Chief, Physical Medicine and Rehabilitation Service,
    1989 to 2006
Medical Director, Rehabilitation Center, 1985 to 2005
Member, Medical Records Committee, 1986 to 2006
Member, Grievance Committee
Member, Pastoral Advisory Group, 1998 to present
Chair, Physical Medicine and Rehabilitation CMPI Subcommittee,
    2003 to 2005

Harris County Hospital District (Ben Taub General Hospital, Quentin Mease Hospital), Houston, Texas Active Medical Staff Physical Medicine 1983 to 2005

St. Luke's Episcopal Hospital, Houston, Texas, Medical Staff, Physical Medicine, 1983 to 2010

Texas Children's Hospital, Houston, Texas, Medical Staff, Physical Medicine, 1983 to present

The Institute for Rehabilitation and Research, Houston, Texas Active Staff, Physical Medicine and Rehabilitation, 1983-1996

Vencor (Kindred) Hospital, Houston, Texas, Medical Staff, Physical Medicine, 1992 to 2005

Veteran's Administration Medical Center, Houston, Texas, Active Staff, Physical Medicine Service, 1983 to 2005

Select Specialty Hospital, Houston, Texas, Medical Staff, Physical Medicine, 1994 to present

Academic
Appointments:

Assistant Instructor, Department of Physical Medicine and
Rehabilitation, Baylor College of Medicine, Houston, Texas,
1981-1982

Assistant Professor, Department of Physical Medicine and
Rehabilitation, Baylor College of Medicine, Houston, Texas,
1983-1992

Associate Professor, Department of Physical Medicine and
Rehabilitation, Baylor College of Medicine, Houston, Texas,
1992 to January 2005

Clinical Associate Professor of Rehabilitation Medicine, Weill Cornell
Medical College, May 2007 to March 2018

Joint Appointment, Division of Restorative Neurology and Human
Neurobiology, Baylor College of Medicine, Houston, Texas,
1995-1996

Faculty Associate of the Huffington Center on Aging, Baylor
College of Medicine, Houston, Texas, 1995 to 2005


Baylor College of Medicine Committees:
Member, Faculty Committee on Awards, 1998
Member, National Association of Managed Care Physicians 2002
Member, The Methodist Hospital Grievance Panel 2002
Member, The Methodist Hospital Record Committee 2002
Member, LCME Research/Graduate Education Committee,
1996-1997
Member, Personnel Health Committee, 1996-1997
Member, Curriculum Committee, 1986-1987 and 1992
Guest Interviewer, Medical Student Applicants, 1987
Member, Institutional Review Board for Human Research,
1986-1987
Member, Student Promotions and Academic Achievement
Affairs Committee, 1984-1993
Member, Medical Student Grading System Subcommittee,
1984-1985
Chairman, Honors Subcommittee, 1989-1991
Member, Task Force on Aging, 1986-1989

Department of Physical Medicine and Rehabilitation Committees:
Chairman, Administrative Committee, 1983-1992
Chairman, Brochure Committee, 1983-1984

Chairman, Faculty Development Committee, 1991-1993
Chairman, Undergraduate Committee, 1998 to 2005
Member, Graduate Medical Education Committee, 1981-
    1993

Member, Graduate Medical Education Resident Selection
    Committee, 1982-1987
Member, Post Graduate Medical Education Committee,
    1983-1985
Member, Undergraduate Education Committee, 1983
Member, Patient Management Problem Subcommittee, 1983
Member, Executive Committee, 1985-1992
Member, Physician Recruitment Committee, 1990 to 1996
Member, 30th Anniversary Committee, 1989-1990
Member, Chief of Service & Clinical Services Committee,
1993 to 2005
Member, St. Luke's Episcopal Hospital/The Methodist
    Hospital Merge Task Force, 1994-1996
Chair, Stroke SIG, 1995 to 2005
Co-Chair Faculty Development Task Force, 1995-1996
Member, Interdepartmental Procedure for Appointments and
    Promotions, 1995 to 1996
Departmental Chairman, New Century Campaign
Program Director, 18th, 19th and 20th Comprehensive Review
    Course in Physical Medicine and Rehabilitation,
    1984, 1985, 1986
Program Director, Comprehensive Stroke Rehabilitation:
    Different Strokes in Different Folks! Department of
    Physical Medicine and Rehabilitation, 1995
Member, Marketing Committee, 1998 to 2000

Baylor College of Medicine /University of Texas-Houston Physical
Medicine and Rehabilitation Alliance Committee
    Chairman, Medical Student Education Committee, 1998 to
    2005
    Member, Baylor Faculty Education Task Force, 1999

Dissertation
Committee:

Dissertation Committee for Sandy Moore, Ph.D., "Kinetic,
Kinematic and Electromyographic Study of the Effects of
Reach Velocity and Postural Set on Postural Adjustments
Associated with Reaching in Seated Subjects," School of
Physical Therapy, Texas Woman's University, Houston, Texas,
October 1990

Memberships:

American Academy of Physical Medicine and Rehabilitation,
    Member, 1983 to present

Continuing Medical Education Courses Committee/
    Education Processes Subcommittee, 1983-1988,
    Chairman, 1988-1993

        Ad Hoc Instructional Aides and Materials Committee,
        1984-1989

Geriatric Special Interest Group (SIG), 1986 to 2010
    Secretary, 1987-1989
    Vice-Chairman, 1988-1990
    Chairman, 1990-1992
    Past Chair, Geriatric SIG Representative, 1992-1994

Stroke and Neurorehabilitation Special Interest Group
    (SIG), 1992 to 2010

Self-Assessment Exam Committee (SAE) – Patient
    Management Problems (PM) writer, 1986-1992

Study Guide Committee, 1986-1989
    General Disorders Section, 1986-1987
    Cardiovascular/Pulmonary Section, 1988-1989
    Co-Chairman, 1988-1989

American Association of Retired Persons Liaison, 1987-
    1993

Scientific Program Committee, 1987-1988; 1989-1996,
    Chairman, 1995

Medical Education Committee, 1988-1993

National Aphasia Association Liaison Member, 1995-1997

CARF Advisory Task Force, 1997 to 2001

Resource Directory Participant for Media, Public Relations,
    and Marketing, 1998 to 2001

Membership Marketing Committee, 1998 to 2001

Annual Assembly Task Force, 1997

Nominating Committee, 2005

Association of Academic Physiatrists
    Membership Committee, 1984-1986
    Program Committee, 1985-1986
    Nominating Committee, 1987-1989
    Constitution and Bylaws Committee, Chair, 1989-1991
    Member at Large, 1991-1995
    Board of Trustees, Secretary, 1995-1997
    Continuing Medical Education (CME) Committee, 1994
    Education-Undergraduate Committee, Vice Chair, 1998
    Strategic Planning Committee, 1997
    Women's Issue Task Force Committee, Chair, 1999 to 2001

Houston Neurological Society, Incorporated

Houston Physical Medicine and Rehabilitation Society
Member, 1983 to present
Secretary/Treasurer, 1986-1987
Vice President, 1987-1988
President, 1988-1989

International Rehabilitation Medicine Association (IRMA)
Member, 1985 to present
Chairman, IRMA VII Program Committee, 1994

National Multiple Sclerosis Society
Member, Medical Advisory Committee (MAC), Southeast
Texas Chapter, 1983 to 2000

Texas Medical Association

Texas Physical Medicine and Rehabilitation Society
Member, 1983 to present

<u>Presentations (since 1999)</u>

Garrison SJ: Principles of Manual Medicine. Faculty Member at the 66th Annual Assembly of the American Academy of Physical Medicine and Rehabilitation, Philadelphia, Pennsylvania, October 24-26, 2005.

Garrison SJ:  Joint Play. Lecture presented at the Principles of Manual Medicine Pre-Course 66th Annual Assembly of the American Academy of Physical Medicine and Rehabilitation, Philadelphia, Pennsylvania, October 25, 2005.

Garrison SJ:  Resident lecture: Rehabilitation Approach to the Geriatric Patient Baylor College of Medicine /University of Texas Houston PM&R Alliance, September 30, 2005.

Garrison SJ and Lindeman J: Grand Rounds Presentation: The Critical Role of Frontal System Neural Networks on the Aging Population." Baylor College of Medicine /University of Texas Houston PM&R Alliance, July 15, 2005.

Garrison SJ: Stroke Rehabilitation Lecture presented to the 39th Comprehensive Review Course in Physical Medicine and Rehabilitation, Houston, Texas, April 7, 2005.

Garrison SJ:  Life Care Planning Presentation. Faculty Member at the 65th Annual Assembly of the American Academy of Physical Medicine and Rehabilitation, Phoenix, Arizona, October 10, 2004.

Garrison SJ: Principles of Manual Medicine. Faculty Member at the 65th Annual Assembly of the American Academy of Physical Medicine and Rehabilitation, Phoenix, Arizona, October 10-12, 2004.

Garrison SJ:  Joint Play. Lecture presented at the Principles of Manual Medicine Post Course, 65th Annual Assembly of the American Academy of Physical Medicine and Rehabilitation, Phoenix, Arizona, October 12, 2004.

Garrison SJ: Stroke Rehabilitation.  Lecture presented to the 34th Comprehensive Board Review Course in Physical Medicine and Rehabilitation, Baylor College of Medicine, Houston, Texas, 2004.

Garrison SJ: Rehabilitation Approach to the Geriatric Patient. Lecture presented to the Texas Occupational Therapy Association, Gulf Coast East District, Houston, Texas, October 22, 2003.
Garrison SJ: Principles of Manual Medicine. Faculty Member at the 64th Annual Assembly of the American Academy of Physical Medicine and Rehabilitation, Chicago, Illinois, October 12-14, 2003.

Garrison SJ:  Joint Play. Lecture presented at the Principles of Manual Medicine Post Course 64th Annual Assembly of the American Academy of Physical Medicine and Rehabilitation, Chicago, Illinois, October 14, 2003.

Garrison SJ: Geriatric Rehabilitation: Challenges of Caring for the Elderly. Lecture presented at the First Annual Franz U. Steinberg, M.D. Memorial Lectureship, University of Washington School of Medicine, St. Louis, Missouri, September 19, 2003.

Garrison SJ: Stroke Rehabilitation.  Lecture presented to the 37th Comprehensive Review Course in Physical Medicine and Rehabilitation, Baylor College of Medicine, Houston, Texas, 2003.

Garrison SJ: Principles of Manual Medicine. Faculty Member at the 63rd Annual Assembly of the American Academy of Physical Medicine and Rehabilitation, Orlando, Florida, November, 2002.

Garrison SJ:  Joint Play. Lecture presented at the Principles of Manual Medicine Post Course, 63rd Annual Assembly of the American Academy of Physical Medicine and Rehabilitation, Orlando, Florida, November, 2002.

Garrison SJ: Stroke Rehabilitation.  Lecture presented to the 36th Comprehensive Review Course in Physical Medicine and Rehabilitation, Baylor College of Medicine, Houston, Texas, 2002.

Garrison SJ: Videotape presentation for the 78th Annual Meeting of American Congress of Rehabilitation Medicine.  Tucson, Arizona, October 2001.

Garrison SJ: Resident Lecture to the 2nd & 3rd year residents on "Life After Residency: Creating Your CV and Interviewing Pointers".  Houston, Texas, July 2001.

Garrison SJ: Stroke Rehabilitation.  Lecture presented to the 35th Comprehensive Review Course in Physical Medicine and Rehabilitation, Baylor College of Medicine, Houston, Texas, 2001.

Garrison SJ: Principles of Manual Medicine. Faculty Member at the 62nd Annual Assembly of the American Academy of Physical Medicine and Rehabilitation, San Francisco, California, November 2-5, 2000.

Garrison SJ:  Joint Play. Lecture presented at the Principles of Manual Medicine Post Course 62nd Annual Assembly of the American Academy of Physical Medicine and Rehabilitation, San Francisco, California, November 2-5, 2000.

Garrison SJ: Stroke Rehabilitation. Lecture presented to the Department of Neurology Resident's Noon Conference at The Methodist Hospital, Houston, Texas, June 8, 2000.

Garrison SJ: Stroke Rehabilitation. Lecture presented to the 34th Comprehensive Review Course in Physical Medicine and Rehabilitation, Baylor College of Medicine, Houston, Texas, 2000. Elfenbaum ME, Garrison SJ: Rehabilitative Implications of the Level and Timing of Lower Limb Amputation Following Failed Femoral Popliteal Bypass: A Three-Year Retrospective Analysis. Poster presented at the Association of Academic Physiatrists Annual Meeting, San Diego, California, March 3, 2000.

Fuoco GS, Garrison SJ, Atchison JW.  Interest in Manual Medicine Among Residents in Physical Medicine and Rehabilitation: Comparisons of Residents Surveyed in 1999 versus 1993. Poster presented at the Association of Academic Physiatrists Annual Meeting, San Diego, California, March 3, 2000.

Garrison SJ: Special Issues/Concerns in Treating Pain in Older Persons.  Lecture presented at the Association of Academic Physiatrists Annual Meeting, San Diego, California, March 2, 2000.

Garrison SJ: Stroke Rehabilitation.  Lecture presented to the 33rd Comprehensive Review Course in Physical Medicine and Rehabilitation, Baylor College of Medicine, Houston, Texas, 1999. Garrison SJ: Stroke Rehabilitation.  Lecture presented to the 23rd Annual Review Course in Family Medicine, Baylor College of Medicine, Houston, Texas, April 21, 1999.

Andrews JE, Garrison SJ: Unexplained Lower Limb Musculoskeletal Findings in Ambulatory Post-stroke Patients.  Poster presented at the Association of Academic Physiatrists Annual Meeting, Orlando, Florida, February 19, 1999.

Garrison SJ: Spirituality of Older Adults.  Lecture presented at the conference Spirituality and Psychotherapy II sponsored by the Houston Psychological Association, Houston, Texas, February 5, 1999.

PUBLICATIONS (since 1999)

Journals:

Subbarao JV, Garrison SJ. Heterotopic ossification: diagnosis and management, current concepts and controversies.  J Spinal Cord Med 1999; 22:273-283.

Garrison SJ. Enriching physiatric practice: investing our values. Physical Medicine and Rehabilitation: State of the Art Reviews. 1999; 13:1-9.

Ogle AA, Garrison SJ, Kaelin DL, Atchison JW, Park YI. Roadmap to physical medicine and rehabilitation: answers to medical students' questions about the field. Am J Phys Med Rehabil.

<u>Books:</u>

Garrison SJ: Handbook of Physical Medicine and Rehabilitation. Philadelphia, PA: J.B. Lippincott, Williams, Wilkins Company; 2nd Edition. 2003

Grabois M, Garrison SJ, Hart KA, Lehmkuhl LD, editors. Physical Medicine and Rehabilitation: The Complete Approach. Cambridge, MA: Blackwell Science, Inc., 2000.

<u>Chapters:</u>

Garrison SJ, Felsenthal G. Physical Medicine & Rehabilitation Secrets 3rd Edition. Evaluation of the Geriatric Patient.  Philadelphia, Hanley & Belfus, 2008.

Garrison SJ. Osteoporosis. In: Garrison SJ, ed. Handbook of Physical Medicine and Rehabilitation Basics. 2nd ed. Philadelphia, PA: J.B. Lippincott Company; 2003.

Garrison SJ. Stroke. In: Garrison SJ, ed. Handbook of Physical Medicine and Rehabilitation Basics. 2nd ed. Philadelphia, PA; J.B. Lippincott Company; 2003.

Felsenthal G, Garrison SJ.  Physical Medicine & Rehabilitation Secrets 2nd Edition. Evaluation of the Geriatric Patient.  Philadelphia, Hanley & Belfus, 2002.

Garrison SJ. Geriatric rehabilitation: caring for the aged. In: Grabois M, Garrison SJ, Hart KA, Lehmkuhl LD, editors. Physical Medicine and Rehabilitation: The Complete Approach. Cambridge, MA: Blackwell Science, Inc., 2000.

Outpatient Office **(for patient care issues only):**

Susan J. Garrison, M.D., P.A.
10021 Main Street, Suite B-1
Houston, Texas 77025-5209
713 797-6000

**<u>Please direct all legal correspondence to the following address:</u>**

Susan J. Garrison, M.D.
Physical Medicine & Rehabilitation
3836 Ruskin Street
Houston, Texas 77005

Phone          832 876-0627
Email          drsjgpmr@yahoo.com

# SUSAN J.  GARRISON, M.D.
## Physical Medicine & Rehabilitation
### 3836 Ruskin Street
### Houston, Texas 77005

### Deposition / Trial Testimony List 2011-Present

2020

Cause No. 2018-39812; *Tony Tran and Quy Vu v. Jonathan Emerson Osteen, Joel Osteen, and Victoria Osteen;* In the 11th Judicial District Court of Harris County, Texas (**Tony Tran**)

| | |
|---|---|
| Brown Sims | Depo / Defense |
| 1177 West Loop South, Tenth Floor | 10/27/2020 |
| Houston, Texas 77027 | |

Cause No. 2017-83962; *Fred Medina vs. Justin Ray Richter*; In the 55th Judicial District Court of Harris County, Texas

| | |
|---|---|
| Thompson Coe | Depo / Defense |
| One Riverway, Suite 1400 | 10/06/2020 |
| Houston, TX 77056 | |

Cause No. DC-18-238; *Abel Garcia v. Bedrock Petroleum Consultants, LLC, Verdun Oil & Gas, LLC, Joe McElreath and Neri Quintanilla;* In the 229th Judicial District Court of Duval County, Texas  (**Neri Quintanilla**)

| | |
|---|---|
| Taylor, Book, Allen & Morris LLP | Depo / Defense |
| 1221 McKinney, Suite 4300 | 08/06/2020 |
| Houston, Texas 77010 | |

Cause No. 2017-71801; *Samuel Bonilla v. USAPD, LLC et al;* In the 129th Judicial District Court of Harris County, Texas

| | |
|---|---|
| Lewis Brisbois | Depo / Defense |
| 2100 Ross Avenue, Suite 2000 | 06/25/2020 |
| Dallas, Texas 77027 | |

Cause No. 19-0097-C395; *Eduardo Antonio Garcia Briones and Damariz Amelia Ramos vs. Mahan Moving, LLC d/b/a Come and Take It Moving and Storage and David Jeffery Gunnels;* In the 395th Judicial District Court of Williamson County, Texas

| | |
|---|---|
| Slack Davis Sanger LLP | Depo / Plaintiff |
| 6001 Bold Ruler Way, Suite 100 | 03/03/2020 |
| Austin, Texas, 78746 | |

2019

Cause No. 2018CCV-60016-4; *Robert Faircloth v. Wal-Mart and Better Built Enterprises;* In the County Court at Law #4, Nueces County, Texas

    Daw & Ray, L.L.P.                     Depo / Defense
    3900 N. 10th Street, Suite 950         10/29/2019
    McAllen, Texas 78501

Cause No. 2018CI17004; *Jeff Swanner, Individually, and as Legal Guardian for Margaret Swanner, and as Next Friend of Their Son Jeffery Alan Swanner, Jr. vs. Chuy's Holdings, Inc. and Chuy's OPCO, Inc.;* In the 408th Judicial District Court of Bexar County, Texas

    Brock Guerra Strandmo Dimaline Jones, PC    Depo / Defense
    17339 Redland Road                   10/17/2019
    San Antonio, Texas 78247

Cause No. D-1-GN-15-005656; *James Keith Tabor and Dominic McKenzie Wood v. Don Haynes and Haynes-Eaglin-Waters, LLC, Sherlock's Austin, L.L.C., HUSA, Inc., Hospitality USA Investment Group, Inc., HUSA Management, Inc., and HUSA Restaurants, L.L.C.;* In the 353rd District Court of Travis County, Texas

    Ray, McChristian & Jeans, PC         Depo / Defense
    700 North St. Mary's Street, Suite 800     06/11/2019
    San Antonio, Texas 78205

Cause No. 17-04-24,142; *Atreyu Muniz, Christina McGee, Jeffrey Anderson, Trevor Moczygemba, Plaintiffs, and Lloyd Kulik, Intervenor, vs. Stallion Oilfield Services, LTD., Stallion Production Service, Stallion Oilfield Holdings, Inc., and Rodney Simons;* In the 24th Judicial District Court of DeWitt County, Texas (Kulik)

    Newton, Jones & Spaeth            Depo / Defense
    3405 Marquart                      05/16/2019
    Houston, Texas 77027

Cause No. 16-10-15257; *Alexander Arredondo v. Jacob Lee Neely and Dawson Geophysical Company;* In the 267th Judicial District Court, Jackson County, Texas

    Preis PLC                         Trial / Defense
    24 Greenway Plaza, Suite 2050        01/18/2019
    Houston, Texas 77046

2018

Suit Number: 149515; *Tammy Bloxham and Christopher A. Ogden o/b/o Ernest R. Ogden, and Tammy Bloxham, Individually vs. HDI-Gerling America Insurance Company, 31 Energy Services, LLC, and Andy L. Gibbs, Jr.*; In the 26th Judicial District Court of Bossier Parish, Louisiana

> Cook, Yancey, King & Galloway, APLC      Trial / Defense
> 333 Texas Street, #1700      11/16/2018
> Shreveport, LA 71120

Cause No. 2011-40709-362; *J. DeVallee v. Werner Co. and Home Depot U.S.A., Inc.*; In the 362nd District Civil Court of Denton County, Texas

> Zimmerman, Axelrad, Meyer, Stern & Wise, P.C.      Trial / Plaintiff
> 3040 Post Oak Boulevard, Suite 1300      10/24/2018
> Houston, Texas 77056

Cause No. C-1707-16-H; *Miguel Cedillo, Jr. and Justina Cedillo v. Taqueria El Zarape, Inc.*; In the 389th Judicial District Court of Hidalgo County, Texas

> Vidaurri, Lyde, Rodriguez & Haynes, L.L.P.      Trial / Defense
> 202 N. 10th Ave.      09/27/2018
> Edinburg, Texas 78541

Cause No. 2016-43017; *Eric Quesada v. EOG Resources, Inc. and Wellpro, Inc.;* In the 190th Judicial District Court of Harris County, Texas

> Kane, Russell, Coleman, & Logan PC      Depo / Defense
> 5051 Westheimer Road, Suite 1000      05/10/2018
> Houston, Texas 77056

Cause No 2015CI14011: *Rosalind Torres, Individually, as Next Friend, and as Guardian of Danielle Torres v. 2903 Hillcrest Drive, LLC, Capstone Real Estate Services, LLC, and Melissa Jimenez:* In the 225th Judicial District Court of Bexar County, Texas

> Bush + Ramirez      Depo / Defense
> 5615 Kirby Drive, Suite 900      05/03/2018
> Houston, Texas 77005

Cause No. 2014CCV-61191-1; *Lee Garcia vs. L.K. Jordan, Corpus Christi, LTD., d/b/a L.K. Jordan & Associates, JPHLCLP Holdings, LTD. d/b/a J.P. Hart Lumber Co. and Marco Beltran;* In the County Court At Law No. 1, Nueces County, Texas

> Hartline, Dacus, Barger, Dreyer LLP      Depo / Defense
> 1980 Post Oak Blvd., Suite 1800      03/27/2018
> Houston, Texas 77056

Cause No. 16-09-00382CVF; *Robert Pursley v. Sammy Isaac Munoz and Kinder Morgan Energy Partners, L.P.;*  In the 218th District Court of Frio County, Texas

    Hoblit, Darling, Ralls, Hernandez & Hudlow, LLP    Depo / Defense
    6243 IH-10 West, Suite 601    02/27/2018
    San Antonio, Texas 78201

<u>2017</u>

Cause No. 2015CVT003262 D4; *Fernando Ramirez and Minerva Ramirez v. Westwind Homes d/b/a Westwind Development, G.P.-Laredo, LLC, and Armando Aguilar d/b/a Armando Aguilar & Son Contractor*; In the 406th District Court of Webb County, Texas

    Lewis, Brisbois, Bisgaard & Smith, LLP    Trial / Defense
    24 Greenway Plaza, Suite 1400    10/23/2017
    Houston, Texas 77046

Cause No. 2014-71024: *Tonya Bauer, Individually and as Guardian of the Person and Estate of Emily Bauer, an Incapacitated Person, and William Bryant v. Phillips 66 Company; BIN Enterprises* Inc. *d/b/a/ Handi-Stop #79; Tristar Convenience Stores, Inc.  d/b/a Handi-Stop #79; and Khalid Khan d/b/a Handi-Stop #79;* In the 190th District Court of Harris County, Texas

    Rymer, Moore, Jackson & Echols    Depo / Defense
    2801 Post Oak Blvd, Suite 250    09/19/2017
    Houston, Texas 77056

Cause No. DC-15-07474; *Patrick Kelly vs. United Parcel Service, Inc. and David Christopher Delgado;* In the 68th Judicial District Court of Dallas County, Texas

    Payne & Blanchard, L.L.P.    Depo / Defense
    717 N. Harwood Street, Suite 3350    07/25/2017
    Dallas, Texas 75201

Cause No. 63,339; *Suzanne Jones vs. Nicole Mae Simmons;* In the County Court at Law of Smith County, Texas

    Rutter Law Firm    Depo / Defense
    P.O. Box 77889    06/08/2017
    Fort Worth, Texas 76177

Cause No. CV-42641;  *Charles Knighton v. The Blacklands Railroad;* In the 62nd Judicial District Court of Hopkins County, Texas

    RobbinsTravis PLLC    Trial / Defense
    2485 E. Southlake Blvd, Suite 160    05/22/2017
    Southlake, Texas 76092

Cause No. 15C0002-202; *Julius Larry vs. Kimberly Hutchinson and Steve Hutchinson;* In the 202nd District Court of Bowie County, Texas

    Rutter Law Firm                               Depo / Defense
    P.O. Box 77889                                 05/09/2017
    Fort Worth, Texas 76177

Cause No. 2015-cv-86; *Laura Chavana, Justo Chavana and Gloria Saldivar v. TW Restaurant Holder, LLC d/b/a Hooters, and Ana M. Cherry;* In the County Court at Law No. 1 of Calhoun County, Texas

    Hartline, Dacus, Barger, Dreyer, LLP            Depo / Defense
    8750 N. Central Expressway, Suite 1600       04/13/2017
    Dallas, Texas 75231

Number 584,369-A: *Jan Sangid-Smith and Harry Smith v. Progressive Security Insurance Company, Shelter Mutual Insurance Company, Best Yet Builders, LLC and Elvin R. Guillot;* In the First Judicial District Court, Caddo Parish, Louisiana

    Perkins & Associates                       Depo / Defense
    401 Market, Suite 900                      04/07/2017
    Shreveport, LA 71101

<u>2016</u>

Docket No. C-20131119-F; *Ronald Lee Stutes and Carroll Lynn Stutes v. Greenwood Motor Lines d/b/a R&L Carriers; Protective Insurance Company, Gerald James Pitre, Jr., XYZ Insurance Company*; In the 15th Judicial District Court of the Parish of Lafayette, State of Louisiana

    Gieger, Laborde & Laperouse, L.L.C.          Trial / Defense
    701 Poydras Street, Suite 4800                10/27/2016
    New Orleans, LA 70139

Cause No. 2012-57280; *Petra DeLeon, Individually, and as Next Friend of AlexisHernandez and Angel Hernandez, Minor Children v. New Flyer Industries, Inc.,New Flyer of America, Inc., New Flyer Industries of Canada, ULC, New Flyer Industries, Ltd, Frederick Oliver, and Huma Suhail;* In the 164th Judicial District Court of Harris County, Texas

    Lewis, Brisbois, Bisgaard, & Smith LLP       Trial / Defense
    24 Greenway Plaza, Suite 1400                10/10/2016
    Houston, Texas 77046

Docket No. C-20131119-F; *Ronald Lee Stutes and Carroll Lynn Stutes v. Greenwood Motor Lines d/b/a R&L Carriers; Protective Insurance Company, Gerald James Pitre, Jr., XYZ Insurance Company*; In the 15th Judicial District Court of the Parish of Lafayette, State of Louisiana

    Gieger, Laborde & Laperouse, L.L.C.          Trial Depo / Defense
    701 Poydras Street, Suite 4800                10/27/2016
    New Orleans, LA 70139

Cause No. 2012-74203; *Maria Cina, Individually, and A/N/F of Noe Cepeda vs. Prebisch Homes, Inc. and Otoniel G. Puente;* In the 295th Judicial District Court of Harris County, Texas

       John M. Cox & Associates           Depo / Defense
       325 N. St. Paul Street, Suite 2350        09/27/2016
       Dallas, Texas 75201

Cause No. C-138, 402: *Luis Fernando Morales, Jr. and Liliana Villanuueva, in Her Capacity as Agent and Attorney-in-Fact for Luis Fernando Morales, Jr. vs. Athletic Supply Inc.; Athletic Supply Inc., d/b/a Allstate Athletic Supply; Athletic Supply Reconditioning, a/k/a Athletic Supply, a/k/a Allstate Athletic Supply; Athletic Reconditioning, Inc. and National Athletic Equipment Reconditioners Association;* In the 244th Judicial District Court of Ector County, Texas

       Wagner Saenz Dority, L.L.P.           Depo / Plaintiff
       1010 Lamar Street, Suite 425          07/14/2016
       Houston, Texas 77002

Cause No. A-139,474; *David King and Babby King v. Agri-Empresa Transload & Storage, LLC and Brenda Young*; In the 70th Judicial District Court of Ector County, Texas

       Phelps, Dunbar, LLP             Depo / Defense
       One Allen Center, 500 Dallas Street, Suite 1300    06/28/2016
       Houston, Texas 77002

Cause No. 37446; *Kimberly Canaday v. Pampa Regional Medical Center; Prime Healthcare Services-Pampa, LLC; Miguel A. Cintron, M.D.; Pampa MedicalGroup; Scott Vickery, CRNA and 10-9-8 Anesthesia, PLLC;* In the 223rd Judicial District Court of Gray County, Texas

       Watson, Caraway, Midkiff & Luningham, L.L.P.    Trial / Defense
       1600 Oil & Gas Building, 307 West 7th Street     05/25/2016
       Fort Worth, Texas 76102

Cause No. 37446; *Kimberly Canaday v. Pampa Regional Medical Center; Prime Healthcare Services-Pampa, LLC; Miguel A. Cintron, M.D.; Pampa MedicalGroup; Scott Vickery, CRNA and 10-9-8 Anesthesia, PLLC;* In the 223rd Judicial District Court of Gray County, Texas

       Watson, Caraway, Midkiff & Luningham, L.L.P.    Depo / Defense
       1600 Oil & Gas Building, 307 West 7th Street     04/07/2016
       Fort Worth, Texas 76102

Cause No. 2013-67786; *Dominic Edmonds vs. EOG Resources Inc., Hebbronville Lone Star Rentals, Inc., and Basic Energy Services, Richard Tom Chaney*; In the 215th Judicial District Court of Harris County, Texas

       Zimmerman, Axelrad, Meyer, Stern & Wise, P.C.   Depo / Plaintiff
       3040 Post Oak Boulevard, Suite 1300        03/29/2016
       Houston, Texas 77056

Civil Action No. 4:15-cv-00730; *Gary Thrasher v. Beaconmedaes, LLC and Anthony Ortego;* In the United States District Court for the Southern District of Texas, Houston Division

| | |
|---|---|
| Kane, Russell, Coleman, & Logan PC | Depo / Defense |
| 919 Milam Street, Suite 2200 | 02/02/2016 |
| Houston, Texas 77002 | |

Cause No. 13-2531; *Len Carlton and Julie Carlton vs. Media Nation Outdoor, L.L.C.; Daron Stitt, Individually and as President and Managing Partner of Media Nation Outdoor, L.L.C.; Diverse Holdings Company; Bradley M. Barlow, Individually and as CEO of Diverse Holdings Company; First Pacific Holdings Inc.; Navin D,. Narang, Individually and as CEO of First Pacific Holdings, Inc.; Arthur Dewayne Carson; Labor Ready, Inc.;* In the 22nd Judicial District Court of Hays County, Texas

| | |
|---|---|
| Ongaro PC | Depo / Defense |
| 50 California Street, Suite 3325 | 01/28/2016 |
| San Francisco, California 94111 | |

Cause No. CV-02121-13-02; *Michael Anthony Ochoa v. Nicky Lee Williams and LSDI, LP d/b/a Lonestar Distribution, Inc.;* In the District Court of Angelina County, Texas

| | |
|---|---|
| Hartline, Dacus, Barger, Dreyer, LLP | Trial / Defense |
| 8750 N. Central Expressway, Suite 1600 | 01/12/2016 |
| Dallas, Texas 75231 | |

<u>2015</u>

Cause No. 14-13781-278-02; *Leslie W. Holcomb vs. Monterey Mushroom, Inc., and Rachel Supplee*; In the 278th Judicial District Court of Madison County, Texas

| | |
|---|---|
| Magenheim & Associates | Arbitration / Defense |
| 3701 Kirby Drive, Suite 913 | 10/30/2015 |
| Houston, Texas 77098 | |

Cause No. 14-13781-278-02; *Leslie W. Holcomb vs. Monterey Mushroom, Inc., and Rachel Supplee*; In the 278th Judicial District Court of Madison County, Texas

| | |
|---|---|
| Magenheim & Associates | Depo / Defense |
| 3701 Kirby Drive, Suite 913 | 10/13/2015 |
| Houston, Texas 77098 | |

Cause No. 563768 Division B; *Ramanand Naik vs. United Rentals, Inc., et al.;* In the 1st Judicial District Court of Caddo Parish, Louisiana

| | |
|---|---|
| Liskow & Lewis | Depo / Defense |
| One Shell Square | 05/19/2015 |
| 701 Poydras Street, Suite 5000 | |
| New Orleans, Louisiana 70139 | |

Cause No. 2014CCV-60088-1; *Steven Cornelius and Julia Cornelius vs. Anderson Machinery Company, and Stanley Parry, Deceased;* In the County Court at Law No. 1, Nueces County, Texas

> Royston, Rayzor, Vickery & Williams, LLP        Depo / Defense
> 802 North Carancahua, Suite 1300                03/31/2015
> Corpus Christi, Texas 78401

Cause No. PR-09-01046-1; *Samantha Jo Marsalis, Permanent Guardian of Daniel Scott Marsalis, Jr., and Shawn Brobst v. Fedex Corporation and Paula Lanice Wallace*; In the Probate Court Number 1 Dallas County, Texas

> Smith & Smith                                  Depo / Plaintiff
> 6300 Ridglea Place, Suite 617                  01/29/2015
> Fort Worth, Texas 76116

2014

Cause No. 2013-CCV-60841-1; *Santa Tijerina and Gilbert Soto vs. Sun Coast Resources, Inc., and Che Rico Knecht;* In the County Court Number 1 of Nueces County, Texas

> Taunton, Snyder & Slade                        Depo / Defense
> 10370 Richmond Avenue, Suite 1400              12/04/2014
> Houston, Texas 77042

Cause No: 2012-04785; *Gary Voigt et al. v. Forum Energy Technologies;* In the 157th Judicial District Court of Harris County, Texas

> Cozen O'Connor                                 Depo / Defense
> 1221 McKinney, Suite 2900                      11/06/2014
> Houston, Texas 77010

Cause No. 2013-68271; *Harley Kyle Womack, Jr. v. Cecil Ivan Bell, III and QVest, Inc.;* In the 11th Judicial District Court of Harris County, Texas

> Attorney Brian White & Associates, P.C.        Depo / Plaintiff
> 2414 Sunset Blvd                               10/14/2014
> Houston, Texas 77005

Cause No. 2012-21132; *Christopher Ainsworth, et al vs. Hewlett-Packard Company*; In the 270th District Court of Harris County, Texas

> Lorance & Thompson, PC                         Trial / Plaintiff
> 2900 North Loop West, Suite 500                09/22/2014
> Houston, Texas 77092

Cause No. 75093; *Mildred Gentry vs. Steve Kent Trucking, LLC and Demarcus T. Edwards and The Insurance Company of the State of Pennsylvania;* In the 42nd Judicial District Court, DeSoto Parish, Louisiana

Cook, Yancey, King & Galloway                    Depo / Plaintiff
333 Texas Street, Suite 1700                     07/29/2014
Shreveport, Louisiana 71101

Cause No. 2013-22656; *Brittany Tillman and Christopher Donaldson, Each Individually and as Next Friend of Their Minor Daughter, Braniah Tillman vs. Quality Aquatics Pool Management, LLC; Braeburn Valley West Civic Association, Inc.; Randall Q. Smith Investments, Inc. D/B/A Randall Management, Inc. A/K/A Randall Realty; and Michael K. Smith;* In the 165th Judicial District Court of Harris County, Texas

Sheiness, Glover & Grossman, LLP                 Depo / Defense
4544 Post Oak Place Drive, Suite 270             07/15/2014
Houston, Texas 77027

Civil No. 53-2011-CV-00956; *Andrew James Rohr and Winnie Rohr vs. Continental Resources, Inc., Pride Energy, Inc., and Plaster & Wald Consulting Corp.*; In the North West Judicial District Court of Williams County, North Dakota

Hartline, Dacus, Barger, Dreyer, LLP             Depo / Defense
6688 N. Central Expressway, Suite 1000           07/08/2014
Dallas, Texas 75206

Cause No. 12-DCV-197364; *Desiree Jarecki and James Jarecki, Individually and as Next Friend of Mary Jarecki, Joseph Jarecki and Katie Jarecki, Plaintiffs, v. Helen Cox, Individually and d/b/a C & C Cutting Horses, DROR International, LP d/b/a Grape Creek Ranch, Grape Creek Bed & Breakfast and NMI Enterprises, Inc., Nitzan Mendelbaum and Etty B. Mendelbaum, Individually, Defendants*; In the 240th Judicial District Court, Fort Bend County, Texas

Law Offices of Pamela J. Thompson, P.C.          Depo / Plaintiff
2702 Treble Creek                                05/15/2014
San Antonio, Texas 78258

Cause No. 261, 249-B; *Anthony Null and Rebecca Null vs. Audi Rodriguez, et al.;* In the 146th Judicial District Court of Bell County, Texas

Shannon, Gracey, Ratliff, & Miller, LLP          Depo / Defense
1301 McKinney Street, Suite 2900                 04/08/2014
Houston, Texas 77010

Cause No. 11-11-50631; *Leticia Lopez v. CEVA Ground US, LP d/b/a, CEVA Ground, CEVA International, Inc., CEVA Logistics, US, Inc., CEVA Freight, LLC, and Michael P. Stoughton*; In the 79th Judicial District Court of Jim Wells County, Texas

Sheehy, Ware & Pappas, P.C.                      Depo / Defense
909 Fannin, Suite 2500                           04/01/2014
Houston, Texas 77010

Cause No. 2012-21132; *Christopher Ainsworth, et al vs. Hewlett-Packard Company*; In the 270th District Court of Harris County, Texas

    Lorance & Thompson, PC              Depo / Plaintiff
    2900 North Loop West, Suite 500     02/25/2014
    Houston, Texas 77092

Civil Action No. 1:13-cv-00208-SS; *Edith Meredith v. NuVasive, Inc.*; In the United States District Court, Western District of Texas, Austin

    Strasburger & Price, LLP             Depo / Defense
    901 Main Street, Suite 4400         02/11/2014
    Dallas, Texas 75202

## 2013

Cause No. 11-09546-B; *Tracy Batiste vs. Abraham Rodriguez, Elmedin Hodzic, HE Trans, Inc., and H.E. Logistics, Inc.;* In the 44th Judicial District Court of Dallas County, Texas

    Downs & Stanford, P.C.             Trial / Defense
    2001 Bryan St., Suite 4000          11/18/2013
    Dallas, Texas 75201

Cause No. 3:12-CV-00240; *Larry Hodge v. Louisville Ladder, Inc. and Davidson Ladders, Inc.*; In the United States District Court for the Southern District of Texas, Galveston Division

    Strasburger & Price, LLP             Depo / Defense
    909 Fannin, Suite 2300            11/14/2013
    Houston, Texas 77010

Cause No. CV-2011-___; *Kathleen Ellsworth and Daniel Mullins, as Co-Conservators of Amanda Ingram; Daniel Mullins, Della Mullins and Anthony Ingram, individually; and Daniel Mullins and Della Mullins as Guardians and Next Friends of Brittany Trujillo, Savannah Renfro, and Aunisti Ingram, each a minor child vs. Lea Regional Hospital, L.L.C., d/b/a, Lea Regional Medical Center, a for-profit entity, and Community Health Systems, Inc., a for-profit corporation, and Christopher S. Driskill MD.;* In the First Judicial District of Rio Arriba County, New Mexico

    Serpe, Jones, Andrews, Callender, & Bell, PLLC    Depo / Defense
    America Tower , 2929 Allen Parkway, Suite 1600  10/29/2013
    Houston, Texas 77019

Cause No. DC-11-16041; *Bobbie Bush vs. R&L Carriers, Inc. and Stephen C. Gaston;* In the 298th Judicial District Court of Dallas County, Texas

    Baker, Donelson, Bearman,  Caldwell & Berkowitz   Depo / Defense
    1301 McKinney Street, Suite 3700     09/24/2013
    Houston, Texas 77010

Cause No. 2011-40709-362; *J. DeVallee v. Werner Co. and Home Depot U.S.A., Inc.*; In the 362nd District Civil Court of Denton County, Texas

    Zimmerman, Axelrad, Meyer, Stern & Wise, P.C.    Depo / Plaintiff
    3040 Post Oak Boulevard, Suite 1300    09/12/2013
    Houston, Texas 77056

Cause No. 3:11-CV-00463; *John Ledwig and Janell Ledwig v. Adam Naquin and Acme Truck Line, Inc.*; In the United States District Court, Southern District of Texas, Galveston Division

    The Linebaugh Law Firm, P.C.    Depo / Plaintiff
    1300 Rollingbrook Dr., Suite 601    08/16/2013
    Baytown, Texas 77521

Cause No. *D-1-GN-10-002761; John Finan vs. Robert P. Wills, M.D., Robert P. Wills, M.D., P.A. d/b/a Austin Pain Associates and Stonegate Surgery Center*; In the 53rd Judicial District Court of Travis County, Texas

    Watson, Caraway, Midkiff & Luningham, L.L.P.    Depo / Defense
    307 West 7th Street    07/23/2013
    Fort Worth, Texas 76102

Cause No. 2:12-CV-315; *Tri'Micah London, Sr. and Joy C. Johnson, Individually and as Parents and Next Friends of T. L. a minor;* In the United States District Court for the Eastern District of Texas, Marshall Division

    Steed Flagg Lamberth LLP    Depo / Defense
    1010 W. Ralph Hall Parkway, 2nd Floor    07/16/2013
    Rockwall, Texas 75032

Cause No. C201100510; *Gary Scott Harris, et al. v. Tutle & Tutle Trucking, Inc., et al.*; In the 18th Judicial District Court of Johnson County, Texas

    Hartline, Dacus, Barger, Dreyer, LLP    Trial / Defense
    6688 N. Central Expressway, Suite 1000    05/21/2013
    Dallas, Texas 75206

Cause No. 11-12878-012-01; *Samuel E. Robinson vs. Midway Oilfield Constructors, INC. and Clayron Lee Austin;* In the 12th Judicial District Court of Madison County, Texas

    Hartline, Dacus, Barger, Dreyer, LLP    Depo / Defense
    6688 N. Central Expressway, Suite 1000    05/03/2013
    Dallas, Texas 75206

Cause No. C201100510; *Gary Scott Harris, et al. v. Tutle & Tutle Trucking, Inc., et al.*; In the 18th Judicial District Court of Johnson County, Texas

    Hartline, Dacus, Barger, Dreyer, LLP    Depo / Defense
    6688 N. Central Expressway, Suite 1000    04/30/2013
    Dallas, Texas 75206

Cause No. 2010-82030; *David A. Leverett vs. Chelsea Jones, et al*; In the 281st Judicial District Court of Harris County, Texas

   Holm & Bambace L.L.P.     Depo / Defense
   1010 Lamar, Suite 1100     04/26/2013
   Houston, Texas 77002

Cause No. 11-09546-B; *Tracy Batiste vs. Abraham Rodriguez, Elmedin Hodzic, HE    Trans, Inc., and H.E. Logistics, Inc.;* In the 44th Judicial District Court of Dallas County, Texas

   Downs & Stanford, P.C.     Depo / Defense
   2001 Bryan St., Suite 4000    04/23/2013
   Dallas, Texas 75201

Cause No. 11-12878-012-01; *Samuel E. Robinson vs. Midway Oilfield Constructors, INC. and Clayron Lee Austin;* In the 12th Judicial District Court of Madison County, Texas

   Hartline, Dacus, Barger, Dreyer, LLP  Depo / Defense
   6688 N. Central Expressway, Suite 1000 04/02/2013
   Dallas, Texas 75206

Cause No. 10-139614; *Amalio Martinez, et al. v. Macy's Department Stores, Inc., et al.;* In the 298th Judicial District Court of Dallas County, Texas

   Phillips Akers Womac     Depo / Defense
   3200 Phoenix Tower, 3200 Southwest Freeway 03/12/2013
   Houston, Texas 77027-7523

Cause No. 017-257406-12; *Hua Deng v. United Parcel Service, Inc. and Francisco Alvarado;* In the 17th Judicial District Court of Tarrant County, Texas

   Payne & Blanchard, L.L.P.    Trial / Defense
   717 N. Harwood, Suite 3350    03/07/2013
   Dallas, Texas 75201

<u>2012</u>

Cause No. B-123,179; *Hoyt N. Havis vs. Rubin Lopez and Quest Diagnostics Incorporated*; In the 161st Judicial District Court of Ector County, Texas

   SettlePou        Depo / Defense
   3333 Lee Parkway, Eighth Floor   11/29/2012
   Dallas, Texas 75219

Cause No. 240071-B; *Patricia Hiebeler v. Scott & White Clinic, Scott & White Memorial Hospital and Scott, Sherwood & Brindley Foundation;* In the 146th Judicial District Court of Bell County, Texas

   Davis & Davis       Trial / Plaintiff
   440 Louisiana Street, Suite 1850   10/30/2012
   Houston, Texas 77002

Cause No. 2011-45771:  *Candelario Sanchez, as Next Friend of Franco Sanchez vs. Southern Pan Services Company and Hardin Construction Company, LLC;* In the 55th Judicial District Court of Harris County, Texas

Holm Bambace LLP                          Depo / Defense
1010 Lamar, Suite 1100                    09/27/2012
Houston, Texas 77002

Cause No. 10-CV-4113; *Michael Shane Brinegar vs. LECS Electrical, LTD., et al*; In the 405th Judicial District Court of Galveston County, Texas

The Law Office of James Holmes            Depo / Defense
212 South Marshall                        05/03/2012
Henderson, Texas 75654

Cause No. 2010-50337; *Kimberly Moore vs. Ships Laundry of Houston, Superior Linen Service L.L.C., and Ryan Hodges*; In the 157th Judicial District Court of Harris County, Texas

Bateman Pugh, PLLC                        Depo / Defense
Two Houston Center                        03/29/2012
909 Fannin Street, Suite 1800
Houston, Texas 77010

Cause No. 492,887-C; *Bobby Jo Stutts v. Kevin L. Hibbs and R&L Transfer, Inc.* In the 1st Judicial District Court of Caddo Parish, Louisiana

Cook, Yancey, King & Galloway, APLC       Depo / Defense
P.O. Box 22260                            03/01/2012
Shreveport, Louisiana 71120

Cause No. 240071-B; *Patricia Hiebeler v. Scott & White Clinic, Scott & White Memorial Hospital and Scott, Sherwood & Brindley Foundation;* In the 146th Judicial District Court of Bell County, Texas

Davis & Davis                             Depo / Plaintiff
440 Louisiana Street, Suite 1850          02/16/2012
Houston, Texas 77002

Cause No. 08-15394; *Robert and Rebecca Fuller vs., Genuine Parts Company, d/b/a Rayloc, Carman Moorman and Jason Scott;* In the 44th Judicial District Court of Dallas County, Texas

Ayers & Ayers                             Trial / Plaintiff
4205 Gateway Drive, Suite 100             01/17/2012
Colleyville, Texas 76034

2011

Cause No. 2009-00131; *Diana Olmeda and George Olmeda, individually and as next friends of Chelsea Olmeda, a minor child, v. Lowe's Home Centers, Inc. and Timothy Todd McLean;* In the 113th Judicial District court of Harris County, Texas

    O'Quinn Law Firm                            Depo / Plaintiff
    440 Louisiana, Suite 2300                12/13/2011
    Houston, Texas 77002

Cause No. 2010-126; *Santos Rodriguez v. Cleasby Manufacturing;* In the 327th Judicial District Court of El Paso County, Texas

    Rymer, Moore, Jackson & Echols, P.C.          Depo / Defense
    2801 Post Oak Blvd., Suite 250             11/29/2011
    Houston, Texas 77056

Cause No. 2009-37128; *Rod B. Carlile v. Donald Wayne Harris and Slack & Company Construction, LLC;* In the 11th Judicial District Court of Harris County Texas

    Stern, Miller & Higdon                   Trial / Plaintiff
    4909 Bissonnet, Suite 100                11/10/2011
    Bellaire, Texas 77401

Cause No. 23671; *Jeffery Dunn vs. Comptank Corporation; Milwaukee Electrical Tool Corporation; Truck Transport, Inc. d/b/a TTI Truck Transport, Inc.,; Lakeland Industries, Inc.; E.I. du Pont de Nemours and Company; The Dow Chemical Company; and Ashland Composite Polymer, A Business Group of Ashland Specialty Chemical, A Subsidiary of Ashland, Inc.;* In the 411th Judicial District Court of Polk County, Texas

    Sloan, Bagley, Hatcher & Perry Law Firm      Depo / Plaintiff
    101 East Whaley Street, P.O. Box 2909      07/26/2011
    Longview, Texas 75606

Cause No. 2009-11613; *Juan Bravo vs. Mia Reed & Company Capital and Fredricks Commercial Management, Inc.;* In the 151st Judicial District Court of Harris County, Texas

    Mills Shirley                                Trial / Defense
    1021 Main Street, Suite 1950              07/20/2011
    Houston, Texas 77002

Cause No. 2009-37128; *Rod B. Carlile V. Donald Wayne Harris and Slack & Company Construction, LLC;* In the 11th Judicial District Court of Harris County Texas

    Stern, Miller & Higdon                   Depo / Plaintiff
    4909 Bissonnet, Suite 100                05/10/2011
    Bellaire, Texas 77401

Cause No. D-183,385; *Merced Fernandez v. Centerpoint Builders GP, LLC, Inc., et al (including Trussway Holdings, Inc., Trussway Partners, Inc., Trussway Construction, Inc. and Trussway, Ltd.);* In the 136th Judicial District Court, Jefferson County, Texas

    Sheehy, Ware & Pappas, P.C.           Depo / Defense
    2500 Two Houston Center, 909 Fannin Street    04/12/2011
    Houston Texas 77010

Cause No. 352-228367-08; *Randy Black Blevins and Lisa Blevins v. Patman Drilling International, Inc. and Chesapeake Operating, Inc.* In the 352nd Judicial District Court of Tarrant County, Texas

    Mehaffy Weber P.C.           Depo / Defense
    2615 Calder, Suite 800    03/31/2011
    Beaumont, Texas 77704

Cause No. 2009-956-CCC2; *Freddie Malveaux vs. Midstream Fuel Service LLC d/b/a Petroleum Energy Products Co.;* In the County Court at Law # 2, Gregg County, Texas

    McDowell, Knight, Roedder & Sledge    Depo / Defense
    11 North Water Street, Suite 13290    03/08/2011
    Mobile, Alabama 36602

Cause No 6: 10-CV-158-WSS; *Scott Main v. Anthony Eichorn, Kellogg Sales Company, and ARI Fleet, LT;* In the United States District Court, Western District of Texas, Waco Division

    Thompson Coe Cousins & Irons, L.L.P.    Depo / Defense
    701 Brazos Street, 15th Floor    02/10/2011
    Austin, Texas 78701

Cause No. 2009-11613; *Juan Bravo vs. Mia Reed & Company Capital and Fredricks Commercial Management, Inc.;* In the 151st Judicial District Court of Harris County, Texas

    Mills Shirley           Depo / Defense
    1021 Main Street, Suite 1950    01/27/2011
    Houston, Texas 77002

### SUSAN J. GARRISON, M.D.
**PHYSICAL MEDICINE & REHABILITATION**
**3836 Ruskin Street • Houston, Texas 77005**
**Email: drsjgpmr@yahoo.com**
**Cell: 832 876-0627**

November 12, 2020

Mr. Steven M. Augustine
Thompson Coe
One Riverway, Suite 1400
Houston, TX 77056                    and via email to saugstine@thompsoncoe.com

Re:     Case 6:19-cv-00038-C; *Justin Moore and Judith Moore vs. DB Industries, LLC d/b/a 3M*
        *Fall Protection, Capital Safety USA, Capital Safety Group, and DBI/SALA; Safeworks,*
        *LLC, d/b/a Power Climber Wind; and Power Climber BVBA d/b/a Power Climber Wind;*
        In the United States District Court for the Northern District of Texas San Angelo
        Division

Dear Mr. Augustine:

My charges in this case through 11/12/20 are as follows:

> Review of medical records, case information, expert reports, deposition, and Life Care
> Plan by Dr. Kelly for a total of 12 hours @ four hundred fifty dollars ($450.00)
> per hour = $5,400.00;
> Telephone conferences with Ginny Stegent, life care planner, on 11/09/20 for 1 hour,
> on 11/11/20 for 1 hour, and on 11/12/20 for 1 hour for total of 3 hours @ four
> hundred seventy-five dollars ($475.00) per hour = $1,425.00;
> Telephone conference with Mary McCoy and Ms. Stegent on 11/09/20 for ¼ hour @
> five hundred twenty-five dollars per hour ($525.00) = $131.25
> Telephone conference with you and Ms. Stegent on 11/11/20 for ¼ hour @ five hundred
> twenty-five dollars per hour ($525.00) = $131.25;
> Various communications with your office for a total of 1 hour @ five hundred twenty-
> five dollars per hour ($525.00) = $525.00; and
> Report writing for 13 hours @ four hundred fifty dollars ($450.00) per hour =
> $5,850.00.

This totals $13,462.50. Therefore, please remit $13,462.50 at this time for my work on this case
through 11/12/20.

The above charges, due in full within 30 days, are to be paid by check made payable to Susan J.
Garrison, M.D. and sent to 3836 Ruskin Street, Houston, Texas 77005.

Thank you for allowing me to work with you on this case.

Sincerely,

Susan J. Garrison, M.D.