IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| JUSTIN MOORE and JUDITH MOORE,<br>    Plaintiffs, | § | |
| | § | |
| | § | |
| vs. | § | |
| | § | |
| DB INDUSTRIES, LLC d/b/a 3M FALL | § | |
| PROTECTION, CAPITAL SAFETY USA, | § | |
| CAPITAL SAFETY GROUP, and | § | |
| DBI/SALA; | § | CIVIL ACTION NO. 6:19-CV-00038-C |
| | § | |
| SAFEWORKS, LLC, d/b/a POWER | § | |
| CLIMBER WIND; | § | |
| | § | JURY DEMANDED |
| and | § | |
| | § | |
| POWER CLIMBER BVBA d/b/a POWER | § | |
| CLIMBER WIND; | § | |
|     Defendants. | § | |

**DEFENDANT, SAFEWORKS, LLC D/B/A POWER CLIMBER WIND AND
POWER CLIMBER BVBA D/B/A POWER CLIMBER WIND'S
SUPPLEMENTAL DESIGNATION OF EXPERT WITNESSES AND SUPPLEMENTAL
RESPONSE TO RULE 26 DISCLOSURES**

COME NOW, Defendants, SAFEWORKS, LLC D/B/A POWER CLIMBER WIND AND

POWER CLIMBER BVBA D/B/A POWER CLIMBER WIND'S (Defendants), by and through its

undersigned attorneys of record, and hereby supplements its responses to all parties' discovery

requests, including responses to Rule 26 Disclosures, and files this Supplemental Designation of

Expert Witnesses and Supplemental Response to Rule 26 Disclosures.  Pursuant to the Texas Rules

of Civil Procedure and Texas Rules of Evidence, Defendants designate the following expert

witnesses.

# I.

## SUPPLEMENTAL DESIGNATION OF RETAINED EXPERTS

Defendants supplement its designation of experts with the report of Gary Yamaguchi, who was previously designated, as per the agreement of the parties.  The report is attached hereto as Exhibit 1.

Defendants reserve all additional rights regarding expert witnesses pursuant to the Texas Rules of Civil Procedure and the Texas Rules of Evidence, case law and Court Orders construing the same.

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH, LLP

/s/ Ryan L. Marlatt
**David A. Oubre**
Texas Bar No. 00784704
David.Oubre@lewisbrisbois.com
**Ryan L. Marlatt**
Texas Bar No. 24032698
Ryan.Marlatt@lewisbrisbois.com
24 Greenway Plaza, Suite 1400
Houston, Texas  77046
(713) 659-6767 Telephone
(713) 759-6830 Facsimile
**ATTORNEYS FOR DEFENDANTS,
SAFEWORKS, LLC D/B/A POWER CLIMBER
WIND AND POWER CLIMBER BVBA D/B/A
POWER CLIMBER WIND**

## <u>CERTIFICATE OF SERVICE</u>

       This is to certify that a true and correct copy of the above and foregoing document has been served upon all counsel of record on this 19th day of November, 2020.

Robert G.Pahlke
Kyle J. Long
THE ROBERT PAHLKE LAW GROUP
2425 Circle Drive, Suite 200
Scottsbluff, NE 69361
rgp@pahlkelawgroup.com
kyle@pahlkelawgroup.com

<u>AND</u>

Sean J. McCaffity
SOMMERMAN, MCCAFFITY, QUESADA, & GEISLER, LLP
3811 Turtle Creek Blvd., Suite 1400
Dallas, TX 75219
smccaffity@textrial.com

<u>AND</u>

James E. Wren
One Bear Place #97288
Waco, TX 76798-7288
James.wren@baylor.edu
**ATTORNEYS FOR PLAINTIFFS**

Brandon S. Archer
**Shannon, Porter & Johnson**
P.O. Box 1272
San Angelo, Texas 76902
archer@shannonporter.com
**Plaintiff's Local Counsel**

Deborah E. Lewis
Gerardo Alcazar
Andrew Crowder
**Blackwell Burke PA**
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
dlewis@blackwellburke.com
galcazar@blackwellburke.com
acrowder@blackwellburke.com

AND

Zandra Foley
Steven Augustine
Thompson Coe Cousins & Irons, LLP
One Riverway, 14th Floor
Houston, Texas  77056
zfoley@thompsoncoe.com
saugustine@thompsoncoe.com
**Attorneys for Defendants**
**DB Industries, LLC, Capital Safety USA,**
**Capital Safety Group, and DBI/SALA**

Jon Mark Hogg
Jackson Walker L.L.P.
135 W. Twohig, Ste. C
San Angelo, Texas 76903
jmhogg@jw.com
**Local Counsel for Defendant**
**DB Industries, LLC dba**
**3M Fall Protection**

_/s/ David A. Oubre_
**DAVID A. OUBRE**