IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| JUSTIN MOORE AND JUDITH MOORE, <br><br> Plaintiffs, <br><br> vs. <br><br> DB INDUSTRIES, LLC d/b/a 3M FALL PROTECTION, CAPITAL SAFETY USA, CAPITAL SAFETY GROUP, and DBI/SALA; <br><br> SAFEWORKS, LLC d/b/a POWER CLIMBER WIND; <br><br> And <br><br> POWER CLIMBER BVBA d/b/a POWER CLIMBER WIND, <br><br> Defendants. | CIVIL ACTION NO. 6:19-cv-00038-H |

## DEFENDANT D B INDUSTRIES, LLC'S MOTION TO EXCLUDE TESTIMONY OF DR. NIGEL ELLIS

Defendants D B Industries, LLC d/b/a 3M Fall Protection, Capital Safety USA, Capital Safety Group, and DBI/SALA 3M Company (collectively "DBI"), by and through its counsel, respectfully files this Motion to Exclude Testimony of Dr. Nigel Ellis and in support thereof shows the Court:

1.  On October 14, 2020, Plaintiffs designated Dr. Nigel Ellis as a liability expert. He was designated to testify and offer opinions "to help determine whether and to

1

what extent the defendants D B Industries, SafeWorks or others acted in a negligent manner and the contribution of their conduct, if any, to Justin Moore's fall." (Doc. 54 at p. 38).

2. Defendant DBI moves to exclude Dr. Nigel Ellis from testifying or offering opinions, whether in oral or written form, in this case because, as set out more fully in the accompanying Brief, which is incorporated herein by reference:

    a. His opinions are irrelevant and not helpful to the jury; and

    b. His opinions are unreliable, lack methodology, do not rely on valid facts or data, and are conclusory and speculative.

3. Defendant DBI, therefore, prays that the Court enter an order excluding Dr. Nigel Ellis from testifying as an expert witness at trial. Defendant prays for general relief.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

*/s/ Zandra E. Foley*
By: Zandra E. Foley

Zandra E. Foley
State Bar No. 24032085
Steven M. Augustine (admitted *pro hac vice*)
State Bar No. 24064845
One Riverway, Suite 1400
Houston, Texas 77056
Telephone: (713) 403-8200
Telecopy: (713) 403-8299
E-mail: zfoley@thompsoncoe.com
E-mail: saugustine@thompsoncoe.com

-and-

2

JACKSON WALKER

Jon Mark Hogg
136 West Twohig Avenue, Suite B
San Angelo, TX 76903
Telephone: (325) 481-2560
E-mail: jmhogg@jw.com

-and-

BLACKWELL & BURKE, P.A.

Gerardo "Jerry" Alcazar (admitted *pro hac vice*)
Deborah E. Lewis
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Telephone: (612) 343-3200
Telecopy: (612) 343-3205
E-mail: dlewis@blackwellburke.com
E-mail: galcazar@blackwellburke.com

**Attorneys for Defendants
D B INDUSTRIES, LLC** *et al.*

## **CERTIFICATE OF CONFERENCE**

      Defendant's counsel conferred with counsel for Plaintiffs, Kyle J. Long and Tex Quesada, on February 15, 2021, indicating that it was assumed that Plaintiff was opposed to the relief sought in this Motion and requesting a response to the contrary if this assumption was incorrect. As no response was received, it is assumed that Plaintiff is opposed to the relief requested in this Motion and it is therefore submitted to the Court for review.

                                                                         */s/ Steven M. Augustine*
                                                                         Steven M. Augustine

## CERTIFICATE OF SERVICE

      By my signature below, I hereby certify that a true and correct copy of the foregoing document has been delivered to all counsel of record via the Court's CM/ECF System on this the 15th day of February 2021.

                                                      */s/ Steven M. Augustine*
                                                      Steven M. Augustine