IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| JUSTIN MOORE AND JUDITH MOORE, | § § § | |
| Plaintiffs, | § § § | |
| vs. | § § | |
| DB INDUSTRIES, LLC d/b/a 3M FALL PROTECTION, CAPITAL SAFETY USA, CAPITAL SAFETY GROUP, and DBI/SALA; | § § § § § § | CIVIL ACTION NO. 6:19-cv-00038-H |
| SAFEWORKS, LLC d/b/a POWER CLIMBER WIND; | § § § | |
| And | § § | |
| POWER CLIMBER BVBA d/b/a POWER CLIMBER WIND, | § § § | |
| Defendants. | | |

## **PROPOSED ORDER**

On this date, the Court considered Defendant D B Industries, LLC's Motion to Exclude the Testimony of Plaintiffs' Expert Dr. Nigel Ellis. The Court, having considered the pleadings regarding this motion and the arguments of counsel, **GRANTS** Defendant D B Industries, LLC's Motion.

**IT IS HEREBY ORDERED:**

1

1. The Court excludes Dr. Nigel Ellis's testimony regarding ANSI Z359.16 or its application to the DBI-SALA Lad-Saf X3 sleeve at issue in its entirety; and

2. The Court excludes Dr. Nigel Ellis's testimony regarding D B Industries' alleged failure to instruct or warn the Plaintiff in its entirety.

**BY THE COURT**:

_____, 2021

_____
The Honorable James Wesley Hendrix
U.S. District Court for the Northern
District of Texas